AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

—————————————————— DISTRICT OF —————— FILED
IN CLERK'S OFFICE

New England Central Railroad, Inc.

**SUMMONS IN A CIVIL CASE** 2004 DEC 10 A 10: 38

V.

CASE NUMBER: 3:04:30235 MAP U.S. DISTRICT COURT OF MASS.

Springfield Terminal Railway Company
and
Boston and Maine Corporation

TO: (Name and address of defendant)   Boston and Maine Corporation
Iron Horse Park
Billerica, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael B. Flynn and Richard A. Davidson, Jr.
Flynn & Associates, P.C.
400 Crown Colony Drive, Suite 200
Quincy, MA  02169

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

—————————————————————
CLERK

_12/3/04_
—————————————————————
DATE

—————————————————————
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

December 7, 2004

I hereby certify and return that on 12/6/2004 at 12:05PM I served a true and attested copy of the SUMMONS, COMPLAINT, EXHIBIT A, CIVIL ACTION COVER SHEET AND CATEGORY SHEET in this action in the following manner: To wit, by delivering in hand to PAUL PRIMEAU, agent, person in charge at the time of service for BOSTON AND MAINE CORPORATION, at IRON HORSE PARK, BILLERICA, MA. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.80), Postage and Handling ($1.00), Travel ($12.16) Total Charges $49.96

_____
*Deputy Sheriff*

☐ Other *(specify):*_____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
        *Date*                        *Signature of Server*

_____
*Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.