AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

IN CLERK'S OFFICE

New England Central Railroad, Inc.

2004 DEC 10 A 10: 38

**SUMMONS IN A CIVIL CASE**

U.S. DISTRICT COURT
DISTRICT OF MASS.

V.

CASE NUMBER: 04 30235 - MAP

Springfield Terminal Railway Company
and
Boston and Maine Corporation

TO: (Name and address of defendant)

Springfield Terminal Railway Company
Iron Horse Park
Billerica, MA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael B. Flynn and Richard A. Davidson, Jr
Flynn & Associates, P.C.
400 Crown Colony Drive, Suite 200
Quincy, MA 02169

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    12/3/04
CLERK                                           DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

December 7, 2004

I hereby certify and return that on 12/6/2004 at 12:05PM I served a true and attested copy of the SUMMONS, COMPLAINT, EXHIBIT A, CIVIL ACTION COVER SHEET AND CATEGORY SHEET in this action in the following manner: To wit, by delivering in hand to PAUL PRIMEAU, agent, person in charge at the time of service for SPRINGFIELD TERMINAL RAILWAY COMPANY, at IRON HORSE Park, BILLERICA, MA 01821. Attest ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($12.16) Total Charges $48.16

_George A. Hooper_
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                    Date                              Signature of Server

                                           _____
                                           Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.