UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEW ENGLAND CENTRAL
RAILROAD, INC.,

    Plaintiff,

-v.-

SPRINGFIELD TERMINAL
RAILWAY COMPANY, et al.,

    Defendants.

Civil Action No. 04-30235-MAP

FILING FEE PAID:
RECEIPT # 305829
AMOUNT $ 50.00
BY DPTY CLK _MEL_
DATE 1/24/05

### MOTION TO ADMIT ERIC L. HIRSCHHORN TO APPEAR IN THIS ACTION PURSUANT TO LOCAL RULE 83.5.3(b)

Pursuant to Rule 83.5.3(b) of the Rules of this Court, and upon the annexed certificate of Eric L. Hirschhorn, the undersigned hereby moves for an order permitting Mr. Hirschhorn to appear and practice before the Court in this action.

Respectfully submitted,

Robert B. Culliford
BBO#638468
Iron Horse Park
North Billerica, MA 01862
(978) 663-1029
rculliford@guilfordrail.com

*Attorney for Defendants*
    *Boston and Maine Corporation*
    *Springfield Terminal Railway*
    *Company*

**January 21, 2005**