UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEW ENGLAND CENTRAL
RAILROAD, INC.,

    Plaintiff,

-v.-

SPRINGFIELD TERMINAL RAILWAY
COMPANY, et al.,

    Defendants.

Civil Action No. 04-30235-MAP

### CERTIFICATE OF ERIC L. HIRSCHHORN PURSUANT TO LOCAL RULE 83.5.3(b)

Pursuant to Rule 83.5.3(b) of the Rules of this Court, Eric L. Hirschhorn certifies as follows:

1. I make this certificate in support of my application to appear in the within action on behalf of the defendants Boston and Maine Corporation and Springfield Terminal Railway Company.

2. I am a member of the bars of the State of New York, the District of Columbia, the United States Court of Appeals for the First Circuit, and various other federal trial and appellate courts.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

_____
Eric L. Hirschhorn

December 17, 2004

DC:392442.1