UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEW ENGLAND CENTRAL
RAILROAD, INC.,

Plaintiff,

-v.-

SPRINGFIELD TERMINAL
RAILWAY COMPANY, et al.,

Defendants.

Civil Action No. 04-30235-MAP

# DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

## ORAL ARGUMENT REQUESTED

Upon the Statement of Reasons in Support of this Motion, and all papers and proceedings previously had herein, and pursuant to Rules 7(b), 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and Rule 7.1 of the Rules of this Court, the defendants Springfield Terminal Railway Company and Boston and Maine Corporation hereby move this Court to dismiss the plaintiff's complaint for failure to state a cause of action. Pursuant to Rule 7.1(A)(2) of the Rules of this Court, counsel hereby certifies that he and counsel for the plaintiff have conferred and attempted in good faith to resolve or narrow the issues presented by this motion, but without success.

Pursuant to Rule 7.1(D) of the Rules of this Court, the defendants hereby request oral argument of this motion.

**January 21, 2005**

Respectfully submitted,

Robert B. Culliford
BBO# 638468
Iron Horse Park
North Billerica, MA 01862
(978) 663-1029
rculliford@guilfordrail.com

*Attorney for Defendants*
*Boston and Maine Corporation*
*Springfield Terminal Railway Company*