04CV30235-MAP

# CERTIFICATE OF SERVICE

    I hereby certify that true copies of the foregoing documents were served on January 21, 2005, by Federal Express upon the following parties to this action:

Michael B. Flynn, Esquire
Richard A. Davidson, Jr., Esquire
Flynn & Associates, P.C.
400 Crown Colony Drive, Suite 200
Quincy, MA 02169


**Dated: January 21, 2005**

                                            Robert B. Culliford