UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CENTRAL RAILROAD, INC., <br> Plaintiff, <br><br> v. <br><br> SPRINGFIELD TERMINAL RAILWAY COMPANY and BOSTON AND MAINE CORPORATION, <br> Defendants | C. A. No.:   04-30235-MAP |

**MOTION TO WITHDRAW  PLAINTIFF'S
MOTION FOR LEAVE TO AMEND COMPLAINT**

Now comes the plaintiff, New England Central Railroad, Inc. ("NECR"), to move that this Honorable Court for leave to withdraw its *Motion for Leave to Amend Complaint* due to the fact that the defendants have yet to answer the original complaint, no previous amendment has been made to the complaint, and that the NECR has this date filed with the court its *Amended Complaint*.  Fed. R. Civ. P. 15.

Wherefore, the original motion is moot and should be withdrawn.

                                             Respectfully submitted,
                                             NEW ENGLAND CENTRAL RAILROAD, INC.,
                                             by its attorneys,

                                             /s/  Richard A. Davidson, Jr
                                             Michael B. Flynn                          BBO# 559023
                                             Richard A. Davidson, Jr.               BBO# 552988
                                             FLYNN & ASSOCIATES, P.C.
                                             400 Crown Colony Drive, Suite 200
                                             Quincy, MA 02169
                                             (617) 773-5500

Dated: February 25, 2005