UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CENTRAL RAILROAD, INC.,<br>Plaintiff,<br><br>v.<br><br>SPRINGFIELD TERMINAL RAILWAY COMPANY and BOSTON AND MAINE CORPORATION,<br>Defendants. | Civil Action No.:   04-30235-MAP |

**PLAINTIFF'S ASSENTED TO MOTION FOR EXTENSION OF TIME TO OPPOSE THE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

The plaintiff, New England Central Railroad, Inc., hereby moves, with the assent of the defendants, that it be allowed an additional seven (7) days by which to file its opposition to the defendants' *Motion to Dismiss*, dated March 16, 2005, Docket No. 20.  The plaintiff will have its opposition filed with the court no later than close of business on Wednesday, April 6, 2005.

Respectfully submitted,
NEW ENGLAND CENTRAL RAILROAD, INC.,
by its attorneys,

  /s/   Richard A. Davidson, Jr.
Michael B. Flynn                           BBO# 559023
Richard A. Davidson, Jr.              BBO# 552988
FLYNN & ASSOCIATES, P.C.
400 Crown Colony Drive, Suite 200
Quincy, MA 02169
(617) 773-5500

Assented to for the defendants:

 /s/  Robert B. Culliford
Robert B. Culliford     BBO# 638468
Iron Horse Park
N. Billerica, MA  01862