IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| New England Central Railroad, Inc. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Springfield Terminal Railway Company )<br>and )<br>Boston and Maine Corporation )<br>)<br>Defendants. ) | Civil Action No. 04 30235-MAP |

**NOTICE OF CHANGE OF ADDRESS
AND TELEPHONE NUMBERS**

Please be advised that as of April 4, 2005, the address and telephone numbers of counsel for Springfield Terminal Railway Company and Boston and Maine Corporation have changed as indicated below. Counsel's e-mail address remains the same.

                                                Respectfully submitted,

                                                _____
                                                Eric L. Hirschhorn
                                                Winston & Strawn LLP
                                                1700 K Street NW
                                                Washington DC 20006
                                                Tel. 202-282-5706 (fax 202-282-5100)
                                                E-mail: ehirschhorn@winston.com

                                                *Counsel for Defendants*

March 31, 2005