UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

N.E. CENTRAL RAILROAD

                    V.                        CASE NO.   04-30235  MAP

SPFLD TERMINAL RAILWAY

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the above-entitled case has been set for a HEARING ON MOTION TO DISMISS on JULY 19, 2005 at 2:30 P.M. before Michael A. Ponsor, U.S. D.J   In   Courtroom #   1   on the   5th   floor.

|  |  |
|---|---|
|  | SARAH THORNTON |
|  | CLERK OF COURT |
| APRIL27, 2005 |  |
| _____ | By: /s/ Elizabeth A. French |
| Date | Deputy Clerk |

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)                                         [kntchrgcnf.]
                                                                       [ntchrgcnf.]