UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

NEW ENGLAND CENTRAL RAILROAD, INC.,
Plaintiff,

v.

SPRINGFIELD TERMINAL RAILWAY
COMPANY and BOSTON AND MAINE
CORPORATION,
Defendants

Civil Action No.:  04-30235-MAP

### PLAINTIFF'S ASSENTED TO MOTION TO CHANGE TIME OF MOTIONS HEARING SCHEDULED FOR JULY 19, 2005

The plaintiff, New England Central Railroad, Inc., hereby moves, with the assent of the defendants, that it be allowed to change the hearing time on its *Motion to Dismiss,* (Docket No. 6); *and Motion to Dismiss Counts V through X of the Amended Complaint* and to *Refer Complaint to the Surface Transportation Board* (Docket 20), previously scheduled for July 19, 2005 at 2:30 PM to be changed to July 19, 2005 at 12:00 P.M.

Respectfully submitted,
NEW ENGLAND CENTRAL RAILROAD, INC.,
by its attorneys,

/S/ Michael B. Flynn
Michael B. Flynn                            BBO# 559023
mbflynn@flynnassoc.com
Richard A. Davidson, Jr.                 BBO# 552988
radavidsonjr@flynnassoc.com
FLYNN & ASSOCIATES, P.C.
400 Crown Colony Drive, Suite 200
Quincy, MA 02169
(617) 773-5500

/s/ Robert B. Culliford
Robert B. Culliford    BBO# 638468
Iron Horse Park
N. Billerica, MA  01862


/s/ Eric L. Hirschhorn
Eric L. Hirschhorn
Winston & Strawn LLP
1400 L Street, NW
Washington, DC  20005


Dated:  June 28, 2005


G:\F & A\CASE FILES\RAILAMERICA\BM - STRC-Hartland\pleadings\Assented to Mtn to Change Time of 7-19-05 hearing.doc