UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

N.E. CENTRAL RAILROAD

   V.

SPFLD TERMINAL RAILWAY CO         CASE NO. CA 04-30235-MAP

<u>NOTICE OF HEARING</u>

PLEASE TAKE NOTICE that the above-entitled case has been SET for A STATUS CONFERENCE on 2/24/06 at 3:00 P.M. before Michael A. Ponsor, U.S. D.J In Courtroom # <u>1</u> on the <u>5th</u> floor.

SARAH THORNTON
CLERK OF COURT

<u>2/9/06</u>                                     By: <u>/s/ Elizabeth A. French</u>
   Date                                       Deputy Clerk

**Notice sent to:**

**All counsel of record via mail and electronically**

(Notice of Hearing.wpd - 7/99)                    [kntchrgcnf.]
                                                                                  [ntchrgcnf.]