UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CENTRAL RAILROAD, INC.,<br>Plaintiff,<br><br>v.<br><br>SPRINGFIELD TERMINAL RAILWAY COMPANY and BOSTON AND MAINE CORPORATION,<br>Defendants | Civil Action No.:  04-30235-MAP |

## PLAINTIFF'S ASSENTED TO MOTION TO RE-SCHEDULE THE *STATUS CONFERENCE* SET FOR FEBRUARY 24, 2006

The plaintiff, New England Central Railroad, Inc. ("NECR") hereby moves, with the assent of the defendants, that the *Status Conference* scheduled for February 24, 2006, at 3:00 p.m. be re-scheduled to another date convenient to the court. As grounds therefore, the plaintiff's counsel states that he is scheduled to appear before Magistrate Collins in Boston on the matter entitled *Mary L. Carta, Admx. v. Lumberman's Mut. Cas. Co., et. al.*, C.A. No.: 03 12237 NG, concerning the defendants' *Joint Motion to Disqualify Counsel*.

WHEREFORE, the NCR, through its counsel, requests that this Honorable Court allow the within motion and re-schedule the *Status Conference* to a date convenient to the court's calendar.

Respectfully submitted,
NEW ENGLAND CENTRAL RAILROAD, INC.,
by its attorneys,

 /s/  Richard A. Davidson, Jr.
Michael B. Flynn               BBO# 559023
Richard A. Davidson, Jr.       BBO# 552988
FLYNN & ASSOCIATES, P.C.
400 Crown Colony Drive, Suite 200
Quincy, MA 02169
(617) 773-5500

Assented to by:

　/s/  Robert B. Culliford　　　　　
Robert B. Culliford        BBO#  638468
Counsel for the Defendants
Boston and Maine Corporation
Springfield Terminal Railway Company


Dated: February 22, 2006