```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS


NEW ENGLAND CENTRAL         )
RAILROAD, INC.,             )
        Plaintiff           )
                            )
        v.                  ) CIVIL ACTION NO. 04-30235-MAP
                            )
SPRINGFIELD TERMINAL        )
RAILWAY COMPANY and         )
BOSTON AND MAINE CORPORATION,)
        Defendants          )
```

PRETRIAL SCHEDULING ORDER

March 17, 2006

PONSOR, D.J.

Counsel for all parties appeared for a status conference on March 16, 2006, following denial of Defendants' Partial Motion to Dismiss. Based on counsel's representations, the court orders as follows:

    1. All automatic discovery will be exchanged by April 15, 2006.

    2. All non-expert discovery will be completed by September 15, 2006. In setting this deadline, the court intends that all non-expert interrogatories and requests for production be served, and all depositions noticed, sufficiently in advance of the closing date to insure that discovery is <u>completed</u> by September 15, 2006.

    3. Plaintiff will convey to Defendants a report as required by Fed. R. Civ. P. 26(a)(2), regarding any expert whose opinion will be offered at trial, no later than October 15, 2006.

    4. Defendants' Rule 26(a)(2) report will be conveyed to Plaintiff no later than November 15, 2006.

5.  All expert depositions will be completed and all discovery will close on January 15, 2007.

6.  Counsel will appear again before this court for a final pretrial conference on February 2, 2007 at 3:00 p.m.  At least five (5) days prior to the conference, counsel will file final pretrial memoranda in accordance with the attached order.  <u>Please note:</u> failure to file a final pretrial memorandum as ordered may result in default or dismissal.  The court will also take up the issue of possible motions for summary judgment at this time.

It is So Ordered.

<u>/s/ Michael A. Ponsor</u>  
MICHAEL A. PONSOR  
United States District Judge
