UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
NEW ENGLAND CENTRAL        )
RAILROAD, INC.,            )
        Plaintiff          )
                           )
            v.             ) CIVIL ACTION NO. 04-30235-MAP
                           )
SPRINGFIELD TERMINAL       )
RAILWAY COMPANY and        )
BOSTON AND MAINE CORPORATION,)
        Defendants         )
```

AMENDED PRETRIAL SCHEDULING ORDER

March 20, 2006

PONSOR, D.J.

It has been brought to the court's attention that two dates in the Pretrial Scheduling Order issued March 17, 2006 fall on a Saturday and a Sunday. Those dates are hereby changed as follows:

  1. All automatic discovery will be exchanged by April <u>17</u>, 2006.

  2. Plaintiff will convey to Defendants a report as required by Fed. R. Civ. P. 26(a)(2), regarding any expert whose opinion will be offered at trial, no later than October <u>16</u>, 2006.

  It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge