## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NEW ENGLAND CENTRAL RAILROAD, INC., | ) |
| Plaintiff | ) |
| v. | ) |
| SPRINGFIELD TERMINAL RAILWAY CO. AND BOSTON AND MAINE CORPORATION, | )  C. A. No. 04-30235 MAP |
| Defendant(s) | ) |

### NOTICE OF APPEARANCE

I, John P. Curtin, hereby notify this honorable Court of my appearance as counsel for the Defendants, Springfield Terminal Railway Company and Boston and Maine Corporation, in the above referenced case.

Respectfully submitted,

*/s/ John P. Curtin*
John P. Curtin BBO# 653933
Springfield Terminal Railway Co.
Iron Horse Park
North Billerica, MA 01862
(978) 663-1029
jcurtin@panamrailways.com

Dated: September 18, 2006

*Counsel for Springfield Terminal Railway Company and Boston and Maine Corporation*

Certificate of Service

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 18, 2006.

<i><u>/s/ John P. Curtin</u></i><br>
John P. Curtin