EXHIBIT A

```
From: "Robert Culliford" <RCulliford@flypanam.com>
To: <jcurtin@bmairways.com>
Date: 09/13/2006 04:00 PM
Subject: FW: NECR v. Springfield Terminal Ry.

-----Original Message-----
From: Hirschhorn, Eric [mailto:EHirschhorn@winston.com]
Sent: Wednesday, September 06, 2006 7:37 PM
To: Robert B. Culliford Esquire (E-mail)
Subject: FW: NECR v. Springfield Terminal Ry.


> -----Original Message-----
> From:   Hirschhorn, Eric
> Sent:   Tuesday, August 22, 2006 3:32 PM
> To:     'radavidsonjr@flynnassoc.com'; 'mbflynn@flynnassoc.com'
> Subject: NECR v. Springfield Terminal Ry.
>
> Rich/Michael--
>
> I am writing regarding NECR's responses to our initial discovery requests.
> I believe that we sent the requests to you June 30.  Allowing three days for
> mailing would have made the responses due Aug. 1.  Your office called July
> 28 to request a two week delay.  Rich and I spoke on July 31.  At that time,
> I agreed to the request and the two of us agreed to extend fact discovery at
> least until Sept. 30.  He undertook to send me a confirming communication
> but I have not received it.
>
> By my reckoning, the two week extension made your responses due August 15,
> but I have not received them.  Please transmit them to me promptly.
>
> Thanks & rgds,
> Eric.
>
> Eric L. Hirschhorn
> Winston & Strawn LLP
> 1700 K Street NW
> Washington DC 20006
> 202-282-5706 (fax -5100)
> ehirschhorn@winston.com
```

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
++
Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.