EXHIBIT B

From: "Robert Culliford" <RCulliford@flypanam.com>
To: <jcurtin@bmairways.com>
Date: 09/13/2006 04:01 PM
Subject: FW: NECR v. Springfield Terminal Ry.

-----Original Message-----
From: Hirschhorn, Eric [mailto:EHirschhorn@winston.com]
Sent: Wednesday, September 06, 2006 7:38 PM
To: Robert B. Culliford Esquire (E-mail)
Subject: FW: NECR v. Springfield Terminal Ry.

Here's the second one. By the way, this bounced back from Flynn's mailbox, saying that the box was full, but not from Davidson's. I sent the bounce-back e-mail on to Davidson and he telephoned me the following day.

> -----Original Message-----
> From:   Hirschhorn, Eric
> Sent:   Wednesday, August 30, 2006 5:28 PM
> To:     'radavidsonjr@flynnassoc.com'; 'mbflynn@flynnassoc.com'
> Subject:     NECR v. Springfield Terminal Ry.
>
> Rich/Michael--
>
> Pursuant to Rule 37.1 of the D. Mass. Local Rules, this is to request an
> immediate discovery conference regarding your failure to respond either to
> our discovery requests of June 30, 2006 or to my followup communication of
> August 22, 2006. Please be advised that we intend to move to compel if you
> do not promptly confer with us and provide the requested discovery.
>
> Thanks & rgds,
> Eric.
>
> Eric L. Hirschhorn
> Winston & Strawn LLP
> 1700 K Street NW
> Washington DC 20006
> 202-282-5706 (fax -5100)
> ehirschhorn@winston.com

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
***************************************************
Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.