# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS



## **ORDER OF REFERENCE**

Check if previously referred

N.E. CENTRAL RAILROAD, INC.

V.

CA/CR No. ___04-30235-MAP___

SPFLD. TERMINAL RAILWAY,,

Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge __NEIMAN__    for the following proceedings:

(A)  ☐  Referred for full pretrial case management, including all dispositive motions.

(B)  ☐  Referred for full pretrial case management, not including dispositive motions:

(C)  ☑  Referred for discovery purposes only.

(D)  ☐  Referred for Report and Recommendation on:

   ( ) Motion(s) for injunctive relief
   ( ) Motion(s) for judgment on the pleadings
   ( ) Motion(s) for summary judgment
   ( ) Motion(s) to permit maintenance of a class action
   ( ) Motion(s) to suppress evidence
   ( ) Motion(s) to dismiss
   ( ) Post Conviction Proceedings[1]
   See Documents Numbered: _____ _____

(E)  Case referred for events only.  See Doc. No(s). _____

(F)  Case referred for settlement.

(G)  Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
   ( ) In accordance with Rule 53, F.R.Civ.P.
   ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)  Special Instructions:  _#'S [39] - Deft's' motion to compel discovery, [45] - # 45 - Ds opp_
#44 - Pltf's memorandum in opposition to [39]. + cross motion to compel, to # 44.

___10/19/2006___                            By:  ___/s/Elizabeth A. French___
Date                                             Deputy Clerk

**(OrRef for pdf.wpd - 05/2003)**

[1]   See reverse side of order for instructions