```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
```

NEW ENGLAND CENTRAL RAILROAD,  )
INC.,                          )
          Plaintiff            )
                               )
     v.                        ) C.A. 04-30235-MAP
                               )
SPRINGFIELD TERMINAL RAILWAY   )
COMPANY, ET AL,                )
          Defendants           )

### PRETRIAL SCHEDULING ORDER

February 6, 2007

PONSOR, D.J.

Counsel appeared before this court for a final pretrial conference on February 2, 2007. Based on counsel's representations, the court orders as follows:

   1. Either party may file a motion related to expert discovery no later than February 16, 2007.

   2. Any opposition or other response to expert-related motions will be filed no later than March 2, 2007.

   3. Motions for Summary Judgment may be filed by March 23, 2007 and opposed by April 20, 2007.

   4. Replies to any opposition may be filed by May 4, 2007.

   5. Argument on any Motions for Summary Judgment will be on May 17, 2007 at 2:30 p.m.

   6. Trial in this matter will commence on September 17, 2007 at 10:00 a.m. Counsel will appear that day at 9:00 a.m. for a brief conference prior to commencement of jury selection. The trial will proceed thereafter from 9:00 a.m. to 1:00 p.m.

   7. Proposed <u>voir dire</u> questions and proposed jury

instructions will be filed no later than September 10, 2007.

8. Motions *in limine* will be filed no later than August 10, 2007 and opposed by August 24, 2007.

It is So Ordered.

                                      /s/ Michael A. Ponsor
                                      MICHAEL A. PONSOR
                                      United States District Judge