UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

NEW ENGLAND CENTRAL
RAILROAD, INC.,

        Plaintiff,

   -v.-                                        Civil Action No. 04-30235-MAP

SPRINGFIELD TERMINAL
RAILWAY COMPANY, et al.,

        Defendants.

---

## UNOPPOSED JOINT MOTION
## FOR CLARIFICATION

     The plaintiff, New England Central Railroad, Inc. ("NECR"), and the defendants, Springfield Terminal Railway Company and Boston and Maine Corporation (collectively, "Guilford"), jointly request the Court to clarify its pretrial order of February 6, 2007 [Dkt. #54] ("Order"). It is the recollection Eric Hirschhorn and Michael Flynn, the attorneys who appeared at the February 2, 2007 status hearing that led to issuance of the Order, that the Court had granted the parties' request that briefs supporting and opposing summary judgment in this action (due this Friday, March 23, 2007), could be as long as forty pages.

     The Order, however, does not contain any provision reflecting this variance from the normal twenty-page limit. *See* Loc. R. 7.1(b)(4). Moreover, although the Order grants the parties' request that reply briefs be permitted, it does not specify a page limit for those documents.

The parties accordingly ask that the Court clarify that the briefs supporting and opposing the parties' motions for summary judgment may be up to forty pages long and that the Court set a page limit for reply briefs.

Respectfully submitted,

*[signature]*
_____
Eric L. Hirschhorn
Winston & Strawn LLP
1400 L Street, NW
Washington DC 20005
202-371-5706

Robert B. Culliford (BBO #638468)
Pan Am Systems, Inc.
14 Aviation Drive
Portsmouth NH
603-766-2002

*Attorneys for Defendants Boston and Maine
  Corporation and Springfield Terminal
  Railway Company*

*[signature]* Richard A. Davidson by ELH
_____
Michael B. Flynn (BBO #559023)
Richard A. Davidson, Jr. (BBO #552988)
Flynn & Associates, P.C.
400 Crown Colony Drive, Suite 200
Quincy MA 02169
617-773-5500

*Attorneys for Plaintiff New England Central
Railroad, Inc.*

March 19, 2007

## Certificate of Service

I hereby certify that the foregoing Unopposed Joint Motion for Clarification will be served electronically on counsel for all parties through the Court's ECF system upon filing with the Court.

                                                    Eric L. Hirschhorn