UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

NEW ENGLAND CENTRAL
RAILROAD, INC.,

      Plaintiff/Counterdefendant,

      -v.-                                    Civil Action No. 04-30235-MAP

SPRINGFIELD TERMINAL
RAILWAY COMPANY, et al.,

      Defendants/Counterclaimants.

---

## SUPPLEMENTAL WITNESS LIST FOR DEFENDANTS/COUNTERCLAIMANTS

Springfield Terminal Railway Company and Boston and Maine Corporation ("ST/BM"), which are the defendants/counterclaimants herein, hereby add the following name to their witness list:

    David A. Nagy
    Executive Director of Safety Training
    Springfield Terminal Railway Company
    Iron Horse Park
    1700 High Street
    North Billerica MA 01862

Mr. Nagy was the hearing officer for the August 9, 2004 investigative hearing in which J.C. Scappace, Jr., and A. Peter Kari were the respondents. His testimony will explain how such hearings are conducted under the applicable labor-management agreement and will authenticate the transcript of the Scappace-Kari hearing.

          Respectfully submitted,

          */s/ Eric L. Hirschhorn*
          _____
          Eric L. Hirschhorn
          Debra R. Coletti
          Winston & Strawn LLP
          1700 K Street, NW
          Washington DC 20006
          202-282-5700

          Robert B. Culliford (BBO #638468)
          Pan Am Systems, Inc.
          Pease International Tradeport
          14 Aviation Drive
          Portsmouth NH 03801
          603-766-2002

          *Attorneys for Defendants/Counterclaimants*
             *Springfield Terminal Railway Company*
             *and Boston and Maine Corporation*

March 22, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that service of the foregoing document will be made on counsel for NECR, the plaintiff/counterdefendant, by means of the Court's electronic filing system.

                                             Eric L. Hirschhorn