UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

NEW ENGLAND CENTRAL RAILROAD, INC.,
            Plaintiff,

        v.                                          Civil Action No.:   04-30235-MAP

SPRINGFIELD TERMINAL RAILWAY
COMPANY and BOSTON AND MAINE
CORPORATION,
            Defendants

## PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME TO OPPOSE THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff, New England Central Railroad, Inc., hereby moves, with the assent of the

defendant, that it be allowed an additional four (4) days by which to file its opposition to the

defendants' *Motion for Summary Judgment*, dated March 23, 2007, Document No. 59.  Due to

circumstances involving both personal and professional matters, counsel has been unable to

properly prepare the *Opposition* to this *Motion*.  These matters also required counsel to travel out

of state for several days over the last few weeks.  Counsel gives all assurances that a grant of this

motion will have no effect on the other scheduling dates already established in this matter,

including the hearing on these motions scheduled for May 17, 2007.

The plaintiff will have its opposition filed with the court no later than close of business

on Tuesday, April 24, 2007.

Respectfully submitted,
NEW ENGLAND CENTRAL RAILROAD, INC.,
by its attorneys,

_____/s/ Michael B. Flynn_____

Michael B. Flynn                    BBO# 559023
*mbflynn@flynnassoc.com*
Richard A. Davidson, Jr.            BBO# 552988
*radavidsonjr@flynnassoc.com*
FLYNN & ASSOCIATES, P.C.
400 Crown Colony Drive, Suite 200
Quincy, MA 02169
(617) 773-5500

BOSTON AND MAINE CORP.,

_/s/  Eric L. Hirschhorn_____
Winston & Strawn LLP
1700 K Street, NW
Washington, D.C.  20006
(202) 282-5706

DATED:  <u>April 18, 2007</u>
g:\f & a\case files\railamerica\new england central\bm - strc-hartland\pleadings\assented to motion to extend time for opp to msj.doc

2