## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

---

NEW ENGLAND CENTRAL
RAILROAD, INC.,

        Plaintiff/Counterdefendant,

        -v.-                             Civil Action No. 04-30235-MAP

SPRINGFIELD TERMINAL
RAILWAY COMPANY, et al.,

        Defendants/Counterclaimants.

---

## DECLARATION OF ROGER D. BERGERON IN OPPOSITION TO PLAINTIFF/COUNTERDEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Roger D. Bergeron declares as follows:

1.      I am employed by the defendants/counterclaimants in this action, Springfield Terminal Railway Company and Boston and Maine Corporation (collectively, "ST/BM"), as Vice-President of Special Projects. I make this declaration in opposition to the motion for summary judgment filed by New England Central Railroad, Inc. ("NECR") both as a percipient witness and, pursuant to the Court's endorsed order of February 21, 2007, as an expert witness. To the extent the opinions expressed herein are considered those of an expert, they are within the bounds of reasonable engineering certainty and represent my professional opinion.

2.      I have been employed by ST/BM and their predecessors for 36 years. My positions during that period have included trackman in the late 1960s, engineering surveyor and a construction inspector in the early 1970s, resident engineer in the mid-1970s, a track supervisor from the late 1970s to early 1980s, a roadmaster and engineer of track in the mid-1980s, an

engineer of production and construction until 1996, then assistant vice-president of engineering until 2006.

3.      My current position includes responsibility for industrial development of railroad properties, track construction and design projects, preparing estimates for permitting commuter rail service on certain portions of ST/BM's track, and continuing responsibilities for overseeing track maintenance and construction.  In that capacity, I am qualified under Section 213.7 of the Federal Railroad Administration ("FRA") regulations regarding track safety in general and regarding track inspection, renewal, and replacement in particular.

4.      I have taken FRA and National Transportation Safety Board accident derailment courses, and am familiar with the FRA track safety standards (49 C.F.R. Part 213), the FRA Track Safety Standards Compliance Manual, an Association of American Railroads publication entitled *Train Derailment Cause Finding* and the Canadian Pacific handbook on the same subject.  ST/BM generally follows the AAR publication in investigating derailments.  In the course of my thirty-seven year career as a railroad employee, I have led or otherwise been involved in investigations of more than three thousand derailments, including several hundred that occurred on main lines.

5.      In 1988, the Interstate Commerce Commission ("ICC') compelled the Boston and Maine Corporation to sell approximately forty-eight miles of the Connecticut River Line to the National Railroad Passenger Corporation ("Amtrak"), which immediately resold the property to the Central Vermont Railway.  The ICC order, which ultimately was upheld by the courts, required that the new owner grant trackage rights to Boston and Maine.

6.      Trackage rights are similar to the rights of a lessee of ordinary real property, giving the tenant railroad certain rights to operate trains over, and otherwise use, the tracks of the landlord railroad.

7.      In February 1990, after Central Vermont and Boston and Maine were unable to agree upon the provisions of a trackage rights agreement, the ICC imposed a trackage rights order governing Boston and Maine's use of the Connecticut River Line (i.e., the TRO).  The ICC decision is reported as *Amtrak—Conveyance of B&M in Conn River Line in VT & NH*, 6 I.C.C.2d 539 (1990) (*"Amtrak II"*).  The TRO also covered several segments connecting to the transferred portion that already were owned by Central Vermont and over which Boston and Maine already had trackage rights.

8.      The derailment that is the subject of this action occurred on a segment that was owned by Central Vermont before 1988 but that is subject to the TRO.  The tracks subject to the TRO are referred to herein as "the Line."

9.      Section 3.2 of the TRO makes CV "solely responsible for dispatching all operations over the Line and for the maintenance and repair of the Line, including the signals and the signal and dispatching system which controls operations on it," as well as for "keep[ing] the Line, *at all times* throughout the term of this Agreement or any extensions thereof, in not less than FRA Class II condition."

10.      Section 7.1 of the TRO provides:

> each party hereto shall be responsible for and shall assume all loss, damage or injury . . . to persons or property, including the cost of removing any trackage, repairing trackage and correcting environmental damage, which may be caused by its engines, cars, trains or other on-track equipment (including damage by fire originating therefrom) *whether or not the condition or arrangement of the trackage contributes in any manner or to any extent to such loss, damage or injury*, and whether or not a third party may have caused or contributed to such

loss, damage or injury, and for all loss or damage to its engines, cars, trains or other on-track equipment while on said trackage from any cause whatsoever...

The full text of the TRO is annexed hereto as Exhibit 1.

11.    The TRO remains in force.  ST/BM is the successor in interest to Boston and Maine.  NECR, which is the plaintiff/counterdefendant in this action, is the successor in interest to Central Vermont.

12.    In January 2006, in a proceeding between ST/BM and NECR, the Surface Transportation Board ("STB"), which is the successor to the ICC, ruled that Section 7.1 of the TRO does not absolve NECR of liability for damages caused by NECR's gross negligence or willful misconduct.  A copy of the STB's decision is annexed hereto as Exhibit 2.

13.    The TRO is not a contract between NECR and ST/BM.  In fact, the predecessors of NECR and ST/BM who litigated *Amtrak II* disagreed over many terms of a proposed agreement—including Section 7.1.  Indeed, that was the point of ST/BM's petition for reconsideration that led to the STB's January 2006 ruling.  See Exhibit 3 hereto at 3-4.

14.    The Federal Railroad Administration ("FRA") has plenary responsibility for rail safety in the United States.

15.    On June 8 and 9, 2004, the Line was inspected, under the FRA's Automated Track Inspection Program, by a T-2000 track geometry car (the "Inspection").  NECR personnel accompanied the inspection car so that they could take remedial actions in light of the defects identified and relay information about such defects and remedial actions to NECR's dispatchers.  See Exhibits 4 (at 6:6-10) and 5 (at p. 7—Bates #803) hereto.

16.    During such an inspection, instruments on the inspection car automatically find and record defects, locating each defect using the Global Positioning System ("GPS").  The system for relating defects identified by the inspection car to physical landmarks such as mile

posts and bridges is not automated; instead, the railroad's track inspector calls out landmarks as they are passed and an inspector or operator punches a button to mark each such location. The imprecision of the "call-out," as well as the reaction time for the individual who pushes the marker button, means that that results of such an inspection typically are not precise as to related landmarks such as mile posts (though they are relatively precise as to GPS readings).

17.    It is normal practice when the track owner's inspection personnel revisit each defect site to begin by examining the track for several hundred feet on either side of the marked point. In the case of a post-derailment inspection involving a possible crosslevel defect, standard industry practice is to consider the track segment from 300 feet before the derailment to 100 feet after the derailment. See Exhibit 6 hereto at V-9. Moreover, a crosslevel defect of the sort involved in the Derailment is by definition at least sixty-two feet long. Thus, even were the inspection car reading precise, the defect could extend for at least sixty-two feet in either direction from the noted spot.

18.    The Inspection revealed 251 defects in a 230-mile stretch of track. Particularly troubling was the fact that 189 of the defects were such that the related track was in *less* than FRA Class 2 condition and that seventy-four defects were such that the related track was in FRA Class Zero (i.e., they were not in condition to have trains running over them). See Exhibits 5 and 7 hereto.

19.    The defects identified by the Inspection included a crosslevel defect, also known as a warp, in the vicinity of Milepost ("MP") 10.16. See Exhibit 4 at 7:2-3. The warp near MP 10.18 exceeded the limit established by the FRA's track safety standards. Thus, NECR was aware of this defect at least twenty-five days before the Derailment occurred on July 3, 2004. Moreover, the FRA inspection report included the text of § 213.63 and its note 2. See Exhibit 7

hereto at Bates #809.  NECR's track inspector agreed with the test car's determination of a warp

defect in the vicinity of MP 10.18.  See Exhibit 8 hereto at 10:5-13.

20.    Because the crosslevel defect exceeded one and one-quarter inches over the

length of track specified in the FRA regulation, note 2 to § 213.63 rendered the segment Class 1

track rather than Class 2.

21.    A recognized authority on the subject of derailment, *Train Derailment Cause

Finding*, states that crosslevel (warp) defects are among the more common types that "cause or

contribute to a derailment."

> If a car with a high center of gravity is traveling at a speed such that its
> trucks are directly over successively low joints at the same time as the car rocks to
> the side of the low joints, the rocking will become more and more severe until the
> wheels on the opposite side of the low joints lift off the rail. *The speed at which
> wheel lift occurs is between 10 and 25 miles per hour.*

See Exhibit 6 hereto at V-8 and V-9.

22.    According to NECR's roadmaster, Mike Lawyer, "[a] warp would be that [the

height difference between the two rails] changes too drastically in a 62-foot segment," and "[t]he

rail car could rock if there is too much of a change in a certain distance at a certain speed."  See

Exhibit 9 hereto at 19:9-20:7.  NECR's track supervisor conceded that a warp can cause

harmonic rock and that under certain conditions, that in turn can cause wheel lift.  See Exhibit 4

at 9:20-10:15.

23.    Defects like this do not occur at *points* but occupy *segments* of track—including,

in this instance, the segment where the wheels of one car first left the track.

24.    As a result of the Inspection, NECR placed slow orders at numerous locations on

the Line, including the vicinity of MP 10.16.  Normal industry practice, including that of the

FRA and ST/BM, is not to impose slow orders on *fixed points* but on *segments* of track, having varying length depending upon the defect in question. This NECR did not do.

25.    A comparison of NECR's Daily Operating Bulletins for June 10 and 11, 2004, reveals that the slow order for the MP 10.16 vicinity, which set a "Class 2" speed limit of twenty-five miles per hour, was not established until two days after the Inspection. Compare Exhibit 10 hereto (at p. 3 of 5—Bates #1397) with Exhibit 11 (at p. 4 of 7—Bates #1403). This delay is highly improper and dangerous, as the ironclad industry practice is to address any defect, at least on a temporary basis, before the next train uses the defective track segment.

26.    The NECR Daily Operating Bulletin for July 3, 2004 shows that the slow order remained in effect on the day of the Derailment. See Exhibit 12 at p. 4 of 6—Bates #000018. The warp had not been repaired when the Derailment occurred, see Exhibit 9 hereto at 23:11-24:4, and indeed had worsened over the month since the FRA inspection.

27.    The proper remedial action would have been tamping up the ballast under the low (inside) end of the ties. This could have been accomplished using a self-lining, self-leveling tamper or, at least temporarily, manually by several workers using basic track tools. See Exhibit 9 hereto at 28:2-29:8. Neither action was taken. The excuse offered by NECR's Richard Boucher was that the operator of NECR's tamping machine went on vacation. See Exhibit 4 hereto at 9:3-11.

28.    NECR took the easy—and improper—way out by dropping the segment to Class 2 status, which meant a maximum freight-train speed of twenty-five miles per hour. Ironically, the improper slow order issued by NECR probably created a *greater* derailment risk than would have existed had the segment remained at Class 3—a class whose maximum speed for freight

trains of forty miles per hour is well above the harmonic-risk range of 12-25 mph addressed by note 2 to § 213.63.

29.     NECR's track supervisor, Richard Boucher, measured the defect at MP 10.16 on June 8, 2004, but did not measure it again between then and the occurrence of the Derailment more than three weeks later. See Exhibit 4 at 11:3-11. Moreover, Mr. Boucher admitted that it would not have been the practice of NECR's track inspection department to do so. See Exhibit 4 hereto at 11:12-16. Indeed, NECR's track inspector Rick Boucher did not even record the defect on his subsequent inspection reports, see Exh. 8 hereto at 8:18-9:1; 21:21-25:19, though the FRA's track safety rules require such recording on *each* track inspection report until the defect has been corrected, see Exhibit 13 hereto at 5.140, first full ¶.

30.     Therefore, NECR had no way of knowing whether the condition had worsened, despite that the FRA recognizes that such an occurrence is a distinct possibility and therefore expects re-measurement *regularly* until the defect has been corrected. NECR's Richard Boucher conceded that this defect could have caused wheel lift of the type that led to the Derailment. See Exhibit 4 at 9:20-12:6.

31.     In the early hours of July 3, 2004, a nineteen-car ST/BM freight train set out in a southerly direction on the Line from White River Junction, Vermont. As the train rounded a curve—the curve with the warp defect—near MP 10.18, one pair of the four wheels of one truck of a boxcar lifted off the rails.

32.     This "wheel lift" occurred due to the combination of the speed of the train (approximately twenty-three miles per hour), excessive superelevation (more than six inches), the warp (or "crosslevel") defect, harmonic rocking occurring in that speed range, and the relative lack of centrifugal force occasioned by that speed range in the presence of that type of

defect. NECR's Michael Lawyer testified that wheel lift is when "the flange of the wheel is allowed to come up onto the rail, or partially onto the rail head, as opposed to riding on the gauged side of the rail." See Exhibit 9 hereto at 22:2-6. Had NECR made the FRA-required follow-up inspections and measurements, NECR would have been aware of all these factors.

33.    Approximately twenty-two feet after lifting, the pair of wheels settled back down. Instead of returning to being flush against the rail heads of their respective rails, however, one wheel of the pair came down on the ties and tie plates outside its rail and the other came down on the ties and tie plates inside the opposite rail. See Exhibit 14 hereto at 53:3-20.

34.    My investigation of the marks in and around the track structure showed that the boxcar in question remained upright and, to any observer of the moving train, aligned with the other cars as the train continued southward. Specifically, my investigation revealed that the two wheels remained tight against their respective rails, but on the wrong side of the rails—a distance of only a few inches from where they were supposed to be. The now-misaligned wheels of the truck caused damage to the ties and tie plates over which they traveled.

35.    The ST/BM crew did not learn immediately that the pair of wheels had come off the rails. The weather was foggy, see Exhibits 15 (at 17:2-21; 39:7-16), and 16 (at 20:5-21) hereto, and the computerized records show that the lead locomotive's ammeter did not reflect unusually high amperage for a train that was accelerating up a 0.50 percent grade after passing a slow-ordered section of track, see Exhibit 17 hereto.

36.    Furthermore, the train crew did not feel any unusual jostling or anything else out of the ordinary. See Exhibits 15 (at 20:14-17), and 16 (at 97:17-98:3) hereto.

37.    Visibility was between 240 and 300 feet. See Exhibits 15 (at 18:13-18; 39:10-17), and 16 (at 85:5-86:3) hereto. Freight cars are approximately sixty feet long. The boxcar in

question was the sixth car of the train (the eighth car, if one counts the two locomotives at the front), and hence was more than 400 feet behind the locomotive where the operator and conductor were located. This meant that the crew could not consistently see the sixth car. See Exhibit 15 hereto at 57:9-11. In any event, my examination showed that the boxcar remained upright and was not noticeably out of alignment with the rest of the train. See Exhibit 16 hereto at 86:23-87:14. The engineer testified that he last looked back to check the train consist shortly before the cars went onto the ground at MP 5.7. See Exhibit 15 hereto at 38:15-39:6.

38.    At approximately MP 5.7, the pair of derailed wheels reached the "frog" portion of a switch near Hartland, Vermont, at which time the truck turned sideways and the boxcar in question went onto the ground, taking with it the six cars behind it in the train. See Exhibit 15 hereto at 25:22-27:2.

39.    Prior to this point there was no warning to the crew that a pair of wheels had derailed. See Exhibits 15 (at 33:9-11; 58:3-13), and 16 (at 34:16-20; 62:23-63:17; 97:17-98:3) hereto.

40.    I investigated the Derailment on behalf of ST/BM. I had little difficulty finding the crosslevel defect in the vicinity of MP 10.18 that the FRA track geometry inspection had identified.

41.    I determined that because of the relatively slow train speed (not in excess of twenty-five miles per hour) and the excessive superelevation of the outside rail on the curve at MP 10.18, most of the weight of the boxcar in question was over the inside rail of the curve. This meant that the opposite wheels—those on the outside rail of the curve—were bearing an unusually light load; that fact, plus the previously noted deviation in track alignment, plus the

harmonic motion that the FRA track safety regulations warn against at Class 2 speeds, caused one of those wheels to lift off the outside (high) rail of the curve at approximately MP 10.18.

42.    An additional factor was that the track where the pair of wheels initially came off (around MP 10.18) was misaligned by approximately one and one-quarter inches. Although my inspection occurred after the Derailment, the physical evidence demonstrated that the misalignment was not of recent vintage, but had antedated the Derailment.

43.    Therefore, the area around MP 10.18 had both an alignment defect and a crosslevel defect. As noted at page 6-6 of the Canadian Pacific derailment manual, which is widely used in the railroad industry, each type of defect can aggravate the other type, such that "[t]he combination of forces from alignment and surface defects in the same location . . . has a cumulative effect much greater than either defect alone." See Exhibit 18 hereto at 6-6.

44.    All of these factors were within the control of NECR, which had known at least since the Inspection approximately four weeks earlier that a dangerous condition existed at MP 10.18. Specifically, NECR knew that the elevation of the outside rail at MP 10.18 was higher than permitted by Section 213.63 of the FRA track safety regulations. Note 2 to that section also provides that because of the danger of harmonic rocking, the presence of such superelevation requires that the speed limit *not* be that for Class 2 track—namely, twenty-five miles per hour— but that for Class *1* track, which is ten miles per hour. Section 213.63, including note 2, was reprinted in the FRA inspection report of June 8, 2007. See Exhibit 7 hereto at Bates #809.

45.    NECR knew that this defect required correction but had failed to correct it. See Exhibit 4 hereto at 6:14-9:11. The defect could have been corrected by "tamping up" the ballast under the inside (lower) rail of the curve so that the crosslevel difference in elevation was within the limit established by the track safety regulations. See Exhibit 4 hereto at 8:15-22. The excuse

offered by NECR for not doing this is that the operator of their tamping machine had gone on

vacation. See Exhibit 4 hereto at 9:3-11. NECR has offered no excuse for not using the

temporary expedient of having workers with basic track tools add ballast (rock) beneath the

lower ends of the relevant ties.

46.    In conducting my investigation, I noticed that at least one joint of the lower rail at

the MP 10.18 location was sinking into the mud. Moreover, the ballast at that point contained

mud and contaminants and therefore did not properly transmit load to the subgrade. This is an

improper condition because it limits the ability of the track structure safely to handle the load.

Remarkably, NECR's track inspector could not recall noticing these conditions at the location in

question. See Exhibit 8 hereto at 13:4-7.

47.    NECR potentially had available to it a second temporary option—namely, to

slow-order that section of the Line to a *safe* speed, as permitted by the track safety regulations.

48.    NECR issued a slow order but did so without taking into account the disastrous

potential combination of the crosslevel and alignment defects around MP 10.18 with a Class 2

speed limit of twenty-five miles per hour. NECR's failure to do so violates a basic element of

track safety. That is, NECR knew, or was indifferent to, the fact that the combined effect of the

crosslevel defect, the alignment defect, and the Class 2 speed limit created a high likelihood of a

derailment.

49.    Given all this, the question was not *whether* a derailment would occur under those

conditions, but *when* it would occur.

50.    Of particular interest is the fact that NECR has not suggested that my analysis of

the cause is incorrect. When deposed, for example, NECR's track inspector (Rick Boucher) and

roadmaster (Michael Lawyer)—surprisingly—testified that they did not know the cause of the Derailment. See Exhibits 8 (at 18:1-20) and 9 (at 32:15-33:8) hereto.

51.    Richard Boucher, NECR's track supervisor, testified that he did not investigate the cause of the Derailment and that NECR's Rick Boucher and Michael Lawyer did that. See Exhibit 4 hereto at 13:6-17.

52.    Rick Boucher testified that although he participated in the NECR's investigation, he did not know the cause. See Exhibit 8 hereto at 17:22-18:20.

53.    Finally, Michael Lawyer, who was offered by NECR as its corporate witness on track conditions before and after the Derailment, testified he did not know whether NECR had determined a cause of the Derailment. See Exhibit 9 hereto at 32:15-33:8.

54.    I assume that the foregoing testimony was truthful and not an effort to obscure the cause of the Derailment. As such, however, it bespeaks either a concession that my analysis is correct or a shocking lack of attention to track safety by NECR.

55.    NECR's track inspector admitted that although he was aware of the defect at MP 10.16, he did not note it (or, presumably, measure it) in any of his supposedly semiweekly inspection reports because he had not been the individual who *found* the defect. See Exhibit 8 hereto at 8:18-9:1; 21:5-25:19. This is grossly improper. Section 213.241 of the FRA's track safety regulations, as well as the FRA's track safety manual, require that *each* inspection report record a defect from the time it is initially discovered until the time it has been corrected. See Exhibit 13 hereto at 5.140, first full ¶). The reason, naturally, is that track defects do not correct themselves; indeed, they typically worsen if not attended to. Only by reexamining a known defect at each semiweekly inspection can the track owner be certain that matters are not deteriorating further.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed April 23, 2007.

Roger D. Bergeron

# EXHIBIT 1

6 I.C.C.2d 539, 1990 WL 287265 (I.C.C.)                                                   Page 13

(Cite as: 6 I.C.C.2d 539, 1990 WL 287265 (I.C.C.))

if B & M's service falls below such level. In light of our clarification that B & M need not provide three-day per week service if shippers have not so requested, proof of compliance or noncompliance with this condition will depend on shipper evidence.

FN7. Also, because no party disputes sections 1.6, 1.7, and 1.8 of the Interim Agreement, we will adopt those provisions.

FN8. In Amtrak, as discussed supra, we imposed a $75,000 cap beginning in year 4 to restrict Amtrak to certain terms and conditions that it originally proposed. Because Amtrak's proposal did not set terms for a cap in years 1-3, we made no restriction at that time and allowed parties to negotiate these terms. However, since parties are unable to negotiate their own terms, we will establish here the appropriate cap for years 1-3.

FN9. As previously discussed, the cap is $142,000 for years 1-3.

FN10. See Joint Verified Statement of Robert L. Banks and Charles H. Banks, April 1, 1988, at 47.

FN11. B & M observes that the Amtrak/CV trackage rights proposal of April 4, 1988, expressly provided that "B & M shall not be required to pay any rental or interest payments to CV for [B & M's] use of and operation over the Line ***." Verified Statement of James L. Larson.

Also, it notes that the rebuttal documentation of Amtrak/CV stated that "as a result of this proceeding, Amtrak (or its successor) will incur costs for which it will receive either partial compensation or none at all ***. Amtrak (or its successor) will not be compensated to any extent in any year for interest rental ***. Stated differently, there are ownership costs currently incurred by B & M which, in the future, will be incurred by Amtrak (or its successor)." Rebuttal Joint Verified Statement of Robert L. Banks and Charles H. Banks, July 13, 1988, at 4 (emphasis in original).

FN12. B & M used the Commission's projected 46%/54% allocation of traffic between B & M and CV, respectively, Amtrak, supra, at 793, Table II, n. 1, to calculate its share of the proposed capital costs in any given year to be ($211,938 x .46) = $97,491.

The present value of $97,491 in year 6 is ($97,491)/(1.116)$^6$ = $50,513. The present value of a perpetual stream of $97,491 in years 7 and beyond is ($50,513/.116) = $435,456. $50,513 + $435,456 = $485,969.

FN13. Amtrak estimated that B & M would incur maintenance expenses of $536,000 per year. CV argues that the Commission adopted instead a $400,000 per year cost savings figure that represented the lower annual cost Amtrak predicted to maintain the line after the major capital infusion of over $3 million. We note that the $136,000 difference would affect the GCV, not the $75,000 payment cap set for the trackage rights.

FN14. In addition, we note that CV also refers in that section to the mandatory arbitration provision it proposes to add as section 9.9. Since we reject involuntary arbitration and decline to adopt section 9.9, as discussed infra, we will delete CV's proposed reference.

FN15. CV also asserts its willingness to indemnify B & M for any costs of wrongful exclusion imposed on B & M in a grievance proceeding in which CV has had the opportunity to explain the basis for its action to exclude that employee.

FN16. Of course, the Commission reserves the right to impose a new agreement for the trackage rights if it finds it is in the public interest to do so. See Thompson v. Texas-Mexican R. Co., 328 U.S. 134 (1946).

FN17. We note that B & M initially argued that it should be indemnified by CV with regard to any claims involving these plans. CV has indicated that it remains open to settlement discussions on this point and may have already initiated discussions on that topic.

**\*559 APPENDIX**

TERMS AND CONDITIONS OF TRACKAGE RIGHTS IMPOSED BY THE INTERSTATE COMMERCE COMMISSION GOVERNING THE USE BY BOSTON AND MAINE CORPORATION OF CERTAIN LINES OF CENTRAL VERMONT RAILWAY, INC.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

6 I.C.C.2d 539, 1990 WL 287265 (I.C.C.)

Page 14

(Cite as: 6 I.C.C.2d 539, 1990 WL 287265 (I.C.C.))

0. DEFINITIONS

**17** As used herein, the following capitalized terms have the following meanings (any other capitalized terms being defined in context hereafter):

0.1 "Agreement" means the terms and conditions of trackage rights as a whole set forth herein, as though the instant terms and conditions had been agreed to contractually by B & M and CV.

0.2 "Amtrak" means the National Railroad Passenger Corporation.

0.3 "B & M" mean Boston and Maine Corporation, a corporation with its principal office at Iron Horse Park, North Billerica, MA 01862.

0.4 "CCR" means Claremont and Concord Railway (including its successors and assigns).

0.5 "Conveyance Date" means September 9, 1988, the date on which B & M conveyed the Former B & M Line to Amtrak, and on which Amtrak conveyed the same to CV, pursuant to the Order.

0.6 "CV" means Central Vermont Railway, Inc., a corporation with its principal office at 2 Federal Street, St. Albans, VT 05478.

0.7 "CV Lines" means the approximately 13.4-mile rail line between White River Junction, Vermont, and Windsor, Vermont, and the approximately 10.6-mile rail line between Brattleboro, Vermont, and East Northfield, Massachusetts, both of which have belonged to CV since before the Conveyance Date.

0.8 "Former B & M Line" means the approximately 48.8-mile rail line between Windsor, Vermont, and Brattleboro, Vermont, conveyed by B & M to Amtrak, and by Amtrak to CV, on the Conveyance Date pursuant to the Order.

0.9 "GMRC" means the Green Mountain Railroad Corporation (including its successors and assigns).

0.10 "ICC" means the U.S. Interstate Commerce

Commission.

0.11 "Line" means the CV Lines and the Former B & M Line together.

0.12 "Order" means the decision of the ICC in National Railroad Passenger Corporation-Conveyance of Boston and Maine Corporation Interests in Connecticut River Line in Vermont and New Hampshire, dated August 4, 1988, served August 9, 1988, and published at pages 761 through 817 of volume 4 of the ICC Reports, Second Series.

0.13 "ST" means the Springfield Terminal Railway Company (including its successors and assigns).

*560 1. GRANT OF TRACKAGE RIGHTS

1.1 Subject to the terms and conditions of this Agreement, B & M shall have the nonexclusive right to operate B & M's trains, locomotives, cars and equipment with B & M's own crews over the Line, as more particularly defined as follows:

All main line track and passing sidings between a point at the interlocking at East Northfield, Massachusetts (approximately B & M MP 49.67 and CV MP 110.51) to the Bank switch at the termination of B & M ownership at White River Junction, Vermont (approximately CV MP 13.40).

1.2 B & M shall have only overhead running rights over the CV Lines.

1.3 B & M shall have the exclusive right to serve all existing shippers and shippers' facilities that were located on the Former B & M Line as of the Conveyance Date, including any and all new shippers that locate at such existing facilities after the Conveyance Date, provided that B & M makes available a minimum three day per week service along the Line. B & M must consult with the shippers and ensure their needs are met up to three day per week service.

**18** 1.3.1 For purposes of this Section 1.3, " existing shippers and shippers' facilities" shall mean industries and facilities at rail sidings which

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

received or tendered rail shipments during the twelve months immediately prior to the Conveyance Date.

1.3.2 For purposes of this Section 1.3, "three day per week service" shall mean the provision of local set-off and pick-up service to shippers on the Former B & M Line at least three times per week (Monday through the following Sunday) in each direction.

1.3.3 CV shall be permitted to commence service to existing shippers and shippers' facilities upon B & M's failure to make available three day per week service during two weeks out of any four week period, unless such failure is excused by Section 9.6.

1.4 Except as provided in Section 1.3, CV and B & M shall each have the right to compete for and serve the following shippers and shippers' facilities on the Former B & M Line:
  (a) shippers and shippers' facilities located on the Former B & M Line which have not received or tendered rail shipments during the twelve months immediately prior to the Conveyance Date;
  (b) any other new shippers;
  (c) any existing shippers and shippers' facilities to which B & M does not provide a minimum three day per week service, as specified in Section 1.3.

1.4.1 CV shall, upon request by B & M, provide reciprocal switching to permit B & M to serve such shippers and shippers' facilities as B & M may serve hereunder. CV shall not be required to switch cars on B & M's behalf at shippers' facilities which CV serves by virtue of B & M's failure to make available a minimum three day per week service along the Line as specified by Section 1.3, but B & M shall retain the right to provide service directly to such shippers and shippers' facilities. B & M shall pay to CV a per switch charge not greater than 180% of the CV variable cost of providing such switching service computed using CV's costs computed in accordance with formulas generally used or accepted in ICC proceedings.

1.5 CV and B & M shall each have the right to compete for and to interchange traffic at Bellows Falls, Vermont, with GMRC and at Claremont

Junction, New Hampshire, with the **561** CCR. B & M shall have the exclusive right to interchange traffic at Charlestown, New Hampshire, with the ST.

1.6 B & M shall have the right of entry over the Line for any and all B & M employees, agents or representatives, machinery, vehicles or equipment which B & M may deem necessary or convenient for the purposes of inspecting the Line, clearing any derailments or wrecks of B & M trains on the Line or otherwise conducting its operations over the Line.

1.7 B & M shall without charge to CV dispatch the interlocking CPR 50 located at East Northfield, Massachusetts, until seven (7) days after CV notifies B & M that CV is prepared to assume such responsibility and all applicable regulatory requirements have been satisfied.

**19** 1.8 Except as provided herein, this Agreement does not diminish in any way CV's right to use the Line, or CV's right to lease or otherwise allow another carrier to use the Line.

2. TERM AND TERMINATION

2.1 The term of this Agreement shall commence as of 7:00 a.m. Eastern Time, on the Conveyance Date.

2.2 Except as provided in Section 2.3, and subject to the provisions of this section, the term of this Agreement shall be perpetual. After 20 years from the Conveyance Date, either party to this Agreement may seek modifications from the other and, if satisfactory modifications are not agreed to after a reasonable period for negotiation, may apply to the ICC for modifications. Nothing in this section shall authorize the ICC to impose arbitration requirements upon either party to this Agreement.

2.3 B & M may terminate this Agreement immediately upon notice to CV.

2.4 Notwithstanding the foregoing, the parties hereby acknowledge and agree that B & M has appealed the Order, and that in the event the Former B & M Line is reconveyed to B & M in connection with or resulting from such appeal, this Agreement shall terminate upon such reconveyance, and that

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

6 I.C.C.2d 539, 1990 WL 287265 (I.C.C.)

Page 16

(Cite as: 6 I.C.C.2d 539, 1990 WL 287265 (I.C.C.))

thereafter the terms and conditions of the April 1, 1985 and January 1, 1930 Trackage Rights Agreements shall govern their operations over and use of the Line, and such agreements shall be deemed re-executed in their current forms.

## 3. COMPENSATION

3.1 B & M shall have no obligation to pay for or contribute in any way towards the cost of upgrading of the Former B & M Line, except as provided in Section 3.7.

3.2 Except as provided in Section 1.7, CV shall be solely responsible for dispatching all operations over the Line and for the maintenance and repair of the Line, including the signals and the signal and dispatching system which controls operations on it. CV shall keep the Line, at all times throughout the term of this Agreement or any extensions thereof, in not less than FRA Class II condition.

3.3 In full satisfaction of any and all obligations of B & M to pay for the trackage rights provided herein or contribute towards the costs of dispatching, maintenance and repair of the Line (including the maintenance, repair and operation of the signals and the signal and dispatching system which controls operations on it), B & M shall pay to CV 20.1¢ per car mile (whether loaded or empty including locomotives, cabooses and work equipment) of traffic actually operated by B & M (or its assignee) over the Line. Notwithstanding the foregoing, the sum of such payments in respect of the Former B & M Line shall not exceed one hundred forty-two thousand dollars ($142,000) per year during the first three years this Agreement is in force **562 and shall not exceed seventy-five thousand dollars ($75,000) in any year thereafter; provided, however, that the foregoing limitation shall not apply if the annual gross traffic volume on the Former B & M Line attributable to B & M's overhead or local service, including traffic for interchange to GMRC, CCR, or ST, exceeds 32,500 carloads. Locomotives, cabooses and work equipment shall not be included in determining whether traffic attributable to B & M has exceeded 32,500 carloads in a given year. In any year that the amount of traffic attributable to B & M on the Former B & M Line exceeds 32,500 carloads, B &

M shall pay CV as additional compensation 20.1¢ per car mile for all the cars in excess of 32,500 cars, whether loaded or empty, including locomotive, cabooses and work equipment.

**20 3.4 All payments to be made by B & M and CV under this Agreement (including the caps set forth in Section 3.3) shall be adjusted effective March 31, 1989, and semi-annually thereafter, for price level changes from July 1, 1988, (using SecondQuarter 1988) based on the relationship of the most recent quarter's Association of American Railroads (AAR) Eastern District, Quarterly Indices of Chargeout Prices and Wage Rates (Table C)-" Material prices, wage rates and supplements combined (excluding fuel)" to comparable indices of the quarter six months previous. The first adjustment to be made shall be based on the comparison of the Fourth Quarter 1988 index value to the Second Quarter 1988.

3.5 B & M shall have responsibility for and shall report and pay directly to the owner of the cars, all mileage, car hire and other charges accruing on cars in B & M's trains on the Line.

3.6 CV shall issue its bill to B & M for the payments specified by Sections 1.4 and 3.3 by the fifteenth (15) day of each month for the traffic transported during the preceding calendar month. B & M shall pay to CV the amount shown on such bill by the last day of the month in which such bill is issued. B & M shall not be required to pay mileage charges attributable to its operations over the Former B & M Line once payments made in the preceding months of that year with respect to those operations equal the payment cap as adjusted in accordance with Section 3.4 for that year, until traffic attributable to B & M's operations over the Former B & M Line exceeds 32,500 carloads for that year. Payments not received by CV by such last day of the month in which the bill is issued will accrue interest at the rate of one and one-half (1.5%) percent per month for each month or portion of a month by which the payment is late.

3.7 In the event that CV is required to undertake any major capital projects which may become necessary due to changes in applicable local, state or federal statutes, ordinances or regulations, or by catastrophic occurrences on the Line, including but

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

6 I.C.C.2d 539, 1990 WL 287265 (I.C.C.)

Page 17

(Cite as: 6 I.C.C.2d 539, 1990 WL 287265 (I.C.C.))

not limited to floods or destruction of bridges, B & M or its assignee shall pay its proportionate share of the expenditures actually made by CV for such capital projects based upon the percentage of total car miles on the Line attributable to B & M's (or its assignee's) average traffic volume during the preceding five (5) year period.

## 4. ADDITIONS AND ALTERATIONS

4.1 CV shall pay for and be responsible for the construction, maintenance, repair and renewal of any additional connections to the Line which it may require.

4.2 If B & M determines that changes in or additions and betterments to the Line, including changes in communication, dispatching or signal facilities as they existed immediately prior to the Conveyance Date, are required to accommodate B & M's operations beyond that required by CV to accommodate CV's and Amtrak's operations over the Line, B & M shall pay for the construction of such additional or altered facilities, including the annual expense of maintaining, repairing, and renewing such additional or altered facilities. Notwithstanding the *563 foregoing, CV shall have the right to approve of any such addition or alteration prior to its construction, which approval shall not be unreasonably withheld, and such addition or alteration shall be constructed in such a manner as to minimize interference with CV's or Amtrak's operations over the Line.

## 5. SCHEDULING OF TRAINS AND MAINTENANCE; OPERATING RULES

**\*\*21** 5.1 The trains, locomotives, cars and equipment of B & M, CV, Amtrak, and any other present or future user of the Line or any portion thereof, shall be operated without prejudice or partiality to any party to this Agreement or any such other user and in such a manner as will result in the most economical and efficient manner of movement of all traffic; provided, however, that CV shall give priority to intercity rail passenger trains of Amtrak to the extent required by Section 402 of the Rail Passenger Service Act. Notwithstanding the foregoing, B & M shall have the right, in

consultation with CV, to establish the schedules of B & M's trains over the Line. Trains performing local work, whether B & M, CV or otherwise, are not entitled to priority over trains that are not performing such work. CV shall establish CV's train schedules with due regard to the trains to be operated by B & M. Each party shall use reasonable efforts to provide five (5) days' notice of changes in its traffic and operating patterns and procedures which may affect the Line. B & M acknowledges that the upgrading work will require a twelve (12) hour work block scheduled for between 7:00 a.m. and 7:00 p.m. CV shall coordinate with B & M and use its best efforts in scheduling the work required for the upgrading of the Former B & M Line and any future maintenance or repair of the Line to minimize any interference with or disruption of B & M's operations over the Line.

5.2 Any and all training that may be required to qualify B & M operating personnel as to CV's operating rules (after the initial training of such personnel, which will be provided by CV) shall be performed by B & M, and the determination as to whether such operating personnel are qualified under CV's operating rules shall be made in the discretion of B & M (giving consideration to any comments or recommendations of CV). CV shall train, and periodically recertify in accordance with CV's operating rules, B & M operating personnel who act as instructors for B & M personnel regarding CV's operating rules.

5.3 CV operating rules shall govern all operations over the Line, and CV shall report to B & M any incidents of violation of such rules by a B & M employee. CV may at its option, for good cause shown, exclude such employee from the Line.

5.4 In the event that any dispute arises as to the interpretation of any operating rules, the interpretations of the Uniform Code of Operating Rules, as amended, shall govern.

## 6. CLEARING OF DERAILMENTS AND WRECKS

6.1 In the event of any derailment or wreck of a B & M train, B & M shall clear the Line to allow for the passage of other trains within a reasonable time.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

6 I.C.C.2d 539, 1990 WL 287265 (I.C.C.)                                                    Page 18

(Cite as: 6 I.C.C.2d 539, 1990 WL 287265 (I.C.C.))

B & M shall perform any rerailing wrecking or wrecking train service as may be required in connection with such derailment or wreck, in accordance with its customary practices. Except as provided in Section 7, the cost liability, and expense of the foregoing, including, without limitation, loss of, damage to, or destruction of any property whatsoever and injury to or death of any person or persons whomsoever resulting therefrom, shall be the responsibility of B & M. In the event that B & M does not begin retailing operations for passage of trains over the Line within twelve (12) hours of an occurrence or does not complete the process of clearing the Line within a reasonable time, *564 CV may clear the Line for passage of trains, and B & M shall reimburse CV for all reasonable costs CV incurs in performing such service.

## 7. RELEASE AND INDEMNIFICATION

**22 7.1 Save as herein otherwise provided, each party hereto shall be responsible for and shall assume all loss, damage or injury (including injury resulting in death) to persons or property, including the cost of removing any trackage, repairing trackage and correcting environmental damage, which may be caused by its engines, cars, trains or other on-track equipment (including damage by fire originating therefrom) whether or not the condition or arrangement of the trackage contributes in any manner or to any extent to such loss, damage or injury, and whether or not a third party may have caused or contributed to such loss, damage or injury, and for all loss or damage to its engines, cars, trains or other on-track equipment while on said trackage from any cause whatsoever, except in the case of collision, in which event the provisions of Section 7.2 shall apply.

7.2 In the event of a collision between CV's and B & M's engines, cars, trains or other on-track equipment while on the Line, the apportionment of liability between the parties hereto for all loss, damage or injury (including injury resulting in death) to any person (including CV's or B & M's employees, agents or representatives) or property shall be governed by the following provision:

7.2.1 If the employees of one party are solely at fault, that party shall be responsible for all such

loss, damage or injury including the cost of removing wreckage, repairing trackage, and correcting environmental damage.

7.2.2 If the employees of both parties hereto are at fault, or if the cause of the accident is so concealed that it cannot be determined whose employees are at fault, each party shall bear and pay for all such loss, damage or injury which its own engines, cars, trains or other on-track equipment and their contents or property in its custody, or its employees or others claiming for them, may have suffered by reason or in consequence of the accident. Responsibility for all other such loss, damage or injury shall be apportioned equally between the parties hereto.

7.2.3 The words "all other such loss, damage or injury" referred to in this Section 7.2 shall be deemed to include but not be limited to the cost of removing wreckage, repairing trackage, correcting environmental damage, and third party claims.

7.2.4 As between the parties hereto, the foregoing provisions of this Section 7.2 shall be applicable whether or not a third party may have caused or contributed to the accident.

7.2.5 The words "trackage" referred to in this Section 7 shall be deemed to include but not be limited to the tracks, structures or facilities pertaining to operation of the Line.

7.3 Without in any way restricting the terms of this Section 7, in the case of a collision or accident between the train of either party to this Agreement and the property of a third person or other entity, including any action done in the process of trying to avoid an accident or a collision, such party shall save harmless and indemnify the other party forthwith for all damages suffered by the other party including damages to equipment and structures or injuries (including death) to the employees or agents of the other party including also the results of those actions done in the process of avoiding a collision or accident, and irrespective of negligence of either party or such third person or other entity, and with a right of subrogation in favor of such party against any such third person or other entity.

**23 *565 7.4 Each party hereto shall forever

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

indemnify and save harmless the other party, from and against all claims, liability or judgments by reason or on account of any injury to or death of any person or of any loss or damage to property, the liability for which is herein assumed by such first mentioned party, and such first mentioned party shall pay and discharge any judgment that may be obtained by reason thereof, and all costs, charges and expenses payable thereunder, including legal counsel fees.

7.5 The parties shall settle, as between themselves, any claim for loss or damage according to the terms of this Agreement, notwithstanding any judgment or decree of any court or other tribunal in a proceeding brought by other parties. In case a suit or proceeding shall be commenced by any person or corporation against either party hereto for or on account of any loss, damage or injury for which the other party hereto is liable under the provisions of this Agreement, the party so sued or proceeded against shall give to the other party reasonable notice, in writing, of the pendency of such suit or proceeding and thereupon the other party shall assume the defense of such suit or proceeding or shall save and hold the party so sued harmless from all loss and costs by reason thereof. Neither party hereto shall be bound by any judgment against the other party unless it shall have reasonable notice that it is so required to defend and has reasonable opportunity to make such defense. When such notice and opportunity has been given, the party notified shall be bound by the judgment as to all matters that could have been litigated in such suit or proceeding.

7.6 In every case of death or injury suffered by an employee of either B & M or CV, when compensation to such employee or employee's dependents is required to be paid under any workmen's compensation, occupational disease, employer's liability or other law, and either of said parties, under the provisions of this Agreement, is required to pay such compensation, if such compensation is required to be paid in installments over a period of time, such party shall not be released from paying such future installments by reason of the expiration or other termination of this Agreement prior to any of the respective dates upon which any such future installments are to be paid.

## 8. DEFAULT; PAYMENT DELINQUENCY

8.1 In the event of a material breach by B & M of the terms and conditions of this Agreement which continues for a period of forty-five (45) days after notice thereof from CV, CV shall have the right to terminate this Agreement upon ninety (90) days' notice.

8.2 If B & M becomes delinquent in payment of any amount by more than fourteen (14) days under the terms of Section 3.6, CV shall be entitled to receive advance payment from B & M for each B & M train seeking access to the Line until B & M satisfies the delinquency in full. If B & M fails to tender the advance payment, CV shall be further entitled to exclude and eject B & M from the Line until B & M tenders the advance payment. CV shall be entitled to these remedies for delinquencies even if B & M has disputed the billed amount by invoking arbitration or otherwise. During the pendency of any such exclusion or ejectment, CV shall nevertheless accept B & M cars for interchange at any point on the Line.

## 9. GENERAL PROVISIONS

**24 9.1 No Waiver. Waiver of any provision of this Agreement, in whole or in part, in any one instance shall not constitute a waiver of any other provision in the same instance, nor *566 any waiver of the same provision in another instance, but each provision shall continue in full force and effect with respect to any other then existing or subsequent breach.

9.2 Notice. Any notice required or permitted under this Agreement shall be given in writing to the parties at their respective addresses specified above, or at such other address for a party as that party may specify by notice as provided herein, by (i)(A) delivery in hand or by postage prepaid, United States first class mail and (B) registered or certified mail, return receipt requested, or (ii)(A) telefax and (B) registered or certified mail, return receipt requested, or (iii)(A) Federal Express or other form of expedited mail that provides for delivery to the sender of a signed receipt, or (iv) telegram. Notice so sent shall be effective upon

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

6 I.C.C.2d 539, 1990 WL 287265 (I.C.C.)                                    Page 20

(Cite as: 6 I.C.C.2d 539, 1990 WL 287265 (I.C.C.))

receipt.

9.3 Integration. Except for the Order and the documents executed in pursuance thereof, this Agreement constitutes the entire agreement of the parties with respect to its subject matter, superseding all prior oral and written communications, proposals, negotiations, representations, understandings, courses of dealing, agreements, contracts and the like between the parties in such respect. Except for any and all obligations incurred or causes of action accrued thereunder prior to or as of the Conveyance Date, and except as provided in Section 2.4 and 9.3.1 hereof, the Trackage Rights Agreements by and between B & M and CV dated as of April 1, 1985, and January 1, 1930, are hereby terminated. Any provisions of any other agreement(s) between CV and B & M which are not inconsistent with the provisions of this Agreement shall remain in effect until cancelled according to the terms of such other agreement(s).

9.3.1 The provisions of Section 8, Freight Haulage, of the January 1, 1930, Trackage Rights Agreement between CV and B & M, as amended from time to time, shall remain in effect until cancelled by either party upon ninety (90) days' prior written notice to the other.

9.4 Miscellaneous. This Agreement: (i) may be amended, modified, or terminated, and any right under this Agreement may be waived in whole or in part, only by a writing signed by both parties; (ii) contains headings only for convenience, which headings do not form part of and shall not be used in construction of this Agreement; and (iii) is not intended to inure to the benefit of any party not a party to this Agreement.

9.5 Availability of Equitable Relief. The obligations imposed by this Agreement are unique. Breach of any of such obligations would injure the parties to this Agreement; such injury is likely to be difficult to measure; and monetary damages, even if ascertainable, are likely to be inadequate compensation for such injury. Protection of the respective interests provided herein would require equitable relief, including specific performance and injunctive relief, in addition to any other remedy or remedies that the parties may have at law or under this Agreement.

**25 9.6 Force Majeure. No party to this Agreement shall be responsible for delays or errors in its performance or other breach under this Agreement occurring by reason of circumstances beyond its control, including acts of civil or military authority, national emergencies, fire, major mechanical breakdown, labor disputes, flood or catastrophe, acts of God, insurrection, war, riots, delays in suppliers, derailments or failure of transportation, communication or power supply.

*567 9.7 Trains, Locomotives, Cars or Equipment. As used in this Agreement, whenever reference is made to the trains, locomotives, cars or equipment of, or in the account of, one of the parties hereto, such expression means the trains, locomotives, cars and equipment in the possession of or operated by one of the parties and includes such trains, locomotives, cars and equipment which are owned by, leased to, or in the account of such party. Whenever such trains, locomotives, cars or equipment are owned or leased by one party to this Agreement and are in the possession or account of, or under the control of the other party to this Agreement, such trains, locomotives, cars and equipment shall be considered those of the other party, except where the cars or equipment are being transported under the Haulage Agreement referred to in Section 9.3.1 of this Agreement.

9.8 Assignment. This Agreement shall bind and inure to the benefit of the parties and their respective legal representatives, successors and assigns. B & M shall have the right to assign any or all of B & M's rights and obligations under this Agreement to any affiliate of B & M, following consultation with CV. B & M shall have the right to assign any or all of B & M's rights and obligations under this Agreement to any other person with CV's prior consent, which shall not be withheld unreasonably. In the event of an Agreement, the number of carloads attributable to the assignee's operations over the Former B & M Line shall be included in the number of cars attributable to B & M's operations for the purposes of Section 3.3 of this Agreement.

9.9 Governing Law. This Agreement is imposed and entered into in, and shall be governed by the

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

6 I.C.C.2d 539, 1990 WL 287265 (I.C.C.)

Page 21

(Cite as: 6 I.C.C.2d 539, 1990 WL 287265 (I.C.C.))

laws of, the District of Columbia.


6 I.C.C.2d 539, 1990 WL 287265 (I.C.C.)
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# EXHIBIT 2

35695
EB

SERVICE DATE – JANUARY 10, 2006

SURFACE TRANSPORTATION BOARD

DECISION

STB Finance Docket No. 34612

BOSTON AND MAINE CORPORATION
and
SPRINGFIELD TERMINAL RAILWAY COMPANY
v.
NEW ENGLAND CENTRAL RAILROAD, INC.

Decided: January 9, 2006

We are granting, in part, the petition of Boston and Maine Corporation (B&M) and Springfield Terminal Railway Company (ST) (jointly, "BM/ST" or "complainants") for reconsideration of our prior decision dismissing their complaint and petition for a declaratory order arising out of the derailment of a BM/ST train on track owned by the New England Central Railroad, Inc. (NEC).

BACKGROUND

In Amtrak – Conveyance of B&M in Conn River Line in VT & NH, 4 I.C.C.2d 761 (1988) (Amtrak I), the Board's predecessor agency, the Interstate Commerce Commission (ICC), required B&M to convey its 48.8-mile "Connecticut River Line" to the National Railroad Passenger Corporation (Amtrak), subject to the requirement that Amtrak grant specified trackage rights back to B&M. The ICC also authorized Central Vermont Railway, Inc. (CV) to acquire the conveyed line from Amtrak and to operate it, subject to B&M's trackage rights. The carriers were directed to negotiate a trackage rights arrangement containing certain core requirements designed to ensure that the tenant carrier would be able to continue to conduct rail freight operations over the line.

During their negotiations, the carriers operated under a temporary trackage rights agreement. When the parties were unable to agree on certain terms for a permanent agreement, the ICC issued a decision in Amtrak – Conveyance of B&M in Conn River Line in VT & NH, 6 I.C.C.2d 539 (1990) (Amtrak II), clarifying its core requirements, resolving the disagreements, and adopting the detailed trackage rights terms and conditions attached as an appendix to that decision, herein called "the trackage rights order" (TO). Many provisions of the temporary agreement were not in dispute and were carried over into the TO without further discussion. In

STB Finance Docket No. 34612

subsequent transactions, NEC acquired CV's assets, including its rights and responsibilities under the TO, and B&M assigned its trackage rights over the line to its subsidiary, ST.

On November 1, 2004, BM/ST filed a complaint and petition for declaratory order arising out of the derailment of an ST train operating on NEC's Connecticut River Line track on or about July 3, 2004. ST's train was operating on NEC's track pursuant to the TO issued in Amtrak II. Complainants alleged that the derailment was caused by NEC's failure to maintain the track as required by the TO and Federal Railroad Administration (FRA) regulations and that, as a consequence, BM/ST suffered damages in excess of $100,000. BM/ST requested compensatory, incidental, and punitive damages based on breach of contract (the TO) and tortious injury due to gross negligence, recklessness, and willful misconduct by NEC. NEC responded that any claims based on the condition of the track are barred by Section 7.1 of the TO.[1] BM/ST argued that NEC's interpretation of Section 7.1 is contrary to public policy because it would apportion all responsibility for the derailment to BM/ST even if the derailment was caused solely by grossly negligent, reckless, or willful misconduct by NEC. NEC has brought an action in Federal district court to recover damages. New England Central R.R. v. Boston and Maine Corp., Civ. Action No. 04-30235 – MAP (D. Mass., filed Dec. 3, 2004).

By decision served on February 24, 2005 (February 2005 Decision), we dismissed BM/ST's complaint and petition for a declaratory order. We explained that this dispute is not within the Board's primary jurisdiction because the dispute is founded primarily on claims of breach of contract and tortious actions. We reasoned that the dispute involves neither the interpretation of core operational provisions of the TO nor service questions, but is, rather, a dispute over liability for a derailment, an area over which the Board has little expertise and limited jurisdiction. For this reason, we concluded that the court is the appropriate forum to resolve the parties' dispute.

---

[1] Section 7.1 of the TO provides (6 I.C.C.2d at 564):

7.1 Save as herein otherwise provided, each party hereto shall be responsible for and shall assume all loss, damage or injury (including injury resulting in death) to persons or property, including the cost of removing any trackage, repairing trackage and correcting environmental damage, which may be caused by its engines, cars, trains or other on-track equipment (including damage by fire originating therefrom) whether or not the condition or arrangement of the trackage contributes in any manner or to any extent to such loss, damage or injury, and whether or not a third party may have caused or contributed to such loss, damage or injury, and for all loss or damage to its engines, cars, trains or other on-track equipment while on said trackage from any cause whatsoever, except in the case of collision, in which event the provisions of Section 7.2 shall apply.

- 2 -

STB Finance Docket No. 34612

On March 10, 2005, BM/ST filed a petition for reconsideration of that decision. Complainants do not dispute our finding that this controversy predominantly involves claims of breach of contract and tortious actions arising from a train derailment and that the court is better suited to resolving such fact-bound issues. But complainants argue that the Board should, at a minimum, decide whether Section 7.1 of the TO was intended by the ICC to absolve the track owner (now NEC) from liability claims that are based on gross negligence or willful misconduct. On March 30, 2005, NEC filed a reply in opposition to BM/ST's petition for reconsideration.

## DISCUSSION AND CONCLUSIONS

In the February 2005 Decision, we mistakenly assumed that Section 7.1 was not in dispute when the TO was adopted and concluded that the Board's expertise was not required to determine the intent of the parties regarding Section 7.1. We will grant reconsideration to the extent required to provide guidance on the proper interpretation of the provision that the agency imposed.

As noted by complainants, the Board has expressly declined to impose a contested provision that would excuse a carrier from liability resulting from its own gross negligence or willful misconduct, finding such a provision to be contrary to public policy. See National R.R. Passenger Corp. – Applic. – 49 U.S.C. 24308(a), 3 S.T.B. 157, 162 (1998). The concerns expressed by the Board in that case apply with equal force here. The statute requires that the Board implement policies that "promote a safe and efficient rail transportation system" and "operate transportation facilities and equipment without detriment to the public health and safety." 49 U.S.C. 10101(3), (8). To construe TO Section 7.1 as excusing gross negligence and willful misconduct would not encourage safe operations, and it would contravene well-established precedent that disfavors such indemnification provisions.[2] Thus, we do not believe that it was the intent of the agency in imposing TO Section 7.1 to allow the landlord carrier to escape liability for maintenance failures that are the result of its own gross negligence or willful misconduct, and we do not construe TO Section 7.1 in that manner.

The remaining issues involved in the complaint are fact-bound, and they predominantly involve claims of breach of contract and tort. For the reasons discussed in the February 2005 Decision, we will continue to defer to the courts the resolution of the remaining issues.

It is ordered:

1. Complainants' petition for reconsideration is granted to the extent discussed above.

---

[2] See National R.R. Passenger Corp. v. Consolidated Rail Corp., 698 F. Supp. 951, 971-72 (D.D.C. 1988), rev'd on other grounds, 892 F.2d 1066 (D.C. Cir. 1990); see also Harris v. Howard University, Inc., 28 F. Supp. 2d 1, 14 (D.D.C. 1988).

- 3 -

STB Finance Docket No. 34612

2.  This decision is effective on its date of service.

By the Board, Chairman Buttrey, and Commissioner Mulvey.


Vernon A. Williams
Secretary

- 4 -

# EXHIBIT 3

**BEFORE THE
SURFACE TRANSPORTATION BOARD**

---

**BOSTON AND MAINE CORPORATION
and
SPRINGFIELD TERMINAL RAILWAY COMPANY**

v.

**NEW ENGLAND CENTRAL RAILROAD, INC.**

---

**Finance Docket No. 34612**

---

**PETITION FOR RECONSIDERATION
IN PART**

---

The petitioners, Boston and Maine Corporation ("BM") and Springfield Terminal Railway Company ("ST") hereby petition for reconsideration of part of the Board's decision in this proceeding served February 24, 2005 ("Decision"). In particular, BM and ST seek reconsideration of the Board's decision not to interpret—by means of a declaratory order proceeding—Section 7.1 of the Trackage Rights Order ("TO") imposed in 1990 by the Board's predecessor, the Interstate Commerce Commission ("ICC"), in *Amtrak—Conveyance of B&M in Conn River Line in VT & NH*, 6 I.C.C.2d 539 (1990) ("*Amtrak II*").

The BM/ST complaint seeks damages for the July 2004 derailment of its train from the New England Central Railroad's ("NEC") track but it also seeks a declaratory order from the

Board as to the meaning of Section 7.1—a provision that was imposed by the Board's predecessor, the ICC. *See id.* at 564. It may be that, as the Decision states, the courts are better able to evaluate the facts attendant upon the derailment. *See* Decision at 3, 4. It also may be that the courts are better able than the Board to handle tort and breach of contract claims. *See id.* at 1. The key *legal* issue in the dispute, however, is one that the Board, as successor to the ICC, is uniquely qualified to decide: Was Section 7.1 of the TO intended by the ICC to absolve a track owner whose track is in substandard condition due to its own gross negligence or willful misconduct from liability for a derailment resulting from the condition of that track?

In another case involving the same TO, the Court of Appeals for the First Circuit described the Board as being *"uniquely suited"* to determine the meaning of the TO, as well as to make decisions about national rail transportation policy. *Rymes Heating Oils, Inc. v. Springfield Terminal Ry. Co.*, 358 F.3d 82, 91 (1st Cir. 2004) (emphasis added); *accord Hansen v. Norfolk & W. Ry. Co.*, 689 F.2d 707, 712 (7th Cir. 1982) (noting appropriateness of primary jurisdiction referral for interpretation of ICC's own order). In addition to being about the meaning of the TO, the dispute between BM/ST and NEC raises a significant question of transportation policy—namely, whether as a matter of public policy a track owner can absolve itself, in advance, of gross negligence and even willful misconduct in the discharge of its track safety responsibilities.

The Board previously has addressed this issue: "[P]ublic policy generally disfavors requiring one party to be responsible for another's gross negligence or willful and wanton misconduct." *Nat'l R. Passenger Corp.—Applic.— 49 U.S.C. 24308(a)*, 3 S.T.B. 157, 162 (1998). Moreover, the TO is to be interpreted under District of Columbia law, *Amtrak II*, 6 I.C.C.2d at 567 (§ 9.9 of TO), which considers "[c]ontract provisions which appear to indemnify against willful, wanton, reckless, or intentional misconduct by the indemnitee [to be] contrary to

2

public policy." *Nat'l R. Passenger Corp. v. Consolidated Rail Corp.*, 698 F. Supp. 951, 970-71

& n. 6 (D.D.C. 1988) (applying D.C. law), *vacated and remanded on other grounds*, 892 F.2d

1066 (1990); *see Wisconsin Ave. Assocs., Inc. v. 2720 Wisconsin Ave. Coop. Ass'n*, 441 A.2d

956, 964-65 (D.C. 1982) (invalidating contract provision as violative of public policy).

Moreover, this is an issue that the parties to this proceeding jointly suggested that the

Board address as "a preliminary—and possibly dispositive—issue of law." Letter from Robert

B. Culliford, Corporate Counsel, BM/ST, to Vernon A. Williams, Secretary, STB (Dec. 20,

2004) (copy annexed as Exhibit 1).

The Decision states that the content of Section 7.1 was "not in dispute" in *Amtrak II*,

Decision at 1. That is incorrect. The temporary trackage rights agreement that preceded the TO,

*see* Decision at 1, provided for shared liability "in proportion to the respective relative fault of

each [railroad] for the occurrence which gave rise to the liability." Interim Trackage Rights

Agreement Between Central Vermont Railway, Inc. and Boston and Maine Corp. §§ 7.1-7.2

(Sept. 9, 1988) ("Temporary Agreement") (copy annexed as Exhibit 2). Thus the Temporary

Agreement—a contract as to which the predecessors of BM/ST and NEC agreed—provided for

apportionment of responsibility based upon negligence.

In the *Amtrak II* proceeding, NEC's predecessor, Central Vermont Railway ("CV"),

submitted the version of Section 7.1 that the ICC ultimately adopted and that is at issue here

(copy of CV proposal annexed as Exhibit 3). CV's twenty-two page brief in support of its

proposed version made no mention of liability beyond the passing remark that "liability

indemnification is spelled out" in the proposal. Verified Pet. of Central Vermont Railway, Inc.

for Imposition of Terms and Conditions of Trackage Rights on Connecticut River Line, and for

Other Relief, STB Finance Docket No. 31259, at 6 (May 18, 1989).

BM, by contrast, proposed a version of Sections 7.1 and 7.2 identical to that in the Temporary Agreement—i.e., providing for shared liability "in proportion to the respective relative fault of each [railroad] for the occurrence which gave rise to the liability" (copy of BM proposal annexed as Exhibit 4). BM's brief also made no mention of liability issues and the parties' subsequent responses to one another did not address liability, either.

The ICC decision addressed the issue only briefly:

> CV proposes a revised section 7 to address release and indemnification in greater detail than the Interim Agreement. B&M states no objection. Because we find the revisions *will not change the essence of section 7*, we will impose as terms sections 7.1 through 7.6 as proposed by CV.

*Amtrak II*, 6 I.C.C.2d at 554 (emphasis added).

That BM did not seek judicial review of the decision imposing the TO thus is understandable and is no bar here, for no reasonable person could interpret Section 7.1 as having the limitless scope that NEC now would assign to it. The silence of the parties' four *Amtrak II* filings on the point underscores this conclusion, as does the ICC's statement that the CV version "will not change the essence of section 7" of the Temporary Agreement—a provision that apportioned liability based upon relative fault. Thus there can be no reasonable claim that BM agreed or acceded to NEC's strained current interpretation of Section 7.1.

In addition to the fact that the Board is far more qualified than a court to explain the meaning of a provision ordered by the ICC, the legal issue raised by the declaratory order portion of the proceeding is one that should be uniform for all STB-imposed trackage rights. *See, e.g., Nat'l R. Passenger Corp.—Applic.— 49 U.S.C. 24308(a)*, 3 S.T.B. 157, 162 (1998) (rejecting a provision similar to § 7.1 because it would violate public policy). This is a classic instance of the utility of the primary jurisdiction doctrine. *See Pejepscot Indus. Park, Inc. v. Maine Central R. Co.*, 215 F.3d 195, 205-06 (1st Cir. 2000) ("promote uniformity"); *Hansen*, 689 F.2d at 710-11

4

(same). The Board should not refrain from deciding this legal issue even if it then leaves to the courts the task of finding the facts to which the Board's legal conclusions are to be applied.

WHEREFORE, BM and ST respectfully request that the Board reconsider its decision served February 24, 2005, open a declaratory order proceeding on the limited issue of whether Section 7.1 of the TO absolves NEC of liability if NEC's gross negligence or willful misconduct was a cause of the July 3, 2004 derailment, and set a briefing schedule.[1] BM and ST note that the parties previously had suggested that opening statements be due within thirty days after the Board's order opening a proceeding and that replies be submitted within twenty days after the service of opening statements. Letter from Robert B. Culliford, Corporate Counsel, BM/ST, to Vernon A. Williams, Secretary, STB (Dec. 20, 2004) (copy annexed as Exhibit 1).

Respectfully submitted,

Eric L. Hirschhorn
Winston & Strawn LLP
1400 L Street, NW
Washington DC 20005
Tel. 202-371-5706

Robert B. Culliford
Guilford Rail System
Iron Horse Park
North Billerica MA 01862
Tel. 978-663-1029

---

[1] Should the Board deny reconsideration here, BM and ST assume that it would not refuse to interpret § 7.1 were it asked to do so by the U.S. District Court that currently is hearing NEC's action against BM/ST. *See Engelhard Corp.—Petition for Declaratory Order—Springfield Terminal Railway Corp. and Consolidated Rail Corp.* STB Docket No. 42075, at 2 (served Apr. 1, 2003) (noting that "[p]etitions for issuance of a declaratory order premised on referral from a federal court are routinely accepted. *See Delegation of Authority—Declaratory Order Proceedings*, 5 I.C.C.2d 675, 676 (1989)").

5

*Attorneys for Petitioners Boston and Maine*
*Corp. and Springfield Terminal Railway*
*Co.*

Dated:   March 10, 2005

6

# EXHIBIT 4

Page 1

1                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
2
     ------------------------------
3    NEW ENGLAND CENTRAL                    COPY
     RAILROAD, INC.
4                         Plaintiff,
5           VS.                        Civil Action No.
                                       04-30235-MAP
6    SPRINGFIELD TERMINAL RAILWAY
     COMPANY, ET AL.
7                         Defendants.
     ------------------------------
8
9                      D E P O S I T I O N
                            -of-
10                   RICHARD R. BOUCHER
11         Taken on Wednesday, January 10, 2007,
                      at the offices of
12          New England Central Railroad, Inc.
                  St. Albans, Vermont.
13
14
15   APPEARANCES:
     ON BEHALF OF THE PLAINTIFF:
16   RICHARD A. DAVIDSON, JR., ESQ.
     Flynn & Associates, P.C.
17   400 Crown Colony Drive, Suite 200
     Quincy, MA 02169
18
     ON BEHALF OF THE DEFENDANT:
19   ROBERT B. CULLIFORD, ESQ.
     Senior Vice President and General Counsel
20   Pan Am Systems
     14 Aviation Avenue
21   Portsmouth, NH 03801
22              NORMA J. MILLER, RPR
             COURT REPORTERS ASSOCIATES
23                117 BANK STREET
              BURLINGTON, VT 05401
24                (802) 862-4593
25

Page 6

1  2004, FRA rail test car inspection.
2    A. Yes.
3    Q. Did that inspection include Milepost 5 to
4  Milepost 11?
5    A. Yes.
6    Q. Were you on that test car?
7    A. Yes.
8    Q. What was your role on the test car that day?
9    A. I was keeping track of the restrictions and
10  relaying them to the train dispatch.
11    Q. Okay. If I could refer you to Lawyer Exhibit
12  2. Have you ever seen this document, sir? Take a
13  minute to look at it.
14    A. This?
15    Q. Yeah.
16    A. I need my glasses for that. Yes.
17    Q. Could you identify it?
18    A. Identify it?
19    Q. What is it?
20    A. This is the exception list from the FRA car,
21  I'm assuming, right?
22    Q. June 8th, 2004?
23    A. That's what it states here, yeah.
24    Q. Okay. Are you aware that this test car
25  inspection uncovered a defect at Milepost 10.16?

Page 7

1    A. Yes, I am.
2    Q. Do you know what that defect was?
3    A. Yeah, it was a warp, I believe.
4    Q. Would you like to -- if you'd like to look at
5  page -- if you go by the numbers up on the right, it
6  would be 803 where the next mark is?
7    A. Yup.
8    Q. Does that refresh your recollection?
9    A. Mm-hm.
10    Q. And so it was a warp condition?
11    A. Yes.
12    Q. Could you describe your understanding of what
13  a warp condition is?
14    A. What a warp condition is is a combination of
15  cross level from one side to the other.
16    Q. Meaning what? That exists every day, doesn't
17  it?
18    A. Yeah, to some extent.
19    Q. Could you explain what you mean by cross level
20  from one side to the other, just for a lay person
21  such as me?
22    A. Well, if, for instance, you have a join on one
23  side that's -- say it's down an inch, and then
24  within 62 feet, everything's measured 62-foot cores,
25  so if you had another joint within that 62 feet, per

Page 8

1  se, on the opposite side, you'd have a borderline
2  Class 3.
3    Q. What would be the condition of those joints
4  that would give rise to a warp?
5    A. They'd be considered a low joint.
6    Q. One low/one high, or both low?
7    A. No, both low.
8    Q. Okay.
9    A. Typically.
10    Q. Pardon?
11    A. Typically.
12    Q. Okay, in this situation that the condition
13  that existed?
14    A. That was, yes.
15    Q. Okay. Do you know what the proper remedial
16  action would be, pursuant to the FRA track safety
17  standards, once a warp condition is found?
18    A. What the remedial action would be?
19    Q. Yes.
20    A. Well, in that case, it would have been to tamp
21  it.
22    Q. Okay. Any other options?
23    A. None other than be restricted to -- you drop
24  it to the class that it's -- that it meets the
25  requirements that it meets.

Page 9

1    Q. Do you know what was done in this instance?
2    A. It was dropped to a Class 2.
3    Q. Do you know why it wasn't tamped?
4    A. Why it wasn't tamped? Yeah.
5    Q. Why?
6    A. We hadn't got there yet with our surfacing
7  equipment.
8    Q. Why not?
9    A. I had a -- if my memory serves me, I had -- my
10  operator went on vacation, and I didn't have an
11  operator for the machine.
12    Q. Okay.
13    A. It was in the scope of work to be done. We
14  just hadn't got that far with the equipment.
15    Q. When did you expect to get that work done?
16    A. It would have been done, I would guess, within
17  the next week or two.
18    Q. Okay.
19    A. Depending on what events took place.
20    Q. Can you describe to us your understanding of
21  how a warp condition could affect a train going over
22  this section of track?
23    A. How it could affect a train going over it?
24    Q. Sure.
25    A. How a warp would affect it?

Page 10

1   Q. Yeah.
2   A. Well, it can cause rock in the train, sure.
3   Q. Can you describe what you mean by rock?
4   A. Well, it's a -- we call it harmonic rock, so
5 if you got a low joint and then another low joint,
6 and if they're within a prescribed distance, it can
7 cause rock motion in the train -- roll, rock,
8 whatever you want to call it.
9   Q. Could rock result in a condition known as
10 wheel lift? Are you familiar with that term?
11   A. Yeah.
12   Q. Could that condition result as a --
13   A. Could it result?
14   Q. Yeah.
15   A. If it was extreme enough, yeah.
16   Q. What would make it extreme? Do you know, in
17 generalities?
18   A. In generality, it would have been -- unless if
19 your joints were real low, excessively low.
20   Q. Do you know if that condition existed at
21 Milepost 10.16?
22   A. It did not. Definitely did not.
23   Q. Why not?
24   A. Because I took the track measurements. I
25 GPSed them that day. We get this GPS reading.

Page 11

1   Q. This is on June 8th, 2004?
2   A. Yes, I GPSed it and identified the defect.
3   Q. Subsequent to June 8th, 2004, up to July 3rd,
4 2004, did you ever take another measurement at that
5 location?
6   A. Did I personally?
7   Q. Yes.
8   A. No.
9   Q. Do you know if anyone from New England Central
10 ever took another measurement?
11   A. I'm not sure about that.
12   Q. Would it have been a common practice in the
13 Track Inspection Department to take another
14 measurement?
15   A. To take another one? Not unless it hasn't
16 been restricted or the slow order was --
17   Q. Were you aware of this condition before June
18 8th, 2004?
19   A. Definitely not. It would have been restricted
20 before.
21   Q. Would you call this condition -- is it a
22 difficult condition to notice without testing?
23   A. Some are. This particular one, static
24 measurements, you didn't have it. You had to add in
25 load. So you -- when you're taking track

Page 12

1 measurements, you look for indications that the
2 track may be pumping, or any movement in the ties.
3 In this particular case, as I remember, it was
4 within half an inch, but if you added in under load,
5 the combination of the two joints within 62 feet,
6 could you come up with it.
7   Q. Did you go out there again to Milepost 10.16,
8 after June 8th, 2004, between between June 8th, 2004
9 and --
10   A. After the car run.
11   Q. But I just wanted to be clear about the
12 timeline, between June 8th, and July 3rd, 2004, did
13 you go out there again?
14   A. I may have gone through that area, but not
15 sure.
16   Q. In what capacity would you have gone through
17 the area?
18   A. Maybe inspecting or high-railing for some
19 reason. I high-rail frequently. I do track
20 inspections.
21   Q. Okay, did you notice that the condition was
22 worsening?
23   A. No.
24   Q. Okay, if we could talk about the derailment of
25 July 3rd, 2004, you're familiar with that?

Page 13

1   A. Mm-hm.
2   Q. And the response to that derailment, both the
3 investigation and the repair of the rail line, if we
4 could spend a few minutes on that.
5   A. Okay.
6   Q. Did you investigate this derailment from a
7 standpoint of determining the cause?
8   A. No.
9   Q. Do you know who did?
10   A. RT, the track inspector, and the roadmaster.
11   Q. The track inspector being?
12   A. R.T.
13     MR. DAVIDSON: R.T. Boucher the
14 gentleman who was here before.
15     MR. CULLIFORD: Your son.
16   A. Yeah, he was the inspector. I got down there
17 later in the day.
18   Q. What was your role when you did get down
19 there?
20   A. Doing track repairs so we could run trains.
21   Q. Okay.
22   A. I walked a good portion of it --
23   Q. Okay.
24   A. -- to determine what needed to be repaired so
25 we could get trains over it.

4ea86ecd-2ff6-4609-94cf-76484430cfc7

# EXHIBIT 5

NECR-0456
NH State Line to VT State Line
NECR

Exception Report
**Quick Exception List**
MP 131 to MP 121

000797

Page 1
06/08/04
NECR-0456

| MP | Feet | Decimal | Parameter | Value | Length | TSC | L-P Class | Track | Latitude | Longitude |
|---|---|---|---|---|---|---|---|---|---|---|
| 131 | 009309 | 131.00 | Down MP | 131.00 | | | | | 44.798325 | -073.095434 |
| 130 | 005281 | 130.00 | Down MP | 130.00 | | | | | 44.785284 | -073.103647 |
| 129 | 005306 | 129.00 | Down MP | 129.00 | | | | | 44.770838 | -073.105448 |
| 128 | 005314 | 128.00 | Down MP | 128.00 | | | | | 44.757512 | -073.098975 |
| 127 | 005323 | 127.00 | Down MP | 127.00 | | | | | 44.745592 | -073.087513 |
| 127 | 000695 | 126.87 | Warp 62 | 2.45 | 48 | S | 1 3 | 5 | 44.744283 | -073.085547 |
| 126 | 005238 | 126.00 | Down MP | 126.00 | | | | | 44.732680 | -073.081738 |
| 125 | 005274 | 125.00 | Down MP | 125.00 | | | | | 44.718570 | -073.085982 |
| 125 | 001238 | 124.77 | Crosslevel | 1.88 | 2 | T | 2 3 | 5 | 44.715429 | -073.087783 |
| 125 | 002184 | 124.59 | Crosslevel | 2.27 | 18 | T | 1 3 | 5 | 44.713038 | -073.089167 |
| 124 | 005292 | 124.00 | Down MP | 124.00 | | | | | 44.704702 | -073.090912 |
| 123 | 005296 | 123.00 | Down MP | 123.00 | | | | | 44.691100 | -073.085064 |
| 123 | 000824 | 122.84 | Warp 62 | 2.20 | 59 | S | 2 3 | 5 | 44.688861 | -073.084916 |
| 122 | 005285 | 122.00 | Down MP | 122.00 | | | | | 44.676924 | -073.083236 |
| 121 | 005283 | 121.00 | Down MP | 121.00 | | | | | 44.663385 | -073.090068 |
| 121 | 000073 | 120.99 | Crosslevel | 3.31 | 116 | T | 0 3 | 5 | 44.663219 | -073.090231 |
| 121 | 000099 | 120.98 | Crosslevel | 2.55 | 16 | T | 1 3 | 5 | 44.663170 | -073.090252 |
| 121 | 000137 | 120.97 | Crosslevel | 2.56 | 15 | T | 1 3 | 5 | 44.663080 | -073.090332 |
| 121 | 000192 | 120.96 | Warp 62 | 2.49 | 61 | T | 1 3 | 5 | 44.662953 | -073.090445 |
| 121 | 000759 | 120.86 | Crosslevel | 1.97 | 3 | T | 2 3 | 5 | 44.661662 | -073.091666 |
| 121 | 001990 | 120.62 | Warp 62 | 2.47 | 61 | T | 1 3 | 5 | 44.658855 | -073.094298 |
| 121 | 002047 | 120.61 | Warp 62 | 2.36 | 57 | T | 1 3 | 5 | 44.658732 | -073.094426 |
| 120 | 005284 | 120.00 | Down MP | 120.00 | | | | | 44.651403 | -073.101417 |
| 120 | 002780 | 119.47 | Warp 62 | 2.90 | 62 | S | 1 3 | 5 | 44.644649 | -073.105675 |
| 118 | 010586 | 118.00 | Down MP | 118.00 | | | | | 44.623651 | -073.110168 |
| 117 | 005284 | 117.00 | Down MP | 117.00 | | | | | 44.609313 | -073.109214 |
| 117 | 005588 | 115.95 | RQ CB Ver P-P | 0.45 | | | | | 44.595460 | -073.117466 |
| 116 | 005299 | 116.00 | Down MP | 116.00 | | | | | 44.596220 | -073.117166 |
| 116 | 003145 | 115.40 | Warp 62 | 2.24 | 17 | C | 2 3 | 5 | 44.587760 | -073.118760 |
| 115 | 005285 | 115.00 | Down MP | 115.00 | | | | | 44.581963 | -073.119944 |
| 115 | 000361 | 114.93 | Class Chg | 4.00 | | | | | 44.581019 | -073.120149 |
| 115 | 000503 | 114.90 | Warp 62 | 1.87 | 59 | S | 3 4 | 5 | 44.580637 | -073.120245 |
| 115 | 001149 | 114.78 | Class Chg | 3.00 | | | | | 44.578914 | -073.120994 |
| 114 | 005286 | 114.00 | Down MP | 114.00 | | | | | 44.572367 | -073.133334 |
| 114 | 001813 | 113.66 | Crosslevel | 2.05 | 2 | T | 1 3 | 5 | 44.567591 | -073.133367 |
| 114 | 002183 | 113.59 | Warp 62 | 2.44 | 59 | S | 1 3 | 5 | 44.566635 | -073.132956 |
| 114 | 002262 | 113.57 | Warp 62 | 2.33 | 59 | S | 1 3 | 5 | 44.566429 | -073.132865 |
| 114 | 002301 | 113.56 | Warp 62 | 2.44 | 60 | S | 1 3 | 5 | 44.566327 | -073.132817 |

NOTES:

Runoff exceptions are for information only

RQ (Ride Quality) exceptions are for information only

DEPOSITION
EXHIBIT
Lawyer 2
1/8/07 NM
PENGAD 800-631-6989

NECR-0456
NH State Line to VT State Line
NECR

Exception Report
Quick Exception List
MP 131 to MP 121

Page 2
06/08/04
NECR-0456

| MP | Feet | Decimal | Parameter | Value | Length | TSC | L-P Class | Track | Latitude | Longitude |
|---|---|---|---|---|---|---|---|---|---|---|
| 114 | 002592 | 113.51 | Warp 62 | 2.12 | 57 | S | 2 3 | 5 | 44.565601 | -073.132386 |
| 114 | 002508 | 113.53 | Lmt Speed 3 | 51.00 | | | | | 44.564834 | -073.131797 |
| 114 | 003139 | 113.41 | Warp 62 | 2.35 | 57 | T | 1 3 | 5 | 44.564279 | -073.131349 |
| 114 | 003388 | 113.36 | Warp 62 | 2.17 | 56 | S | 2 3 | 5 | 44.563689 | -073.130848 |
| 113 | 005282 | 113.00 | Down MP | 113.00 | | | | | 44.558673 | -073.129587 |
| 112 | 005303 | 112.00 | Down MP | 112.00 | | | | | 44.544231 | -073.131748 |
| 112 | 000558 | 111.89 | Warp 62 | 2.10 | 59 | S | 2 3 | 5 | 44.542710 | -073.131981 |
| 111 | 005283 | 111.00 | Down MP | 111.00 | | | | | 44.530314 | -073.127340 |
| 110 | 005280 | 110.00 | Down MP | 110.00 | | | | | 44.516575 | -073.121040 |
| 109 | 005294 | 109.00 | Down MP | 109.00 | | | | | 44.502799 | -073.114729 |
| 109 | 003370 | 108.36 | Class Chg | 2.00 | | | | | 44.494029 | -073.110723 |
| 108 | 005284 | 108.00 | Down MP | 108.00 | | | | | 44.489064 | -073.110681 |
| 108 | 001401 | 107.74 | Class Chg | 3.00 | | | | | 44.485800 | -073.108615 |
| 108 | 001976 | 107.63 | Warp 62 | 2.28 | 59 | T | 1 3 | 5 | 44.484778 | -073.106952 |
| 107 | 005290 | 107.00 | Down MP | 107.00 | | | | | 44.481178 | -073.095943 |
| 107 | 000396 | 106.93 | Warp 62 | 2.55 | 57 | S | 1 3 | 5 | 44.481468 | -073.094493 |
| 107 | 000436 | 106.92 | Warp 62 | 2.15 | 58 | S | 2 3 | 5 | 44.481503 | -073.094347 |
| 105 | 010582 | 105.00 | Down MP | 105.00 | | | | | 44.472962 | -073.058927 |
| 105 | 000191 | 104.96 | Warp 62 | 2.28 | 59 | T | 1 3 | 5 | 44.472686 | -073.058308 |
| 104 | 005272 | 104.00 | Down MP | 104.00 | | | | | 44.464833 | -073.042237 |
| 103 | 005307 | 103.00 | Down MP | 103.00 | | | | | 44.454961 | -073.028144 |
| 102 | 005281 | 102.00 | Down MP | 102.00 | | | | | 44.440825 | -073.023624 |
| 102 | 002387 | 101.55 | Gage Wide | 57.88 | 3 | C | 1 3 | 5 | 44.434463 | -073.021488 |
| 101 | 005292 | 101.00 | Down MP | 101.00 | | | | | 44.427676 | -073.015741 |
| 100 | 005335 | 100.00 | Down MP | 100.00 | | | | | 44.415439 | -073.004623 |
| 99 | 005248 | 99.00 | Down MP | 99.00 | | | | | 44.403512 | -072.993448 |
| 98 | 005293 | 98.00 | Down MP | 98.00 | | | | | 44.397251 | -072.975306 |
| 97 | 005295 | 97.00 | Down MP | 97.00 | | | | | 44.391418 | -072.956812 |
| 96 | 005286 | 96.00 | Down MP | 96.00 | | | | | 44.384548 | -072.939209 |
| 95 | 005284 | 95.00 | Down MP | 95.00 | | | | | 44.380877 | -072.919874 |
| 94 | 005299 | 94.00 | Down MP | 94.00 | | | | | 44.376737 | -072.900812 |
| 93 | 005289 | 93.00 | Down MP | 93.00 | | | | | 44.372460 | -072.881534 |
| 91 | 010574 | 91.00 | Down MP | 91.00 | | | | | 44.362907 | -072.843443 |
| 90 | 005299 | 90.00 | Down MP | 90.00 | | | | | 44.357234 | -072.824877 |
| 90 | 002469 | 89.65 | Gage Wide | 58.09 | 6 | C | 0 3 | 5 | 44.355204 | -072.816081 |
| 90 | 003078 | 89.57 | Warp 62 | 2.20 | 62 | S | 2 3 | 5 | 44.355673 | -072.813866 |
| 89 | 007098 | 89.00 | Down MP | 89.00 | | | | | 44.355159 | -072.805155 |
| 88 | 005295 | 88.00 | Down MP | 88.00 | | | | | 44.351277 | -072.785699 |

NOTES:
Runoff exceptions are for information only
RQ (Ride Quality) exceptions are for information only

000799

NECR-0456
NH State Line to VT State Line
NECR

**Exception Report**
**Quick Exception List**
MP 131  to MP 121

Page 3
06/08/04
NECR-0456

| MP | Feet | Decimal | Parameter | Value | Length | TSC | L-P Class | Track | Latitude | Longitude |
|----|------|---------|-----------|-------|--------|-----|-----------|-------|----------|-----------|
| 88 | 003229 | 87.39 | RQ CB Ver P-P | 0.45 | | | | | 44.348595 | -072.773980 |
| 87 | 005282 | 87.00 | Down MP | 87.00 | | | | | 44.345412 | -072.767540 |
| 86 | 005051 | 86.00 | Down MP | 86.00 | | | | | 44.336411 | -072.753043 |
| 85 | 005647 | 85.00 | Down MP | 85.00 | | | | | 44.325458 | -072.738139 |
| 84 | 005167 | 84.00 | Down MP | 84.00 | | | | | 44.316570 | -072.722897 |
| 84 | 002756 | 83.48 | Lmt Speed 3 | 58.00 | | | | | 44.314443 | -072.711996 |
| 83 | 005293 | 83.00 | Down MP | 83.00 | | | | | 44.314760 | -072.703786 |
| 82 | 005296 | 82.00 | Down MP | 82.00 | | | | | 44.304698 | -072.690913 |
| 80 | 010572 | 80.00 | Down MP | 80.00 | | | | | 44.285826 | -072.663117 |
| 79 | 005288 | 79.00 | Down MP | 79.00 | | | | | 44.275925 | -072.649906 |
| 78 | 005286 | 78.00 | Down MP | 78.00 | | | | | 44.269724 | -072.631726 |
| 78 | 002357 | 77.56 | Warp 62 | 2.16 | 21 | T | 2 3 | 5 | 44.266297 | -072.624118 |
| 77 | 005299 | 77.00 | Down MP | 77.00 | | | | | 44.262009 | -072.614616 |
| 77 | 001940 | 76.63 | Warp 62 | 2.19 | 56 | S | 2 3 | 5 | 44.258738 | -072.608894 |
| 77 | 014907 | 74.18 | Gage Wide | 57.99 | 4 | S | 1 3 | 5 | 44.228482 | -072.607660 |
| 74 | 015854 | 74.00 | Down MP | 74.00 | | | | | 44.228263 | -072.611249 |
| 73 | 005290 | 73.00 | Down MP | 73.00 | | | | | 44.217758 | -072.624425 |
| 72 | 005306 | 72.00 | Down MP | 72.00 | | | | | 44.204720 | -072.633330 |
| 71 | 005282 | 71.00 | Down MP | 71.00 | | | | | 44.191173 | -072.640084 |
| 70 | 005301 | 70.00 | Down MP | 70.00 | | | | | 44.177507 | -072.643724 |
| 69 | 005273 | 69.00 | Down MP | 69.00 | | | | | 44.166953 | -072.656368 |
| 68 | 005293 | 68.00 | Down MP | 68.00 | | | | | 44.152704 | -072.656774 |
| 68 | 000818 | 67.85 | Warp 62 | 2.13 | 62 | S | 2 3 | 5 | 44.150491 | -072.656990 |
| 68 | 001748 | 67.67 | RQ CB Ver P-P | 0.43 | | | | | 44.148074 | -072.658180 |
| 66 | 010567 | 66.00 | Down MP | 66.00 | | | | | 44.125570 | -072.667415 |
| 65 | 005236 | 65.00 | Down MP | 65.00 | | | | | 44.112915 | -072.676098 |
| 64 | 005333 | 64.00 | Down MP | 64.00 | | | | | 44.111478 | -072.695004 |
| 64 | 002329 | 63.56 | Gage Wide | 57.94 | 6 | C | 1 3 | 5 | 44.112831 | -072.703577 |
| 64 | 004871 | 63.08 | Gage Wide | 58.01 | 6 | C | 0 3 | 5 | 44.116728 | -072.711554 |
| 63 | 005288 | 63.00 | Down MP | 63.00 | | | | | 44.117158 | -072.713007 |
| 999 | 002047 | 999.00 | Down MP | 999.00 | | | | | 44.117199 | -072.713085 |
| 999 | 003145 | 998.41 | Gage Wide | 57.96 | 10 | C | 1 3 | 5 | 44.116278 | -072.724756 |
| 999 | 003305 | 998.38 | Gage Wide | 57.97 | 10 | C | 1 3 | 5 | 44.116071 | -072.725304 |
| 998 | 005295 | 998.00 | Down MP | 998.00 | | | | | 44.111450 | -072.728633 |
| 61 | 005270 | 61.00 | Down MP | 61.00 | | | | | 44.097410 | -072.732532 |
| 61 | 004619 | 60.13 | RQ CB Ver P-P | 0.46 | | | | | 44.085166 | -072.736814 |
| 60 | 005302 | 60.00 | Down MP | 60.00 | | | | | 44.083505 | -072.737978 |
| 60 | 002921 | 59.44 | Warp 62 | 2.16 | 62 | S | 2 3 | 5 | 44.076171 | -072.742385 |

<u>NOTES:</u>
Runoff exceptions are for information only
RQ (Ride Quality) exceptions are for information only

NECR-0456
NH State Line to VT State Line
NECR

Exception Report
Quick Exception List
MP 131 to MP 121

Page 7
06/08/04
NECR-0456

| MP | Feet | Decimal | Parameter | Value | Length | TSC | L-P Class | Track | Latitude | Longitude |
|----|------|---------|-----------|-------|--------|-----|-----------|-------|----------|-----------|
| 14 | 003195 | 13.40 | Warp 62 | 2.53 | 14 | T | 1 3 | 5 | 43.631789 | -072.330938 |
| 14 | 003216 | 13.39 | Warp 62 | 2.50 | 21 | T | 1 3 | 5 | 43.631733 | -072.330955 |
| 14 | 003899 | 13.26 | Warp 62 | 2.29 | 20 | T | 1 3 | 5 | 43.629898 | -072.331450 |
| 13 | 005288 | 13.00 | Down MP | 13.00 | | | | | 43.626187 | -072.332610 |
| 13 | 001290 | 12.76 | Crosslevel | 1.94 | 2 | T | 2 3 | 5 | 43.622734 | -072.333647 |
| 13 | 001348 | 12.75 | Warp 62 | 2.20 | 59 | T | 2 3 | 5 | 43.622577 | -072.333684 |
| 12 | 005299 | 12.00 | Down MP | 12.00 | | | | | 43.612155 | -072.334521 |
| 12 | 000610 | 11.88 | Gage Wide | 57.88 | 4 | S | 1 3 | 5 | 43.610577 | -072.333751 |
| 12 | 001496 | 11.72 | Warp 62 | 2.23 | 60 | S | 2 3 | 5 | 43.609052 | -072.331236 |
| 11 | 005270 | 11.00 | Down MP | 11.00 | | | | | 43.600404 | -072.331130 |
| 11 | 004448 | 10.16 | Warp 62 | 2.21 | 62 | S | 2 3 | 5 | 43.593081 | -072.344186 |
| 10 | 005295 | 10.00 | Down MP | 10.00 | | | | | 43.592571 | -072.347304 |
| 10 | 000878 | 09.84 | RQ CB Ver P-P | 0.44 | | | | | 43.591586 | -072.350306 |
| 9 | 005336 | 09.00 | Down MP | 9.00 | | | | | 43.586660 | -072.365683 |
| 8 | 005236 | 08.00 | Down MP | 8.00 | | | | | 43.578776 | -072.381403 |
| 8 | 000496 | 07.91 | Gage Wide | 58.01 | 11 | C | 0 3 | 5 | 43.577664 | -072.382453 |
| 8 | 004697 | 07.11 | RQ CB Ver P-P | 0.51 | | | | | 43.566425 | -072.384375 |
| 7 | 005292 | 07.00 | Down MP | 7.00 | | | | | 43.564791 | -072.384383 |
| 6 | 005302 | 06.00 | Down MP | 6.00 | | | | | 43.550259 | -072.384217 |
| 5 | 005257 | 05.00 | Down MP | 5.00 | | | | | 43.536267 | -072.388402 |
| 4 | 005308 | 04.00 | Down MP | 4.00 | | | | | 43.523335 | -072.397012 |
| 3 | 005298 | 03.00 | Down MP | 3.00 | | | | | 43.509675 | -072.399006 |
| 2 | 005289 | 02.00 | Down MP | 2.00 | | | | | 43.497811 | -072.388749 |
| 1 | 005308 | 01.00 | Down MP | 1.00 | | | | | 43.483966 | -072.384225 |
| 1 | 001474 | 00.72 | Warp 62 | 2.68 | 39 | S | 1 3 | 5 | 43.479936 | -072.384727 |
| 1 | 003443 | 00.35 | Crosslevel | 2.64 | 102 | T | 1 3 | 5 | 43.475512 | -072.386703 |
| 1 | 004384 | 00.17 | Gage Wide | 57.88 | 3 | S | 1 3 | 5 | 43.473574 | -072.388652 |
| 1 | 005140 | 00.03 | Warp 62 | 3.26 | 62 | S | 0 3 | 5 | 43.470865 | -072.389253 |
| 1 | 005322 - | 00.01 | State Line | NH | | | | | 43.469802 | -072.388827 |
| 169 | 005541 | 169.00 | Down MP | 169.00 | | | | | 43.468446 | -072.388259 |
| 169 | 000283 | 168.86 | Warp 62 | 2.43 | 62 | S | 1 3 | 5 | 43.466661 | -072.388046 |
| 169 | 000303 | 168.85 | Warp 62 | 2.37 | 60 | S | 1 3 | 5 | 43.466606 | -072.388049 |
| 169 | 001366 | 168.31 | Lmt Speed 3 | 47.00 | | | | | 43.455785 | -072.387753 |
| 168 | 001974 | 168.00 | Down MP | 168.00 | | | | | 43.454719 | -072.387455 |
| 168 | 000163 | 167.94 | Warp 62 | 2.21 | 62 | S | 2 3 | 5 | 43.453352 | -072.387024 |
| 168 | 000317 | 167.89 | Lmt Speed 3 | 30.00 | | | | | 43.448625 | -072.387966 |
| 167 | 002830 | 167.00 | Down MP | 167.00 | | | | | 43.440687 | -072.390679 |
| 166 | 005289 | 166.00 | Down MP | 166.00 | | | | | 43.426254 | -072.392015 |

NOTES:
Runoff exceptions are for information only
RQ (Ride Quality) exceptions are for information only

**Exception Report**
# Quick Exception List
MP 131 to MP 121

NECR-0456
NH State Line to VT State Line
NECR

| MP | Feet | Decimal | Parameter | Value | Length | TSC | L-P Class | Track | Latitude | Longitude |
|---|---|---|---|---|---|---|---|---|---|---|
| 166 | 003151 | 165.41 | RQ CB Ver P-P | 0.51 | | | | | 43.417627 | -072.392414 |
| 166 | 004071 | 165.23 | RQ CB Ver P-P | 0.47 | | | | | 43.415098 | -072.392522 |
| 165 | 005306 | 165.00 | Down MP | 165.00 | | | | | 43.411730 | -072.392699 |
| 164 | 005288 | 164.00 | Down MP | 164.00 | | | | | 43.397729 | -072.388033 |
| 163 | 005293 | 163.00 | Down MP | 163.00 | | | | | 43.384170 | -072.381890 |
| 162 | 005281 | 162.00 | Down MP | 162.00 | | | | | 43.370404 | -072.377794 |
| 162 | 005091 | 161.03 | Crosslevel | 2.00 | 3 | T | 1 3 | 5 | 43.356837 | -072.381200 |
| 162 | 005147 | 161.02 | Warp 62 | 2.12 | 59 | T | 2 3 | 5 | 43.356693 | -072.381264 |
| 161 | 005236 | 161.00 | Down MP | 161.00 | | | | | 43.356451 | -072.381390 |
| 161 | 001713 | 160.68 | RQ CB Ver P-P | 0.41 | | | | | 43.351995 | -072.383376 |
| 160 | 005281 | 160.00 | Down MP | 160.00 | | | | | 43.342353 | -072.382321 |
| 160 | 000645 | 159.88 | Warp 62 | 2.30 | 58 | T | 1 3 | 5 | 43.340696 | -072.381652 |
| 159 | 005280 | 159.00 | Down MP | 159.00 | | | | | 43.328398 | -072.377559 |
| 158 | 005304 | 158.00 | Down MP | 158.00 | | | | | 43.313998 | -072.380037 |
| 158 | 000437 | 157.92 | RQ CB Ver P-P | 0.50 | | | | | 43.312802 | -072.380111 |
| 158 | 002427 | 157.55 | Lmt Speed 3 | 54.00 | | | | | 43.305402 | -072.383528 |
| 157 | 005353 | 157.00 | Down MP | 157.00 | | | | | 43.301054 | -072.388231 |
| 156 | 005113 | 156.00 | Down MP | 156.00 | | | | | 43.290401 | -072.400116 |
| 157 | 005094 | 156.04 | Warp 62 | 3.00 | 62 | S | 1 3 | 5 | 43.290427 | -072.400050 |
| 157 | 005112 | 156.04 | Warp 62 | 2.12 | 18 | S | 2 3 | 5 | 43.290404 | -072.400110 |
| 156 | 001560 | 155.71 | Crosslevel | 1.88 | 1 | T | 2 3 | 5 | 43.287259 | -072.403868 |
| 155 | 005306 | 155.00 | Down MP | 155.00 | | | | | 43.277474 | -072.407194 |
| 155 | 005174 | 154.02 | Warp 62 | 2.23 | 58 | T | 2 3 | 5 | 43.264954 | -072.416346 |
| 154 | 005287 | 154.00 | Down MP | 154.00 | | | | | 43.264693 | -072.416530 |
| 153 | 005299 | 153.00 | Down MP | 153.00 | | | | | 43.251629 | -072.424851 |
| 152 | 005249 | 152.00 | Down MP | 152.00 | | | | | 43.237249 | -072.426329 |
| 152 | 001169 | 151.78 | Gage Wide | 58.04 | 10 | C | 0 3 | 5 | 43.234077 | -072.426431 |
| 152 | 002183 | 151.59 | Warp 62 | 2.25 | 58 | C | 1 3 | 5 | 43.231410 | -072.425501 |
| 152 | 002243 | 151.58 | Warp 62 | 2.23 | 60 | C | 2 3 | 5 | 43.231259 | -072.425419 |
| 152 | 003672 | 151.31 | L Align 62 | -1.88 | 3 | S | 2 3 | 5 | 43.227656 | -072.423319 |
| 152 | 003674 | 151.31 | R Align 62 | -2.01 | 9 | S | 2 3 | 5 | 43.227651 | -072.423316 |
| 152 | 004801 | 151.10 | Excess Elev | 7.26 | 17 | S | 2 3 | 5 | 43.224623 | -072.422716 |
| 152 | 004840 | 151.09 | Excess Elev | 7.60 | 22 | S | 2 3 | 5 | 43.224518 | -072.422743 |
| 152 | 004891 | 151.08 | Warp 62 | 2.42 | 61 | S | 1 3 | 5 | 43.224381 | -072.422781 |
| 152 | 004114 | 151.23 | Lmt Speed 3 | 53.00 | | | | | 43.223239 | -072.423277 |
| 152 | 008600 | 150.38 | Warp 62 | 2.12 | 62 | S | 2 3 | 5 | 43.214878 | -072.427652 |
| 150 | 010634 | 150.00 | Down MP | 150.00 | | | | | 43.209610 | -072.430131 |
| 149 | 005286 | 149.00 | Down MP | 149.00 | | | | | 43.196577 | -072.437845 |

NOTES:
Runoff exceptions are for information only
RQ (Ride Quality) exceptions are for information only

000805

Exception Report
Quick Exception List
MP 131 to MP 121

| MP | Feet | Decimal | Parameter | Value | Length | TSC | L-P Class | Track | Latitude | Longitude |
|-----|--------|--------|------------|--------|--------|-----|-----|------|-----------|-------------|
| 148 | 005286 | 148.00 | Down MP | 148.00 | | | | | 43.182174 | -072.439500 |
| 148 | 001592 | 147.70 | RQ CB Ver P-P | 0.40 | | | | | 43.178033 | -072.441308 |
| | | | | | | | | | | |
| 147 | 005237 | 147.00 | Down MP | 147.00 | | | | | 43.168244 | -072.443720 |
| 146 | 005332 | 146.00 | Down MP | 146.00 | | | | | 43.154033 | -072.447960 |
| 146 | 002665 | 145.50 | Warp 62 | 2.15 | 62 | S | 2 3 | 5 | 43.146800 | -072.449239 |
| 146 | 002758 | 145.48 | Warp 62 | 2.92 | 62 | S | 1 3 | 5 | 43.146550 | -072.449262 |
| 146 | 004919 | 145.07 | Class Chg | 1.00 | | | | | 43.140712 | -072.448140 |
| 145 | 005310 | 145.00 | Down MP | 145.00 | | | | | 43.139638 | -072.447713 |
| | | | | | | | | | | |
| 145 | 000700 | 144.88 | State Line | VT | | | | | 43.137925 | -072.446534 |
| 145 | 003327 | 144.45 | Class Chg | 2.00 | | | | | 43.134983 | -072.443900 |
| 145 | 004243 | 144.30 | Warp 62 | 2.54 | 62 | S | 1 2 | 5 | 43.132556 | -072.443490 |
| 145 | 005878 | 144.03 | Class Chg | 3.00 | | | | | 43.128277 | -072.442885 |
| 145 | 006027 | 144.00 | Warp 62 | 2.17 | 62 | S | 2 3 | 5 | 43.127979 | -072.442532 |
| 145 | 006047 | 144.00 | Warp 62 | 2.36 | 62 | S | 1 3 | 5 | 43.127946 | -072.442481 |
| | | | | | | | | | | |
| 145 | 007657 | 143.73 | Warp 62 | 2.21 | 22 | T | 2 3 | 5 | 43.124722 | -072.438357 |
| 143 | 012070 | 143.00 | Down MP | 143.00 | | | | | 43.114326 | -072.435642 |
| 142 | 005287 | 142.00 | Down MP | 142.00 | | | | | 43.101301 | -072.443678 |
| 142 | 000844 | 141.84 | Crosslevel | -2.03 | 4 | T | 1 3 | 5 | 43.099103 | -072.442813 |
| 142 | 004293 | 141.19 | Warp 62 | 2.43 | 31 | S | 1 3 | 5 | 43.090154 | -072.438677 |
| 141 | 005274 | 141.00 | Down MP | 141.00 | | | | | 43.087490 | -072.438339 |
| | | | | | | | | | | |
| 140 | 005305 | 140.00 | Down MP | 140.00 | | | | | 43.074554 | -072.446878 |
| 139 | 005364 | 139.00 | Down MP | 139.00 | | | | | 43.062639 | -072.458205 |
| 138 | 005228 | 138.00 | Down MP | 138.00 | | | | | 43.051474 | -072.468299 |
| 137 | 005384 | 137.00 | Down MP | 137.00 | | | | | 43.037446 | -072.463604 |
| 136 | 005152 | 136.00 | Down MP | 136.00 | | | | | 43.023644 | -072.461607 |
| 136 | 001168 | 135.77 | Lmt Speed 3 | 48.00 | | | | | 43.020037 | -072.459424 |
| | | | | | | | | | | |
| 135 | 005171 | 135.00 | Down MP | 135.00 | | | | | 43.010700 | -072.455803 |
| 135 | 003756 | 134.29 | Gage Wide | 57.86 | 9 | S | 1 3 | 5 | 43.000824 | -072.459694 |
| 135 | 003882 | 134.26 | Lmt Speed 3 | 52.00 | | | | | 42.998429 | -072.461858 |
| 134 | 005270 | 134.00 | Down MP | 134.00 | | | | | 42.997426 | -072.462902 |
| 134 | 003712 | 133.30 | RQ CB Ver P-P | 0.51 | | | | | 42.987881 | -072.467343 |
| 134 | 004396 | 133.17 | Crosslevel | -1.86 | 1 | T | 2 3 | 5 | 42.986042 | -072.467989 |
| | | | | | | | | | | |
| 134 | 004456 | 133.16 | Warp 62 | 2.38 | 61 | T | 1 3 | 5 | 42.985879 | -072.468021 |
| 133 | 005277 | 133.00 | Down MP | 133.00 | | | | | 42.983675 | -072.468671 |
| 132 | 005294 | 132.00 | Down MP | 132.00 | | | | | 42.974098 | -072.482863 |
| 131 | 005317 | 131.00 | Down MP | 131.00 | | | | | 42.967541 | -072.500240 |
| 131 | 004334 | 130.17 | Crosslevel | -1.89 | 1 | T | 2 3 | 5 | 42.964199 | -072.515783 |
| 130 | 005249 | 130.00 | Down MP | 130.00 | | | | | 42.963385 | -072.519003 |

NOTES:
Runoff exceptions are for information only
RQ (Ride Quality) exceptions are for information only

000808

NECR-0456
NH State Line to VT State Line
NECR

Exception Report
**Quick Exception List**
MP 131 to MP 121

Page 10
06/08/04
NECR-0456

| MP | Feet | Decimal | Parameter | Value | Length | TSC | L-P Class | Track | Latitude | Longitude |
|---|---|---|---|---|---|---|---|---|---|---|
| 129 | 005275 | 129.00 | Down MP | 129.00 | | | | | 42.953710 | -072.533181 |
| 128 | 005302 | 128.00 | Down MP | 128.00 | | | | | 42.941501 | -072.527199 |
| 127 | 005280 | 127.00 | Down MP | 127.00 | | | | | 42.927152 | -072.526982 |
| 126 | 005274 | 126.00 | Down MP | 126.00 | | | | | 42.913683 | -072.527585 |
| 125 | 005287 | 125.00 | Down MP | 125.00 | | | | | 42.900606 | -072.534784 |
| 124 | 005283 | 124.00 | Down MP | 124.00 | | | | | 42.889388 | -072.545095 |
| 124 | 002825 | 123.47 | Lmt Speed 3 | 54.00 | | | | | 42.882031 | -072.555120 |
| 123 | 005294 | 123.00 | Down MP | 123.00 | | | | | 42.878385 | -072.558227 |
| 122 | 005289 | 122.00 | Down MP | 122.00 | | | | | 42.864064 | -072.554783 |
| 122 | 002311 | 121.58 | Gage Wide | 58.00 | 10 | C | 0 3 | 5 | 42.857869 | -072.555487 |
| 122 | 002411 | 121.56 | Class Chg | 2.00 | | | | | 42.857628 | -072.555628 |
| 122 | 003823 | 121.30 | Gage Wide | 57.89 | 4 | S | 1 2 | 5 | 42.853976 | -072.557431 |
| 122 | 003843 | 121.30 | Gage Wide | 57.87 | 4 | S | 1 2 | 5 | 42.853923 | -072.557441 |
| 122 | 003907 | 121.29 | Gage Wide | 57.99 | 7 | S | 1 2 | 5 | 42.853751 | -072.557484 |
| 122 | 003959 | 121.28 | Gage Wide | 58.13 | 37 | C | 0 2 | 5 | 42.853592 | -072.557561 |
| 122 | 004029 | 121.27 | Gage Wide | 57.96 | 7 | C | 1 2 | 5 | 42.853423 | -072.557562 |
| 122 | 004213 | 121.23 | Gage Wide | 57.95 | 8 | C | 1 2 | 5 | 42.852916 | -072.557449 |
| 122 | 004248 | 121.23 | Gage Wide | 58.00 | 15 | C | 0 2 | 5 | 42.852818 | -072.557428 |
| 122 | 004274 | 121.22 | Gage Wide | 57.99 | 5 | C | 1 2 | 5 | 42.852751 | -072.557406 |
| 122 | 004393 | 121.20 | Gage Wide | 58.04 | 7 | S | 0 2 | 5 | 42.852420 | -072.557313 |
| 122 | 005360 | 121.03 | Class Chg | 3.00 | | | | | 42.850063 | -072.555803 |
| 121 | 005500 | 121.00 | Down MP | 121.00 | | | | | 42.849714 | -072.555586 |

NOTES:
Runoff exceptions are for information only
RQ (Ride Quality) exceptions are for information only

# EXHIBIT 6

# Train
# Derailment
# Cause
# Finding



An International Government-Industry
Research Program on Track Train Dynamics

April, 1982    Revised April, 1983

Sponsored by the AAR.









## Track Geometry

The Investigation Committee may find indications that deviations in track geometry either caused or contributed to the derailment. In that case, details on the theoretical alignment, grade and vertical curve characteristics, and field measurements of specific parameters which portray the actual track geometry conditions in the immediate area of the POD are required. For convenience, this sub-section is divided into five items—Parameters, Defects, Track Measurements, Track Notes and Derailment Records.

### 1. Parameters

Deviations exceeding the railroad standards should be identified for each of the following parameters:
- Gage
- Alignment
- Cross level, particularly excessive cross level, excessive rate of change in cross level on spirals, high twist or warp and inadequate superelevation on curves
- Surface

One or more parameters should be considered as a possible or contributing cause if the measured value exceeds the railroad's standards. Suggested limiting values are given in Appendix F.

### 2. Defects

The more common track geometry defects that cause or contribute to a derailment are:
- Gage—If wide gage is suspected, investigate spike condition and plate action on tie surface for evidence of gage widening under load and returning to normal when in an unloaded state. In addition, look for marks on rail head indicating edge of wheel rim or flange riding on or crossing over top of rail.
- Cross Level—Wheel lift or wheel climb type derailments can be caused by an irregularity in the elevation of two rails if the irregularity occurs in too short of a distance. Low joints which are staggered along the length of track and an excessive rate of change in the varying amount of elevation along the length of a spiral are two problem areas.

Incidents involving the suspected tracking characteristics of the equipment, such as "rock off," vertical bounce, wheel climb and "warp off" type derailments, are associated with excessive change in cross level. "Warp off" refers to a situation where the cross level change between trucks of an individual piece of equipment is too great to be absorbed by the suspension and flexibility of the equipment, thus causing a wheel to climb the rail.

Rock and roll type derailments occur when the distance between truck centers is about the same as the length of the rail between joints. Figure V-5 illustrates this relationship.

**V–8**



**Figure V-5**
**Relationship of Truck Centers to Rail Joints**



If a car with a high center of gravity is traveling at a speed such that its trucks are directly over successively low joints at the same time as the car rocks to the side of the low joints, the rocking will become more and more severe until the wheels on the opposite side of the low joints lift off the rail. The speed at which wheel lift occurs is between 10 and 25 miles per hour. Tests indicate that lift can occur as early as the third rail joint when the cross level deviation is ¾-inch, or more, when measured under load. Derailments from this cause may occur on welded rail where the rail has assumed a jointed rail condition from the "memory" at the former joints. Refer to Section VI Track Train Dynamics for additional information on this subject.

### 3. Track Measurements

Whenever excessive change in cross level, irregular cross level, major deviation from uniform profile, exceptions from standard gage and excessive or inadequate superelevation may have caused or contributed to the derailment, measurements of the actual conditions need to be obtained for comparison with the railroad's standards.

Definite procedures for obtaining the measurements and displaying the results on an appropriate plan must be established. Suggestions on these important aspects of the investigation follow.

Measurements should be obtained over a distance of at least 300 feet ahead of the POD and extend 100 feet beyond the POD unless the track has been seriously disturbed. The measurements should be recorded under loaded conditions, if possible, by spotting a loaded car at each station or joint. In case unloaded measurements are obtained, allowance should be included for the additional deflection that occurs with load.

Stations need to be marked along the track uniformly, usually every 15'6" as shown in Figure V-6. In case the 15'6" spacing does not correctly relate the existing situation, such as measurements at joints in jointed rail territory, another stationing distance may be selected for supplementing the basic information. Data from both sets of distances should then be obtained.






ST011772

# EXHIBIT 7

000807

AUTOMATED TRACK INSPECTION PROGRAM

# TRACK GEOMETRY INSPECTION REPORT

ST Albans, VT to Windsor, VT
NECR-0456
NECR
9309 Feet before MP 131  to MP 1 - 1474



Federal Railroad Administration

Office of Safety

Washington, D.C.

Printed 06/08/04 12:21:59 PM
ENSCO Editor v $Revision: 1.27 $  $Date: 2004/02/12 17:53:36 $

00080

**DEPARTMENT OF TRANSPORTATION**
**Federal Railroad Administration**
**Excerpted from 49 CFR Part 213**

**Sec. 213.53  Gage**

| Class of Track | Must be at least | but not more than |
|---|---|---|
| Excepted Track | N/A | 4 ft 10 1/4" |
| Class 1 Track | 4 ft 8" | 4 ft 10" |
| Class 2 and 3 Track | 4 ft 8" | 4 ft 9 3/4" |
| Class 4 and 5 Track | 4 ft 8" | 4 ft 9 1/2" |

**Sec. 213.55  Alinement**

| Class of track | Tangent Track<br>The deviation of the mid-offset from a 62-foot line may not be more than-- (inches) Note 1 | Curved<br>The deviation of the mid-ordinate from a 31-foot chord may not be more than-- (inches) Note 2 | Track<br>The deviation of the mid-ordinate from a 62-foot chord may not be more than-- (inches)  Note 2 |
|---|---|---|---|
| Class 1 track.. | 5 | N/A Note 3 | 5 |
| Class 2 track.. | 3 | N/A Note 3 | 3 |
| Class 3 track.. | 1 3/4 | 1 1/4 | 1 3/4 |
| Class 4 track.. | 1 1/2 | 1 | 1 1/2 |
| Class 5 track.. | 3/4 | 1/2 | 5/8 |

1.  The ends of the line shall be at points on the gage side of the line rail, five-eighths of an inch below the top of the railhead. Either rail may be used as the line rail, however, the same rail shall be used for the  full length of that tangential segment of track.
2. The ends of the chord shall be at points on the gage side of the outer rail, five-eighths of an inch below  the top of the railhead.
3. N/A–Not Applicable.

**Sec. 213.57  Curves; elevation and speed limitations.**

(a) The maximum crosslevel on the outside rail of a curve may not be more than 8 inches on track Classes 1 and 2 and 7 inches on Classes 3 through 5. Except as provided in Sec. 213.63, the outside rail of a curve may not be lower than the inside rail.
(b)(1) The maximum allowable operating speed for each curve is determined by the following formula–

$$Vmax = \_/((Ea + 3)/(0.0007 * D))$$

(c)(1) For rolling stock meeting the requirements specified in paragraph (d) of this section, the maximum operating speed for each curve may be determined by the following formula–

$$Vmax = \_/((Ea + 4)/(0.0007 * D))$$

**Sec. 213.59  Elevation of curved track; runoff.**

(a) If a curve is elevated, the full elevation shall be provided  throughout the curve, unless physical conditions do not permit. If elevation runoff occurs in a curve, the actual minimum elevation shall be used in computing the maximum allowable operating speed for that curve under Sec. 213.57(b).
(b) Elevation runoff shall be at a uniform rate, within the limits of track surface deviation prescribed in Sec. 213.63, and it shall extend at least the full length of the spirals. If physical conditions do not permit a spiral long enough to accommodate the minimum length of runoff, part of the runoff may be on tangent track.

000809

**DEPARTMENT OF TRANSPORTATION**
**Federal Railroad Administration**
**Excerpted from 49 CFR Part 213**

**Sec. 213.63  Track surface.**

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| The runoff in any 31 feet of rail at the end of a raise may not be more than | 3 1/2 | 3 | 2 | 1 1/2 | 1 |
| The deviation from uniform profile on either rail at the mid-ordinate of a 62-foot chord may not be more than.... | 3 | 2 3/4 | 2 1/4 | 2 | 1 1/4 |
| The deviation from zero crosslevel at any point on tangent or reverse crosslevel elevation on curves may not be more than.. | 3 | 2 | 1 3/4 | 1 1/4 | 1 |
| The difference in crosslevel between any two points less than 62 feet apart may not be more than Note 1,2 | 3 | 2 1/4 | 2 | 1 3/4 | 1 1/2 |
| Where determined by engineering decision prior to the promulgation of this rule, due to physical restrictions on spiral length and operating practices and experience, the variation in crosslevel on spirals per 31 feet may not be more than.. | 2 | 1 3/4 | 1 1/4 | 1 | 3/4 |

1. Except as limited by Sec. 213.57(a), where the elevation at any point in a curve equals or exceeds 6 inches, the difference in crosslevel within 62 feet between that point and a point with greater elevation may not be more than 1\1/2\ inches.

2. However, to control harmonics on Class 2 through 5 jointed track with staggered joints, the crosslevel differences shall not exceed 1\1/4\ inches in all of six consecutive pairs of joints, as created by 7 low joints. Track with joints staggered less than 10 feet shall not be considered as having staggered joints. Joints within the 7 low joints outside of the regular joint spacing shall not be considered as joints for purposes of this footnote.

DEPARTMENT OF TRANSPORTATION
Federal Railroad Administration
Excerpted from 49 CFR Part 213

000810

**Sec. 213.323  Gage**

| Class | Must be at least | but not more than | Change in 31 ft |
|-------|------------------|-------------------|-----------------|
| 6 | 4 ft 8" | 4 ft 9 1/4" | 1/2" |
| 7 | 4 ft 8" | 4 ft 9 1/4" | 1/2" |
| 8 | 4 ft 8" | 4 ft 9 1/4" | 1/2" |
| 9 | 4 ft 8 1/4" | 4 ft 9 1/4" | 1/2" |

**Sec. 213.327  Alinement.**

(a) Uniformity at any point along the track is established by averaging the measured mid-chord offset values for nine consecutive points centered around that point and which are spaced according to the following table:

| Chord length | Spacing |
|--------------|---------|
| 31 | 7 ft 9" |
| 62 | 15 ft 6" |
| 124 | 31 ft 0" |

b) For a single deviation, alinement may not deviate from uniformity more than the amount prescribed in the following table:

| Class of track | The deviation from uniformity of the mid-chord offset for a 31-foot chord may not be more than-- (inches) | The deviation from uniformity of the mid-chord offset for a 62-foot chord may not be more than-- (inches) | The deviation from uniformity of the mid-chord offset for a 124-foot chord may not be more than-- (inches) |
|----------------|------|------|------|
| 6 | 1/2 | 3/4 | 1 1/2 |
| 7 | 1/2 | 1/2 | 1 1/4 |
| 8 | 1/2 | 1/2 | 3/4 |
| 9 | 1/2 | 1/2 | 3/4 |

(c) For three or more non-overlapping deviations from uniformity in track alinement occurring within a distance equal to five times the specified chord length, each of which exceeds the limits in the following table, each owner of the track to which this subpart applies shall maintain the alinement of the track within the limits prescribed for each deviation:

| Class of track | The deviation from uniformity of the mid-chord offset for a 31-foot chord may not be more than-- (inches) | The deviation from uniformity of the mid-chord offset for a 62-foot chord may not be more than-- (inches) | The deviation from uniformity of the mid-chord offset for a 124-foot chord may not be more than-- (inches) |
|----------------|------|------|------|
| 6 | 3/8 | 1/2 | 1 |
| 7 | 3/8 | 3/8 | 7/8 |
| 8 | 3/8 | 3/8 | 1/2 |
| 9 | 3/8 | 3/8 | 1/2 |

**Sec. 213.329  Curves, elevation and speed limitations.**
(a) The maximum crosslevel on the outside rail of a curve may not be more than 7 inches. The outside rail of a curve may not be more than 1/2 inch lower than the inside rail.
(b)(1) The maximum allowable operating speed for each curve is determined by the following formula--

$$V_{max} = \sqrt{(Ea + 3)/(0.0007 * D)}$$

(c) For rolling stock meeting the requirements specified in paragraph (d) of this section, the maximum operating speed for each curve may be determined by the following formula:

$$V_{max} = \sqrt{(Ea + Eu)/(0.0007 * D)}$$

**DEPARTMENT OF TRANSPORTATION**
**Federal Railroad Administration**
Excerpted from 49 CFR Part 213

000811

**Sec. 213.331   Track surface.**

a) For a single deviation in track surface:

|  | 6 | 7 | 8 | 9 |
|---|---|---|---|---|
| The deviation from uniform profile (Note 1) on either rail at the midordinate of a 31-foot chord may not be more than... | 1 | 1 | 3/4 | 1/2 |
| The deviation from uniform profile on either rail at the mid-ordinate of a 62-foot chord may not be more than.... | 1 | 1 | 1 | 3/4 |
| The deviation from uniform profile on either rail at the mid-ordinate of a 124-foot chord may not be more than.... | 1 3/4 | 1 1/2 | 1 1/4 | 1 1/4 |
| The difference in crosslevel between any two points less than 62 feet apart may not be more than Note 2 | 1 1/2 | 1 1/2 | 1 1/2 | 1 1/2 |

1. Uniformity for profile is established by placing the midpoint of the specified chord at the point of maximum measurement. However, to control harmonics on jointed track with staggered joints, the crosslevel differences shall not exceed 1\1/4\ inches in all of six consecutive pairs of joints, as created by 7 joints. Track with joints staggered less than 10 feet shall not be considered as having staggered joints. Joints within the 7 low joints outside of the regular joint spacing shall not be considered as joints.

(b) For three or more non-overlapping deviations in track surface occurring within a distance equal to five times the specified chord length, each of which exceeds the limits in the following table:

|  | 6 | 7 | 8 | 9 |
|---|---|---|---|---|
| The deviation from uniform profile on either rail at the midordinate of a 31-foot chord may not be more than... | 3/4 | 3/4 | 1/2 | 3/8 |
| The deviation from uniform profile on either rail at the mid-ordinate of a 62-foot chord may not be more than.... | 3/4 | 3/4 | 3/4 | 1/2 |
| The deviation from uniform profile on either rail at the mid-ordinate of a 124-foot chord may not be more than.... | 1 1/4 | 1 | 7/8 | 7/8 |

000812

NECR-0456
ST Albans, VT to Windsor, VT
NECR

Exception Report
Exception List Section
9309 Feet before MP 131 to MP 1 - 1474

Page 1
06/08/04
NECR-0456

| MP | Feet | Parameter | Value | Length | TSC | L-P Class | Track | Latitude | Longitude |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 2 | Class Chg | 4.00 | | | | | 00.000000 | 000.000000 |
| 0 | 2 | Track | 1.00 | | | | | 00.000000 | 000.000000 |
| 0 | 2 | State Line | VT | | | | | 00.000000 | 000.000000 |
| 0 | 1364 | Track | 5.00 | | | | | 44.817209 | -073.091080 |
| 0 | 1365 | Class Chg | 2.00 | | | | | 44.817207 | -073.091077 |
| 0 | 1450 | Track | 7.00 | | | | | 44.817077 | -073.090800 |
| 0 | 1480 | Class Chg | 1.00 | | | | | 44.817026 | -073.090700 |
| 0 | 1580 | Track | 5.00 | | | | | 44.816858 | -073.090392 |
| 0 | 1624 | Class Chg | 2.00 | | | | | 44.816783 | -073.090251 |
| 0 | 5098 | Class Chg | 3.00 | | | | | 44.808500 | -073.087815 |
| 0 | 5541 | Warp 62 | 2.14 | 20 | T | 2 3 | 5 | 44.807423 | -073.088607 |
| 0 | 6292 | Warp 62 | 2.27 | 59 | T | 1 3 | 5 | 44.805614 | -073.089969 |
| 131 | 9309 | Down MP | 131.00 | | | | | 44.798325 | -073.095434 |
| 130 | 5281 | Down MP | 130.00 | | | | | 44.785284 | -073.103647 |
| 129 | 5306 | Down MP | 129.00 | | | | | 44.770838 | -073.105448 |
| 128 | 5314 | Down MP | 128.00 | | | | | 44.757512 | -073.098975 |
| 127 | 5323 | Down MP | 127.00 | | | | | 44.745592 | -073.087513 |
| 127 | 695 | Warp 62 | 2.45 | 48 | S | 1 3 | 5 | 44.744283 | -073.085547 |
| 126 | 5238 | Down MP | 126.00 | | | | | 44.732680 | -073.081738 |
| 125 | 5274 | Down MP | 125.00 | | | | | 44.718570 | -073.085982 |
| 125 | 1238 | Crosslevel | 1.88 | 2 | T | 2 3 | 5 | 44.715429 | -073.087783 |
| 125 | 2184 | Crosslevel | 2.27 | 18 | T | 1 3 | 5 | 44.713038 | -073.089167 |
| 124 | 5292 | Down MP | 124.00 | | | | | 44.704702 | -073.090912 |
| 123 | 5296 | Down MP | 123.00 | | | | | 44.691100 | -073.085064 |
| 123 | 824 | Warp 62 | 2.20 | 59 | S | 2 3 | 5 | 44.688861 | -073.084916 |
| 122 | 5285 | Down MP | 122.00 | | | | | 44.676924 | -073.083236 |
| 121 | 5283 | Down MP | 121.00 | | | | | 44.663385 | -073.090068 |
| 121 | 73 | Crosslevel | 3.31 | 116 | T | 0 3 | 5 | 44.663219 | -073.090231 |
| 121 | 99 | Crosslevel | 2.55 | 16 | T | 1 3 | 5 | 44.663170 | -073.090252 |
| 121 | 137 | Crosslevel | 2.56 | 15 | T | 1 3 | 5 | 44.663080 | -073.090332 |
| 121 | 192 | Warp 62 | 2.49 | 61 | T | 1 3 | 5 | 44.662953 | -073.090445 |
| 121 | 759 | Crosslevel | 1.97 | 3 | T | 2 3 | 5 | 44.661662 | -073.091666 |
| 121 | 1990 | Warp 62 | 2.47 | 61 | T | 1 3 | 5 | 44.658855 | -073.094298 |
| 121 | 2047 | Warp 62 | 2.36 | 57 | T | 1 3 | 5 | 44.658732 | -073.094426 |
| 120 | 5284 | Down MP | 120.00 | | | | | 44.651403 | -073.101417 |
| 120 | 2780 | Warp 62 | 2.90 | 62 | S | 1 3 | 5 | 44.644649 | -073.105675 |
| 118 | 10586 | Down MP | 118.00 | | | | | 44.623651 | -073.110168 |
| 117 | 5284 | Down MP | 117.00 | | | | | 44.609313 | -073.109214 |
| 117 | 5588 | RQ CB Ver P-P | 0.45 | | | | | 44.595460 | -073.117466 |
| 116 | 5299 | Down MP | 116.00 | | | | | 44.596220 | -073.117166 |
| 116 | 3145 | Warp 62 | 2.24 | 17 | C | 2 3 | 5 | 44.587760 | -073.118760 |
| 115 | 5285 | Down MP | 115.00 | | | | | 44.581963 | -073.119944 |

NOTES:
Runoff exceptions are for information only
RQ (Ride Quality) exceptions are for information only

000813

Exception Report

NECR-0456
ST Albans, VT to Windsor, VT
NECR

Page 2
06/08/04
NECR-0456

## Exception List Section
### 9309 Feet before MP 131 to MP 1 - 1474

| MP | Feet | Parameter | Value | Length | TSC | L-P Class | Track | Latitude | Longitude |
|----|------|-----------|-------|--------|-----|-----------|-------|----------|-----------|
| 115 | 361 | Class Chg | 4.00 | | | | | 44.581019 | -073.120149 |
| 115 | 503 | Warp 62 | 1.87 | 59 | S | 3 4 | 5 | 44.580637 | -073.120245 |
| 115 | 1149 | Class Chg | 3.00 | | | | | 44.578914 | -073.120994 |
| 114 | 5286 | Down MP | 114.00 | | | | | 44.572367 | -073.133334 |
| 114 | 1813 | Crosslevel | 2.05 | 2 | T | 1 3 | 5 | 44.567591 | -073.133367 |
| 114 | 2183 | Warp 62 | 2.44 | 59 | S | 1 3 | 5 | 44.566635 | -073.132956 |
| 114 | 2262 | Warp 62 | 2.33 | 59 | S | 1 3 | 5 | 44.566429 | -073.132865 |
| 114 | 2301 | Warp 62 | 2.44 | 60 | S | 1 3 | 5 | 44.566327 | -073.132817 |
| 114 | 2592 | Warp 62 | 2.12 | 57 | S | 2 3 | 5 | 44.565601 | -073.132386 |
| 114 | 2508 | Lmt Speed 3 | 51.00 | | | | | 44.564834 | -073.131797 |
| 114 | 3139 | Warp 62 | 2.35 | 57 | T | 1 3 | 5 | 44.564279 | -073.131349 |
| 114 | 3388 | Warp 62 | 2.17 | 56 | S | 2 3 | 5 | 44.563689 | -073.130848 |
| 113 | 5282 | Down MP | 113.00 | | | | | 44.558673 | -073.129587 |
| 112 | 5303 | Down MP | 112.00 | | | | | 44.544231 | -073.131748 |
| 112 | 558 | Warp 62 | 2.10 | 59 | S | 2 3 | 5 | 44.542710 | -073.131981 |
| 111 | 5283 | Down MP | 111.00 | | | | | 44.530314 | -073.127340 |
| 110 | 5280 | Down MP | 110.00 | | | | | 44.516575 | -073.121040 |
| 109 | 5294 | Down MP | 109.00 | | | | | 44.502799 | -073.114729 |
| 109 | 3370 | Class Chg | 2.00 | | | | | 44.494029 | -073.110723 |
| 108 | 5284 | Down MP | 108.00 | | | | | 44.489064 | -073.110681 |
| 108 | 1401 | Class Chg | 3.00 | | | | | 44.485800 | -073.108615 |
| 108 | 1976 | Warp 62 | 2.28 | 59 | T | 1 3 | 5 | 44.484778 | -073.106952 |
| 107 | 5290 | Down MP | 107.00 | | | | | 44.481178 | -073.095943 |
| 107 | 396 | Warp 62 | 2.55 | 57 | S | 1 3 | 5 | 44.481468 | -073.094493 |
| 107 | 436 | Warp 62 | 2.15 | 58 | S | 2 3 | 5 | 44.481503 | -073.094347 |
| 105 | 10582 | Down MP | 105.00 | | | | | 44.472962 | -073.058927 |
| 105 | 191 | Warp 62 | 2.28 | 59 | T | 1 3 | 5 | 44.472686 | -073.058308 |
| 104 | 5272 | Down MP | 104.00 | | | | | 44.464833 | -073.042237 |
| 103 | 5307 | Down MP | 103.00 | | | | | 44.454961 | -073.028144 |
| 102 | 5281 | Down MP | 102.00 | | | | | 44.440825 | -073.023624 |
| 102 | 2387 | Gage Wide | 57.88 | 3 | C | 1 3 | 5 | 44.434463 | -073.021488 |
| 101 | 5292 | Down MP | 101.00 | | | | | 44.427676 | -073.015741 |
| 100 | 5335 | Down MP | 100.00 | | | | | 44.415439 | -073.004623 |
| 99 | 5248 | Down MP | 99.00 | | | | | 44.403512 | -072.993448 |
| 98 | 5293 | Down MP | 98.00 | | | | | 44.397251 | -072.975306 |
| 97 | 5295 | Down MP | 97.00 | | | | | 44.391418 | -072.956812 |
| 96 | 5286 | Down MP | 96.00 | | | | | 44.384548 | -072.939209 |
| 95 | 5284 | Down MP | 95.00 | | | | | 44.380877 | -072.919874 |
| 94 | 5299 | Down MP | 94.00 | | | | | 44.376737 | -072.900812 |
| 93 | 5289 | Down MP | 93.00 | | | | | 44.372460 | -072.881534 |
| 91 | 10574 | Down MP | 91.00 | | | | | 44.362907 | -072.843443 |
| 90 | 5299 | Down MP | 90.00 | | | | | 44.357234 | -072.824877 |

NOTES:
Runoff exceptions are for information only
RQ (Ride Quality) exceptions are for information only

000814

Exception Report
Exception List Section

NECR-0456
ST Albans, VT to Windsor, VT
NECR

9309 Feet before MP 131  to MP 1 - 1474

Page 3
06/08/04
NECR-0456

| MP | Feet | Parameter | Value | Length | TSC | L-P Class | Track | Latitude | Longitude |
|----|------|-----------|-------|--------|-----|-----------|-------|----------|-----------|
| 90 | 2469 | Gage Wide | 58.09 | 6 | C | 0 3 | 5 | 44.355204 | -072.816081 |
| 90 | 3078 | Warp 62 | 2.20 | 62 | S | 2 3 | 5 | 44.355673 | -072.813866 |
| 89 | 7098 | Down MP | 89.00 | | | | | 44.355159 | -072.805155 |
| 88 | 5295 | Down MP | 88.00 | | | | | 44.351277 | -072.785699 |
| 88 | 3229 | RQ CB Ver P-P | 0.45 | | | | | 44.348595 | -072.773980 |
| 87 | 5282 | Down MP | 87.00 | | | | | 44.345412 | -072.767540 |
| 86 | 5051 | Down MP | 86.00 | | | | | 44.336411 | -072.753043 |
| 85 | 5647 | Down MP | 85.00 | | | | | 44.325458 | -072.738139 |
| 84 | 5167 | Down MP | 84.00 | | | | | 44.316570 | -072.722897 |
| 84 | 2756 | Lmt Speed 3 | 58.00 | | | | | 44.314443 | -072.711996 |
| 83 | 5293 | Down MP | 83.00 | | | | | 44.314760 | -072.703786 |
| 82 | 5296 | Down MP | 82.00 | | | | | 44.304698 | -072.690913 |
| 80 | 10572 | Down MP | 80.00 | | | | | 44.285826 | -072.663117 |
| 79 | 5288 | Down MP | 79.00 | | | | | 44.275925 | -072.649906 |
| 78 | 5286 | Down MP | 78.00 | | | | | 44.269724 | -072.631726 |
| 78 | 2357 | Warp 62 | 2.16 | 21 | T | 2 3 | 5 | 44.266297 | -072.624118 |
| 77 | 5299 | Down MP | 77.00 | | | | | 44.262009 | -072.614616 |
| 77 | 1940 | Warp 62 | 2.19 | 56 | S | 2 3 | 5 | 44.258738 | -072.608894 |
| 77 | 14907 | Gage Wide | 57.99 | 4 | S | 1 3 | 5 | 44.228482 | -072.607660 |
| 74 | 15854 | Down MP | 74.00 | | | | | 44.228263 | -072.611249 |
| 73 | 5290 | Down MP | 73.00 | | | | | 44.217758 | -072.624425 |
| 72 | 5306 | Down MP | 72.00 | | | | | 44.204720 | -072.633330 |
| 71 | 5282 | Down MP | 71.00 | | | | | 44.191173 | -072.640084 |
| 70 | 5301 | Down MP | 70.00 | | | | | 44.177507 | -072.643724 |
| 69 | 5273 | Down MP | 69.00 | | | | | 44.166953 | -072.656368 |
| 68 | 5293 | Down MP | 68.00 | | | | | 44.152704 | -072.656774 |
| 68 | 818 | Warp 62 | 2.13 | 62 | S | 2 3 | 5 | 44.150491 | -072.656990 |
| 68 | 1748 | RQ CB Ver P-P | 0.43 | | | | | 44.148074 | -072.658180 |
| 66 | 10567 | Down MP | 66.00 | | | | | 44.125570 | -072.667415 |
| 65 | 5236 | Down MP | 65.00 | | | | | 44.112915 | -072.676098 |
| 64 | 5333 | Down MP | 64.00 | | | | | 44.111478 | -072.695004 |
| 64 | 2329 | Gage Wide | 57.94 | 6 | C | 1 3 | 5 | 44.112831 | -072.703577 |
| 64 | 4871 | Gage Wide | 58.01 | 6 | C | 0 3 | 5 | 44.116728 | -072.711554 |
| 63 | 5288 | Down MP | 63.00 | | | | | 44.117158 | -072.713007 |
| 999 | 2047 | Down MP | 999.00 | | | | | 44.117199 | -072.713085 |
| 999 | 3145 | Gage Wide | 57.96 | 10 | C | 1 3 | 5 | 44.116278 | -072.724756 |
| 999 | 3305 | Gage Wide | 57.97 | 10 | C | 1 3 | 5 | 44.116071 | -072.725304 |
| 998 | 5295 | Down MP | 998.00 | | | | | 44.111450 | -072.728633 |
| 61 | 5270 | Down MP | 61.00 | | | | | 44.097410 | -072.732532 |
| 61 | 4619 | RQ CB Ver P-P | 0.46 | | | | | 44.085166 | -072.736814 |
| 60 | 5302 | Down MP | 60.00 | | | | | 44.083505 | -072.737978 |
| 60 | 2921 | Warp 62 | 2.16 | 62 | S | 2 3 | 5 | 44.076171 | -072.742385 |

NOTES:
Runoff exceptions are for information only
RQ (Ride Quality) exceptions are for information only

000815

NECR-0456
ST Albans, VT to Windsor, VT
NECR

Page 4
06/08/04
NECR-0456

| MP | Feet | Parameter | Value | Length | TSC | L-P Class | Track | Latitude | Longitude |
|---|---|---|---|---|---|---|---|---|---|
| 60 | 2951 | Warp 62 | 2.49 | 61 | S | 1 3 | 5 | 44.076112 | -072.742468 |
| 59 | 5195 | Down MP | 59.00 | | | | | 44.070790 | -072.745833 |
| 58 | 5385 | Down MP | 58.00 | | | | | 44.056176 | -072.744171 |
| 58 | 4008 | Gage Wide | 58.02 | 8 | S | 0 3 | 5 | 44.045278 | -072.744550 |
| 58 | 4441 | Gage Wide | 57.98 | 9 | C | 1 3 | 5 | 44.044142 | -072.744490 |
| 58 | 5201 | Gage Wide | 57.87 | 3 | S | 1 3 | 5 | 44.042169 | -072.745552 |
| 57 | 5278 | Down MP | 57.00 | | | | | 44.041998 | -072.745734 |
| 57 | 839 | Gage Wide | 58.06 | 9 | C | 0 3 | 5 | 44.044129 | -072.744493 |
| 999 | 1677 | Down MP | 999.00 | | | | | 44.041991 | -072.745755 |
| 56 | 5249 | Down MP | 46.00 | | | | | 44.030176 | -072.756489 |
| 55 | 5326 | Down MP | 55.00 | | | | | 44.015756 | -072.757193 |
| 54 | 5298 | Down MP | 54.00 | | | | | 44.001679 | -072.753061 |
| 53 | 5282 | Down MP | 53.00 | | | | | 43.987360 | -072.750491 |
| 52 | 5276 | Down MP | 52.00 | | | | | 43.973124 | -072.747346 |
| 52 | 1997 | RQ CB Ver P-P | 0.42 | | | | | 43.968180 | -072.744134 |
| 51 | 5295 | Down MP | 51.00 | | | | | 43.961456 | -072.735900 |
| 50 | 5291 | Down MP | 50.00 | | | | | 43.951379 | -072.721453 |
| 49 | 5362 | Down MP | 49.00 | | | | | 43.940959 | -072.708384 |
| 49 | 3409 | RQ CB Ver P-P | 0.45 | | | | | 43.933276 | -072.701185 |
| 48 | 5240 | Down MP | 48.00 | | | | | 43.930998 | -072.695018 |
| 47 | 5261 | Down MP | 47.00 | | | | | 43.924542 | -072.677243 |
| 47 | 3823 | Warp 62 | 2.49 | 43 | S | 1 3 | 5 | 43.922148 | -072.663143 |
| 46 | 5299 | Down MP | 46.00 | | | | | 43.920348 | -072.658189 |
| 46 | 3916 | Lmt Speed 3 | 58.00 | | | | | 43.909205 | -072.653389 |
| 45 | 5302 | Down MP | 45.00 | | | | | 43.906821 | -072.652293 |
| 45 | 1541 | RQ CB Ver P-P | 0.41 | | | | | 43.902800 | -072.650597 |
| 45 | 5259 | RQ CB Ver P-P | 0.51 | | | | | 43.892653 | -072.649693 |
| 44 | 5271 | Down MP | 44.00 | | | | | 43.892617 | -072.649664 |
| 44 | 3330 | Warp 62 | 2.17 | 62 | C | 2 3 | 5 | 43.884419 | -072.644363 |
| 43 | 5293 | Down MP | 43.00 | | | | | 43.879122 | -072.643107 |
| 42 | 5390 | Down MP | 42.00 | | | | | 43.865100 | -072.641683 |
| 42 | 2739 | Lmt Speed 3 | 57.00 | | | | | 43.856927 | -072.645658 |
| 40 | 10468 | Down MP | 40.00 | | | | | 43.837381 | -072.643070 |
| 40 | 7387 | Crosslevel | 1.95 | 1 | T | 2 3 | 5 | 43.824349 | -072.622834 |
| 40 | 7445 | Warp 62 | 2.26 | 59 | T | 1 3 | 5 | 43.824347 | -072.622608 |
| 38 | 10586 | Down MP | 38.00 | | | | | 43.822812 | -072.611020 |
| 38 | 964 | Gage Wide | 57.90 | 4 | S | 1 3 | 5 | 43.821309 | -072.608022 |
| 38 | 1050 | Gage Wide | 57.95 | 7 | S | 1 3 | 5 | 43.821194 | -072.607740 |
| 38 | 1128 | Gage Wide | 57.94 | 5 | S | 1 3 | 5 | 43.821091 | -072.607479 |
| 38 | 1410 | Gage Wide | 57.96 | 18 | C | 1 3 | 5 | 43.820941 | -072.606433 |
| 38 | 1559 | Gage Wide | 57.99 | 10 | C | 1 3 | 5 | 43.820803 | -072.605906 |
| 38 | 1633 | Gage Wide | 57.95 | 9 | C | 1 3 | 5 | 43.820808 | -072.605614 |

NOTES:
Runoff exceptions are for information only
RQ (Ride Quality) exceptions are for information only

000816

Exception Report
## Exception List Section
9309 Feet before MP 131  to MP 1 - 1474

NECR-0456
ST Albans, VT to Windsor, VT
NECR

Page 5
06/08/04
NECR-0456

| MP | Feet | Parameter | Value | Length | TSC | L-P Class | Track | Latitude | Longitude |
|----|------|-----------|-------|--------|-----|-----------|-------|----------|-----------|
| 38 | 1670 | Gage Wide | 57.87 | 3 | C | 1 3 | 5 | 43.820809 | -072.605473 |
| 38 | 4426 | Warp 62 | 2.12 | 20 | T | 2 3 | 5 | 43.822545 | -072.595361 |
| 37 | 5247 | Down MP | 37.00 | | | | | 43.823002 | -072.592303 |
| 37 | 5076 | Gage Wide | 57.98 | 7 | C | 1 3 | 5 | 43.827506 | -072.574309 |
| 36 | 5307 | Down MP | 36.00 | | | | | 43.827555 | -072.573424 |
| 34 | 10580 | Down MP | 34.00 | | | | | 43.818237 | -072.545608 |
| 34 | 1041 | Warp 62 | 2.62 | 58 | S | 1 3 | 5 | 43.820842 | -072.544026 |
| 34 | 1201 | Gage Wide | 57.90 | 4 | S | 1 3 | 5 | 43.821206 | -072.543689 |
| 34 | 1208 | Gage Wide | 57.86 | 5 | C | 1 3 | 5 | 43.821222 | -072.543674 |
| 34 | 1311 | Gage Wide | 57.96 | 4 | C | 1 3 | 5 | 43.821444 | -072.543444 |
| 34 | 2963 | RQ CB Ver P-P | 0.46 | | | | | 43.823796 | -072.538135 |
| 34 | 5608 | Warp 62 | 2.15 | 58 | S | 2 3 | 5 | 43.823453 | -072.528533 |
| 34 | 5647 | Warp 62 | 2.38 | 58 | S | 1 3 | 5 | 43.823375 | -072.528410 |
| 34 | 5803 | Warp 62 | 2.12 | 57 | S | 2 3 | 5 | 43.823299 | -072.527828 |
| 34 | 6304 | Gage Wide | 58.04 | 7 | S | 0 3 | 5 | 43.822613 | -072.526174 |
| 34 | 9116 | Warp 62 | 2.11 | 20 | T | 2 3 | 5 | 43.820761 | -072.523537 |
| 31 | 17684 | Down MP | 31.00 | | | | | 43.801874 | -072.504773 |
| 31 | 1361 | Gage Wide | 57.99 | 3 | C | 1 3 | 5 | 43.798161 | -072.504720 |
| 30 | 5300 | Down MP | 30.00 | | | | | 43.790741 | -072.494443 |
| 30 | 4003 | Gage Wide | 58.03 | 12 | S | 0 3 | 5 | 43.784909 | -072.481851 |
| 30 | 4613 | Gage Wide | 58.15 | 29 | C | 0 3 | 5 | 43.784043 | -072.479877 |
| 29 | 5285 | Down MP | 29.00 | | | | | 43.782859 | -072.477935 |
| 999 | 1279 | Down MP | 999.00 | | | | | 43.782864 | -072.477921 |
| 999 | 2252 | Warp 62 | 2.12 | 50 | S | 2 3 | 5 | 43.778936 | -072.471374 |
| 999 | 2930 | Lmt Speed 3 | 58.00 | | | | | 43.778275 | -072.468993 |
| 999 | 3080 | Gage Wide | 58.16 | 5 | C | 0 3 | 5 | 43.778211 | -072.468438 |
| 28 | 5291 | Down MP | 28.00 | | | | | 43.780461 | -072.460901 |
| 28 | 5179 | Warp 62 | 2.10 | 58 | S | 2 3 | 5 | 43.774977 | -072.449589 |
| 27 | 5280 | Down MP | 27.00 | | | | | 43.774746 | -072.449857 |
| 27 | 415 | Gage Wide | 57.98 | 13 | S | 1 3 | 5 | 43.773724 | -072.450537 |
| 27 | 471 | Gage Wide | 58.02 | 5 | S | 0 3 | 5 | 43.773581 | -072.450614 |
| 27 | 863 | Gage Wide | 58.18 | 13 | C | 0 3 | 5 | 43.772566 | -072.451078 |
| 27 | 895 | Gage Wide | 57.94 | 4 | C | 1 3 | 5 | 43.772499 | -072.451133 |
| 27 | 1211 | Warp 62 | 2.19 | 62 | S | 2 3 | 5 | 43.771648 | -072.451352 |
| 27 | 2586 | Warp 62 | 2.18 | 62 | T | 2 3 | 5 | 43.767860 | -072.451173 |
| 27 | 3081 | Gage Wide | 57.89 | 3 | C | 1 3 | 5 | 43.766508 | -072.451247 |
| 27 | 3150 | Gage Wide | 57.96 | 7 | C | 1 3 | 5 | 43.766318 | -072.451276 |
| 27 | 3379 | Warp 62 | 2.16 | 62 | S | 2 3 | 5 | 43.765730 | -072.451561 |
| 27 | 3455 | Warp 62 | 2.18 | 61 | S | 2 3 | 5 | 43.765531 | -072.451647 |
| 26 | 5237 | Down MP | 26.00 | | | | | 43.760739 | -072.451506 |
| 25 | 5278 | Down MP | 25.00 | | | | | 43.747466 | -072.443597 |
| 24 | 5354 | Down MP | 24.00 | | | | | 43.734597 | -072.434239 |

NOTES:
Runoff exceptions are for information only
RQ (Ride Quality) exceptions are for information only

000817

NECR-0456
ST Albans, VT to Windsor, VT
NECR

Exception Report
Exception List Section
9309 Feet before MP 131 to MP 1 - 1474

Page 6
06/08/04
NECR-0456

| MP | Feet | Parameter | Value | Length | TSC | L-P Class | Track | Latitude | Longitude |
|----|------|-----------|-------|--------|-----|-----------|-------|----------|-----------|
| 24 | 2049 | Warp 62 | 2.12 | 59 | S | 2 3 | 5 | 43.728999 | -072.433774 |
| 24 | 2410 | Gage Wide | 57.98 | 4 | C | 1 3 | 5 | 43.727967 | -072.433590 |
| 24 | 2656 | Gage Wide | 57.99 | 11 | C | 1 3 | 5 | 43.727341 | -072.433304 |
| 24 | 3520 | Gage Wide | 58.08 | 12 | C | 0 3 | 5 | 43.725412 | -072.431498 |
| 24 | 3905 | Gage Wide | 58.15 | 12 | C | 0 3 | 5 | 43.724760 | -072.430345 |
| 24 | 4099 | Gage Wide | 57.95 | 11 | C | 1 3 | 5 | 43.724488 | -072.429706 |
| | | | | | | | | | |
| 24 | 4293 | Warp 62 | 2.10 | 58 | S | 2 3 | 5 | 43.724298 | -072.429021 |
| 23 | 5286 | Down MP | 23.00 | | | | | 43.723531 | -072.425482 |
| 23 | 2259 | Lmt Speed 3 | 58.00 | | | | | 43.717818 | -072.417131 |
| 22 | 5277 | Down MP | 22.00 | | | | | 43.712510 | -072.416173 |
| 22 | 2114 | Class Chg | 2.00 | | | | | 43.706806 | -072.414907 |
| 22 | 3693 | Warp 62 | 2.63 | 57 | S | 1 2 | 5 | 43.704166 | -072.410498 |
| | | | | | | | | | |
| 21 | 5297 | Down MP | 21.00 | | | | | 43.701699 | -072.405726 |
| 21 | 1692 | Class Chg | 3.00 | | | | | 43.697237 | -072.403986 |
| 20 | 5235 | Down MP | 20.00 | | | | | 43.688352 | -072.398709 |
| 19 | 5342 | Down MP | 19.00 | | | | | 43.675406 | -072.390364 |
| 18 | 5283 | Down MP | 18.00 | | | | | 43.667155 | -072.374267 |
| 17 | 5283 | Down MP | 17.00 | | | | | 43.663074 | -072.355335 |
| | | | | | | | | | |
| 17 | 4217 | RQ CB Ver P-P | 0.46 | | | | | 43.658659 | -072.340782 |
| 17 | 7155 | Crosslevel | -2.25 | 4 | T | 1 3 | 5 | 43.654956 | -072.330963 |
| 17 | 7199 | Crosslevel | -2.68 | 13 | T | 1 3 | 5 | 43.654896 | -072.330819 |
| 17 | 7250 | Warp 62 | 2.33 | 59 | T | 1 3 | 5 | 43.654825 | -072.330653 |
| 17 | 7271 | Crosslevel | -1.86 | 1 | T | 2 3 | 5 | 43.654796 | -072.330584 |
| 17 | 7624 | Crosslevel | -2.04 | 5 | T | 1 3 | 5 | 43.654298 | -072.329440 |
| | | | | | | | | | |
| 17 | 8673 | Class Chg | 2.00 | | | | | 43.652742 | -072.326123 |
| 17 | 9145 | Warp 62 | 2.45 | 58 | T | 1 2 | 5 | 43.652068 | -072.324603 |
| 17 | 13846 | Class Chg | 3.00 | | | | | 43.641950 | -072.318666 |
| 17 | 14475 | Gage Wide | 57.92 | 15 | S | 1 3 | 5 | 43.640769 | -072.320377 |
| 14 | 15867 | Down MP | 14.00 | | | | | 43.638797 | -072.324880 |
| 14 | 3301 | RQ CB Ver P-P | 0.42 | | | | | 43.631503 | -072.331024 |
| | | | | | | | | | |
| 14 | 3195 | Warp 62 | 2.53 | 14 | T | 1 3 | 5 | 43.631789 | -072.330938 |
| 14 | 3216 | Warp 62 | 2.50 | 21 | T | 1 3 | 5 | 43.631733 | -072.330955 |
| 14 | 3899 | Warp 62 | 2.29 | 20 | T | 1 3 | 5 | 43.629898 | -072.331450 |
| 13 | 5288 | Down MP | 13.00 | | | | | 43.626187 | -072.332610 |
| 13 | 1290 | Crosslevel | 1.94 | 2 | T | 2 3 | 5 | 43.622734 | -072.333647 |
| 13 | 1348 | Warp 62 | 2.20 | 59 | T | 2 3 | 5 | 43.622577 | -072.333684 |
| | | | | | | | | | |
| 12 | 5299 | Down MP | 12.00 | | | | | 43.612155 | -072.334521 |
| 12 | 610 | Gage Wide | 57.88 | 4 | S | 1 3 | 5 | 43.610577 | -072.333751 |
| 12 | 1496 | Warp 62 | 2.23 | 60 | S | 2 3 | 5 | 43.609052 | -072.331236 |
| 11 | 5270 | Down MP | 11.00 | | | | | 43.600404 | -072.331130 |
| 11 | 4448 | Warp 62 | 2.21 | 62 | S | 2 3 | 5 | 43.593081 | -072.344186 |
| 10 | 5295 | Down MP | 10.00 | | | | | 43.592571 | -072.347304 |

NOTES:
Runoff exceptions are for information only
RQ (Ride Quality) exceptions are for information only

NECR-0456
ST Albans, VT to Windsor, VT
NECR

Exception Report
**Exception List Section**
9309 Feet before MP 131  to MP 1 - 1474

000818

Page 7
06/08/04
NECR-0456

| MP | Feet | Parameter | Value | Length | TSC | L-P Class | Track | Latitude | Longitude |
|----|------|-----------|-------|--------|-----|-----------|-------|----------|-----------|
| 10 | 878 | RQ CB Ver P-P | 0.44 | | | | | 43.591586 | -072.350306 |
| 9 | 5336 | Down MP | 9.00 | | | | | 43.586660 | -072.365683 |
| 8 | 5236 | Down MP | 8.00 | | | | | 43.578776 | -072.381403 |
| 8 | 496 | Gage Wide | 58.01 | 11 | C | 0 3 | 5 | 43.577664 | -072.382453 |
| 8 | 4697 | RQ CB Ver P-P | 0.51 | | | | | 43.566425 | -072.384375 |
| 7 | 5292 | Down MP | 7.00 | | | | | 43.564791 | -072.384383 |
| 6 | 5302 | Down MP | 6.00 | | | | | 43.550259 | -072.384217 |
| 5 | 5257 | Down MP | 5.00 | | | | | 43.536267 | -072.388402 |
| 4 | 5308 | Down MP | 4.00 | | | | | 43.523335 | -072.397012 |
| 3 | 5298 | Down MP | 3.00 | | | | | 43.509675 | -072.399006 |
| 2 | 5289 | Down MP | 2.00 | | | | | 43.497811 | -072.388749 |
| 1 | 5308 | Down MP | 1.00 | | | | | 43.483966 | -072.384225 |
| 1 | 1474 | Warp 62 | 2.68 | 39 | S | 1 3 | 5 | 43.479936 | -072.384727 |

NOTES:
Runoff exceptions are for information only
RQ (Ride Quality) exceptions are for information only

000819

Exception Report
## Curve Analysis Section

NECR-0456
ST Albans, VT to Windsor, VT
NECR

Page 1
06/08/04
NECR-0456

9309 Feet before MP 131 to MP 1 - 1474

Crosslevel :     + = L Rail High          Curvature :     + = Curve to Right
                 - = R Rail High                          - = Curve to Left

Track Number: 5

| Starting | | Ending | | | Average | | Speed | | Limiting Point | | | | Total | | Limiting Speed at | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MP | Dist | MP | Dist | Length | Curve Deg/Min | Elev Inches | Post | Lmt | MP | Feet | Curve Deg/Min | Elev Inches | Ft | Grp | 4.0 | 5.0 | 6.0 | 7.0 | 8.0 | 9.0 |
| 0 | 1303 | 0 | 1978 | 665 | 1/59 | 1.37 | 80 | 50 | 0 | 1554 | 1/58 | 0.44 | 339 | 1 | 56 | 62 | 68 | 73 | 78 | 82 |
| 0 | 1978 | 0 | 2140 | 163 | 1/33 | 1.97 | 15 | 62 | 0 | 1982 | 1/35 | 1.31 | 0 | 0 | 69 | 75 | 81 | 86 | 91 | 96 |
| 0 | 2140 | 0 | 2638 | 499 | 2/8 | 1.09 | 15 | 52 | 0 | 2380 | 2/8 | 1.09 | 0 | 0 | 58 | 63 | 68 | 73 | 77 | 81 |
| 0 | 2638 | 0 | 2778 | 141 | 0/33 | 1.27 | 15 | 103 | 0 | 2638 | 0/37 | 1.59 | 0 | 0 | 113 | 123 | 132 | 140 | 148 | 156 |
| 0 | 2778 | 0 | 3317 | 520 | 4/28 | 2.05 | 15 | 39 | 0 | 3316 | 4/28 | 1.81 | 0 | 0 | 43 | 46 | 49 | 52 | 55 | 58 |
| 0 | 3317 | 0 | 3824 | 508 | 5/49 | 1.67 | 15 | 34 | 0 | 3526 | 5/49 | 1.67 | 0 | 0 | 37 | 40 | 43 | 46 | 48 | 51 |
| 0 | 3883 | 0 | 5010 | 1128 | 3/58 | 0.83 | 15 | 35 | 0 | 4165 | 3/45 | 0.23 | 0 | 0 | 40 | 44 | 48 | 52 | 55 | 59 |
| 131 | 3625 | 131 | 5148 | 1524 | -1/59 | -3.83 | 59 | 68 | 131 | 4394 | -2/2 | -3.66 | 0 | 0 | 73 | 77 | 82 | 86 | 90 | 94 |
| 130 | 4313 | 129 | 111 | 1105 | -1/25 | -2.35 | 59 | 71 | 130 | 5115 | -1/27 | -2.20 | 0 | 0 | 77 | 83 | 89 | 94 | 99 | 104 |
| 129 | 2023 | 129 | 4835 | 2813 | -1/28 | -3.02 | 59 | 72 | 129 | 4349 | -1/35 | -2.73 | 0 | 0 | 77 | 83 | 88 | 93 | 98 | 102 |
| 128 | 479 | 128 | 1729 | 1251 | 1/34 | 3.25 | 59 | 71 | 128 | 1004 | 1/39 | 2.93 | 0 | 0 | 77 | 82 | 87 | 92 | 96 | 101 |
| 128 | 3593 | 128 | 4838 | 1246 | -2/34 | -3.58 | 59 | 59 | 128 | 4410 | -2/36 | -3.42 | 0 | 0 | 63 | 67 | 71 | 75 | 79 | 82 |
| 127 | 582 | 127 | 2502 | 1921 | 1/56 | 3.25 | 59 | 63 | 127 | 2090 | 2/1 | 2.72 | 0 | 0 | 68 | 73 | 78 | 82 | 87 | 91 |
| 127 | 2502 | 127 | 4300 | 1799 | 0/58 | 1.90 | 59 | 79 | 127 | 2513 | 1/4 | 1.76 | 0 | 0 | 87 | 94 | 101 | 107 | 113 | 119 |
| 127 | 4300 | 126 | 1221 | 2160 | 0/27 | 0.99 | 59 | 103 | 127 | 5060 | 0/28 | 0.61 | 0 | 0 | 117 | 129 | 140 | 150 | 160 | 169 |
| 126 | 4859 | 125 | 480 | 896 | 1/40 | 3.05 | 59 | 69 | 126 | 5207 | 1/39 | 2.53 | 0 | 0 | 74 | 80 | 85 | 90 | 95 | 100 |
| 125 | 2222 | 125 | 4890 | 2669 | -0/58 | -1.19 | 59 | 75 | 125 | 4490 | -1/3 | -1.20 | 0 | 0 | 83 | 91 | 98 | 105 | 111 | 117 |
| 124 | 1342 | 124 | 3043 | 1702 | -1/58 | -2.06 | 59 | 59 | 124 | 2295 | -2/0 | -1.95 | 0 | 0 | 65 | 70 | 75 | 79 | 84 | 88 |
| 124 | 4573 | 123 | 1059 | 1783 | 2/58 | 5.06 | 59 | 61 | 123 | 210 | 3/1 | 4.85 | 0 | 0 | 64 | 68 | 71 | 74 | 77 | 80 |
| 123 | 1059 | 123 | 2108 | 1050 | -2/12 | -3.71 | 59 | 65 | 123 | 2051 | -2/11 | -3.43 | 0 | 0 | 69 | 74 | 78 | 82 | 86 | 90 |
| 123 | 2108 | 123 | 2758 | 651 | -2/19 | -3.56 | 59 | 62 | 123 | 2170 | -2/20 | -3.20 | 0 | 0 | 66 | 70 | 74 | 78 | 82 | 86 |
| 123 | 3401 | 123 | 4351 | 951 | 2/54 | 2.11 | 40 | 59 | 123 | 3934 | 2/54 | 2.11 | 0 | 0 | 54 | 59 | 63 | 66 | 70 | 73 |
| 123 | 4623 | 122 | 660 | 1323 | 2/19 | 2.83 | 40 | 59 | 123 | 5228 | 2/20 | 2.66 | 0 | 0 | 63 | 68 | 72 | 76 | 80 | 84 |
| 122 | 3432 | 122 | 4594 | 1163 | 2/20 | 4.65 | 59 | 67 | 122 | 3837 | 2/16 | 4.17 | 0 | 0 | 71 | 75 | 79 | 83 | 87 | 90 |
| 120 | 1065 | 120 | 2922 | 1858 | -2/57 | -4.37 | 59 | 59 | 120 | 2181 | -2/59 | -4.38 | 0 | 0 | 63 | 66 | 70 | 73 | 76 | 79 |
| 120 | 5266 | 120 | 6399 | 1134 | 1/52 | 3.06 | 59 | 67 | 120 | 5838 | 1/55 | 3.00 | 0 | 0 | 72 | 77 | 81 | 86 | 90 | 94 |
| 118 | 655 | 118 | 2696 | 2042 | -1/58 | -2.66 | 59 | 63 | 118 | 1551 | -2/1 | -2.54 | 0 | 0 | 68 | 73 | 77 | 82 | 86 | 90 |

# EXHIBIT 6 - Part 2

000820

Exception Report
Curve Analysis Section

NECR-0456
ST Albans, VT to Windsor, VT
NECR

9309 Feet before MP 131 to MP 1 - 1474

Crosslevel : + = L Rail High   - = R Rail High

Curvature : + = Curve to Right   - = Curve to Left

Track Number: 5

| MP | Dist | MP | Dist | Length | Curve Deg/Min | Elev Inches | Post | Lmt | MP | Feet | Curve Deg/Min | Elev Inches | Ft | Grp | 4.0 | 5.0 | 6.0 | 7.0 | 8.0 | 9.0 |
|----|------|----|------|--------|------|------|------|-----|----|------|------|------|-----|-----|-----|-----|-----|-----|-----|-----|
| 118 | 3526 | 117 | 717 | 2476 | 1/58 | 3.24 | 59 | 63 | 118 | 4325 | 2/0 | 2.60 | 0 | 0 | 68 | 73 | 78 | 82 | 86 | 90 |
| 117 | 4421 | 116 | 233 | 1112 | -1/1 | -1.42 | 59 | 75 | 117 | 4677 | -0/58 | -0.85 | 0 | 0 | 84 | 92 | 99 | 106 | 113 | 119 |
| 116 | 1029 | 116 | 2315 | 1287 | -1/58 | -1.84 | 59 | 59 | 116 | 1860 | -1/56 | -1.73 | 77 | 3 | 64 | 70 | 75 | 79 | 84 | 88 |
| 116 | 2818 | 116 | 4023 | 1206 | 1/2 | 0.78 | 59 | 65 | 116 | 3294 | 1/5 | 0.23 | 0 | 0 | 74 | 82 | 90 | 97 | 103 | 110 |
| 115 | 298 | 115 | 1504 | 1207 | 2/26 | 3.70 | 59 | 60 | 115 | 975 | 2/35 | 3.56 | 0 | 0 | 64 | 68 | 72 | 76 | 79 | 83 |
| 115 | 1504 | 115 | 1803 | 300 | 2/1 | 3.59 | 60 | 67 | 115 | 1525 | 2/1 | 3.41 | 0 | 0 | 72 | 77 | 81 | 85 | 89 | 93 |
| 115 | 1803 | 115 | 2270 | 468 | 2/40 | 3.71 | 60 | 60 | 115 | 2269 | 2/42 | 3.76 | 99 | 2 | 63 | 67 | 71 | 75 | 78 | 82 |
| 115 | 2270 | 115 | 3160 | 891 | 2/50 | 3.88 | 60 | 58 | 115 | 2581 | 2/52 | 3.73 | 331 | 1 | 62 | 65 | 69 | 73 | 76 | 79 |
| 115 | 3760 | 115 | 5179 | 1420 | -2/59 | -3.38 | 50 | 54 | 115 | 5120 | -3/9 | -3.54 | 0 | 0 | 58 | 62 | 65 | 69 | 72 | 75 |
| 115 | 5179 | 114 | 1581 | 1689 | -3/27 | -3.38 | 50 | 51 | 114 | 462 | -3/27 | -3.21 | 0 | 0 | 54 | 58 | 61 | 64 | 68 | 70 |
| 114 | 2071 | 114 | 2901 | 831 | -3/42 | -3.82 | 59 | 51 | 114 | 2508 | -3/42 | -3.82 | 97 | 1 | 54 | 58 | 61 | 64 | 67 | 70 |
| 114 | 3163 | 113 | 142 | 2262 | 1/59 | 4.60 | 59 | 73 | 114 | 4415 | 2/0 | 4.48 | 0 | 0 | 77 | 82 | 86 | 90 | 94 | 97 |
| 112 | 414 | 112 | 2027 | 1614 | -1/58 | -2.29 | 59 | 60 | 112 | 1292 | -2/0 | -2.11 | 0 | 0 | 66 | 71 | 76 | 80 | 84 | 89 |
| 109 | 3984 | 109 | 4922 | 939 | 7/32 | 1.16 | 20 | 28 | 109 | 4483 | 7/31 | 1.03 | 0 | 0 | 30 | 33 | 36 | 39 | 41 | 43 |
| 109 | 4922 | 108 | 3 | 366 | -5/50 | -1.50 | 20 | 33 | 109 | 5127 | -5/33 | -1.22 | 0 | 0 | 36 | 40 | 43 | 46 | 48 | 51 |
| 108 | 3 | 108 | 525 | 523 | -5/35 | -1.90 | 20 | 34 | 108 | 289 | -5/35 | -1.63 | 0 | 0 | 37 | 41 | 44 | 46 | 49 | 52 |
| 108 | 525 | 108 | 1330 | 785 | -6/4 | -2.35 | 20 | 35 | 108 | 825 | -6/4 | -2.35 | 0 | 0 | 38 | 41 | 44 | 46 | 49 | 51 |
| 108 | 3013 | 107 | 561 | 2839 | -2/26 | -4.56 | 59 | 64 | 107 | 79 | -2/33 | -4.36 | 0 | 0 | 68 | 72 | 76 | 79 | 83 | 86 |
| 107 | 806 | 107 | 2803 | 1998 | 2/14 | 3.41 | 59 | 63 | 107 | 1883 | 2/16 | 3.27 | 0 | 0 | 67 | 72 | 76 | 80 | 84 | 87 |
| 107 | 5767 | 107 | 7129 | 1363 | 1/55 | 2.23 | 59 | 62 | 107 | 6457 | 1/56 | 2.17 | 0 | 0 | 67 | 72 | 77 | 82 | 86 | 90 |
| 104 | 2432 | 103 | 311 | 3187 | 1/27 | 2.21 | 59 | 68 | 104 | 3526 | 1/31 | 1.90 | 0 | 0 | 74 | 80 | 86 | 91 | 96 | 101 |
| 102 | 1952 | 102 | 3430 | 1479 | -1/53 | -2.54 | 59 | 64 | 102 | 2734 | -1/54 | -2.40 | 0 | 0 | 69 | 74 | 79 | 83 | 88 | 92 |
| 100 | 4459 | 99 | 1246 | 2036 | -1/58 | -3.65 | 59 | 67 | 99 | 764 | -2/1 | -3.38 | 0 | 0 | 72 | 76 | 81 | 85 | 89 | 93 |
| 97 | 3196 | 97 | 5194 | 1999 | 1/17 | 2.82 | 59 | 74 | 97 | 4396 | 1/22 | 2.28 | 0 | 0 | 80 | 86 | 92 | 98 | 103 | 108 |
| 97 | 5194 | 96 | 2644 | 2737 | -2/0 | -3.17 | 59 | 64 | 96 | 1035 | -2/5 | -2.94 | 0 | 0 | 68 | 73 | 78 | 82 | 86 | 90 |
| 96 | 3315 | 96 | 4772 | 1458 | 1/24 | 2.18 | 59 | 72 | 96 | 4352 | 1/25 | 2.11 | 0 | 0 | 78 | 84 | 90 | 95 | 100 | 105 |

000821

Exception Report
## Curve Analysis Section

NECR-0456
ST Albans, VT to Windsor, VT
NECR

9309 Feet before MP 131 to MP 1 - 1474

| Crosslevel : | Curvature : |
|---|---|
| + = L Rail High | + = Curve to Right |
| - = R Rail High | - = Curve to Left |

Track Number: 5

| Starting | | Ending | | Average | | | Speed | | Limiting Point | | | | Total | | Limiting Speed at | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MP | Dist | MP | Dist | Length | Curve Deg/Min | Elev Inches | Post | Lmt | MP | Feet | Curve Deg/Min | Elev Inches | Ft | Grp | 4.0 | 5.0 | 6.0 | 7.0 | 8.0 | 9.0 |
| 93 | 2648 | 93 | 3327 | 680 | 0/37 | 1.16 | 59 | 92 | 93 | 3028 | 0/43 | 1.38 | 0 | 0 | 102 | 111 | 120 | 128 | 135 | 142 |
| 91 | 2888 | 91 | 3554 | 667 | 2/4 | 3.95 | 59 | 69 | 91 | 3285 | 2/4 | 3.95 | 0 | 0 | 73 | 78 | 82 | 86 | 90 | 94 |
| 91 | 5192 | 90 | 654 | 762 | -1/10 | -1.50 | 45 | 71 | 90 | 355 | -1/14 | -1.41 | 0 | 0 | 78 | 85 | 92 | 98 | 104 | 109 |
| 90 | 654 | 90 | 1215 | 562 | 2/16 | 3.93 | 45 | 66 | 90 | 1002 | 2/16 | 3.93 | 0 | 0 | 70 | 74 | 79 | 82 | 86 | 90 |
| 90 | 1215 | 90 | 2937 | 1723 | -3/29 | -4.90 | 45 | 56 | 90 | 2545 | -3/27 | -4.58 | 0 | 0 | 59 | 62 | 66 | 69 | 72 | 74 |
| 90 | 2937 | 90 | 3997 | 1061 | 3/41 | 5.26 | 45 | 56 | 90 | 3328 | 3/39 | 5.05 | 0 | 0 | 59 | 62 | 65 | 68 | 71 | 74 |
| 90 | 3997 | 90 | 4301 | 305 | 0/58 | 1.35 | 59 | 79 | 90 | 4218 | 0/58 | 1.25 | 0 | 0 | 87 | 95 | 103 | 110 | 116 | 122 |
| 90 | 4301 | 90 | 4619 | 296 | -1/31 | -1.97 | 59 | 68 | 90 | 4507 | -1/31 | -1.97 | 0 | 0 | 74 | 80 | 86 | 91 | 96 | 101 |
| 90 | 4619 | 90 | 5685 | 1067 | 3/41 | 5.26 | 45 | 56 | 90 | 5019 | 3/40 | 5.01 | 0 | 0 | 59 | 62 | 65 | 68 | 71 | 73 |
| 90 | 5685 | 90 | 6965 | 1281 | 0/58 | 1.37 | 45 | 75 | 90 | 6024 | 0/58 | 0.88 | 0 | 0 | 84 | 92 | 100 | 107 | 113 | 120 |
| 88 | 2025 | 88 | 4309 | 2285 | 1/3 | 2.63 | 59 | 82 | 88 | 3076 | 1/1 | 1.83 | 0 | 0 | 90 | 97 | 104 | 111 | 117 | 123 |
| 87 | 2831 | 87 | 3886 | 1056 | 0/59 | 1.80 | 59 | 79 | 87 | 3885 | 1/3 | 1.57 | 0 | 0 | 87 | 94 | 101 | 107 | 114 | 119 |
| 87 | 3886 | 87 | 4466 | 581 | 1/36 | 2.09 | 59 | 65 | 87 | 4043 | 1/34 | 1.71 | 0 | 0 | 71 | 77 | 83 | 88 | 93 | 98 |
| 86 | 2857 | 86 | 4285 | 1429 | -1/30 | -2.54 | 59 | 67 | 86 | 4043 | -1/45 | -2.53 | 0 | 0 | 72 | 78 | 83 | 87 | 92 | 96 |
| 85 | 1400 | 85 | 2640 | 1241 | 0/58 | 0.94 | 59 | 74 | 85 | 2144 | 0/59 | 0.85 | 0 | 0 | 83 | 91 | 99 | 106 | 113 | 119 |
| 85 | 4226 | 84 | 27 | 969 | -2/20 | -3.67 | 45 | 64 | 85 | 4730 | -2/20 | -3.67 | 0 | 0 | 68 | 72 | 76 | 80 | 84 | 87 |
| 84 | 1057 | 84 | 3110 | 2054 | -2/59 | -4.78 | 59 | 58 | 84 | 2756 | -3/4 | -4.15 | 602 | 1 | 61 | 65 | 68 | 71 | 75 | 78 |
| 84 | 3110 | 84 | 4045 | 936 | 2/38 | 4.94 | 45 | 63 | 84 | 3444 | 2/31 | 4.07 | 0 | 0 | 67 | 71 | 75 | 79 | 82 | 86 |
| 84 | 4045 | 84 | 1141 | 2390 | 1/15 | 3.11 | 59 | 74 | 83 | 1140 | 1/24 | 2.45 | 0 | 0 | 80 | 86 | 92 | 97 | 102 | 107 |
| 83 | 1141 | 83 | 2190 | 1050 | 2/19 | 3.58 | 59 | 63 | 83 | 1467 | 2/17 | 3.35 | 0 | 0 | 67 | 72 | 76 | 80 | 83 | 87 |
| 83 | 2387 | 83 | 3965 | 1579 | 2/2 | 4.01 | 59 | 68 | 83 | 3164 | 2/11 | 4.13 | 0 | 0 | 72 | 77 | 81 | 85 | 88 | 92 |
| 82 | 1814 | 82 | 3270 | 1457 | -2/29 | -4.40 | 59 | 63 | 82 | 2448 | -2/29 | -4.03 | 0 | 0 | 67 | 71 | 75 | 79 | 82 | 86 |
| 82 | 4579 | 82 | 5768 | 1190 | -3/27 | -4.40 | 50 | 54 | 82 | 5179 | -3/28 | -4.21 | 0 | 0 | 58 | 61 | 64 | 67 | 70 | 73 |
| 82 | 7125 | 82 | 10522 | 3398 | 1/31 | 2.66 | 50 | 69 | 82 | 9607 | 1/35 | 2.36 | 0 | 0 | 75 | 81 | 86 | 91 | 96 | 101 |
| 80 | 2111 | 80 | 3707 | 1597 | -3/36 | -4.29 | 50 | 58 | 80 | 3013 | -3/39 | -4.16 | 0 | 0 | 56 | 59 | 63 | 66 | 68 | 71 |
| 79 | 4048 | 79 | 4974 | 927 | 1/2 | 1.66 | 59 | 73 | 79 | 4284 | 1/0 | 0.77 | 0 | 0 | 82 | 90 | 97 | 104 | 111 | 117 |
| 77 | 807 | 77 | 2143 | 1337 | 3/1 | 3.26 | 45 | 52 | 77 | 1804 | 3/6 | 2.79 | 0 | 0 | 55 | 59 | 63 | 67 | 70 | 73 |
| 77 | 6948 | 77 | 8297 | 1350 | 2/1 | 2.69 | 59 | 63 | 77 | 7873 | 2/2 | 2.66 | 0 | 0 | 68 | 73 | 77 | 82 | 86 | 90 |

060833

Exception Report
## Curve Analysis Section
9309 Feet before MP 131 to MP 1 - 1474

Crosslevel :         + = L Rail High          Curvature :         + = Curve to Right
                     - = R Rail High                              - = Curve to Left

Track Number: 5

| Starting | | Ending | | | Average | | Speed | | Limiting Point | | | | Total | | Limiting Speed at | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MP | Dist | MP | Dist | Length | Curve Deg/Min | Elev Inches | Post | Lmt | MP | Feet | Curve Deg/Min | Elev Inches | Ft | Grp | 4.0 | 5.0 | 6.0 | 7.0 | 8.0 | 9.0 |
| 77 | 9125 | 77 | 10437 | 1313 | 3/37 | 4.28 | 50 | 53 | 77 | 9738 | 3/37 | 4.19 | 0 | 0 | 56 | 60 | 63 | 66 | 69 | 72 |
| 77 | 11237 | 77 | 12867 | 1631 | 1/29 | 2.92 | 50 | 74 | 77 | 12310 | 1/32 | 2.89 | 0 | 0 | 79 | 85 | 90 | 95 | 100 | 105 |
| 77 | 13375 | 77 | 15325 | 1951 | 3/31 | 4.95 | 50 | 56 | 77 | 14798 | 3/45 | 5.13 | 0 | 0 | 58 | 62 | 65 | 67 | 70 | 73 |
| 77 | 15325 | 74 | 1158 | 1688 | -3/32 | -4.68 | 50 | 55 | 74 | 305 | -3/31 | -4.47 | 0 | 0 | 58 | 61 | 65 | 68 | 71 | 73 |
| 74 | 2895 | 74 | 4129 | 1235 | -2/4 | -2.91 | 59 | 63 | 74 | 3423 | -2/3 | -2.74 | 0 | 0 | 68 | 73 | 77 | 82 | 86 | 90 |
| 73 | 4318 | 72 | 346 | 1335 | -1/31 | -2.99 | 59 | 74 | 73 | 5151 | -1/32 | -2.90 | 0 | 0 | 80 | 85 | 90 | 95 | 100 | 105 |
| 72 | 1240 | 72 | 2711 | 1472 | 0/58 | 0.85 | 59 | 71 | 72 | 2441 | 1/1 | 0.61 | 0 | 0 | 80 | 88 | 96 | 103 | 109 | 116 |
| 72 | 4240 | 71 | 782 | 1825 | -1/58 | -3.08 | 59 | 64 | 72 | 5199 | -2/1 | -2.74 | 0 | 0 | 69 | 73 | 78 | 83 | 87 | 91 |
| 71 | 1123 | 71 | 2176 | 1054 | 0/57 | 2.35 | 59 | 86 | 71 | 1877 | 0/59 | 2.16 | 0 | 0 | 94 | 101 | 108 | 114 | 121 | 126 |
| 71 | 3408 | 71 | 4620 | 1213 | 3/9 | 4.83 | 50 | 59 | 71 | 4619 | 3/9 | 4.73 | 0 | 0 | 62 | 66 | 69 | 72 | 75 | 78 |
| 71 | 4620 | 70 | 370 | 1052 | 3/35 | 4.62 | 50 | 55 | 71 | 5101 | 3/36 | 4.59 | 0 | 0 | 58 | 61 | 64 | 67 | 70 | 73 |
| 70 | 1314 | 70 | 2923 | 1610 | -3/15 | -4.59 | 50 | 57 | 70 | 2075 | -3/18 | -4.58 | 0 | 0 | 60 | 64 | 67 | 70 | 73 | 76 |
| 70 | 5203 | 69 | 1155 | 1226 | -2/57 | -4.88 | 59 | 61 | 69 | 650 | -2/58 | -4.85 | 0 | 0 | 65 | 68 | 72 | 75 | 78 | 81 |
| 69 | 2189 | 69 | 4056 | 1868 | -0/58 | -1.38 | 59 | 79 | 69 | 2878 | -0/59 | -1.33 | 0 | 0 | 87 | 95 | 102 | 109 | 116 | 122 |
| 69 | 4908 | 68 | 1204 | 1590 | 3/10 | 5.09 | 50 | 60 | 68 | 449 | 3/13 | 5.07 | 0 | 0 | 63 | 66 | 70 | 73 | 76 | 79 |
| 68 | 2081 | 68 | 3045 | 965 | 2/1 | 3.42 | 50 | 66 | 68 | 2567 | 2/2 | 3.33 | 0 | 0 | 71 | 76 | 80 | 84 | 88 | 92 |
| 68 | 5498 | 68 | 7057 | 1560 | -2/59 | -4.54 | 59 | 51 | 68 | 6273 | -3/0 | -4.42 | 0 | 0 | 63 | 66 | 70 | 73 | 76 | 79 |
| 68 | 9769 | 66 | 1169 | 1968 | 2/42 | 5.04 | 59 | 64 | 66 | 510 | 2/46 | 5.00 | 0 | 0 | 68 | 71 | 75 | 78 | 81 | 84 |
| 66 | 1304 | 66 | 2809 | 1506 | -2/32 | -3.64 | 59 | 60 | 66 | 2151 | -2/34 | -3.54 | 0 | 0 | 64 | 68 | 72 | 76 | 80 | 83 |
| 66 | 4027 | 66 | 5017 | 991 | 3/26 | 4.74 | 50 | 56 | 66 | 4759 | 3/29 | 4.66 | 0 | 0 | 59 | 62 | 65 | 68 | 71 | 74 |
| 66 | 5017 | 65 | 1199 | 1419 | 2/59 | 4.96 | 50 | 60 | 66 | 5047 | 3/1 | 4.69 | 0 | 0 | 64 | 67 | 71 | 74 | 77 | 80 |
| 65 | 3167 | 65 | 5037 | 1871 | 3/31 | 4.73 | 50 | 55 | 65 | 4348 | 3/37 | 4.59 | 0 | 0 | 58 | 61 | 64 | 67 | 70 | 73 |
| 65 | 5037 | 64 | 107 | 404 | -2/46 | -4.92 | 50 | 54 | 64 | 37 | -2/43 | -4.73 | 0 | 0 | 67 | 71 | 74 | 78 | 81 | 84 |
| 64 | 107 | 64 | 1088 | 982 | -2/54 | -4.92 | 50 | 61 | 64 | 591 | -2/58 | -4.84 | 0 | 0 | 65 | 68 | 72 | 75 | 78 | 81 |
| 64 | 1659 | 64 | 3180 | 1522 | 2/57 | 4.48 | 50 | 60 | 64 | 2208 | 2/55 | 4.28 | 0 | 0 | 63 | 67 | 70 | 74 | 77 | 80 |

NECR-0456
ST Albans, VT to Windsor, VT
NECR

Exception Report
**Curve Analysis Section**
9309 Feet before MP 131 to MP 1 - 1474

Page 5
06/08/04
NECR-0456

Crosslevel :   + = L Rail High    Curvature :   + = Curve to Right
            - = R Rail High                    - = Curve to Left

Track Number: 5

| Starting | | Ending | | | Average Curve Deg/Min | Elev Inches | Speed Post | Lmt | Limiting Point MP | Feet | Curve Deg/Min | Elev Inches | Total Ft | Grp | Limiting Speed at 4.0 | 5.0 | 6.0 | 7.0 | 8.0 | 9.0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MP | Dist | MP | Dist | Length | | | | | | | | | | | | | | | | | |
| 64 | 4333 | 63 | 1256 | 2212 | -2/30 | -4.16 | 50 | 60 | 63 | 523 | -2/34 | -3.53 | 0 | 0 | 64 | 68 | 72 | 76 | 79 | 83 |
| 63 | 1353 | 999 | 1325 | 1998 | -2/29 | -4.10 | 50 | 60 | 999 | 509 | -2/34 | -3.49 | 0 | 0 | 64 | 68 | 72 | 76 | 79 | 83 |
| 999 | 2371 | 999 | 3644 | 1274 | -2/57 | -4.39 | 50 | 58 | 999 | 3643 | -3/1 | -4.08 | 0 | 0 | 61 | 65 | 69 | 72 | 75 | 78 |
| 999 | 3644 | 999 | 5188 | 1545 | -3/35 | -4.46 | 50 | 54 | 999 | 4629 | -3/34 | -4.18 | 0 | 0 | 57 | 60 | 63 | 66 | 69 | 72 |
| 998 | 2015 | 998 | 3759 | 1745 | 0/58 | 1.63 | 59 | 79 | 998 | 2891 | 1/1 | 1.41 | 0 | 0 | 87 | 94 | 101 | 108 | 114 | 120 |
| 998 | 4212 | 61 | 50 | 1109 | -0/55 | -1.70 | 59 | 82 | 998 | 5000 | -0/56 | -1.49 | 0 | 0 | 91 | 99 | 106 | 113 | 120 | 126 |
| 61 | 3440 | 61 | 4574 | 1135 | 1/50 | 2.58 | 59 | 65 | 61 | 4158 | 1/49 | 2.40 | 0 | 0 | 70 | 76 | 80 | 85 | 90 | 94 |
| 61 | 5259 | 60 | 843 | 887 | -1/8 | -2.01 | 59 | 74 | 60 | 275 | -1/8 | -1.38 | 0 | 0 | 82 | 89 | 96 | 102 | 108 | 114 |
| 60 | 1880 | 60 | 3314 | 1435 | 3/5 | 4.95 | 50 | 60 | 60 | 2537 | 3/8 | 4.90 | 0 | 0 | 63 | 67 | 70 | 73 | 76 | 79 |
| 60 | 3314 | 59 | 177 | 2059 | -2/58 | -3.93 | 50 | 57 | 60 | 4433 | -3/0 | -3.79 | 0 | 0 | 60 | 64 | 68 | 71 | 74 | 78 |
| 59 | 1189 | 59 | 2103 | 915 | -1/6 | -1.25 | 59 | 71 | 59 | 1688 | -1/8 | -1.06 | 0 | 0 | 79 | 87 | 94 | 100 | 106 | 112 |
| 59 | 3393 | 59 | 4724 | 1332 | 2/2 | 2.40 | 59 | 59 | 59 | 3966 | 2/2 | 1.94 | 10 | 1 | 64 | 69 | 74 | 79 | 83 | 87 |
| 59 | 4916 | 58 | 378 | 848 | 1/1 | 1.36 | 59 | 75 | 59 | 5178 | 0/57 | 0.84 | 0 | 0 | 84 | 93 | 100 | 108 | 114 | 121 |
| 58 | 617 | 58 | 2269 | 1653 | -1/6 | -1.01 | 59 | 70 | 58 | 1774 | -1/7 | -0.86 | 0 | 0 | 78 | 86 | 93 | 100 | 106 | 112 |
| 58 | 2998 | 58 | 3760 | 763 | -1/10 | -2.60 | 59 | 82 | 58 | 3521 | -1/9 | -2.47 | 0 | 0 | 89 | 95 | 102 | 107 | 113 | 118 |
| 58 | 3760 | 57 | 449 | 1968 | 3/48 | 4.94 | 59 | 54 | 58 | 4949 | 3/49 | 4.79 | 737 | 1 | 57 | 60 | 63 | 66 | 69 | 71 |
| 57 | 529 | 999 | 475 | 1605 | 3/49 | 4.92 | 50 | 53 | 57 | 1350 | 3/50 | 4.71 | 0 | 0 | 56 | 60 | 63 | 65 | 68 | 71 |
| 999 | 2126 | 999 | 3636 | 1511 | -1/40 | -1.94 | 59 | 61 | 999 | 2882 | -1/42 | -1.45 | 0 | 0 | 67 | 73 | 78 | 84 | 88 | 93 |
| 999 | 4697 | 56 | 257 | 810 | -1/58 | -3.23 | 59 | 66 | 999 | 5098 | -1/57 | -3.01 | 0 | 0 | 71 | 76 | 81 | 85 | 89 | 93 |
| 56 | 1616 | 56 | 3058 | 1443 | -1/25 | -1.86 | 59 | 68 | 56 | 2473 | -1/27 | -1.73 | 0 | 0 | 75 | 81 | 87 | 92 | 97 | 102 |
| 56 | 4448 | 55 | 319 | 1198 | -3/0 | -5.06 | 59 | 62 | 56 | 5162 | -3/1 | -5.03 | 0 | 0 | 65 | 68 | 72 | 75 | 78 | 81 |
| 55 | 695 | 55 | 2023 | 1329 | 1/55 | 4.25 | 59 | 70 | 55 | 1621 | 1/57 | 3.84 | 0 | 0 | 75 | 80 | 84 | 88 | 92 | 96 |
| 53 | 3765 | 52 | 1748 | 3260 | -0/42 | -1.35 | 59 | 89 | 53 | 4954 | -0/43 | -1.05 | 0 | 0 | 100 | 109 | 118 | 126 | 133 | 141 |

Exception Report
## Curve Analysis Section
9309 Feet before MP 131 to MP 1 - 1474

Crosslevel :     + = L Rail High     Curvature :     + = Curve to Right
                 - = R Rail High                     - = Curve to Left

Track Number: 5

| Starting | | Ending | | | Average Curve | Elev | Speed | | Limiting Point | | Curve | Elev | Total | | Limiting Speed at | | | | | |
| MP | Dist | MP | Dist | Length | Deg/Min | Inches | Post | Lmt | MP | Feet | Deg/Min | Inches | Ft | Grp | 4.0 | 5.0 | 6.0 | 7.0 | 8.0 | 9.0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 | 2399 | 52 | 3512 | 1114 | -2/2 | -3.38 | 59 | 66 | 52 | 3145 | -2/2 | -3.20 | 0 | 0 | 70 | 75 | 80 | 84 | 88 | 92 |
| 51 | 4821 | 50 | 374 | 845 | -1/30 | -1.70 | 59 | 66 | 50 | 120 | -1/31 | -1.64 | 0 | 0 | 72 | 79 | 84 | 90 | 95 | 100 |
| 50 | 2804 | 50 | 4700 | 1897 | 3/0 | 4.08 | 50 | 57 | 50 | 3558 | 3/6 | 4.18 | 0 | 0 | 61 | 64 | 68 | 71 | 74 | 77 |
| 50 | 4700 | 49 | 406 | 1069 | -3/19 | -5.14 | 50 | 59 | 50 | 5145 | -3/15 | -4.94 | 0 | 0 | 62 | 66 | 69 | 72 | 75 | 78 |
| 49 | 2193 | 49 | 4356 | 2164 | -1/56 | -2.94 | 59 | 63 | 49 | 2818 | -1/56 | -2.40 | 0 | 0 | 68 | 73 | 78 | 83 | 87 | 91 |
| 48 | 1341 | 48 | 2050 | 710 | 1/13 | 2.06 | 59 | 76 | 48 | 1731 | 1/16 | 2.15 | 0 | 0 | 82 | 89 | 95 | 101 | 106 | 111 |
| 48 | 4242 | 47 | 422 | 1442 | -1/29 | -2.52 | 59 | 71 | 48 | 4865 | -1/31 | -2.30 | 0 | 0 | 76 | 82 | 88 | 93 | 98 | 103 |
| 47 | 3753 | 46 | 2536 | 4083 | 1/56 | 2.89 | 59 | 63 | 46 | 1598 | 1/59 | 2.54 | 0 | 0 | 68 | 73 | 78 | 82 | 87 | 91 |
| 46 | 3368 | 46 | 4386 | 1019 | -2/2 | -2.01 | 59 | 58 | 46 | 3916 | -2/4 | -1.98 | 178 | 1 | 64 | 69 | 74 | 78 | 82 | 86 |
| 45 | 710 | 45 | 2644 | 1935 | 0/57 | 1.69 | 59 | 76 | 45 | 2268 | 1/2 | 1.27 | 0 | 0 | 85 | 92 | 99 | 106 | 112 | 118 |
| 45 | 4521 | 44 | 568 | 1319 | -1/56 | -3.70 | 59 | 67 | 45 | 5008 | -1/57 | -3.16 | 0 | 0 | 72 | 77 | 81 | 86 | 90 | 94 |
| 44 | 568 | 44 | 1084 | 517 | -2/18 | -4.38 | 59 | 67 | 44 | 670 | -2/18 | -4.37 | 0 | 0 | 71 | 76 | 80 | 83 | 87 | 90 |
| 44 | 1836 | 44 | 3782 | 1947 | 1/27 | 1.35 | 59 | 62 | 44 | 2562 | 1/28 | 0.96 | 0 | 0 | 69 | 76 | 82 | 87 | 93 | 98 |
| 44 | 4510 | 43 | 875 | 1659 | -1/57 | -2.37 | 59 | 61 | 43 | 395 | -2/1 | -2.22 | 0 | 0 | 66 | 71 | 76 | 80 | 85 | 89 |
| 43 | 875 | 43 | 1973 | 1099 | 2/33 | 3.49 | 59 | 59 | 43 | 1289 | 2/32 | 3.17 | 19 | 1 | 63 | 67 | 71 | 75 | 79 | 82 |
| 43 | 1973 | 43 | 2353 | 381 | 1/13 | 1.82 | 59 | 75 | 43 | 2139 | 1/13 | 1.77 | 0 | 0 | 82 | 89 | 95 | 101 | 106 | 112 |
| 43 | 2353 | 42 | 59 | 3097 | 1/2 | 1.25 | 59 | 71 | 43 | 4620 | 1/8 | 1.08 | 0 | 0 | 79 | 86 | 93 | 100 | 106 | 111 |
| 42 | 886 | 42 | 1470 | 585 | -0/34 | -1.22 | 59 | 96 | 42 | 1194 | -0/42 | -1.50 | 0 | 0 | 105 | 115 | 123 | 131 | 139 | 146 |
| 42 | 2028 | 42 | 3176 | 1149 | -2/13 | -2.31 | 59 | 57 | 42 | 2739 | -2/15 | -2.18 | 364 | 1 | 62 | 67 | 71 | 76 | 80 | 84 |
| 42 | 3591 | 42 | 4887 | 1297 | -2/0 | -2.53 | 59 | 61 | 42 | 4141 | -2/1 | -2.31 | 0 | 0 | 66 | 71 | 76 | 81 | 85 | 89 |
| 42 | 5091 | 42 | 7413 | 2323 | 0/58 | 0.94 | 59 | 72 | 42 | 6034 | 1/0 | 0.68 | 0 | 0 | 81 | 89 | 97 | 104 | 110 | 117 |
| 42 | 8559 | 40 | 755 | 2665 | -2/28 | -4.13 | 59 | 62 | 40 | 349 | -2/31 | -3.88 | 0 | 0 | 66 | 70 | 74 | 78 | 81 | 85 |
| 40 | 2334 | 40 | 3269 | 936 | 4/5 | 3.89 | 45 | 48 | 40 | 2744 | 4/1 | 3.55 | 0 | 0 | 51 | 55 | 58 | 61 | 64 | 66 |
| 40 | 3598 | 40 | 4267 | 670 | -1/33 | -1.64 | 45 | 65 | 40 | 3977 | -1/33 | -1.65 | 0 | 0 | 71 | 78 | 83 | 88 | 93 | 98 |
| 40 | 5010 | 40 | 7346 | 2337 | -2/27 | -3.10 | 45 | 58 | 40 | 6842 | -2/28 | -2.83 | 0 | 0 | 62 | 67 | 71 | 75 | 78 | 82 |

000825

Exception Report
## Curve Analysis Section
9309 Feet before MP 131 to MP 1 - 1474

NECR-0456
ST Albans, VT to Windsor, VT
NECR

Crosslevel :     + = L Rail High
                 - = R Rail High

Curvature :      + = Curve to Right
                 - = Curve to Left

Page 7
06/08/04
NECR-0456

Track Number: 5

| Starting | | Ending | | | Average | | Speed | | Limiting Point | | | | Total | | Limiting Speed at | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MP | Dist | MP | Dist | Length | Curve Deg/Min | Elev Inches | Post | Lmt | MP | Feet | Curve Deg/Min | Elev Inches | Ft | Grp | 4.0 | 5.0 | 6.0 | 7.0 | 8.0 | 9.0 |
| 40 | 9523 | 38 | 389 | 1453 | 3/13 | 3.76 | 45 | 53 | 40 | 10089 | 3/11 | 3.34 | 0 | 0 | 57 | 61 | 64 | 68 | 71 | 74 |
| 38 | 630 | 38 | 2344 | 1715 | -4/28 | -4.13 | 45 | 47 | 38 | 1502 | -4/29 | -4.04 | 0 | 0 | 50 | 53 | 56 | 59 | 61 | 64 |
| 38 | 3068 | 38 | 3814 | 747 | 0/30 | 0.72 | 59 | 98 | 38 | 3466 | 0/32 | 0.66 | 0 | 0 | 111 | 122 | 132 | 142 | 151 | 159 |
| 37 | 1467 | 37 | 3548 | 2082 | -0/56 | -1.27 | 59 | 76 | 37 | 2041 | -1/1 | -1.13 | 0 | 0 | 84 | 92 | 99 | 106 | 113 | 119 |
| 37 | 3987 | 36 | 3256 | 4577 | 2/28 | 3.61 | 59 | 59 | 36 | 2700 | 2/36 | 3.41 | 0 | 0 | 63 | 67 | 71 | 75 | 79 | 82 |
| 36 | 4391 | 36 | 5033 | 643 | -2/17 | -4.88 | 59 | 70 | 36 | 4999 | -2/17 | -4.86 | 0 | 0 | 74 | 78 | 82 | 85 | 89 | 92 |
| 36 | 5033 | 36 | 7897 | 2865 | -2/27 | -4.53 | 59 | 65 | 36 | 5274 | -2/27 | -4.25 | 0 | 0 | 69 | 73 | 77 | 80 | 84 | 87 |
| 36 | 8296 | 36 | 10371 | 2076 | -4/1 | -4.29 | 45 | 49 | 36 | 9253 | -4/2 | -3.80 | 0 | 0 | 52 | 55 | 58 | 61 | 64 | 67 |
| 34 | 622 | 34 | 1525 | 904 | 4/2 | 5.31 | 45 | 54 | 34 | 1266 | 4/3 | 5.21 | 0 | 0 | 56 | 59 | 62 | 65 | 68 | 70 |
| 34 | 1525 | 34 | 2145 | 621 | 3/16 | 3.90 | 45 | 54 | 34 | 1727 | 3/16 | 3.65 | 0 | 0 | 57 | 61 | 64 | 68 | 71 | 74 |
| 34 | 2982 | 34 | 4750 | 1769 | 4/2 | 4.26 | 45 | 50 | 34 | 3974 | 4/2 | 4.10 | 0 | 0 | 53 | 56 | 59 | 62 | 65 | 68 |
| 34 | 5410 | 34 | 7031 | 1622 | 2/57 | 5.29 | 59 | 63 | 34 | 6310 | 2/58 | 5.21 | 0 | 0 | 66 | 70 | 73 | 76 | 79 | 82 |
| 34 | 8184 | 34 | 8869 | 666 | 1/40 | 2.72 | 59 | 70 | 34 | 8503 | 1/41 | 2.78 | 0 | 0 | 75 | 80 | 85 | 90 | 95 | 99 |
| 34 | 11901 | 34 | 12870 | 970 | 1/54 | 2.14 | 59 | 60 | 34 | 12292 | 1/53 | 1.76 | 0 | 0 | 65 | 71 | 76 | 81 | 85 | 90 |
| 34 | 16535 | 31 | 484 | 1634 | 3/2 | 5.37 | 59 | 62 | 34 | 17512 | 3/4 | 5.23 | 0 | 0 | 65 | 68 | 72 | 75 | 78 | 81 |
| 31 | 750 | 31 | 3240 | 2491 | -2/58 | -5.16 | 59 | 59 | 31 | 2526 | -3/7 | -4.64 | 0 | 0 | 62 | 66 | 69 | 72 | 76 | 79 |
| 31 | 3240 | 31 | 4288 | 1049 | 2/1 | 3.08 | 59 | 65 | 31 | 3646 | 2/5 | 3.14 | 0 | 0 | 69 | 74 | 79 | 83 | 87 | 91 |
| 30 | 1427 | 30 | 2790 | 1364 | -2/1 | -3.18 | 59 | 62 | 30 | 1960 | -2/4 | -2.60 | 0 | 0 | 67 | 72 | 76 | 81 | 85 | 89 |
| 30 | 3727 | 30 | 4941 | 1215 | 2/4 | 2.08 | 59 | 58 | 30 | 4627 | 2/4 | 1.98 | 40 | 1 | 64 | 69 | 74 | 78 | 82 | 86 |
| 999 | 1721 | 999 | 2931 | 1211 | -2/54 | -4.20 | 50 | 58 | 999 | 2930 | -2/56 | -3.84 | 79 | 2 | 61 | 65 | 69 | 72 | 75 | 78 |
| 999 | 2931 | 999 | 3571 | 641 | -3/35 | -4.78 | 50 | 55 | 999 | 3232 | -3/37 | -4.79 | 0 | 0 | 58 | 62 | 65 | 68 | 71 | 73 |
| 999 | 3571 | 999 | 4719 | 1149 | -2/37 | -4.04 | 50 | 59 | 999 | 4330 | -2/44 | -3.65 | 0 | 0 | 63 | 67 | 70 | 74 | 77 | 81 |
| 28 | 178 | 28 | 4426 | 4249 | 3/12 | 4.51 | 59 | 58 | 28 | 3448 | 3/22 | 4.09 | 2869 | 2 | 58 | 62 | 65 | 68 | 71 | 74 |
| 28 | 4426 | 27 | 95 | 950 | 3/9 | 4.82 | 55 | 58 | 28 | 4800 | 3/13 | 4.58 | 0 | 0 | 61 | 65 | 68 | 71 | 74 | 77 |
| 27 | 95 | 27 | 1542 | 1448 | -3/0 | -5.03 | 55 | 60 | 27 | 777 | -3/0 | -4.68 | 0 | 0 | 64 | 67 | 71 | 74 | 77 | 80 |
| 27 | 2586 | 27 | 3509 | 924 | 3/5 | 4.70 | 55 | 59 | 27 | 3150 | 3/6 | 4.68 | 0 | 0 | 63 | 66 | 70 | 73 | 76 | 79 |
| 27 | 3509 | 26 | 206 | 1935 | -2/27 | -4.13 | 59 | 63 | 27 | 4980 | -2/24 | -3.77 | 0 | 0 | 67 | 72 | 76 | 79 | 83 | 87 |

Exception Report
## Curve Analysis Section

NECR-0456
ST Albans, VT to Windsor, VT
NECR

Page 8
06/08/04
NECR-0456

9309 Feet before MP 131 to MP 1 - 1474

Crosslevel :    + = L Rail High    Curvature :    + = Curve to Right
                - = R Rail High                   - = Curve to Left

Track Number: 5

| Starting MP | Dist | Ending MP | Dist | Length | Average Curve Deg/Min | Average Elev Inches | Speed Post | Speed Lmt | Limiting Point MP | Limiting Point Feet | Limiting Point Curve Deg/Min | Limiting Point Elev Inches | Total Ft | Grp | 4.0 | 5.0 | 6.0 | 7.0 | 8.0 | 9.0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | 5026 | 25 | 1042 | 1295 | -0/56 | -1.40 | 59 | 80 | 25 | 758 | -0/56 | -1.23 | 0 | 0 | 89 | 97 | 104 | 111 | 118 | 124 |
| 25 | 2929 | 24 | 1020 | 3446 | 0/59 | 1.14 | 59 | 73 | 25 | 4264 | 0/59 | 0.73 | 0 | 0 | 82 | 90 | 98 | 105 | 112 | 118 |
| 24 | 1828 | 24 | 4753 | 2926 | -2/55 | -5.76 | 59 | 63 | 24 | 4057 | -3/1 | -5.49 | 0 | 0 | 66 | 70 | 73 | 76 | 79 | 82 |
| 23 | 670 | 23 | 3325 | 2656 | 2/59 | 4.29 | 59 | 58 | 23 | 2259 | 3/0 | 4.09 | 813 | 6 | 61 | 65 | 69 | 72 | 75 | 78 |
| 22 | 1506 | 22 | 3752 | 2247 | -3/28 | -3.97 | 30 | 52 | 22 | 2340 | -3/31 | -3.68 | 0 | 0 | 55 | 59 | 62 | 65 | 68 | 71 |
| 22 | 3752 | 21 | 730 | 2276 | 3/31 | 4.03 | 30 | 51 | 22 | 4488 | 3/35 | 3.70 | 0 | 0 | 55 | 58 | 62 | 65 | 68 | 70 |
| 21 | 928 | 21 | 2247 | 1320 | -1/55 | -1.99 | 30 | 58 | 21 | 1290 | -1/55 | -1.57 | 0 | 0 | 64 | 69 | 74 | 79 | 84 | 88 |
| 21 | 2247 | 21 | 3448 | 1202 | 1/25 | 2.34 | 59 | 72 | 21 | 2844 | 1/27 | 2.30 | 0 | 0 | 78 | 84 | 90 | 95 | 100 | 105 |
| 20 | 572 | 20 | 1534 | 963 | -2/1 | -2.41 | 59 | 61 | 20 | 1132 | -2/2 | -2.39 | 0 | 0 | 66 | 71 | 76 | 80 | 85 | 89 |
| 20 | 1534 | 20 | 2691 | 1158 | 2/56 | 3.65 | 50 | 53 | 20 | 2334 | 3/0 | 2.89 | 0 | 0 | 57 | 61 | 64 | 68 | 71 | 75 |
| 20 | 3342 | 20 | 5053 | 1712 | -3/0 | -4.15 | 50 | 57 | 20 | 3711 | -2/55 | -3.71 | 0 | 0 | 61 | 65 | 68 | 72 | 75 | 78 |
| 19 | 2489 | 18 | 777 | 3572 | -0/57 | -1.51 | 59 | 78 | 19 | 4064 | -1/0 | -1.25 | 0 | 0 | 86 | 94 | 101 | 108 | 114 | 120 |
| 18 | 2850 | 18 | 4109 | 1260 | 2/0 | 3.37 | 59 | 66 | 18 | 3544 | 2/2 | 3.32 | 0 | 0 | 71 | 76 | 80 | 85 | 89 | 92 |
| 17 | 2371 | 17 | 3970 | 1600 | -2/6 | -2.45 | 59 | 58 | 17 | 3067 | -2/8 | -2.13 | 11 | 1 | 63 | 68 | 73 | 78 | 82 | 86 |
| 17 | 3970 | 17 | 5034 | 1065 | 3/55 | 3.13 | 40 | 47 | 17 | 4555 | 3/55 | 3.13 | 0 | 0 | 50 | 54 | 57 | 60 | 63 | 66 |
| 17 | 5867 | 17 | 6512 | 646 | -1/27 | -2.00 | 40 | 68 | 17 | 6211 | -1/25 | -1.67 | 0 | 0 | 75 | 81 | 87 | 93 | 98 | 103 |
| 17 | 6512 | 17 | 7081 | 570 | 2/0 | 1.63 | 40 | 57 | 17 | 6807 | 2/0 | 1.63 | 0 | 0 | 63 | 68 | 73 | 78 | 82 | 86 |
| 17 | 7865 | 17 | 8317 | 453 | 1/38 | 1.82 | 40 | 64 | 17 | 8182 | 1/39 | 1.82 | 0 | 0 | 70 | 76 | 82 | 87 | 91 | 96 |
| 17 | 8317 | 17 | 8847 | 531 | -1/38 | -1.28 | 30 | 61 | 17 | 8596 | -1/38 | -1.28 | 0 | 0 | 67 | 73 | 79 | 84 | 89 | 94 |
| 17 | 10016 | 17 | 10568 | 553 | 2/35 | 1.27 | 30 | 48 | 17 | 10439 | 2/36 | 1.25 | 0 | 0 | 53 | 58 | 63 | 67 | 71 | 74 |
| 17 | 10568 | 17 | 10753 | 186 | 1/51 | 0.95 | 30 | 54 | 17 | 10568 | 1/54 | 0.82 | 0 | 0 | 60 | 66 | 71 | 76 | 81 | 85 |
| 17 | 10753 | 17 | 11116 | 364 | 2/29 | 1.70 | 30 | 52 | 17 | 10992 | 2/29 | 1.70 | 0 | 0 | 57 | 62 | 66 | 70 | 74 | 78 |
| 17 | 11116 | 17 | 11247 | 132 | 1/51 | 1.27 | 30 | 57 | 17 | 11133 | 1/54 | 1.27 | 0 | 0 | 62 | 68 | 73 | 78 | 83 | 87 |
| 17 | 11247 | 17 | 12144 | 898 | 3/19 | 1.37 | 30 | 43 | 17 | 11586 | 3/19 | 1.34 | 0 | 0 | 47 | 52 | 56 | 59 | 63 | 66 |
| 17 | 12144 | 17 | 13297 | 1154 | 2/37 | 1.62 | 30 | 47 | 17 | 12147 | 2/40 | 1.16 | 0 | 0 | 52 | 57 | 61 | 65 | 69 | 73 |
| 17 | 13297 | 17 | 14790 | 1494 | 2/51 | 2.14 | 30 | 48 | 17 | 14416 | 3/5 | 2.02 | 0 | 0 | 52 | 56 | 60 | 64 | 68 | 71 |
| 14 | 376 | 14 | 2414 | 2039 | -2/57 | -4.63 | 59 | 59 | 14 | 1874 | -3/3 | -4.49 | 0 | 0 | 62 | 66 | 69 | 73 | 76 | 79 |
| 13 | 1408 | 13 | 2274 | 867 | 1/38 | 2.09 | 59 | 66 | 13 | 1884 | 1/40 | 2.14 | 0 | 0 | 72 | 77 | 83 | 88 | 92 | 97 |
| 13 | 2650 | 13 | 4338 | 1689 | -3/1 | -5.15 | 59 | 61 | 13 | 3747 | -3/6 | -5.04 | 0 | 0 | 64 | 68 | 71 | 74 | 77 | 80 |

NECR-0456
ST Albans, VT to Windsor, VT
NECR

Exception Report
Curve Analysis Section
9309 Feet before MP 131  to MP 1 - 1474

Crosslevel :    + = L Rail High
- = R Rail High

Curvature :    + = Curve to Right
- = Curve to Left

000827

Page 9
06/08/04
NECR-0456

Track Number: 5

| Starting | | Ending | | | Average | | Speed | | Limiting Point | | | | Total | | Limiting Speed at | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MP | Dist | MP | Dist | Length | Curve Deg/Min | Elev Inches | Post | Lmt | MP | Feet | Curve Deg/Min | Elev Inches | Ft | Grp | 4.0 | 5.0 | 6.0 | 7.0 | 8.0 | 9.0 |
| 12 | 125 | 12 | 1415 | 1291 | -5/7 | -5.27 | 40 | 48 | 12 | 1128 | -5/6 | -5.11 | 0 | 0 | 50 | 53 | 55 | 58 | 60 | 62 |
| 12 | 1415 | 12 | 2958 | 1544 | 5/1 | 5.27 | 40 | 48 | 12 | 2177 | 5/3 | 5.18 | 0 | 0 | 50 | 53 | 56 | 58 | 61 | 63 |
| 12 | 2958 | 12 | 3473 | 516 | -2/40 | -4.03 | 40 | 61 | 12 | 3344 | -2/40 | -4.03 | 0 | 0 | 65 | 69 | 73 | 76 | 80 | 83 |
| 12 | 3473 | 12 | 5231 | 1759 | 5/1 | 5.17 | 40 | 46 | 12 | 3869 | 5/1 | 4.32 | 0 | 0 | 48 | 51 | 54 | 56 | 59 | 61 |
| 12 | 5231 | 11 | 805 | 845 | -1/38 | -2.89 | 59 | 68 | 11 | 289 | -1/47 | -2.80 | 0 | 0 | 73 | 78 | 83 | 88 | 92 | 97 |
| 11 | 805 | 11 | 1874 | 1070 | -1/0 | -2.74 | 59 | 86 | 11 | 1673 | -1/3 | -2.40 | 0 | 0 | 93 | 100 | 106 | 113 | 118 | 124 |
| 11 | 1874 | 11 | 2897 | 1024 | 1/30 | 2.13 | 59 | 69 | 11 | 2389 | 1/32 | 2.12 | 0 | 0 | 75 | 81 | 86 | 91 | 96 | 101 |
| 11 | 3189 | 11 | 4659 | 1471 | 3/2 | 5.23 | 50 | 61 | 11 | 3828 | 3/5 | 5.08 | 0 | 0 | 64 | 68 | 71 | 74 | 77 | 80 |
| 11 | 4659 | 10 | 277 | 914 | -2/52 | -4.60 | 50 | 61 | 11 | 5041 | -2/49 | -4.33 | 0 | 0 | 64 | 68 | 72 | 75 | 79 | 82 |
| 10 | 4068 | 9 | 33 | 1302 | 1/1 | 1.15 | 59 | 72 | 10 | 4857 | 1/7 | 1.09 | 0 | 0 | 80 | 88 | 95 | 101 | 107 | 113 |
| 9 | 738 | 9 | 3584 | 2847 | -1/17 | -3.03 | 59 | 79 | 9 | 2417 | -1/17 | -2.62 | 0 | 0 | 85 | 91 | 97 | 102 | 108 | 113 |
| 9 | 4846 | 8 | 2717 | 3108 | -1/28 | -3.45 | 59 | 77 | 8 | 799 | -1/31 | -3.33 | 0 | 0 | 82 | 88 | 93 | 98 | 103 | 107 |
| 6 | 766 | 6 | 1785 | 1020 | 2/59 | 5.85 | 59 | 65 | 6 | 1242 | 3/0 | 5.86 | 0 | 0 | 68 | 71 | 75 | 78 | 81 | 84 |
| 6 | 4841 | 5 | 1985 | 2402 | 0/58 | 2.05 | 59 | 80 | 5 | 128 | 1/8 | 2.15 | 0 | 0 | 87 | 94 | 100 | 106 | 112 | 117 |
| 5 | 2470 | 5 | 2948 | 479 | -1/52 | -2.37 | 30 | 64 | 5 | 2780 | -1/52 | -2.37 | 0 | 0 | 69 | 75 | 79 | 84 | 89 | 93 |
| 5 | 2948 | 5 | 3029 | 82 | -0/31 | 0.08 | 30 | 76 | 5 | 2948 | -0/43 | 0.04 | 0 | 0 | 88 | 98 | 108 | 116 | 124 | 132 |
| 5 | 3029 | 5 | 3804 | 776 | -4/31 | -4.29 | 30 | 48 | 5 | 3410 | -4/30 | -4.24 | 0 | 0 | 51 | 54 | 56 | 59 | 62 | 64 |
| 5 | 3804 | 5 | 4810 | 1007 | 1/44 | 2.32 | 30 | 64 | 5 | 4467 | 1/46 | 2.03 | 0 | 0 | 69 | 75 | 80 | 85 | 89 | 94 |
| 4 | 2279 | 3 | 903 | 3923 | -1/57 | -4.40 | 59 | 70 | 4 | 2613 | -1/56 | -3.75 | 0 | 0 | 75 | 80 | 84 | 88 | 93 | 96 |
| 3 | 1886 | 3 | 3603 | 1718 | 3/0 | 5.63 | 59 | 63 | 3 | 3064 | 3/0 | 5.35 | 0 | 0 | 66 | 70 | 73 | 76 | 79 | 82 |
| 3 | 3945 | 3 | 4891 | 947 | -1/39 | -3.73 | 59 | 74 | 3 | 4276 | -1/43 | -3.63 | 0 | 0 | 79 | 84 | 89 | 93 | 98 | 102 |
| 2 | 2621 | 2 | 4451 | 1831 | 1/51 | 3.09 | 59 | 65 | 2 | 3893 | 1/52 | 2.46 | 0 | 0 | 70 | 75 | 80 | 85 | 89 | 93 |

200828

Exception Report
## Exception Summary Section
9309 Feet before MP 131 to MP 1 - 1474

NECR-0456
ST Albans, VT to Windsor, VT
NECR

| MP | FT | Profile TOT Exc | Profile EXC Ft | Profile CL1 Exc | Align TOT Exc | Align EXC Ft | Align CL1 Exc | Gage TOT Exc | Gage EXC Ft | Gage CL1 Exc | Xlevel TOT Exc | Xlevel EXC Ft | Xlevel CL1 Exc | Warp TOT Exc | Warp EXC Ft | Warp CL1 Exc | Limit Class | Posted Class | Track |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 2 | | | | | | | | | | | | | | | | 1 | 1 | 1 |
| 0 | 2 | | | | | | | | | | | | | | | | 4 | 4 | 1 |
| 0 | 1364 | | | | | | | | | | | | | | | | 4 | 4 | 1 |
| 0 | 1365 | | | | | | | | | | | | | | | | 4 | 4 | 5 |
| 0 | 1450 | | | | | | | | | | | | | | | | 2 | 2 | 5 |
| 0 | 1480 | | | | | | | | | | | | | | | | 2 | 2 | 7 |
| 0 | 1580 | | | | | | | | | | | | | | | | 1 | 1 | 7 |
| 0 | 1624 | | | | | | | | | | | | | | | | 1 | 1 | 5 |
| 0 | 5098 | | | | | | | | | | | | | | | | 2 | 2 | 5 |
| 0 | 9309 | | | | | | | | | | | | | 2 | 79 | 1 | 1 | 3 | 5 |
| 131 | 5281 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 130 | 5306 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 129 | 5314 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 128 | 5323 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 127 | 5238 | | | | | | | | | | | | | 1 | 48 | 1 | 1 | 3 | 5 |
| 126 | 5274 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 125 | 5292 | | | | | | | | | | 2 | 20 | 1 | | | | 1 | 3 | 5 |
| 124 | 5296 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 123 | 5285 | | | | | | | | | | | | | 1 | 59 | | 2 | 3 | 5 |
| 122 | 5283 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 121 | 5284 | | | | | | | | | | 4 | 150 | 3 | 3 | 179 | 3 | 0 | 3 | 5 |
| 120 | 10586 | | | | | | | | | | | | | 1 | 62 | 1 | 1 | 3 | 5 |
| 118 | 5284 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 117 | 5299 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 116 | 5285 | | | | | | | | | | | | | 1 | 17 | | 2 | 3 | 5 |
| 115 | 361 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 115 | 1149 | | | | | | | | | | | | | 1 | 59 | | 3 | 4 | 5 |
| 115 | 5286 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 114 | 5282 | | | | | | | | | | 1 | 2 | 1 | 6 | 348 | 4 | 1 | 3 | 5 |
| 113 | 5303 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 112 | 5283 | | | | | | | | | | | | | 1 | 59 | | 2 | 3 | 5 |
| 111 | 5280 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 110 | 5294 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 109 | 3370 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 109 | 5284 | | | | | | | | | | | | | | | | 2 | 2 | 5 |
| 108 | 1401 | | | | | | | | | | | | | | | | 2 | 2 | 5 |
| 108 | 5290 | | | | | | | | | | | | | 1 | 59 | 1 | 1 | 3 | 5 |
| 107 | 10582 | | | | | | | | | | | | | 2 | 115 | 1 | 1 | 3 | 5 |
| 105 | 5272 | | | | | | | | | | | | | 1 | 59 | 1 | 1 | 3 | 5 |
| 104 | 5307 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 103 | 5281 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 102 | 5292 | | | | 1 | 3 | 1 | | | | | | | | | | 1 | 3 | 5 |
| 101 | 5335 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 100 | 5248 | | | | | | | | | | | | | | | | 3 | 3 | 5 |



Exception Report
## Exception Summary Section
9309 Feet before MP 131 to MP 1 - 1474

NECR-0456
ST Albans, VT to Windsor, VT
NECR

Page 2
06/08/04
NECR-0456

| MP | FT | Profile TOT Exc | Profile EXC Ft. | CL1 Exc | Align TOT Exc | Align EXC Ft. | CL1 Exc | Gage TOT Exc | Gage EXC Ft. | CL1 Exc | Xlevel TOT Exc | Xlevel EXC Ft. | CL1 Exc | Warp TOT Exc | Warp EXC Ft. | CL1 Exc | Limit Class | Posted Class | Track |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 99 | 5293 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 98 | 5295 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 97 | 5286 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 96 | 5284 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 95 | 5299 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 94 | 5289 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 93 | 10574 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 91 | 5299 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 90 | 7098 | | | | 1 | 6 | 1 | | | | | | | 1 | 62 | | 0 | 3 | 5 |
| 89 | 5295 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 88 | 5282 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 87 | 5051 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 86 | 5647 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 85 | 5167 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 84 | 5293 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 83 | 5296 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 82 | 10572 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 80 | 5288 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 79 | 5286 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 78 | 5299 | | | | | | | | | | | | | 1 | 21 | | 2 | 3 | 5 |
| 77 | 15854 | | | | 1 | 4 | 1 | | | | | | | 1 | 56 | | 1 | 3 | 5 |
| 74 | 5290 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 73 | 5306 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 72 | 5282 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 71 | 5301 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 70 | 5273 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 69 | 5293 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 68 | 10567 | | | | | | | | | | | | | 1 | 62 | | 2 | 3 | 5 |
| 66 | 5236 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 65 | 5333 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 64 | 5288 | | | | 2 | 12 | 2 | | | | | | | | | | 0 | 3 | 5 |
| 63 | 2047 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 999 | 5295 | | | | 2 | 20 | 2 | | | | | | | | | | 1 | 3 | 5 |
| 998 | 5270 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 61 | 5302 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 60 | 5195 | | | | | | | | | | | | | 2 | 123 | 1 | 1 | 3 | 5 |
| 59 | 5385 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 58 | 5278 | | | | 3 | 20 | 3 | | | | | | | | | | 0 | 3 | 5 |
| 57 | 1677 | | | | 1 | 9 | 1 | | | | | | | | | | 0 | 3 | 5 |
| 999 | 5249 | | | | | | | | | | | | | | | | 3 | 3 | 5 |



Exception Report
## Exception Summary Section
9309 Feet before MP 131  to MP 1 - 1474

NECR-0456
ST Albans, VT to Windsor, VT
NECR

Page 3
06/08/04
NECR-0456

| MP | FT | Profile | | | Align | | | Gage | | | Xlevel | | | Warp | | | Limit Class | Posted Class | Track |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | TOT Exc | EXC Ft. | CL1 Exc | TOT Exc | EXC Ft. | CL1 Exc | TOT Exc | EXC Ft. | CL1 Exc | TOT Exc | EXC Ft. | CL1 Exc | TOT Exc | EXC Ft. | CL1 Exc | | | |
| 56 | 5326 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 55 | 5298 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 54 | 5282 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 53 | 5276 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 52 | 5295 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 51 | 5291 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 50 | 5362 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 49 | 5240 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 48 | 5261 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 47 | 5299 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 46 | 5302 | | | | | | | | | | | | | 1 | 43 | 1 | 1 | 3 | 5 |
| 45 | 5271 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 44 | 5293 | | | | | | | | | | | | | 1 | 62 | | 2 | 3 | 5 |
| 43 | 5390 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 42 | 10468 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 40 | 10586 | | | | | | | | | | 1 | | 1 | 1 | 59 | 1 | 1 | 3 | 5 |
| 38 | 5247 | | | | | | | 7 | 56 | 7 | | | | 1 | 20 | | 1 | 3 | 5 |
| 37 | 5307 | | | | | | | 1 | 7 | 1 | | | | | | | 1 | 3 | 5 |
| 36 | 10580 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 34 | 17684 | | | | | | | 4 | 20 | 4 | | | | 5 | 251 | 2 | 0 | 3 | 5 |
| 31 | 5300 | | | | | | | 1 | 3 | 1 | | | | | | | 1 | 3 | 5 |
| 30 | 5285 | | | | | | | 2 | 41 | 2 | | | | | | | 0 | 3 | 5 |
| 29 | 1279 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 999 | 5291 | | | | | | | 1 | 5 | 1 | | | | 1 | 50 | | 0 | 3 | 5 |
| 28 | 5280 | | | | | | | | | | | | | 1 | 58 | | 2 | 3 | 5 |
| 27 | 5237 | | | | | | | 6 | 45 | 6 | | | | 4 | 247 | | 0 | 3 | 5 |
| 26 | 5278 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 25 | 5354 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 24 | 5286 | | | | | | | 5 | 50 | 5 | | | | 2 | 117 | | 0 | 3 | 5 |
| 23 | 5277 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 22 | 2114 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 22 | 5297 | | | | | | | | | | | | | 1 | 57 | 1 | 1 | 2 | 5 |
| 21 | 1692 | | | | | | | | | | | | | | | | 2 | 2 | 5 |
| 21 | 5235 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 20 | 5342 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 19 | 5283 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 18 | 5283 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 17 | 8673 | | | | | | | | | | 4 | 23 | 3 | 1 | 59 | 1 | 1 | 3 | 5 |
| 17 | 13846 | | | | | | | | | | | | | 1 | 58 | 1 | 1 | 3 | 5 |
| 17 | 15867 | | | | | | | 1 | 15 | 1 | | | | | | | 1 | 2 | 5 |



000831

Exception Report

## Exception Summary Section

NECR-0456
ST Albans, VT to Windsor, VT
NECR

9309 Feet before MP 131 to MP 1 - 1474

| MP | FT | Profile TOT Exc | Profile EXC Ft | Profile CL1 Exc | Align TOT Exc | Align EXC Ft | Align CL1 Exc | Gage TOT Exc | Gage EXC Ft | Gage CL1 Exc | Xlevel TOT Exc | Xlevel EXC Ft | Xlevel CL1 Exc | Warp TOT Exc | Warp EXC Ft | Warp CL1 Exc | Limit Class | Posted Class | Track |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 5288 | | | | | | | | | | | | | 3 | 55 | 3 | 1 | 3 | 5 |
| 13 | 5299 | | | | | | | | | 1 | 2 | | | 1 | 59 | | 2 | 3 | 5 |
| 12 | 5270 | | | | | | | 1 | 4 | 1 | | | | 1 | 60 | | 1 | 3 | 5 |
| 11 | 5295 | | | | | | | | | | | | | 1 | 62 | | 2 | 3 | 5 |
| 10 | 5336 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 9 | 5236 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 8 | 5292 | | | | | | | 1 | 11 | 1 | | | | | | | 0 | 3 | 5 |
| 7 | 5302 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 6 | 5257 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 5 | 5308 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 4 | 5298 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 3 | 5289 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| 2 | 5308 | | | | | | | | | | | | | | | | 3 | 3 | 5 |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 41 | 331 | 41 | 13 | 198 | 8 | 54 | 2823 | 25 | | | |

Total Miles: 133.9
Exceptions per Mile: 0.81

# EXHIBIT 8

Page 1

1              UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
2

    ------------------------------
3   NEW ENGLAND CENTRAL                   COPY
    RAILROAD, INC.
4                         Plaintiff,
5            VS.                    Civil Action No.
                                   04-30235-MAP
6   SPRINGFIELD TERMINAL RAILWAY
    COMPANY, ET AL.
7                         Defendants.
    ------------------------------
8
9                D E P O S I T I O N
                        -of-
10               RICK T. BOUCHER
11        Taken on Wednesday, January 10, 2007,
                  at the offices of
12        New England Central Railroad, Inc.
                St. Albans, Vermont.
13
14
15  APPEARANCES:
    ON BEHALF OF THE PLAINTIFF:
16  RICHARD A. DAVIDSON, JR., ESQ.
    Flynn & Associates, P.C.
17  400 Crown Colony Drive, Suite 200
    Quincy, MA 02169
18
    ON BEHALF OF THE DEFENDANT:
19  ROBERT B. CULLIFORD, ESQ.
    Senior Vice President and General Counsel
20  Pan Am Systems
    14 Aviation Avenue
21  Portsmouth, NH 03801
22             NORMA J. MILLER, RPR
            COURT REPORTERS ASSOCIATES
23              117 BANK STREET
            BURLINGTON, VT 05401
24              (802) 862-4593
25

Page 6

1 inspection on June 8th, 2004. Are you familiar with
2 that inspection?
3    A. Yes.
4    Q. Now, just so I can keep this straight, were
5 you on the inspection car on June 8th, 2004?
6    A. No, I was not.
7    Q. Okay. Now it's finally clear. Are you aware
8 that the test car inspection of June 8th, 2004,
9 found a defective condition at approximately
10 Milepost 10.16?
11    A. Am I aware of?
12    Q. Pardon me?
13    A. Pardon me, could you repeat the question,
14 please?
15    Q. Sure, well, let me show you something first to
16 show you. This is Lawyer Exhibit 2. You'll see in
17 the upper right-hand corner there's a number 000797.
18 If you could just flip over to where that number is
19 000803. First of all, have you ever seen this
20 document before?
21    A. No, I haven't.
22    Q. You haven't? Okay. Okay, let's try it this
23 way. Prior to June 8th, 2004 -- we can move away
24 from this document for now. Prior to June 8th,
25 2004, were you inspecting as a track inspector for

Page 7

1 New England Central?
2    A. Yes.
3    Q. Were you inspecting the stretch of track
4 between Milepost 11 and Milepost 5?
5    A. Yeah.
6    Q. During the course of your inspections, did you
7 ever note a defect at Milepost 10.16?
8    A. No.
9    Q. You did not? After June 8th, 2004, did anyone
10 inform you that the test car had found a defect in
11 Milepost 10.16?
12    A. Yes.
13    Q. Who informed you of that?
14    A. Supervisor.
15    Q. Do you recall -- would you have been involved
16 at that point in deciding the appropriate remedial
17 action to be taken in response to that defect?
18    A. No.
19    Q. Who would have?
20    A. It was supervisor.
21    Q. And by supervisor, just who are you referring
22 to?
23    A. R.R. Boucher.
24    Q. Okay. Did he ever -- did R.R. Boucher ever
25 communicate to you what remedial action was taken in

Page 8

1 response to discovering this defect?
2    A. Not that I recall, I guess.
3    Q. Okay. But -- and help me here. You were
4 aware that there was a defect at Milepost 10.16
5 after June 8th, 2004?
6    A. Yeah.
7    Q. After June 18th, 2004, when was the next time
8 you inspected the area at or around Milepost 10.16?
9    A. I don't recall.
10    Q. How often were you inspecting the track
11 between Milepost 11 and Milepost --
12    A. Twice a week, under federal regulations. I
13 don't recall dates.
14    Q. Okay. Was it within two days, three days,
15 that day? You don't recall that? Doesn't have to
16 be the specific date, just --
17    A. I don't recall, yeah.
18    Q. Do you recall how many times -- do you recall
19 the first time you inspected -- I don't need to know
20 the date -- or how soon thereafter, when you went
21 out and inspected at Milepost 10.16, did you note
22 the defect then?
23    A. No.
24    Q. You didn't? You knew it existed, but you
25 didn't note --

Page 9

1    A. It was already documented.
2    Q. Yeah, but did you see it? Did you look at it
3 and say, Oh, I see now that that's a defect?
4    A. I believe it was predetermined before I had to
5 inspect it.
6    Q. I understand that, but okay, this is what I'm
7 asking you. Prior to June 8th, 2004, you were
8 inspecting the track?
9    A. Correct.
10    Q. You hadn't noticed a defect --
11    A. No.
12    Q. -- correct?
13    A. No.
14    Q. You were informed that there was a defect
15 there?
16    A. Correct.
17    Q. So when you went out there again and you're at
18 Milepost 10.16, did you note the defect? Did you
19 say, okay, that condition exists?
20    A. Prior to?
21    Q. After you were informed that it existed. You
22 didn't know it existed prior to June 8th?
23    A. Right.
24    Q. You found out on June 8th, or soon thereafter,
25 that it did exist?

Page 10

1    A. Right.
2    Q. Then you're out there inspecting twice a week
3    thereafter, correct?
4    A. Correct.
5    Q. So you get to Milepost 10.16. Did you see the
6    condition? In other words, when you're at Milepost
7    10.16 on your next inspection, did you agree that a
8    defective condition existed, looking at it that day?
9    A. Yes, and it was slowered.
10   Q. That's not what I'm asking. Do you agree with
11   what the FRA test truck found, that a condition
12   known as warp --
13   A. Yes, I agree.
14   Q. Based on your own personal observations, or
15   based on what you were told?
16   A. No, based on the measurements and GPS readings
17   given, that it was gone back and determined that it
18   was in fact there.
19   Q. Who determined that?
20   A. Myself and R.R. Boucher.
21   Q. So you did go out there after the test truck
22   had gone over it?
23   A. Correct.
24   Q. Knowing that the condition existed?
25   A. Yes.

Page 11

1    Q. And you agreed with the determination of the
2    test truck?
3    A. I mean it -- yes.
4    Q. Okay.
5    A. Agreed with the measurements that they'd given
6    us.
7    Q. How did you agree with the measurements? Did
8    you do your own measurements?
9    A. Yes, we did.
10   Q. Okay. So during the period June 8th, 2004, to
11   July 3rd, 2004, you're inspecting twice a week; is
12   that correct?
13   A. That's correct.
14   Q. Did you inspect at Milepost 10.16 twice a
15   week?
16   A. Yes.
17   Q. Did you do any additional measurements between
18   the initial measurement you did to confirm the FRA
19   test car results and July 3rd, 2004?
20   A. The date of -- or I guess I don't recall
21   exactly at what specific time we did the
22   measurements, but I know that we went well north and
23   south of the location through the curve.
24   Q. Yeah?
25   A. The measurements.

Page 12

1    Q. I understand that. You did an initial
2    measurement to confirm the test results, correct?
3    A. Correct.
4    Q. What I'm asking you is were there any
5    subsequent measurements of the condition at Milepost
6    10.16 between your initial measurement and July 3rd,
7    2004, I guess I don't understand your question.
8    Q. Pardon me?
9    A. I guess I don't understand your question.
10   Q. You performed one measurement, if I understand
11   what you're saying, soon after the test truck went
12   over the line?
13   A. That's correct, yeah.
14   Q. All's I'm asking is did you do another
15   measurement after the initial one? We've got one in
16   the book.
17   A. Yeah.
18   Q. Did you ever do another measurement between
19   that initial measurement and July 3rd, 2004?
20   A. Not that I can recall, I guess, no.
21   Q. Do you recall going out there at your
22   twice-weekly inspections and noticing that the
23   condition remained the same, or was it worsening or
24   was it getting better?
25   A. To my knowledge, it remained the same.

Page 13

1    Q. Okay, did you notice that the track at
2    Milepost 10.16 was also out of alignment?
3    A. No.
4    Q. Okay. Did you notice a condition such as a
5    low joint where the joint on the low-end side was
6    sinking in the mud or the ballast was foul?
7    A. I don't recall.
8    Q. Okay, and seeing as how this condition existed
9    pretty close to a crossing, do you, as a normal
10   course of practice, sort of use a heightened sense
11   of an investigation at or near public grade
12   crossings?
13   A. Public grade or --
14   Q. Public at-grade crossings, yes, or private.
15   A. Yes.
16   Q. What more would you do at or near a public or
17   private at-grade crossing that you wouldn't do, say,
18   in the middle of nowhere?
19   A. Well, no, I feel I do an adequate job of the
20   entire lines.
21   Q. I understand that, and I'm glad you do.
22   A. I guess you say I stop for each crossing. I
23   guess other than that.
24   Q. What do you do when you stop at each crossing,
25   would probably be a good question.

Page 14

1    A.  As I do with the entire track, is visually
2    inspect the rail.
3    Q.  Okay, of the actual rails in the road or the
4    area leading into the crossing?
5    A.  As much as I can see.
6    Q.  Well, what determines how much you can see?
7    A.  I guess how wide my eyes are open.
8    Q.  Okay, so you should be able to see everything,
9    I'm assuming.
10    A.  Yeah.  I mean --
11    Q.  Yeah, okay.  Were you involved with the
12    response to the derailment, the repair of the track,
13    subsequent to July 3rd, 2004?
14    A.  No.
15    Q.  No?  Did you go out and inspect the track when
16    the repair was completed?
17    A.  Yes.
18    Q.  Okay.  Was part of your -- I think you
19    answered this.  Part of your territory included
20    where the train actually came off the tracks,
21    correct, where they were on their side?
22    A.  Yeah.
23    Q.  Was that area -- Prior to July 3rd, 2004, was
24    that area jointed rail or welded rail?
25    A.  Prior -- it's jointed high side and welded on

Page 15

1    the low, I believe.
2    Q.  Okay.
3    A.  And it's been that way as long as I --
4    Q.  Do you recall if that area today is now welded
5    rail on both sides?
6    A.  No, it is not.
7    Q.  It's not.  Do you recall, as a result of this
8    derailment, welded rail being put in anywhere along
9    that stretch of track?  You don't?
10    A.  No.
11    Q.  Okay.
12    A.  Prior to this derailment?
13    Q.  Post.
14    A.  I mean there is welded rail, so it had to have
15    been put in sometime.
16    Q.  Right, but since July 3rd, 2004?
17    A.  Prior to?
18    Q.  Post, after July 3rd, 2004, there was a
19    derailment?
20    A.  No.  After?
21    Q.  Yes.
22    A.  No rail that I know of.
23    Q.  Okay.  Do you recall what the condition of the
24    ties were between Milepost 5 and Milepost 11 prior
25    to July 3rd, 2004?

Page 16

1    A.  I would say good.
2    Q.  All of them?
3    A.  Yes.
4    Q.  Do you know how old those ties were?
5    A.  No.
6    Q.  Do you know when the last time a tie job had
7    been through that?
8    A.  From what I believe, ten years, I guess.
9    Within the last ten.
10    Q.  Do you know, as a matter of course, what the
11    average life of a tie is?
12    A.  No.  It varies.  I mean --
13    Q.  Okay.  On what basis do you state that the
14    last tie job was probably ten years ago?
15    A.  I can't recall the dates.
16    Q.  Yeah, but you seem to believe that the last
17    tie job was ten years?
18    A.  Within that.
19    Q.  On what facts do you form that belief?  Were
20    you told that?
21    A.  Yes.  Told.
22    Q.  Who told you that?
23    A.  Supervisor.
24    Q.  R.R. Boucher?
25    A.  That's correct.

Page 17

1    Q.  Did you participate in preparing any cost
2    estimates or scopes of work relating to the repair
3    of the rail line after the derailment?
4    A.  The only thing I participated in was driving
5    high-rail truck while the contractor was videotaping
6    or camcorder.
7    Q.  Right, okay.  Did you discuss costs?
8    A.  No.
9    Q.  Did you discuss budgets?
10    A.  No.
11    Q.  Work plans?  While you were out there, you
12    didn't say we'll do X, Y, and Z here?
13    A.  No.  No.  Was just driving the truck.
14    Q.  Did you film it?
15    A.  I was driving the truck, and he was filming.
16    That was it.  There was no discussion.
17    Q.  Do you participate in determining the cause of
18    derailments in -- let me put it to you this way.  Do
19    you participate in investigations into the cause of
20    derailments?
21    A.  Yeah.
22    Q.  Did you participate in an investigation into
23    the cause of the derailment on July 3rd, 2004?
24    A.  Yes, I did.  Assisted Mike Lawyer in taking
25    measurements.

Rick T. Boucher - 1/10/07

Page 18

1    Q. Do you recall what the cause of the derailment
2  on July 3rd, 2004, was?
3    A. No.
4    Q. Okay, did I hear you correctly, though, you
5  did participate in the investigation?
6    A. Yes.
7    Q. And then what did you do, hand your findings
8  off to someone else?
9    A. I believe B and M was right there writing down
10 the track measurements as we were.
11   Q. But I'm not asking about B and M. I'm asking
12 about you and/or New England Central investigating
13 the derailment and determining the cause?
14   A. I didn't have anything to do with determining
15 the cause, other than assisting and taking track
16 measurements with the roadmaster.
17   Q. And who was the roadmaster?
18   A. Mike Lawyer.
19   Q. Okay. Do you have those measurements?
20   A. No, I do not.
21   Q. Okay. Do you know who does have them?
22   A. Well, other than B and M, Mike Lawyer.
23   Q. Okay, good. Did you participate in any -- in
24 preparing any budgets or cost estimates for either
25 the damage caused -- well, let's take that first

Page 19

1  question, is did you participate in any cost
2  estimates for the damage caused by the derailment to
3  the New England Central's line?
4    A. No.
5    Q. Did you participate in any budgets or cost
6  estimates for work to be done --
7    A. No.
8    Q. -- on the line?
9    A. No.
10   Q. Do you know who would have done that work?
11   A. I imagine the contractor, Mike Lawyer.
12   Q. Okay. If I could just ask you to look at one
13 thing, which is Lawyer Exhibit 3. Are you familiar
14 with that document, sir?
15   A. Yes.
16   Q. Could you identify it?
17   A. RailAmerica Engineering Standards and
18 Policies.
19   Q. Could you describe the purpose of that
20 document, to the best of your knowledge?
21   A. It's a guidelines, policies that we have to
22 follow.
23   Q. Guidelines for what?
24   A. For the railroad.
25   Q. For?

Page 20

1    A. For the line in which we inspect.
2    Q. Okay. Is that what you're saying?
3    A. Yeah, policies and standards.
4    Q. If I could just ask you to turn to -- and this
5  is difficult because there are no numbers, but it's
6  noted as 001044 would be the number -- it's a track
7  inspection report. Are you familiar with this
8  document, sir?
9    A. No.
10   Q. No? Okay. Does New England Central use a
11 different track inspection report form?
12   A. Yes, they do.
13   Q. Does the New England Central's track
14 inspection report contain all of the information
15 requested here?
16   A. Yes, to my knowledge.
17   Q. Do the New England Central track inspection
18 reports which you --
19   A. Other than I guess other than -- yeah, to my
20 knowledge.
21   Q. Do they contain a section to describe the
22 exception or condition on the track noted?
23   A. Yes.
24   Q. Do they contain a section to identify the
25 remedial action taken in response to the

Page 21

1  description?
2    A. Yes. Under "remarks."
3    Q. Pardon?
4    A. Remarks.
5    Q. So when you're out there, what you're saying
6  is that you have a form, and if you see a defect,
7  you note it on the form?
8    A. Correct.
9    Q. Even if that's a continuing defect, would you
10 still do that?
11   A. Not required. That I --
12   Q. Okay, you note the defect on the first day you
13 see it; is that correct?
14   A. Correct.
15   Q. And then do you note what remedial action will
16 be taken, or do you fix it that day?
17   A. If we're able to fix it.
18   Q. But if you're not able to, do you note a date
19 by which the remedial action will be taken?
20   A. They're given 30 days.
21   Q. Okay. So this is what I'm trying to get to,
22 and I don't want to confuse anybody, but you go out
23 there, you see a defect, you note it, and you know
24 you have 30 days to fix it, correct? So when you go
25 out there the next time on your track inspection

Page 22

1 report, do you note the defect again?
2   A. Not within 30 days.
3   Q. Okay. Okay. On your track inspection
4 reports, did you note the defect at Milepost 10.16
5 once you were aware of it?
6   A. Not that I recall.
7   Q. Why not?
8   A. It was already documented from the geometry
9 car.
10   Q. But it wasn't documented by you, was it?
11   A. No.
12   Q. It was never documented by you?
13   A. No.
14   Q. And you'd never seen that inspection report,
15 correct?
16   A. This particular one?
17   Q. I apologize. We'll go back to Lawyer Exhibit
18 2. Had you ever seen this document, sir?
19   A. No.
20   Q. So you never saw any documentation that noted
21 the defect at Milepost 10.16?
22   A. General DOB.
23   Q. You saw what?
24   A. Daily operating bulletin.
25   Q. But you never saw anything generated by the

Page 23

1 Track Inspection Department noting the defect?
2   A. The --
3   Q. And when the remedial action will be taken?
4     MR. DAVIDSON: All right, answer the
5 question.
6   A. Daily track bulletin gives the slow order.
7 It's a required document to have every day.
8   Q. But you're the track inspector who's supposed
9 to do an inspection and note defects, correct, on
10 your track inspection?
11   A. Found by myself.
12   Q. Well, you went out and looked at the spot and
13 agreed that it was a defect, correct?
14   A. Correct.
15   Q. But you never noted. It you just kind of
16 relied on what others were doing; is that correct?
17     MR. DAVIDSON: I don't think that's a
18 fair characterization of his testimony in the
19 slightest.
20     MR. CULLIFORD: I'm asking if it's
21 correct. I'm not characterizing the testimony. I'm
22 just asking if it's correct.
23     MR. DAVIDSON: Well, the tone and
24 tenor of your last series of questioning says the
25 opposite. He's testified --

Page 24

1     MR. CULLIFORD: You're not going -- My
2 tone and tenor will not be reflected on the record,
3 but --
4     MR. DAVIDSON: He's testified that
5 they went out right after they got the report and
6 verified that the track was, in fact, defective, so
7 he confirmed it on his own with his supervisor, and
8 then he noted it in the daily operating bulletin.
9 He saw it there; there's no reason -- He's testified
10 there's no reason to further note it in his reports,
11 but he sees it every day on the restrictions, still.
12 That's what he's testified to, and you're turning it
13 around somehow.
14     MR. CULLIFORD: I'm not turning it
15 around. I'm simply asking this.
16     MR. DAVIDSON: I'm misunderstanding
17 what you're saying; it sounds like he's
18 misunderstanding what you're saying, as well.
19     MR. CULLIFORD: I'm not trying to be
20 argumentative. I apologize.
21     MR. DAVIDSON: You're not. I'm just
22 telling you it's not clear.
23 BY MR. CULLIFORD:
24   Q. Are you aware of whether FRA requires the
25 information contained on this track inspection

Page 25

1 report? In other words, this is what I'm trying to
2 get to, and we'll leave your report alone for a
3 minute, but the track inspection report would
4 contain all of this information. Are you aware of
5 whether this is required by the FRA track safety
6 standards?
7   A. Yes, it is.
8   Q. Okay, and now presuming for the moment that
9 your track inspection safety reports have the same
10 thing, alls I'm asking is did you note anywhere for
11 the purposes of your records -- wait. Are you
12 required to maintain your track inspection reports
13 for a certain period of time by the FRA?
14   A. Yes. One year.
15   Q. For the purposes of your own records that FRA
16 requires you to keep and the information required to
17 be in them, did you note this defect in your track
18 inspection reports?
19   A. Not that I recall.
20   Q. Okay, if I could just refer you one more time
21 back to Lawyer Exhibit 2. Okay? Does this seem --
22 this is basically a seven-page document noting
23 conditions and defects. Does this seem like a lot
24 of defects to you for a rail line of the size of New
25 England Central or a rail line that was tested? I'm

# EXHIBIT 9

Page 1

1          UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
2

      --------------------------------
3   NEW ENGLAND CENTRAL
    RAILROAD, INC.                    COPY
4                      Plaintiff,
5          VS.                    Civil Action No.
                                  04-30235-MAP
6   SPRINGFIELD TERMINAL RAILWAY
    COMPANY, ET AL.
7                      Defendants.
      --------------------------------
8
9              D E P O S I T I O N
                    -of-
10             MICHAEL LAWYER
11     Taken on Tuesday, January 9, 2007,
                at the offices of
12     New England Central Railroad, Inc.
               St. Albans, Vermont.
13
14
15  APPEARANCES:
    ON BEHALF OF THE PLAINTIFF:
16  RICHARD A. DAVIDSON, JR., ESQ.
    Flynn & Associates, P.C.
17  400 Crown Colony Drive, Suite 200
    Quincy, MA 02169
18
    ON BEHALF OF THE DEFENDANT:
19  ROBERT B. CULLIFORD, ESQ.
    Senior Vice President and General Counsel
20  Pan Am Systems
    14 Aviation Avenue
21  Portsmouth, NH 03801
22           NORMA J. MILLER, RPR
          COURT REPORTERS ASSOCIATES
23            117 BANK STREET
           BURLINGTON, VT 05401
24            (802) 862-4593
25

782b682f-c05b-4b2d-87cb-cf36d984e9b2

Page 18

1  Q. Well, how did you know that the slow order or
2  the speed would be reduced in response to that if
3  the decision was made -- in other words, what I
4  think you testified to and this is why I need your
5  help, is that the decision to reduce the speed on
6  this section of line was made while on the test car.
7  Did -- was that conveyed to you by Mr. Boucher on
8  the test car?
9  A. Our practice while on the test car is that
10  when a condition exists or pops up from the test
11  that needs the speed limited due to a defect, we
12  reduce the speed first, immediately after we go over
13  it, or before the track is given up behind the car,
14  and then verify it in the field in the subsequent
15  days, as soon as possible.
16  Q. So when you were on the test car, there was no
17  conversation between you and Richard Boucher saying,
18  "I'm going to drop the speed"?
19  A. Not specifically.
20  Q. But you, based on -- I'm sorry?
21  A. It's a given practice.
22  Q. So you assume that that was the remedial
23  action taken that day?
24  A. Yes.
25  Q. So did you ever go back to confirm that that

Page 19

1  remedial action was taken?
2  A. It should have been placed on a temporary Form
3  C bulletin, and then translated over to our daily
4  operating bulletin in the subsequent days. That
5  should be traceable.
6  Q. Okay, and it would remain on that bulletin
7  until it was corrected?
8  A. Yes.
9  Q. Do you know how this condition of warp or warp
10  62 could affect train operations?
11  A. As opposed -- are you talking about the track
12  speed could affect it, or what --
13  Q. No, the train going -- you identified -- could
14  you repeat your definition of what warp is?
15  A. It's a difference in cross level in a 62-foot
16  segment of track.
17  Q. What does that mean to a layman?
18  A. One rail is higher than another, or the --
19  Excuse me while I figure out the best way to explain
20  it. When you look at the two rails in proportion to
21  each one, one is higher than the other in some
22  cases, as it would be in a curve. A warp would be
23  that it changes too drastically in a 62-foot
24  segment.
25  Q. Okay, so this drastic change, does that

Page 20

1  affect, at whatever speed, how a train would operate
2  over that segment of track?
3  A. It would affect it in rocking, mostly.
4  Q. What do you mean by rock?
5  A. The rail car could rock if there is too much
6  of a change in a certain distance at a certain
7  speed.
8  Q. What would that certain speed be, do you know?
9  A. That's too general. I -- specifically I
10  couldn't tell you what speed would cause what amount
11  of rock. It's based on several factors. There's
12  the car loading. There's no given amount that a car
13  rocks for a certain defect. It's car loading,
14  center of gravity, all that would take into
15  consideration.
16  Q. Do you know if FRA publishes any guidelines or
17  regulations regarding when rock would occur?
18  A. Not when rock would occur. They have
19  guidelines that tell you the maximum allowable,
20  which is what this is referring to, this report from
21  the exception list there. There is a table in the
22  CFR that tells you what the maximum allowable change
23  in a 62-foot segment of track is for each section of
24  track.
25  Q. Correct, but the FRA does publish guidelines

Page 21

1  to some extent?
2  A. Outside of the regulation, I'm not aware of a
3  guideline.
4  Q. Okay. So you're not aware of a theory, let's
5  call it for now, that rock would be more likely to
6  occur under these conditions at a slower speed?
7  A. A theory, no. I'm familiar with the
8  regulation only.
9  Q. Do the regulations say that rock would -- the
10  slower the speed, the more likely rock would occur?
11  A. No, it doesn't speak to rock. It -- you asked
12  what a car would do if it gave -- if it was
13  subjected to this condition.
14  Q. Yeah.
15  A. And I told you it would rock. That's why
16  there's a restriction placed on it, but I don't know
17  of any guidance from the FRA that tells you this
18  specifically.
19  Q. Would anyone from New England Central be aware
20  of that?
21  A. Not to my knowledge.
22  Q. Are you familiar with the term, "wheel lift"?
23  A. Yes.
24  Q. Could you describe what that refers to -- in
25  to your knowledge in the railroad industry,

Page 22

1  obviously?
2    A.  Wheel lift would typically be the flange of
3  the wheel is allowed to come up onto the rail, or
4  partially onto the rail head, as opposed to riding
5  on the gauged side of the rail, and it's usually an
6  imbalance that causes it.
7    Q.  What do you mean by an imbalance?
8    A.  Something causes the other side of the car to
9  go down, so the wheel lifts on the opposite -- it
10  rocks.
11    Q.  So if one side of the rail is higher than the
12  other, could that cause wheel lift?
13    A.  That's kind of general.  In a curve, it's
14  standard to have one side higher than another.
15    Q.  If one side is higher than the other, so as to
16  result in the warp condition, could that cause wheel
17  lift?
18    A.  Please repeat that.  You lost me.
19    Q.  Okay, I understand that one rail can be higher
20  than the other, but if one rail -- if that -- that's
21  fine, but at the same time, if one rail is higher
22  than the other and a condition of warp is created,
23  correct?
24    A.  Yes.
25    Q.  Could that condition of warp in that instance

Page 23

1  cause wheel lift?
2    A.  You're asking me to speak to something that
3  I'm not an expert on.
4    Q.  I'm asking -- I'm just asking you for your
5  position.
6    A.  I can't say what degree of lift would be
7  caused by what condition of track.  All I know is
8  that the CFR and the Federal Railroad Administration
9  give a list of criteria that are safe for certain
10  standards of track, and that's what we go by.
11    Q.  Okay, other than dropping the speed on the
12  line to the next class, what other remedial options
13  were available, if any?
14    A.  Repair the condition.
15    Q.  Was that considered?
16    A.  Yes.
17    Q.  Okay.  When was that option considered?
18    A.  It's considered immediately after the test,
19  but we repair them not necessarily in the order they
20  were found, but on a basis of when we can fix each
21  individual one.  Our machines may not have been in
22  the area at the time, so we were most likely fixing
23  other ones, but not that one at that given point.
24    Q.  At what given point?
25    A.  Well, right after the test.

Page 24

1    Q.  Okay.  What about in the period between June
2  8th, 2004, and July 3rd, 2004?
3    A.  We had not done work on that specific defect.
4  We had been doing work on other ones.
5    Q.  Why would you not elect to perform work at
6  this location on this defect in the period June 8,
7  2004, to July 3rd, 2004?
8    A.  It wasn't that we had not elected to.  We
9  hadn't got to it yet.
10    Q.  So you gave priority to repairing other
11  defects over repairing this defect; is that a
12  correct statement?
13    A.  I don't know as it was on a prioritization
14  basis, just necessarily first come-first served, or
15  what we came across first.
16    Q.  So if one defect was worse than another, that
17  wouldn't enter into your thinking as to when you
18  address it?
19    A.  It would be based on the condition that
20  existed and how it would be prioritized, but they
21  were -- if they were something we could provide
22  remedial action by slow-ordering the track, we did.
23    Q.  Okay, was it you were addressing the defects
24  on a first-come-first-serve basis, or addressing
25  defects based on a prioritization?

Page 25

1    A.  There's two levels of defect in my mind that
2  we look at.  One that shows a Class 0, which needs
3  to be addressed immediately.  That it is not
4  necessarily safe for operations.  Those are the
5  first.  Those are prioritized.  We have to do those
6  first.  And then after that, it becomes a basis of
7  when we can get the machine to them.  Usually we do
8  them in order, first come, first serve.  If there's
9  a larger problem that is going to take more time and
10  effort, we may jump over that and prioritize in that
11  respect.  There's not a great deal of thought that
12  goes into let's fix these, if we had 50 defects,
13  let's fix them in this order, 1, 2, 3, all the way
14  up to 50 -- that's not the case.  There are some
15  that require immediate attention, other ones that we
16  can do in a first-come-first-serve basis.
17    Q.  Could you take a look at Lawyer Exhibit 2
18  again, which is the test results?
19    A.  Okay.
20    Q.  Could you go through here and identify for me,
21  anyway, what some of the more significant defects
22  would be?
23    A.  As far as prioritization?
24    Q.  Yes.
25    A.  The first page would be marked in the third

Page 26

1  column as 120.99. It's a cross level defect.
2    Q. And what type of defect is a cross level
3  defect?
4    A. It's a the maximum allowable, and this is in
5  tangent track, cannot be more than three inches.
6  This is 3.31.
7    Q. Does that have any relation at all to a warp
8  condition?
9    A. No, they're two different defects. They're
10  both with regard to geometry of track, but --
11    Q. And why would you consider that to be a more
12  significant defect than a warp condition?
13    A. Because the limiting class was 0, meaning that
14  it needed to be resolved before we could send
15  another train over it.
16    Q. Okay, whether trains could operate over the
17  line -- Was your main consideration keeping trains
18  running when you decided which defects to address?
19    A. Yes.
20    Q. And that consideration was driven by basically
21  the track class that was identified by the test
22  truck? What I'm trying to get at is on these test
23  results, wherever there's a limiting class of zero,
24  a train could not operate over that segment of track
25  until the defect was corrected; is that a true

Page 27

1  statement?
2    A. Yes.
3    Q. So what causes -- I guess what I'm trying to
4  get to is what causes a limiting class of zero
5  versus a limiting class, say, of 2?
6    A. With respect to cause, it would depend upon
7  the defect.
8    Q. In other words, does a more severe defect lead
9  to a lower limiting class, is I guess basically what
10  I'm asking.
11    A. Yes.
12    Q. And during the period June 8th to July 3rd,
13  2004, were all of the areas identified by a limiting
14  class of zero addressed by New England Central?
15    A. Yes.
16    Q. Was that basically done right after June 8th,
17  2004?
18    A. As I recall, everything was dealt with on June
19  8th that was found on June 8th with respect to
20  zeroes.
21    Q. Then what's the next -- what would the next
22  category of defects be for remedial action? You've
23  taken care of the limiting class zero. What was
24  your plan -- or New England Central's plan, for that
25  matter -- to address the additional defects on this

Page 28

1  report?
2    A. It would be dependent upon the type of defect
3  and what the repair would be. For instance, if it
4  was a short gauge defect that didn't involve our
5  tamper and regulator to travel to it, we could take
6  a truck with a couple guys in it and repair the
7  defect. So that was based, I guess, upon what the
8  repair would be and the magnitude of it. If it was
9  a geometry condition or a surface condition that
10  would require the tamper to do work on it, we would
11  wait for the tamper to get to that point, because
12  it's not cost-effective to travel it up and down the
13  track. You travel in one direction and hit every
14  defect as you come to it, first-come, first-served.
15    Q. And where did the -- okay, so for any of the
16  limiting Class 3 defects were tampers and
17  regulators --
18    A. I don't recall specifically.
19    Q. Would a tamper or a regulator be necessary to
20  rectify a condition identified as cross level?
21    A. Not necessarily.
22    Q. Could you flesh that out a bit?
23    A. You could do it by hand. Meaning -- well,
24  there's a couple different alternatives. Jacking
25  the track with track jacks and tamping with a

Page 29

1  tamping stick to get the stone underneath the ties
2  could be done. It's a more labor-intensive and
3  time-consuming deal, but in this event, if we had a
4  zero, we would have done that if the tamper wasn't
5  close by.
6    Q. Could that method have been used at Milepost
7  10.16, as well?
8    A. Could have been, yeah.
9    Q. So it's safe to say that after June 8th, you
10  and/or NECR came up with a plan to address the
11  defects noted on Lawyer Exhibit 2, correct?
12    A. Yes.
13    Q. Who was involved in those discussions?
14    A. It would have been myself and Richard Boucher.
15    Q. Anyone else?
16    A. Possibly Joe Spirk, the chief engineer.
17    Q. What about Charles Moore?
18    A. He would have probably not been terribly
19  involved in the decision on how to address them.
20    Q. How many discussions do you think you had with
21  Mr. Boucher regarding a plan to address these
22  defects?
23    A. It would be hard to say. We speak daily,
24  discuss status.
25    Q. Would he ever submit anything in writing to

Michael Lawyer - 1/09/07

Page 30

1  you?
2    A. No.
3    Q. Why not?
4    A. There was no need. We talk daily.
5    Q. Was it NECR's plan to fund these remedial
6  actions in response to the defects noted on the plan
7  from NECR funds, or were you seeking any sort of
8  public, state, federal funding to perform this work?
9    A. No. NECR funds would have been used.
10   Q. Does NECR receive much public funding for
11  maintenance and/or capital work on the line?
12   A. Very little.
13   Q. Does Amtrak pay NECR a trackage rights fee or
14  a fee to utilize the track?
15   A. Yes.
16   Q. Is part of that fee aimed towards maintenance
17  of the track?
18   A. Yes.
19   Q. Would that be public funding?
20   A. I guess that would revert back to what the
21  Amtrak structure is. I don't know if I could speak
22  to that.
23   Q. How much annually, on average, does NECR
24  receive from Amtrak?
25       MR. DAVIDSON: Objection. He's not

Page 31

1  identified to speak to those issues. There are
2  people in the company --
3       MR. CULLIFORD: Okay, good point.
4       MR. DAVIDSON: -- more qualified than
5  Mr. Lawyer to answer those questions. And if you
6  want to go down that road, we can schedule someone
7  else to be in here to talk about the Amtrak issues,
8  in terms of funding, accounts, and all that other
9  kind of fun stuff.
10       MR. CULLIFORD: Let me check one
11  thing. I see what you're saying, though.
12       MR. DAVIDSON: I believe that would be
13  Tammy Campbell, correct?
14       THE WITNESS: Probably.
15       MR. CULLIFORD: Well, let me ask you
16  this, then. We seem to be making good progress.
17  There's going to be one or two questions hopefully
18  about the performance pay.
19       MR. DAVIDSON: That's outside the
20  scope of your work, right? Amtrak, the payments?
21       THE WITNESS: Yeah, I don't get
22  involved with billing and --
23       MR. CULLIFORD: What I'm trying to get
24  to is should we keep going down this road, and then
25  at the end maybe talk to somebody else?

Page 32

1       MR. DAVIDSON: About Amtrak issues and
2  Amtrak payments and funding and all that, yeah, it
3  would be someone else.
4       MR. CULLIFORD: That's fine. So we'll
5  finish up here, and then we'll come back. Okay.
6  BY MR. CULLIFORD:
7    Q. To the best of your knowledge, or the best of
8  New England Central's knowledge, can a warp
9  condition identified at Milepost 10.16 cause a
10  derailment?
11   A. Could you restate that question?
12   Q. Let me put it to you this way: Is another
13  term for a warp condition super elevation?
14   A. No, not necessarily.
15   Q. Okay. Has New England Central, or have you
16  personally, identified the cause of this derailment?
17   A. I have not personally, no.
18   Q. Do you know if New England Central has or --
19   A. I don't know if we determined the cause.
20   Q. Do you know who on behalf of New England
21  Central is required to identify the cause of a
22  derailment, either for reporting to FRA or for
23  internal use?
24   A. Generally, all of the departments feed
25  information to the general manager, who determines

Page 33

1  the cause based on that. It's a combined effort.
2    Q. On July 3rd, 2004, who was the general
3  manager?
4    A. It was vacant, and Regional Vice President
5  Charles Moore was assuming those roles.
6    Q. Do you know if Mr. Moore made a determination
7  as to the cause of this derailment?
8    A. I'm not aware of one.
9    Q. I'd like to show you another document if I
10  could, sir. We're done with the report for now.
11  Are you familiar with this document, sir?
12   A. Yes, I am.
13   Q. Would you identify what it is?
14   A. RailAmerica Engineering Standards and
15  Policies.
16   Q. And could you describe the relationship
17  between New England Central and RailAmerica?
18   A. RailAmerica is the holding company that owns
19  New England Central.
20   Q. Okay. Are these standards and policies
21  intended -- Is New England Central required to
22  perform its operations in compliance with these
23  standards and policies?
24   A. Required as a standard? It's something we
25  should follow. Policies are more of a requirement.

782b682f-c05b-4b2d-87cb-cf36d984e9b2

# EXHIBIT 10

WORKING COPY

ARDC

# NEW ENGLAND CENTRAL RAILROAD CO. DAILY OPERATING BULLETIN NO. 162

## EFFECTIVE AT 0001 HOURS JUNE 10, 2004
### (Void at 0001 JUNE 11, 2004 unless extended by Train Dispatcher)

001395

---

**TRANS. RULE OF THE WEEK: T-2 CROSSING THROUGH RAIL EQUIPMENT**

**MECHANICAL RULE OF THE WEEK: VEHICLES, EQUIPMENT, AND TOOLS**

**MOW RULE OF THE WEEK:  100.4 ON-TRACK SAFETY PROCEDURES**

---

## All Subdivisions

| Void | Item | Form | Limits | Speed | From - Until | Foreman | Flag At MP | Stop | F.INT. - DATE & TRK COND. |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | | LATEST SUPERINTENDENTS NOTICE NO. 03-06 | LATEST GENERAL ORDER NO.04-13 | | | | | |
| | 2 | | WEEKEND DUTY OFFICER NORTHERN DIVISION STEVE LARRO 6/10 AND 6/11 | | | | | | |
| | 3 | | ALL CREWS MUST BE ON THE LOOKOUT FOR SUSPICIOUS PERSONS ON OR ABOUT RAILROAD PROPERTY. CREWS ARE INSTRUCTED TO REPORT THESE INSTANCES TO THE ARDC & TO LOCAL AUTHORITIES AS NECESSARY. | | | | | | |

## Palmer Subdivision

| Void | Item | Form | Limits | Speed | From - Until | Foreman | Flag At MP | Stop | F.INT. - DATE & TRK COND. |
|---|---|---|---|---|---|---|---|---|---|
| | 4 | A | 1.4 - 2.25 | 10 MPH | | | NO FLAGS | | DED 08-13-03 TIE |
| | 5 | A | 3.9 | 10 MPH | | | NO FLAGS | | DED 03-10-04 TIE |
| | 6 | A | 5.3 - 5.5 | 10 MPH | | | NO FLAGS | | DED 06-05-02 TIE |
| | 7 | A | 6.2 | 10 MPH | | | NO FLAGS | | DED 04-18-02 SRF |
| | 8 | C | THAMESVILLE SIDING OOS BETWEEN MP12.4 AND MP12.5 | | | | | | DED 04-22-04 GAUG |
| | 9 | A | 14.15 | 10 MPH (NORWICH TUNNEL) | | | NO FLAGS | | MJP 09-05-03 WATER |
| | 10 | A | 16.8 | 10 MPH (BRIDGE) | | | NO FLAGS | | DED 05-25-04 BT |
| | 11 | A | 18.54 | 10 MPH | | | NO FLAGS | | DED 03-10-04 FROG |
| | 12 | A | 23.07 | 10 MPH | | | NO FLAGS | | DED 04-13-04 SRF |
| | 13 | A | 25.26 - 25.36 | 25 MPH | | | NO FLAGS | | DWW 05-07-04 |
| | 14 | A | 26.03 | 25 MPH | | | NO FLAGS | | DED 10-22-03 SRF |
| | 15 | A | 27.5 - 27.9 | 25 MPH | | | NO FLAGS | | DED 05-26-04 TIES |
| | 16 | C | 29.99 | TRACK 852 AIRLINE TRACK OOS | | | | | DED 04-24-03 |
| | 17 | A | 35.9 | 25 MPH | | | NO FLAGS | | DED 08-26-03 TIE |
| | 18 | A | 38.65 | 25 MPH | | | NO FLAGS | | |
| | 19 | A | 39.6 - 39.65 | 25 MPH | | | NO FLAGS | | DED 03-31-04 TIE |
| | 20 | A | 40.95 | 25 MPH | | | NO FLAGS | | DED 02-27-04 SRF |
| | 21 | A | 42.75 - 42.8 | 25 MPH | | | NO FLAGS | | DED 03-30-04 TIE |
| | 22 | A | 46.45 - 46.60 | 10 MPH | | | NO FLAGS | | DED 03-18-03-TIE |
| | 23 | C | STATE LINE | SIDING OOS SOUTH OF MP 55 | | | | | DED 05-27-04 TIES |
| | 24 | A | 55.9 | 10 MPH | | | NO FLAGS | | DED-04-13-04-SRF |
| | 25 | A | 59.54 | 25 MPH (BRIDGE) | | | NO FLAGS | | DED-03-26-04-SRF |
| | 26 | A | 60.8 | 10 MPH | | | NO FLAGS | | DED 03-26-04-SRF |
| | 27 | A | 62.31 | 25 MPH | | | NO FLAGS | | JSV 05-20-04 |

ARDC

001396

| Void | Item | Form | Limits | Speed | From - Until | Foreman | Flag At MP | Stop | F.INT. - DATE & TRK COND. |
|------|------|------|--------|-------|-------------|---------|-----------|------|---------------------------|
| | 28 | C | PALMER YARD | SOUTH CROSSOVER TRACK 780 TO MAIN TRACK OOS | | | | | DWW 04-12-02 |
| | 29 | C | PALMER YARD | TRACK 789 FROM RED FLAG TO A POINT 300 FEET NORTH OOS | | | | | |
| | 30 | A | 65.2 - 65.25 | 10 MPH | | | NO FLAGS | | DED 05-27-04 GAUG |
| | 31 | C | BARRETTS | TRACK 758 M-1 DNE 5MPH | | | | | DWW 12-02-03 |
| | 32 | A | 69.45 - 69.75 | 25 FRT 30 PSGR | | | NO FLAGS | | DED 11-06-02 TIE |
| | 33 | A | 72.67 | 25 FRT 30 PSGR (CULVERT) | | | NO FLAGS | | DED 05-07-04 CVT |
| | 34 | A | 75.54 | 25 FRT 30 PSGR | | | NO FLAGS | | DED 06-07-04 RAIL |
| | 35 | A | 75.6 | 30 MPH | | | NO FLAGS | | DED 04-29-04 RAIL |
| | 36 | A | 77.05 | 10 MPH | | | NO FLAGS | | DED 06-07-04 RAIL |
| | 37 | A | 79.50 - 79.75 | 25 FRT 30 PSGR | | | NO FLAGS | | DED 06-03-04 TIES |
| | 38 | A | 83.14 | 25 FRT 30 PSGR | | | NO FLAGS | | DED 02-11-04 SRF |
| | 39 | A | 84.6 | 25 FRT 30 PSGR | | | NO FLAGS | | DED 06-04-04 TIES |
| | 40 | C | 84.99 | SOUTH END AMHERST SIDING OOS FOR 400 FEET | | | | | DED 08-15-03 TIE |
| | 41 | A | 87.15 | 50 MPH | | | NO FLAGS | | TJM 09-17-02 SPERRY |
| | 42 | C | 87.94 | 25 FRT 30 PSGR | | | NO FLAGS | | DED 05-14-04 SRF |
| | 43 | A | 87.99 | 50 MPH | | | NO FLAGS | | DED 09-08-02 SPERRY |
| | 44 | A | 88.15 - 88.2 | 10 FRT 15 PSGR | | | NO FLAGS | | DED 05-21-04 SRF |
| | 45 | A | 91.5 | 25 FRT 30 PSGR (CROSSING) | | | NO FLAGS | | DED 05-21-04 SRF |
| | 46 | A | 97.2 | 25 FRT 30 PSGR | | | NO FLAGS | | DED 03-05-04 SRF |
| | 47 | A | 98.58 | 10 MPH (BRIDGE) | | | NO FLAGS | | DED 07-13-03 BRG |
| | 48 | A | 99.68 | 10 FRT 15 PSGR | | | NO FLAGS | | DED 06-01-04 SRF |
| | 49 | A | 102.45 | 25 FRT 30 PSGR (BRIDGE) | | | NO FLAGS | | DED 04-02-04 SRF |
| | 50 | A | 103.1 - 103.21 | 10 FRT 15 PSGR | | | NO FLAGS | | DED 03-05-04 SRF |
| | 51 | A | 111.6 - 111.80 | 10 MPH | | | NO FLAGS | | TJM 05-26-04 TIES |
| | 52 | A | 113.2 - 113.6 | 25 FRT 30 PSGR | | | NO FLAGS | | RTB 04-14-04 TIES |
| | 53 | A | 115.93 | 25 MPH | | | NO FLAGS | | 09-02-03 RAIL |
| | 54 | C | 116.0 | HOT BOX DETECTOR IN SERVICE TRAINS TO MONITOR CHANNEL 1 | | | | | |
| | 55 | A | 117.0 - 117.05 | 10 FRT 15 PSGR | | | NO FLAGS | | RTB 04-14-04 SRF MUD |
| | 56 | A | 118.7 - 119.0 | | | | NO FLAGS | | RTB 04-12-04 MUD |
| | 57 | C | BRATTLEBORO | NORTH END OF TRACK 634, 635 AND 636 OOS TO CEMENT DOCK | | | | | JRS 03-24-04 |
| | 58 | A | 121.25 | 10 MPH | | | NO FLAGS | | RTB 04-14-04 RAIL |
| | 59 | B | 123.0 - 123.7 | YELLOW / RED FLAGS AT MP 122.18 AND MP 124.70 | 0600-1800 | ANDERSON | YES | STOP | WFA 06-09-04 |
| | 60 | A | 123.4 | 25 FRT 30 PSGR | | | | | WFA-06-07-04 |

ARDC
001397

| Void | Items | Form | Limits | Speed | From - Until | Foreman | Flag At MP | Stop | F.INT. - DATE & TRK COND. |
|------|-------|------|--------|-------|--------------|---------|------------|------|---------------------------|
| | 61 | C | 123.4 | TEMPORARY CROSSING ONLY IN USE WITH FORM B PROTECTION | | | | | WFA 05-07-04 |
| | 62 | A | 135.75 | 10 FRT 15 PSGR | | | NO FLAGS | | RTB 11-10-03-SRF BS |
| | 63 | A | 141.2 | 10 FRT 15 PSGR | | | NO FLAGS | | RTB-04-21-04-SRF |
| | 64 | A | 148.75 - 148.8 | 25 FRT 30 PSGR | | | NO FLAGS | | MJP 06-09-04 |
| | 65 | A | 149.5 - 149.6 | 25 FRT 30 PSGR | | | NO FLAGS | | RWB 11-04-03 CVT |
| | 66 | A | 151.05 - 151.57 | 10 FRT 15 PSGR | | | NO FLAGS | | MJP 06-09-04 |
| | 67 | A | 155.65 | 10 FRT 15 PSGR | | | NO FLAGS | | |
| | 68 | A | 160.0 | 10 MPH | | | NO FLAGS | | RTB-05-26-04-TIE |
| | 69 | A | 162.05 | 25 FRT 30 PSGR | | | NO FLAGS | | MJP 06-09-04 |
| | 70 | A | 162.10 - 163.0 | 50 MPH | | | NO FLAGS | | DED 10-01-01 SPERY |
| | 71 | C | 166.4 | HOT BOX DETECTOR IN SERVICE TRAINS TO MONITOR CHANNEL 1 | | | | | 12-20-03 |
| | 72 | A | 168.53 | 50 MPH | | | NO FLAGS | | MJP 10-11-00 RAIL |
| | 73 | A | 168.7 | 25 FRT 30 PSGR | | | NO FLAGS | | RTB 04-07-04 BANK |

### Roxbury Subdivision

| Void | Items | Form | Limits | Speed | From - Until | Foreman | Flag At MP | Stop | F.INT. - DATE & TRK COND. |
|------|-------|------|--------|-------|--------------|---------|------------|------|---------------------------|
| | 74 | C | HARTLAND | NORTH SWITCH OOS | | | | | RTB 04-20-04 SWD |
| | 75 | C | 5.06 - 5.1 | 25 FRT 30 PSGR  (CROSSING) | | | NO FLAGS | | RWB 2-03-01 SRF |
| | 76 | C | WHITE RIVER JCT YARD | TRACK 410 OOS SOUTH END | | | | | RWB 03-04-04 |
| | 77 | C | WHITE RIVER JCT YARD | TRACK 406 SOUTH END MIDDLE OF YARD TRACK OOS | | | | | RWB 04-21-04 |
| | 78 | C | WHITE RIVER JCT YARD | TRACK 404 IS DESIGNATED SIDING UNTIL FURTHER NOTICE | | | | | RWB 03-18-04 |
| | 79 | C | WHITE RIVER JCT YARD | TRACK 423 OOS SOUTH END FOR 200 FEET | | | | | RWB 04-29-04 GAUG |
| | 80 | A | 23.15 - 23.5 | 10 MPH | | | NO FLAGS | | RTB 05-07-04 GAUG |
| | 81 | A | 26.3 - 26.5 | 10 FRT 15 PSGR | | | NO FLAGS | | RWB 07-22-03 GAUG |
| | 82 | A | 34.36 | 25 FRT 30 PSGR (CROSSING) | | | NO FLAGS | | RMC 05-28-04 SRF |
| | 83 | A | 35.01 | 10 MPH (BRIDGE) | | | NO FLAGS | | EAC 03-18-02 TIE |
| | 84 | A | 35.05 | 25 FRT 30 PSGR | | | NO FLAGS | | RWB 05-07-04 |
| | 85 | A | 37.7 - 37.8 | 10 FRT 15 PSGR | | | NO FLAGS | | RTB 06-02-04 GAUG |
| | 86 | A | 39.8 | 25 FRT 30 PSGR | | | NO FLAGS | | RRL 03-30-04 BS |
| | 87 | A | 42.2 | 25 FRT 30 PSGR | | | NO FLAGS | | RRL 12-12-03 BS |
| | 88 | A | 46.3 | 10 FRT 15 PSGR (SWITCH) | | | NO FLAGS | | RRB 06-08-04SRF |

ARDC
**001398**

| Void | Item | Form | Limits | Speed | From - Until | Foreman | Flag At MP | Stop | F.INT. - DATE & TRK COND. |
|---|---|---|---|---|---|---|---|---|---|
| | 89 | A | 53.15 | 25 FRT 30 PSGR (CROSSING) | | | | | RRL 11-25-02 SRF |
| | 90 | A | 61.0 | 25 FRT 30 PSGR | | | NO FLAGS | | EAC 06-03-04 SRF |
| | 91 | A | 66.75 - 66.80 | 10 MPH | | | NO FLAGS | | RTB 06-07-04 RAIL |
| | 92 | A | 76.5 - 76.66 | 25 FRT 30 PSGR | | | | | RRB 10-28-02-SRF MUD |
| | 93 | A | 85.95 | 25 FRT 30 PSGR (CROSSING) | | | | | RRL 06-02-04 SRF |
| | 94 | A | 99.06 | 25 FRT 30 PSGR (CROSSING) | | | | | RRL 06-30-03 SRF |
| | 95 | A | 114.50 | 25 FRT 30 PSGR | | | NO FLAGS | | RRB 05-25-04 SRF |
| | 96 | A | 121.15 - 121.3 | 10 FRT 15 PSGR | | | NO FLAGS | | RRB 11-26-03 GAUG |
| | 97 | A | 123.39 | 25 FRT 30 PSGR | | | NO FLAGS | | RRB 05-07-04 SRF-MUD |

## SWANTON SUBDIVISION

| Void | Item | Form | Limits | Speed | From - Until | Foreman | Flag At MP | Stop | F.INT. - DATE & TRK COND. |
|---|---|---|---|---|---|---|---|---|---|
| | 98 | C | ITALY YARD | UPPERSIDE FROM 139 SWITCH TO 122 SWITCH DO NOT EXCEED 05 MPH ACCOUNT MUD | | | | | APL 04-04-03 |
| | 99 | C | ITALY YARD | LOWER LEAD TO NORTH JCT. DO NOT EXCEED 05 MPH ACCOUNT MUD | | | | | APL 04-04-03 |
| | 100 | C | ITALY YARD | TRACK 103 OOS MAY BE USED BETWEEN CROSSOVER SWITCHES ONLY | | | | | APL 04-04-03 |
| | 101 | C | ITALY YARD | TRACK 111 OOS | | | | | APL 04-04-03 |
| | 102 | C | ITALY YARD | TRACK 116 OOS | | | | | APL-05-17-04 |
| | 103 | C | ITALY YARD | TRACK 119 OOS ACCOUNT TIE CONDITIONS | | | | | APL 04-20-04 TIES |
| | 104 | C | ITALY YARD | ARCHWAY DERAIL HAS BEEN MOVED 170 FT NORTH OF THE POINTS OF THE ARCHWAY SWITCH | | | | | JD 05-28-04 |
| ~~B33~~ | ~~105~~ | ~~C~~ | ~~ITALY YARD~~ | ~~SOUTH CROSSOVER SWITCH TO 102 TRACK OOS~~ | | | | | ~~DAL 06-08-04~~ |
| | 106 | A | 0.0 - 0.45 | 10 MPH | | | NO FLAGS | | RRB 06-07-04 |
| | 107 | A | 1.5 | 10 MPH (#15 SWITCH) | | | NO FLAGS | | RRB 03-18-03 SRF GAU |
| | 108 | A | 3.2 | 10 MPH | | | NO FLAGS | | RRB 08-26-02-SRF |
| | 109 | A | 4.3 - 4.7 | 10 MPH | | | NO FLAGS | | RRL 06-07-04 |
| | 110 | C | 7.0 - 9.0 | BRUSH WILL NOT CLEAR A MAN ON SIDE OF CAR OR ENGINE | | | | | 07-20-03 |
| | 111 | A | 7.7 | 10 MPH | | | NO FLAGS | | APL-03-24-04 |
| | 112 | A | 8.95 | 10 MPH | | | NO FLAGS | | RRB 07-28-03-SRF |
| | 113 | A | 9.43 | 10 MPH (SWITCH) | | | NO FLAGS | | RRB-04-12-04 TIES |
| | 114 | A | 10.90 | 10 MPH | | | NO FLAGS | | RRB 03-10-04 SRF |
| | 115 | C | 12.8 - 13.6 | BRUSH WILL NOT CLEAR A MAN ON SIDE OF CAR OR ENGINE | | | | | 07-20-03 |
| | 116 | A | 14.05 | 10 MPH | | | NO FLAGS | | RRB-06-02-04-SRF |
| | 117 | C | 15.2 | DRAW BRIDGE OPEN TO NAVIGATION | | | | | 05-11-04 APL |
| | 118 | C | 17.0 | NORTH END EAST ALBURG TRESSLE - BRUSH WILL NOT CLEAR A MAN ON SIDE OF CAR OR ENGINE | | | | | |
| | 119 | C | ROGERS | SIDING OUT OF SERVICE | | | | | RRB 07-22-03 |
| | 120 | A | 15.6 - 18.7 | 10 MPH | | | NO FLAGS | | RRB 04-28-04 TIE-SRF |

ARDC
**001399**

## *Burlington Subdivision*

| Void | Item | Form | Limits | Speed | From - Until | Foreman | Flag At MP | Stop | F.INT. - DATE & TRK COND. |
|------|------|------|--------|-------|--------------|---------|------------|------|---------------------------|
| | 121 | C | **BURLINGTON** | **THE SIGNALS AT MAPLE ST. CROSSING MP121.64 AND KING ST. MP121.72 HAVE BEEN REDESIGNED FOR ISLAND CIRCUITS ONLY. CREWS MUST STOP PRIOR TO THE INSULATION AND UPON CLEARANCE OF VEHICLES IN THE CROSSING (TO INSURE THAT THE GATES ARE NOT HUNG-UP), PROCEED ONTO THE CROSSING CIRCUIT TO ACTIVATE THE SIGNALS. AFTER THE SIGNALS HAVE BEEN ACTIVE FOR 20 SECONDS THE TRAIN MAY PROCEED OVER THE CROSSING STOP SIGNALS HAVE BEEN INSTALLED AT THE INSULATED JOINTS NEAREST THE CROSSING.** | | | | JBO 05-19-03 |

END OF DOB NO. 162 JUNE 10, 2004
TOTAL 121 ITEMS 05 PAGES
SAFE DAYS WORKED 561

| SYMBOL: | | ACTUAL CONDITION: |
|---------|---|-------------------|
| TIE | = | TIE CONDITIONS |
| SW-T | = | SWITCH TIMBER |
| SW-ST | = | SWITCH STAND |
| RAIL | = | RAIL |
| SWD | = | SWITCH DEFECT |
| SRF | = | SURFACE |
| GAUG | = | GAUGE |
| CVT | = | CULVERT |
| FRG | = | FROG |
| SNK | = | SUN KINK |
| FTHV | = | FROST HEAVE |
| W-O | = | WASH OUT |
| B-S | = | BANK SLIDE |
| TIJB | = | TIE JOB |
| STND | = | STONE NEEDED |
| WATE | = | WATER CONDITIONS |
| MUD | = | MUD |

# EXHIBIT 11

WORKING
COPY

ARDC

## NEW ENGLAND CENTRAL RAILROAD CO. DAILY OPERATING BULLETIN NO. 163
### EFFECTIVE AT 0001 HOURS JUNE 11, 2004
**(Void at 0001 JUNE 12, 2004 unless extended by Train Dispatcher)**

001400

**TRANS. RULE OF THE WEEK: T-2 CROSSING THROUGH RAIL EQUIPMENT**

**MECHANICAL RULE OF THE WEEK: VEHICLES, EQUIPMENT, AND TOOLS**

**MOW RULE OF THE WEEK:  100.4 ON-TRACK SAFETY PROCEDURES**

## All Subdivisions

| Void | Item | Form | Limits | Speed | From - Until | Foreman | Flag At MP | Stop | F.INT. - DATE & TRK COND. |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | | LATEST SUPERINTENDENTS NOTICE NO. 03-06 | | LATEST GENERAL ORDER NO.04-13 | | | | |
| | 2 | | WEEKEND DUTY OFFICER NORTHERN DIVISION STEVE LARRO 6/10 AND 6/11 | | | | | | |
| | 3 | | ALL CREWS MUST BE ON THE LOOKOUT FOR SUSPICIOUS PERSONS ON OR ABOUT RAILROAD PROPERTY. CREWS ARE INSTRUCTED TO REPORT THESE INSTANCES TO THE ARDC & TO LOCAL AUTHORITIES AS NECESSARY. | | | | | | |

## Palmer Subdivision

| Void | Item | Form | Limits | Speed | From - Until | Foreman | Flag At MP | Stop | F.INT. - DATE & TRK COND. |
|---|---|---|---|---|---|---|---|---|---|
| | 4 | A | 1.4 - 2.25 | 10 MPH | | | NO FLAGS | | DED 08-13-03 TIE |
| | 5 | A | 3.9 | 10 MPH | | | NO FLAGS | | DED 03-10-04 TIE |
| | 6 | A | 5.3 - 5.5 | 10 MPH | | | NO FLAGS | | DED 06-05-02 TIE |
| | 7 | A | 6.2 | 10 MPH | | | NO FLAGS | | DED 04-18-02 SRF |
| | 8 | C | THAMESVILLE SIDING OOS BETWEEN MP12.4 AND MP12.5 | | | | | | DED 04-22-04 GAUG |
| | 9 | A | 14.15 | 10 MPH (NORWICH TUNNEL) | | | NO FLAGS | | MJP 09-05-03 WATER |
| | 10 | A | 16.8 | 10 MPH (BRIDGE) | | | NO FLAGS | | DED 05-25-04 BT |
| | 11 | A | 18.54 | 10 MPH | | | NO FLAGS | | DED 03-10-04 FROG |
| | 12 | A | 23.07 | 10 MPH | | | NO FLAGS | | DED 04-13-04 SRF |
| | 13 | A | 25.26 - 25.36 | 25 MPH | | | NO FLAGS | | DWW 05-07-04 |
| | 14 | A | 26.03 | 25 MPH | | | NO FLAGS | | DED 10-22-03 SRF |
| | 15 | A | 27.5 - 27.9 | 25 MPH | | | NO FLAGS | | DED 05-26-04 TIES |
| | 16 | C | 29.99 | TRACK 852 AIRLINE TRACK OOS | | | | | DED 04-24-03 |
| | 17 | A | 35.9 | 25 MPH | | | NO FLAGS | | DED 08-26-03 TIE |
| | 18 | A | 38.65 | 25 MPH | | | NO FLAGS | | |
| | 19 | A | 39.6 - 39.65 | 25 MPH | | | NO FLAGS | | DED 03-31-04 TIE |
| | 20 | A | 40.95 | 25 MPH | | | NO FLAGS | | DED 02-27-04 SRF |
| | 21 | A | 42.75 - 42.8 | 25 MPH | | | NO FLAGS | | DED 03-30-04 TIE |
| | 22 | A | 46.45 - 46.60 | 10 MPH | | | NO FLAGS | | DED 03-18-03-TIE |
| | 23 | C | STATE LINE | SIDING OOS SOUTH OF MP 55 | | | | | DED 05-27-04 TIES |
| | 24 | A | 55.9 | 10 MPH | | | NO FLAGS | | DED-04-13-04-SRF |
| | 25 | A | 59.54 | 25 MPH (BRIDGE) | | | NO FLAGS | | DED-03-26-04-SRF |
| | 26 | A | 60.8 | 10 MPH | | | NO FLAGS | | DED 03-26-04-SRF |

ARDC
001401

| Void | Item | Form | Limits | Speed | From - Until | Foreman | Flag At MP | Stop | F.INT. - DATE & TRK COND. |
|---|---|---|---|---|---|---|---|---|---|
| | 27 | A | 62.31 | 25 MPH | | | NO FLAGS | | JSV 05-20-04 |
| | 28 | C | PALMER YARD | SOUTH CROSSOVER TRACK 780 TO MAIN TRACK OOS | | | | | DWW 04-12-02 |
| | 29 | C | PALMER YARD | TRACK 789 FROM RED FLAG TO A POINT 300 FEET NORTH OOS | | | | | |
| | 30 | A | 65.2 - 65.25 | 10 MPH | | | NO FLAGS | | DED 05-27-04 GAUG |
| | 31 | A | 65.45 - 66.0 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| | 32 | A | 67.0 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| | 33 | A | 67.23 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| ~~34~~ | ~~34~~ | ~~A~~ | ~~67.73~~ | ~~10 FRT 15 PSGR~~ | | | ~~NO FLAGS~~ | | ~~06-10-04 G. CAR~~ |
| ~~35~~ | ~~35~~ | ~~A~~ | ~~67.91~~ | ~~10 FRT 15 PSGR~~ | | | ~~NO FLAGS~~ | | ~~06-10-04 G. CAR~~ |
| | 36 | A | 68.19 | 25 FRT 30 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| | 37 | A | 68.4 - 68.5 | 25 FRT 30 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| | 38 | A | 68.66 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| | 39 | C | BARRETTS | TRACK 758 M-1 DNE 5MPH | | | | | DWW 12-02-03 |
| | 40 | A | 69.45 - 69.75 | 25 FRT 30 PSGR | | | NO FLAGS | | DED 11-06-02 TIE |
| | 41 | A | 72.67 | 25 FRT 30 PSGR (CULVERT) | | | NO FLAGS | | DED 05-07-04 CVT |
| | 42 | A | 74.65 - 75.0 | 10 FRT 15 PSGR | | | NO FLAGS | | DED 05-07-04 CVT |
| | 43 | A | 75.54 | 25 FRT 30 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| | 44 | A | 75.6 | 30 MPH | | | NO FLAGS | | DED 06-07-04 RAIL |
| | 45 | A | 77.05 | 10 MPH | | | NO FLAGS | | DED 04-29-04 RAIL |
| | 46 | A | 77.25 | 25 FRT 30 PSGR | | | NO FLAGS | | DED 06-07-04 RAIL |
| | 47 | A | 78.1 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| | 48 | A | 78.17 | 25 FRT 30 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| | 49 | A | 79.50 - 79.75 | 25 FRT 30 PSGR | | | NO FLAGS | | DED 06-03-04 TIES |
| | 50 | A | 79.8 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| | 51 | A | 81.95 | 25 FRT 30 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| | 52 | A | 82.83 | 25 FRT 30 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| | 53 | A | 83.14 | 25 FRT 30 PSGR | | | NO FLAGS | | DED 02-11-04 SRF |
| | 54 | A | 84.22 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| ~~55~~ | ~~55~~ | ~~A~~ | ~~84.3~~ | ~~10 FRT 15 PSGR~~ | | | ~~NO FLAGS~~ | | ~~06-10-04 G. CAR~~ |
| ~~56~~ | ~~56~~ | ~~A~~ | ~~84.47~~ | ~~10 FRT 15 PSGR~~ | | | ~~NO FLAGS~~ | | ~~06-10-04 G. CAR~~ |
| | 57 | A | 84.6 | 25 FRT 30 PSGR | | | NO FLAGS | | DED 06-04-04 TIES |
| | 58 | A | 84.88 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| | 59 | C | 84.99 | SOUTH END AMHERST SIDING OOS FOR 400 FEET | | | | | DED 08-15-03 TIE |
| | 60 | A | 86.37 | 25 FRT 30 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |

ARDC
001402

| Void | Item | Form | Limits | Speed | From - Until | Foreman | Flag At MP | Stop | F.INT. - DATE & TRK COND. |
|------|------|------|--------|-------|-------------|---------|-----------|------|--------------------------|
| | 61 | A | 87.15 | 50 MPH | | | NO FLAGS | | TJM 09-17-02 SPERRY |
| | 62 | C | 87.94 | 25 FRT 30 PSGR | | | NO FLAGS | | DED 05-14-04 SRF |
| | 63 | A | 87.99 | 50 MPH | | | NO FLAGS | | DED 09-08-02 SPERRY |
| | 64 | A | 88.15 - 88.2 | 10 FRT 15 PSGR | | | NO FLAGS | | DED 05-21-04 SRF |
| ~~65~~ | ~~65~~ | ~~A~~ | ~~89.73~~ | ~~10 FRT 15 PSGR~~ | | | ~~NO FLAGS~~ | | ~~06-10-04 G. CAR~~  TJM |
| | 66 | A | 91.5 | 25 FRT 30 PSGR (CROSSING) | | | NO FLAGS | | DED 05-21-04 SRF |
| | 67 | A | 94.08 | 25 FRT 30 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| | 68 | A | 97.2 | 25 FRT 30 PSGR | | | NO FLAGS | | DED 03-05-04 SRF |
| | 69 | A | 97.9 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| | 70 | A | 98.58 | 10 MPH (BRIDGE) | | | NO FLAGS | | DED 07-13-03 BRG |
| | 71 | A | 98.75 | 25 FRT 30 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| | 72 | A | 98.86 | 25 FRT 30 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| | 73 | A | 99.47 | ~~10 FRT 15 PSGR~~ | | | NO FLAGS | | 06-10-04 G. CAR |
| | 74 | A | 99.68 | 10 FRT 15 PSGR | | | NO FLAGS | | DED 06-01-04 SRF |
| | 75 | A | 101.19 | 25 FRT 30 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| | 76 | A | 102.45 | 25 FRT 30 PSGR (BRIDGE) | | | NO FLAGS | | DED 04-02-04 SRF |
| ~~77~~ | ~~77~~ | ~~A~~ | ~~103.1 - 103.21~~ | ~~10 FRT 15 PSGR~~ | | | ~~NO FLAGS~~ | | ~~DED 03-05-04 SRF~~ |
| | 78 | A | 103.4 | 25 FRT 30 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| | 79 | A | 109.67 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| | 80 | A | 109.93 | 25 FRT 30 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| | 81 | A | 111.6 - 111.80 | 10 MPH | | | NO FLAGS | | TJM 05-26-04 TIES |
| | 82 | A | 113.2 - 113.6 | 25 FRT 30 PSGR | | | NO FLAGS | | RTB 04-14-04 TIES |
| | 83 | A | 114.25 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| | 84 | A | 115.93 | 25 MPH | | | NO FLAGS | | 09-02-03 RAIL |
| | 85 | C | 116.0 | HOT BOX DETECTOR IN SERVICE TRAINS TO MONITOR CHANNEL 1 | | | | | |
| | 86 | A | 116.62 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| | 87 | A | 118.7 - 119.0 | 25 FRT 30 PSGR | | | NO FLAGS | | RTB 04-12-04 MUD |
| | 88 | C | BRATTLEBORO | NORTH END OF TRACK 634, 635 AND 636 OOS TO CEMENT DOCK | | | | | JRS 03-24-04 |
| ~~89~~ | ~~89~~ | ~~A~~ | ~~120.45 - 120.5~~ | ~~25 FRT 30 PSGR~~ | | | ~~NO FLAGS~~ | | ~~06-10-04 G. CAR~~  TJM |
| | 90 | A | 121.0 - 121.57 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| | 91 | A | 121.25 | 10 MPH | | | NO FLAGS | | RTB 04-14-04 RAIL |
| ~~92~~ | ~~92~~ | ~~B~~ | ~~123.0 - 123.7~~ | 0600-1800  ANDERSON  YELLOW / RED FLAGS AT MP 122.18 AND MP 124.70 | | | YES | STOP | WFA 06-11-04 |
| | 93 | A | 123.4 | 25 FRT 30 PSGR | | | | | WFA 06-07-04 |

ARDC
**001403**

| Void | Items | Form | Limits | Speed | From - Until | Foreman | Flag At MP | Stop | F.INT. - DATE & TRK COND. |
|---|---|---|---|---|---|---|---|---|---|
| | 94 | C | 123.4 | TEMPORARY CROSSING ONLY IN USE WITH FORM B PROTECTION | | | | | WFA 05-07-04 |
| ~~95~~ | ~~95~~ | ~~A~~ | ~~133.15~~ | ~~10 FRT 15 PSGR~~ | | | ~~NO FLAGS~~ | | ~~06-10-04 G. CAR~~ |
| | 96 | A | 135.75 | 10 FRT 15 PSGR | | | NO FLAGS | | RTB 11-10-03-SRF BS |
| | 97 | A | 141.2 | 10 FRT 15 PSGR | | | NO FLAGS | | RTB-04-21-04-SRF |
| | ~~98~~ | ~~A~~ | ~~143.55~~ | ~~25 FRT 30 PSGR~~ | | | ~~NO FLAGS~~ | | ~~06-10-04 G. CAR~~ |
| ~~Void 0724~~ | ~~99~~ | ~~A~~ | ~~143.87~~ | ~~10 FRT 15 PSGR~~ | | | ~~NO FLAGS~~ | | ~~06-10-04 G. CAR~~ |
| | ~~100~~ | ~~A~~ | ~~145.5~~ | ~~10 FRT 15 PSGR~~ | | | ~~NO FLAGS~~ | | ~~MJP 06-10-04 G. CAR~~ |
| | 101 | A | 149.5 - 149.6 | 25 FRT 30 PSGR | | | NO FLAGS | | RWB 11-04-03 CVT |
| Void + change | 102 | A | 151.05 - ~~151.57~~ 151.82 | 10 FRT 15 PSGR | | | NO FLAGS | | MJP 06-09-04 G. CAR |
| | 103 | A | 155.65 | 10 FRT 15 PSGR | | | NO FLAGS | | RWB 11-14-04 ROCKS |
| | 104 | A | 160.0 | 10 MPH | | | NO FLAGS | | RTB-05-26-04-TIE |
| | 105 | A | 162.10 - 163.0 | 50 MPH | | | NO FLAGS | | DED 10-01-01 SPERY |
| | 106 | C | 166.4 | HOT BOX DETECTOR IN SERVICE TRAINS TO MONITOR CHANNEL 1 | | | | | 12-20-03 |
| | 107 | A | 168.53 | 50 MPH | | | NO FLAGS | | MJP 10-11-00 RAIL |
| | 108 | A | 168.7 | 25 FRT 30 PSGR | | | NO FLAGS | | RTB 04-07-04 BANK |

## Roxbury Subdivision

| Void | Items | Form | Limits | Speed | From - Until | Foreman | Flag At MP | Stop | F.INT. - DATE & TRK COND. |
|---|---|---|---|---|---|---|---|---|---|
| | 109 | A | 0.7 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 G. CAR SRF 11i |
| | 110 | A | 5.06 - 5.1 | 25 FRT 30 PSGR  (CROSSING) | | | | | RWB 2-03-01 SRF |
| | 111 | C | HARTLAND | NORTH SWITCH OOS | | | | | RTB 04-20-04 SWD |
| | 112 | A | 10.15 | 25 FRT 30 PSGR | | | NO FLAGS | | 06-10-04 G. CAR SRF |
| | 113 | A | 12.7 - 12.75 | 25 FRT 30 PSGR | | | NO FLAGS | | 06-10-04 G. CAR SRF |
| | 114 | A | 13.25 - 13.4 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 G. CAR SRF |
| | 115 | C | WHITE RIVER JCT YARD | TRACK 410 OOS SOUTH END | | | | | RWB 03-04-04 |
| | 116 | C | WHITE RIVER JCT YARD | TRACK 406 SOUTH END MIDDLE OF YARD TRACK OOS | | | | | RWB 04-21-04 |
| | 117 | C | WHITE RIVER JCT YARD | TRACK 404 IS DESIGNATED SIDING UNTIL FURTHER NOTICE | | | | | RWB 03-18-04 |
| | 118 | C | WHITE RIVER JCT YARD | TRACK 423 OOS SOUTH END FOR 200 FEET | | | | | RWB 04-29-04 GAUG |
| | ~~119~~ | ~~A~~ | ~~14.0 - 17.0~~ | ~~10 FRT 15 PSGR~~ | | | ~~NO FLAGS~~ | | ~~06-10-04 G. CAR~~ |
| | ~~120~~ | ~~A~~ | ~~21.3~~ | ~~10 FRT 15 PSGR~~ | | | NO FLAGS | | 06-10-04 G. CAR |
| | 121 | A | 23.15 - 23.8 | 10 MPH | | | NO FLAGS | | RTB 05-07-04 GAUG |
| | ~~122~~ | ~~A~~ | ~~23.2 - 23.6~~ | ~~10 FRT 15 PSGR~~ | | | ~~NO FLAGS~~ | | ~~06-10-04 G. CAR~~ |

A  15.25 - 15.65   10 + 15                    SRF

A  14.25  14.3    10 + 15                    GAUGE

001404
ARDC

| Void | Items Form Limits | Speed | From - Until | Foreman | Flag At MP | Stop | F.INT. - DATE & TRK COND. |
|---|---|---|---|---|---|---|---|
| void | ~~123  A  26.0 - 27.0~~ | 10 FRT 15 PSGR | | | NO FLAGS | | ~~06-10-04 G. CAR~~ |
| void | 124  A  26.3 - 26.5 | ~~10 FRT 15 PSGR~~ | | | ~~NO FLAGS~~ | | RWB 07-22-03 GAUG |
| void | ~~125  A  27.0~~ | 25 FRT 30 PSGR | | | ~~NO FLAGS~~ | | ~~06-10-04 G. CAR~~ |
| void | ~~126  A  28.55~~ | 25 FRT 30 PSGR | | | ~~NO FLAGS~~ | | ~~06-10-04 G. CAR~~ |
| | 127  A  29.0 - 29.3 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| | 128  A  30.75 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| | ~~129  A  32.3~~ | 25 FRT 30 PSGR | | | ~~NO FLAGS~~ | | 06-10-04 G. CAR |
| | ~~130  A  32.9 - 32.95~~ | ~~10 FRT 15 PSGR~~ | | | ~~NO FLAGS~~ | | 06-10-04 G. CAR |
| | 131  A  33.9 - 33.8 | 10 FRT 15 PSGR | BRIDGE | | NO FLAGS | | 06-10-04 G. CAR |
| | ~~132  A  33.8~~ | ~~10 FRT 15 PSGR~~ | | | ~~NO FLAGS~~ | | ~~06-10-04 G. CAR~~ |
| | 133  A  34.36 | 25 FRT 30 PSGR (CROSSING) | | | NO FLAGS | | RMC 05-28-04 SRF |
| | 134  A  35.01 | 25 FRT 30 PSGR MPH (BRIDGE) | | | NO FLAGS | | EAC 06-10-04 TIE |
| | ~~135  A  37.0 - 38.0~~ | ~~10 FRT 15 PSGR~~ | | | ~~NO FLAGS~~ | | ~~06-10-04 G. CAR~~ |
| | 136  A  37.7 - 37.8 | 10 FRT 15 PSGR | | | NO FLAGS | | RTB 06-02-04 GAUG |
| | 137  A  39.8 | 25 FRT 30 PSGR | | | NO FLAGS | | RRL 03-30-04 BS |
| | 138  A  42.2 | 25 FRT 30 PSGR | | | NO FLAGS | | RRL 12-12-03 BS |
| | 139  A  46.3 | 10 FRT 15 PSGR (SWITCH) | | | NO FLAGS | | 06-10-04 G. CAR |
| | 140  A  53.15 | 25 FRT 30 PSGR (CROSSING) | | | NO FLAGS | | RRL 11-25-02 SRF |
| | 141  A  57.0 - 57.25 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| | 142  A  62.35 - 62.4 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| | 143  A  61.0 | 25 FRT 30 PSGR | | | NO FLAGS | | EAC 06-03-04 SRF |
| void | ~~144  A  63.0 - 63.55~~ | ~~10 FRT 15 PSGR~~ | | | ~~NO FLAGS~~ | | ~~06-10-04 G. CAR~~ |
| | 145  A  66.75 - 66.80 | 10 MPH | | | NO FLAGS | | RTB 06-07-04 RAIL |
| X | 146  A  74.25 | 10 FRT 15 PSGR | BRIDGE | | NO FLAGS | | 06-10-04 G. CAR |
| | 147  A  76.5 - 76.66 | 25 FRT 30 PSGR | | | | | RRB 10-28-02-SRF MUD |
| | 148  A  77.55 | 25 FRT 30 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| | 149  A  85.95 | 25 FRT 30 PSGR (CROSSING) | | | | | RRL 06-02-04 SRF |
| | 150  A  89.4 | 25 FRT 30 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| | 151  A  99.06 | 25 FRT 30 PSGR (CROSSING) | | | | | RRL 06-30-03 SRF |
| | 152  A  111.9 | 25 FRT 30 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| | 153  A  113.4 - 114.0 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |
| | 154  A  114.50 | 25 FRT 30 PSGR | | | NO FLAGS | | RRB 05-25-04 SRF |
| | 155  A  119.5 | 10 FRT 15 PSGR | N.S. | | NO FLAGS | | 06-10-04 G. CAR |
| | 156  A  120.6 - 121.0 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 G. CAR |

A 63.05  63.15  10 & 15
AT AT 63.55    10 & 15

| Void | Item | Form | Limits | Speed | From - Until | Foreman | Flag At MP | Stop | F.INT. - DATE & TRK COND. |
|---|---|---|---|---|---|---|---|---|---|
| | 157 | A | 121.15 - 121.3 | 10 FRT 15 PSGR | | | NO FLAGS | | RRB 11-26-03 GAUG |
| | 158 | A | 123.39 | 25 FRT 30 PSGR | | | NO FLAGS | | RRB 05-07-04 SRF-MUD |
| | 159 | A | 124.6 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 G. ~~CAR~~ *Surf* |
| | 160 | A | 126.85 | 10 FRT 15 PSGR | *xcrossing* | | NO FLAGS | | 06-10-04 G. ~~CAR~~ *Surf m.* |
| | 161 | A | 131.65 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 G. ~~CAR~~ *Surf* |

## SWANTON SUBDIVISION

| Void | Item | Form | Limits | Speed | From - Until | Foreman | Flag At MP | Stop | F.INT. - DATE & TRK COND. |
|---|---|---|---|---|---|---|---|---|---|
| | 162 | C | ITALY YARD | UPPERSIDE FROM 139 SWITCH TO 122 SWITCH DO NOT EXCEED 05 MPH ACCOUNT MUD | | | | | APL 04-04-03 |
| | 163 | C | ITALY YARD | LOWER LEAD TO NORTH JCT. DO NOT EXCEED 05 MPH ACCOUNT MUD | | | | | APL 04-04-03 |
| | 164 | C | ITALY YARD | TRACK 103 OOS MAY BE USED BETWEEN CROSSOVER SWITCHES ONLY | | | | | APL 04-04-03 |
| | 165 | C | ITALY YARD | TRACK 111 OOS | | | | | APL 04-04-03 |
| | 166 | C | ITALY YARD | TRACK 116 OOS | | | | | APL-05-17-04 |
| | 167 | C | ITALY YARD | TRACK 119 OOS ACCOUNT TIE CONDITIONS | | | | | APL 04-20-04 TIES |
| *void 1215* | ~~168~~ | ~~C~~ | ~~ITALY YARD~~ | ~~ARCHWAY DERAIL HAS BEEN MOVED 170 FT NORTH OF THE POINTS OF THE ARCHWAY SWITCH~~ | | | | | ~~JD 05-28-04~~ |
| | 169 | A | 0.0 - 0.45 | 10 MPH | | | NO FLAGS | | RRB 06-07-04 *gauge & surf* |
| *void 1215* | ~~170~~ | ~~A~~ | ~~1.5~~ | ~~10 MPH (#15 SWITCH)~~ | | | ~~NO FLAGS~~ | | ~~RRB 03-18-03 SRF GAU~~ |
| | 171 | A | 3.2 | 10 MPH | *x crossing* | | NO FLAGS | | RRB 08-26-02-SRF |
| | 172 | A | 4.3 - 4.7 | 10 MPH | | | NO FLAGS | | RRL 06-07-04 *Surf* |
| | 173 | C | 7.0 - 9.0 | BRUSH WILL NOT CLEAR A MAN ON SIDE OF CAR OR ENGINE | | | | | 07-20-03 |
| | 174 | A | 7.7 | 10 MPH | | | NO FLAGS | | APL-03-24-04 *Surf* |
| | 175 | A | 8.95 | 10 MPH | | | NO FLAGS | | RRB 07-28-03-SRF |
| | 176 | A | 9.43 | 10 MPH (SWITCH) | | | NO FLAGS | | RRB-04-12-04 TIES |
| | 177 | A | 10.90 | 10 MPH | | | NO FLAGS | | RRB 03-10-04 SRF |
| | 178 | C | 12.8 - 13.6 | BRUSH WILL NOT CLEAR A MAN ON SIDE OF CAR OR ENGINE | | | | | 07-20-03 |
| | 179 | A | 14.05 | 10 MPH | | | NO FLAGS | | RRB-06-02-04-SRF |
| | 180 | C | 15.2 | DRAW BRIDGE OPEN TO NAVIGATION | | | | | 05-11-04 APL |
| | 181 | C | 17.0 | NORTH END EAST ALBURG TRESSLE - BRUSH WILL NOT CLEAR A MAN ON SIDE OF CAR OR ENGINE | | | | | |
| | 182 | C | ROGERS | SIDING OUT OF SERVICE | | | | | RRB 07-22-03 |
| | 183 | A | 15.6 - 18.7 | 10 MPH | | | NO FLAGS | | RRB 04-28-04 TIE-SRF |

004806

## *Burlington Subdivision*

| Void | Item | Form | Limits | Speed | From - Until | Foreman | Flag At MP | Stop | F.INT. - DATE & TRK COND. |
|------|------|------|--------|-------|--------------|---------|------------|------|---------------------------|
|      | 184  | C    | BURLINGTON | THE SIGNALS AT MAPLE ST. CROSSING MP121.64 AND KING ST. MP121.72 HAVE BEEN REDESIGNED FOR ISLAND CIRCUITS ONLY. CREWS MUST STOP PRIOR TO THE INSULATION AND UPON CLEARANCE OF VEHICLES IN THE CROSSING (TO INSURE THAT THE GATES ARE NOT HUNG-UP), PROCEED ONTO THE CROSSING CIRCUIT TO ACTIVATE THE SIGNALS. AFTER THE SIGNALS HAVE BEEN ACTIVE FOR 20 SECONDS THE TRAIN MAY PROCEED OVER THE CROSSING STOP SIGNALS HAVE BEEN INSTALLED AT THE INSULATED JOINTS NEAREST THE CROSSING. |  |  |  | JBO 05-19-03 |

**END OF DOB NO. 163 JUNE 11, 2004**

**TOTAL 184 ITEMS 05 PAGES**

**SAFE DAYS WORKED 59**

| SYMBOL: | ACTUAL CONDITION: |
|---------|-------------------|
| TIE | = TIE CONDITIONS |
| SW-T | = SWITCH TIMBER |
| SW-ST | = SWITCH STAND |
| RAIL | = RAIL |
| SWD | = SWITCH DEFECT |
| SRF | = SURFACE |
| GAUG | = GAUGE |
| CVT | = CULVERT |
| FRG | = FROG |
| SNK | = SUN KINK |
| FTHV | = FROST HEAVE |
| W-O | = WASH OUT |
| B-S | = BANK SLIDE |
| TIJB | = TIE JOB |
| STND | = STONE NEEDED |
| WATE | = WATER CONDITIONS |
| MUD | = MUD |

# EXHIBIT 12

ARDC

# NEW ENGLAND CENTRAL RAILROAD CO. DAILY OPERATING BULLETIN NO. 185
## EFFECTIVE AT 0001 HOURS JULY 03, 2004
### (Void at 0001 JULY 04, 2004 unless extended by Train Dispatcher)

TRANS. RULE OF THE WEEK: GCOR 7.5 TESTING HAND BRAKES

MECHANICAL RULE OF THE WEEK: EYE AND FACE PROTECTION                 000015

MOW RULE OF THE WEEK:  ENGINEERING SAFETY: SPIKE MAUL

## All Subdivisions

| Void | Item | Form | Limits | Speed | From - Until | Foreman | Flag At MP | Stop | F.INT. - DATE & TRK COND. |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | | LATEST SUPERINTENDENT'S NOTICE 03-06 | | LATEST GENERAL ORDER 04-14 | | | | |
| | 2 | | WEEKEND DUTY OFFICER NORTHERN DIVISION STEVE LARRO 6/10 AND 6/11 | | | | | | |
| | 3 | | ALL CREWS MUST BE ON THE LOOKOUT FOR SUSPICIOUS PERSONS ON OR ABOUT RAILROAD PROPERTY. CREWS ARE INSTRUCTED TO REPORT THESE INSTANCES TO THE ARDC & TO LOCAL AUTHORITIES AS NECESSARY. | | | | | | |

## Palmer Subdivision

| Void | Item | Form | Limits | Speed | From - Until | Foreman | Flag At MP | Stop | F.INT. - DATE & TRK COND. |
|---|---|---|---|---|---|---|---|---|---|
| | 4 | C | NEW LONDON | WATCH FOR WORKERS ON BRIDGE NEW LONDON YARD | | | | | 06-23-04 |
| | 5 | A | 1.4 - 2.25 | 10 MPH | | | NO FLAGS | | DED 08-13-03 TIE |
| | 6 | A | 3.9 | 10 MPH | | | NO FLAGS | | DED 03-10-04 TIE |
| | 7 | A | 5.3 - 5.5 | 10 MPH | | | NO FLAGS | | DED 06-05-02 TIE |
| | 8 | A | 6.2 | 10 MPH | | | NO FLAGS | | DED 04-18-02 SRF |
| | 9 | C | THAMESVILLE - SIDING OOS BETWEEN MP12.4 AND MP12.5 | | | | | | DED 04-22-04 GAUG |
| | 10 | A | 14.15 | 10 MPH (NORWICH TUNNEL) | | | NO FLAGS | | MJP 09-05-03 WATER |
| | 11 | A | 16.8 | 10 MPH (BRIDGE) | | | NO FLAGS | | DED 05-25-04 BT |
| | 12 | A | 18.54 | 10 MPH | | | NO FLAGS | | DED 03-10-04 FROG |
| | 13 | A | 23.07 | 10 MPH | | | NO FLAGS | | DED 04-13-04 SRF |
| | 14 | A | 25.26 - 25.36 | 25 MPH | | | NO FLAGS | | DWW 05-07-04 |
| | 15 | A | 26.03 | 25 MPH | | | NO FLAGS | | DED 10-22-03 SRF |
| | 16 | A | 27.5 - 27.9 | 25 MPH | | | NO FLAGS | | DED 05-26-04 TIES |
| | 17 | B | WILLAMANTIC (TRACK 854) | | | CONTRACTOR | NO FLAGS | | MLL 06-15-04 |
| | 18 | C | 29.99 | TRACK 852 AIRLINE TRACK OOS | | | | | DED 04-24-03 |
| | 19 | A | 35.9 | 25 MPH | | | NO FLAGS | | DED 08-26-03 TIE |
| | 20 | A | 37.35 - 37.4 | 10 MPH | | | NO FLAGS | | DED 06-22-04-TIES |
| | 21 | A | 38.65 | 25 MPH | | | NO FLAGS | | |
| | 22 | A | 39.6 - 39.65 | 25 MPH | | | NO FLAGS | | DED 03-31-04 TIE |
| | 23 | A | 40.95 | 25 MPH | | | NO FLAGS | | DED 02-27-04 SRF |
| | 24 | A | 42.75 - 42.8 | 25 MPH | | | NO FLAGS | | DED 03-30-04 TIE |
| | 25 | A | 43.3 | 10 MPH | | | NO FLAGS | | DED 06-23-04 TIES |
| | 26 | A | 46.45 - 46.60 | 10 MPH | | | NO FLAGS | | DED 03-18-03-TIE |
| | 27 | A | 48.7 | 10 MPH | | | NO FLAGS | | DED 06-22-04-TIES |

000016   ARDC

| Void | Item | Form | Limits | Speed | From - Until | Foreman | Flag At MP | Stop | F.INT. - DATE & TRK COND. |
|------|------|------|--------|-------|--------------|---------|------------|------|---------------------------|
| | 28 | C | STATE LINE | SIDING OOS SOUTH OF MP 55 | | | | | DED 05-27-04 TIES |
| | 29 | A | 55.9 | 10 MPH | | | NO FLAGS | | DED-04-13-04-SRF |
| | 30 | A | 56.0 - 56.6 | 25 MPH | | | NO FLAGS | | DED 06-29-04 STND |
| | 31 | A | 59.54 | 25 MPH (BRIDGE) | | | NO FLAGS | | DED-03-26-04-SRF |
| | 32 | A | 60.8 | 10 MPH | | | NO FLAGS | | DED 03-26-04-SRF |
| | 33 | A | 62.31 | 25 MPH | | | NO FLAGS | | JSV 05-20-04 |
| | 34 | C | PALMER YARD | SOUTH CROSSOVER TRACK 780 TO MAIN TRACK OOS | | | | | DWW 04-12-02 |
| | 35 | C | PALMER YARD | TRACK 789 FROM RED FLAG TO A POINT 300 FEET NORTH OOS | | | | | |
| | 36 | A | 65.45 - 66.0 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 G. SRF |
| | 37 | A | 67.0 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 G. SRF |
| | 38 | A | 67.23 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 G. SRF |
| | 39 | A | 68.19 | 25 FRT 30 PSGR | | | NO FLAGS | | 06-10-04 G. SRF |
| | 40 | A | 68.4 - 68.5 | 25 FRT 30 PSGR | | | NO FLAGS | | 06-10-04 G. SRF |
| | 41 | A | 68.66 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 G. SRF |
| | 42 | C | BARRETTS | TRACK 758 M-1 DNE 5MPH | | | | | DWW 12-02-03 |
| | 43 | A | 69.45 - 69.75 | 25 FRT 30 PSGR | | | NO FLAGS | | DED 11-06-02 TIE |
| | 44 | A | 72.67 | 25 FRT 30 PSGR (CULVERT) | | | NO FLAGS | | DED 05-07-04 CVT |
| | 45 | C | BELCHERTOWN | TRACK 751 OOS ACCOUNT MOW EQUIPMENT | | | | | DED 06-16-04 |
| | 46 | A | 74.65 - 75.0 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 G. SRF |
| | 47 | A | 77.11 | 25 FRT 30 PSGR | | | NO FLAGS | | DED-06-18-04FROG |
| | 48 | A | 79.50 - 79.80 | 25 FRT 30 PSGR | | | NO FLAGS | | DED 06-03-04 TIES |
| | 49 | A | 83.44 | 10 FRT 15 PSGR (BRIDGE) | | | NO FLAGS | | DED 07-02-04 |
| | 50 | A | 84.22 - 84.88 | 25 FRT 30 PSGR | | | NO FLAGS | | MJP 06-30-04 |
| | 51 | C | 84.99 | SOUTH END AMHERST SIDING OOS FOR 400 FEET | | | | | DED 08-15-03 TIE |
| | 52 | A | 86.37 | 25 FRT 30 PSGR | | | NO FLAGS | | 06-10-04 G. SRF |
| | 53 | A | 87.15 | 50 MPH | | | NO FLAGS | | TJM 09-17-02 SPERRY |
| | 54 | A | 87.99 | 50 MPH | | | NO FLAGS | | DED 09-08-02 SPERRY |

00001'7    ARDC

| VOID | Item | Form | Limits | Speed | From - Until | Foreman | Flag At MP | Stop | F.INT. - DATE & TRK COND. |
|------|------|------|--------|-------|--------------|---------|-----------|------|---------------------------|
| | 55 | A | 98.58 | 10 MPH (BRIDGE) | | | NO FLAGS | | DED 07-13-03 BRG |
| | 56 | A | 99.68 | 10 FRT 15 PSGR | | | NO FLAGS | | DED 06-01-04 SRF |
| | 57 | A | 108.8 -108.95 | 25 FRT 30 PSGR | | | NO FLAGS | | TJM 0615-04 TIES |
| | 58 | A | 109.67 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 G. TIES |
| | 59 | A | 109.93 | 25 FRT 30 PSGR | | | NO FLAGS | | 06-10-04 G. TIES |
| | 60 | C | 110.5 | HAZARDOUS WALKING CONDITIONS | | | | | RKB 06-29-04 |
| | 61 | A | 111.6 - 111.80 | 10 MPH | | | NO FLAGS | | TJM 05-26-04 TIES |
| | 62 | A | 113.0 - 113.6 | 10 FRT 15 PSGR | | | NO FLAGS | | JRS 07-02-04 TIES |
| | 63 | A | 113.9 - 114.5 | 10 FRT 15 PSGR | | | NO FLAGS | | TJM 06-30-04 GAUG |
| | 64 | A | 115.93 | 25 MPH | | | NO FLAGS | | 09-02-03 SRF |
| | 65 | C | 116.0 | HOT BOX DETECTOR IN SERVICE TRAINS TO MONITOR CHANNEL 1 | | | | | |
| | 66 | A | 118.85 | 25 FRT 30 PSGR (BRIDGE) | | | NO FLAGS | | MJP 06-18-04 ALIGN |
| | 67 | A | 119.81 | 10 MPH | | | NO FLAGS | | JRS 06-17-04 FROG |
| | 68 | C | BRATTLEBORO | NORTH END OF TRACK 634, 635 AND 636 OOS TO CEMENT DOCK | | | | | JRS 03-24-04 |
| | 69 | A | 121.0 - 121.57 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 G. GAUG |
| | 70 | A | 121.25 | 10 MPH | | | NO FLAGS | | RTB 04-14-04 RAIL |
| | 71 | A | 122.8 - 123.0 | 10 FRT 15 PSGR | | | NO FLAGS | | TJM 06-30-04 TIES |
| | 72 | A | 123.4 | 25 FRT 30 PSGR | | | | | WFA-06-07-04 |
| | 73 | C | 123.4 | TEMPORARY CROSSING ONLY IN USE WITH FORM B PROTECTION | | | | | WFA 05-07-04 |
| | 74 | A | 134.1 - 134.2 | 10 FRT 15 PSGR | | | NO FLAGS | | TJM 06-15-04 GAUG |
| | 75 | A | 135.75 | 25 FRT 30 PSGR | | | NO FLAGS | | MJP-06-18-04-BS |
| | 76 | A | 151.49 - 151.82 | 10 FRT 15 PSGR | | | NO FLAGS | | TJM-06-18-04-GAUG |
| | 77 | A | 155.3 - 155.55 | 25 FRT 30 PSGR | | | NO FLAGS | | TJM-06-24-04-SRF |
| | 78 | A | 155.65 | 10 FRT 15 PSGR | | | NO FLAGS | | RWB 11-14-04 ROCKS |
| | 79 | A | 159.9 | 10 MPH | | | NO FLAGS | | TJM-06-18-04-SRF |
| | 80 | A | 162.10 - 163.0 | 50 MPH | | | NO FLAGS | | DED 10-01-01 SPERY |
| | 81 | C | 166.4 | HOT BOX DETECTOR IN SERVICE TRAINS TO MONITOR CHANNEL 1 | | | | | 12-20-03 |
| | 82 | A | 168.53 | 50 MPH | | | NO FLAGS | | MJP 10-11-00 RAIL |
| | 83 | A | 168.7 | 25 FRT 30 PSGR | | | NO FLAGS | | RTB 04-07-04 BANK |

000018     ARDC

## Roxbury Subdivision

| Void | Items | Form | Limits | Speed | From - Until | Foreman | Flag At MP | Stop | F.INT. - DATE & TRK COND. |
|------|-------|------|--------|-------|-------------|---------|-----------|------|--------------------------|
| | 84 | A | 0.7 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 SRF-TIE |
| | 85 | A | 5.06 - 5.1 | 25 FRT 30 PSGR  (CROSSING) | | | NO FLAGS | | RWB 2-03-01 SRF |
| | 86 | C | HARTLAND | NORTH SWITCH OOS | | | | | RTB 04-20-04 SWD |
| | 87 | A | 10.15 | 25 FRT 30 PSGR | | | NO FLAGS | | 06-10-04 SRF |
| | 88 | A | 11.7 | 25 FRT 30 PSGR | | | NO FLAGS | | 06-11-04  SRF |
| | 89 | A | 12.7 - 12.75 | 25 FRT 30 PSGR | | | NO FLAGS | | 06-10-04 SRF |
| | 90 | A | 13.4 | 25 FRT 30 PSGR | | | NO FLAGS | | RRB 06-12-04 SRF |
| | 91 | A | 14.25 - 14.3 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 GAUG |
| | 92 | C | WHITE RIVER JCT YARD | TRACK 410 OOS SOUTH END | | | | | RWB 03-04-04 |
| | 93 | C | WHITE RIVER JCT YARD | TRACK 406 SOUTH END MIDDLE OF YARD TRACK OOS | | | | | RWB 04-21-04 |
| | 94 | C | WHITE RIVER JCT YARD | TRACK 404 IS DESIGNATED SIDING UNTIL FURTHER NOTICE | | | | | RWB 03-18-04 |
| | 95 | C | WHITE RIVER JCT YARD | TRACK 423 OOS SOUTH END FOR 200 FEET | | | | | RWB 04-29-04 GAUG |
| | 96 | C | WHITE RIVER JCT YARD | NORTH END TRACK 407 TARGET MISSING FROM THE SWITCH | | | | | RTB 06-28-04 |
| | 97 | A | 23.2 - 23.6 | 10 MPH | | | NO FLAGS | | RTB 05-07-04 GAUG |
| | 98 | A | 33.7 | 10 FRT 15 PSGR          (BRIDGE) | | | NO FLAGS | | 06-10-04 GAUGE TIES |
| | 99 | A | 34.36 | 25 FRT 30 PSGR (CROSSING) | | | NO FLAGS | | RMC 05-28-04 SRF |
| | 100 | A | 35.01 | 25 FRT 30 PSGR MPH (BRIDGE) | | | NO FLAGS | | EAC 06-10-04 TIE |
| | 101 | A | 42.2 | 25 FRT 30 PSGR | | | NO FLAGS | | RRL 12-12-03 BS |
| | 102 | A | 46.3 | 25 FRT 30 PSGR (SWITCH) | | | NO FLAGS | | RRL-06-14-04 SRF-MUD |
| | 103 | A | 53.15 | 25 FRT 30 PSGR (CROSSING) | | | | | RRL 11-25-02 SRF |
| | 104 | A | 61.0 | 25 FRT 30 PSGR | | | NO FLAGS | | EAC 06-03-04 CULVERT |
| | 105 | A | 64.9 | 10 MPH | | | NO FLAGS | | RTB-06-24-04-RAIL |
| | 106 | A | 74.25 | 10 FRT 15 PSGR          (BRIDGE) | | | NO FLAGS | | 06-10-04 GAUGE-TIE |
| | 107 | C | MONTPELIER JCT | SOUTH SWITCH TO THE WYE WHEN IN NORMAL POSITION (GREEN TARGET) WILL BE LINED FOR TRACK 334 THE SHORT LEG OF WYE INSTEAD OF TRACK 333 THE WYE SIDING | | | | | |
| | 108 | C | MONTPELIER JCT | SIDING OOS | | | | | RTB-06-22-04-TIE-KINK |
| | 109 | A | 76.5 - 76.66 | 25 FRT 30 PSGR | | | | | RRB 10-28-02-SRF MUD |
| | 110 | A | 85.95 | 25 FRT 30 PSGR (CROSSING) | | | | | RRL 06-02-04 SRF |
| | 111 | A | 89.4 | 25 FRT 30 PSGR | | | NO FLAGS | | 06-10-04 STONE |
| | 112 | A | 99.06 | 25 FRT 30 PSGR (CROSSING) | | | | | RRL 06-30-03 SRF-MUD |
| | 113 | A | 113.4 - 114.0 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 SRF-RAIL |

000019          ARDC

| Void | Item | Form | Limits | Speed | From - Until | Foreman | Flag At MP | Stop | F.INT. - DATE & TRK COND. |
|---|---|---|---|---|---|---|---|---|---|
| | 114 | A | 114.50 | 25 FRT 30 PSGR | | | NO FLAGS | | RRB 05-25-04 SRF |
| | 115 | A | 119.5 | 10 FRT 15 PSGR | (SWITCH) | | NO FLAGS | | 06-10-04 SRF |
| | 116 | A | 120.6 - 121.0 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 SRF |
| | 117 | A | 121.15 - 121.3 | 10 FRT 15 PSGR | | | NO FLAGS | | RRB 11-26-03 GAUG |
| | 118 | A | 123.39 | 25 FRT 30 PSGR | | | NO FLAGS | | RRB 05-07-04 SRF-MUD |
| | 119 | A | 124.6 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 SRF |
| | 120 | A | 126.85 | 10 FRT 15 PSGR | (CROSSING) | | NO FLAGS | | 06-10-04 SRF-MUD |
| | 121 | A | 131.65 | 10 FRT 15 PSGR | | | NO FLAGS | | 06-10-04 SRF |

## SWANTON SUBDIVISION

| Void | Item | Form | Limits | Speed | From - Until | Foreman | Flag At MP | Stop | F.INT. - DATE & TRK COND. |
|---|---|---|---|---|---|---|---|---|---|
| | 122 | C | ITALY YARD | UPPERSIDE FROM 139 SWITCH TO 122 SWITCH DO NOT EXCEED 05 MPH ACCOUNT MUD | | | | | APL 04-04-03 |
| | 123 | C | ITALY YARD | LOWER LEAD TO NORTH JCT. DO NOT EXCEED 05 MPH ACCOUNT MUD | | | | | APL 04-04-03 |
| | 124 | C | ITALY YARD | TRACK 103 OOS MAY BE USED BETWEEN CROSSOVER SWITCHES ONLY | | | | | APL 04-04-03 |
| | 125 | C | ITALY YARD | TRACK 116 OOS | | | | | APL-05-17-04 |
| | 126 | C | ITALY YARD | TRACK 119 OOS ACCOUNT TIE CONDITIONS | | | | | APL 04-20-04 TIES |
| | 127 | C | ITALY YARD | TRACK 122 OOS | | | | | APL 06-14-04 TIES |
| | 128 | C | ITALY YARD | 12 CROSSOVER OOS | | | | | MLL-06-26-04 |
| | 129 | A | 0.0 - 0.45 | 10 MPH | | | NO FLAGS | | RRB 06-07-04 GAUG SRF |
| | 130 | A | 3.2 | 10 MPH | | | NO FLAGS | | RRB 08-26-02-SRF |
| | 131 | A | 4.3 - 4.7 | 10 MPH | (CROSSNG) | | NO FLAGS | | RRL 06-07-04 SRF |
| | 132 | C | 7.0 - 9.0 | BRUSH WILL NOT CLEAR A MAN ON SIDE OF CAR OR ENGINE | | | | | 07-20-03 |
| | 133 | A | 7.7 | 10 MPH | | | NO FLAGS | | APL-03-24-04 SRF |
| | 134 | A | 8.95 | 10 MPH | | | NO FLAGS | | RRB 07-28-03-SRF |
| | 135 | A | 9.43 | 10 MPH (SWITCH) | | | NO FLAGS | | RRB-04-12-04 TIES |
| | 136 | A | 10.90 | 10 MPH | | | NO FLAGS | | RRB 03-10-04 SRF |
| | 137 | C | 12.8 - 13.6 | BRUSH WILL NOT CLEAR A MAN ON SIDE OF CAR OR ENGINE | | | | | 07-20-03 |
| | 138 | A | 14.05 | 10 MPH | | | NO FLAGS | | RRB-06-02-04-SRF |
| | 139 | C | 15.2 | DRAW BRIDGE OPEN TO NAVIGATION | | | | | 05-11-04 APL |
| | 140 | C | 17.0 | NORTH END EAST ALBURG TRESSLE - BRUSH WILL NOT CLEAR A MAN ON SIDE OF CAR OR ENGINE | | | | | |
| | 141 | C | ROGERS | SIDING OUT OF SERVICE | | | | | RRB 07-22-03 |
| | 142 | A | 15.6 - 18.7 | 10 MPH | | | NO FLAGS | | RRB 04-28-04 TIE-SRF |

000020     ARDC

## *Burlington Subdivision*

| Void | Item | Form | Limits | Speed | From - Until | Foreman | Flag At MP | Stop | F.INT. - DATE & TRK COND. |
|------|------|------|--------|-------|--------------|---------|------------|------|---------------------------|
| | 143 | C | BURLINGTON | | THE SIGNALS AT MAPLE ST. CROSSING MP121.64 AND KING ST. MP121.72 HAVE BEEN REDESIGNED FOR ISLAND CIRCUITS ONLY. CREWS MUST STOP PRIOR TO THE INSULATION AND UPON CLEARANCE OF VEHICLES IN THE CROSSING (TO INSURE THAT THE GATES ARE NOT HUNG-UP), PROCEED ONTO THE CROSSING CIRCUIT TO ACTIVATE THE SIGNALS. AFTER THE SIGNALS HAVE BEEN ACTIVE FOR 20 SECONDS THE TRAIN MAY PROCEED OVER THE CROSSING STOP SIGNALS HAVE BEEN INSTALLED AT THE INSULATED JOINTS NEAREST THE CROSSING. | | | JBO 05-19-03 |

END OF DOB NO. 185 JULY 03, 2004
TOTAL 143 ITEMS 06 PAGES
SAFE DAYS WORKED 81

| SYMBOL: | | ACTUAL CONDITION: |
|---------|---|-------------------|
| TIE | = | TIE CONDITIONS |
| SW-T | = | SWITCH TIMBER |
| SW-ST | = | SWITCH STAND |
| RAIL | = | RAIL |
| SWD | = | SWITCH DEFECT |
| SRF | = | SURFACE |
| GAUG | = | GAUGE |
| CVT | = | CULVERT |
| FRG | = | FROG |
| SNK | = | SUN KINK |
| FTHV | = | FROST HEAVE |
| W-O | = | WASH OUT |
| B-S | = | BANK SLIDE |
| TIJB | = | TIE JOB |
| STND | = | STONE NEEDED |
| WATE | = | WATER CONDITIONS |
| MUD | = | MUD |
| BT | = | BRIDGE TIMBER |

# EXHIBIT 13

Federal Railroad Administration

# Track Safety Standards Compliance Manual



# United States Department of Transportation

**Office of Safety Assurance and Compliance**

**January 1, 2002**

conditions as they exist in the track structure. The railroad inspector must include the specific measurement of the track parameter whenever appropriate when describing the nature of the defect per §213.241(b).    For example: "wide gage exceeds allowable for class 4 track - 58 inches - track slow ordered to 10 mph."   When defects are discovered, the track owner's inspectors must determine the risk imposed and immediately initiate remedial action, in accordance with §213.5. If a speed restriction is used as remedial action, the reduced speed should be shown in the inspection records.

\#  Railroad track inspectors are required to list all deviations from the TSS on their inspection record. FRA inspectors should review a railroad inspection record to determine if the reported data accurately indicates the track conditions as they exist in the field.   Railroad inspectors are not limited to recording deviations from the TSS (e.g., railroad maintenance items). Inspectors should compare the defects they find with the railroad inspectors reports to determine the level of compliance with the railroad's inspection program. If multiple tracks are being inspected, the records must designate the track traversed, and any tracks not inspected due to visibility obstruction or excessive distance as required under §213.233.

\#  When two qualified persons inspect multiple tracks in accordance with §213.233(b), one report or two reports may be optionally prepared.  If one report is used, the report must include a notation such as signature, initials or printed name of the second inspector.

\#  Rail inspection records must be maintained by the track owner for at least two years after the inspection and for one year after remedial action is taken. The record must specify the location and nature of any rail defects found through internal inspection and the remedial action taken and the date thereof.  This record may consist of log sheets combined with a standard rail defect and change-out report, computer records, or other data kept by the track owner and containing all the required information.

\#  The rail inspection records must specify the locations of any rail that, due to rail surface conditions, prohibit the railroad from conducting a valid search for internal defects at the required frequency. If a valid search cannot be conducted before the time or tonnage frequency expires, the remedial action and date of remedial action must be recorded on the inspection records.

\#  Inspection records must be made available to the FRA or State Inspector for inspection and copying.  A track owner may elect to maintain and transfer records through electronic transmission, storage, and retrieval procedures. Each record must have sufficient security to maintain the integrity of the record. Levels of security must identify the person making the inspection as the author

# EXHIBIT 14

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

-----------------------------
NEW ENGLAND CENTRAL          )
RAILROAD, INC.               )
                 Plaintiff,  )
                             ) CIVIL ACTION
        V.                   ) No. 04-30235 MAP
                             )
SPRINGFIELD TERMINAL         )
RAILWAY COMPANY, et al.      )
                 Defendants. )
-----------------------------

D E P O S I T I O N

- of -

EUGENE J. TROMBLY

taken on behalf of the Defendants on Monday,
January 15, 2007, at the Holiday Inn, 1068
Williston Road, South Burlington, Vermont,
commencing at 9:37 a.m.

APPEARANCES:

ON BEHALF OF THE PLAINTIFF:
    RICHARD A. DAVIDSON, JR., ESQUIRE
    Flynn & Associates, P.C.
    400 Crown Colony Drive, Suite 200
    Quincy, Massachusetts 02169
    (617) 773-5500

ON BEHALF OF THE DEFENDANTS:
    ROBERT B. CULLIFORD, ESQUIRE
    Pan Am Systems
    14 Aviation Avenue
    Portsmouth, New Hampshire 03801
    (603) 766-2002

JOHANNA MASSE, RMR, CRR
COURT REPORTERS ASSOCIATES
117 BANK STREET
BURLINGTON, VERMONT 05401
(802) 862-4593

c273b10f-7cd8-4c54-a201-7f71c884cb05

Eugene J. Trombly - 1/15/2007    NECR v. Springfield Terminal

Page 50

1  A.  They were -- if I remember right, they were about
2  the only ones that had equipment available at that
3  time.
4  Q.  How many different entities did you talk to?
5  A.  I can't recall.
6  Q.  Two, three, four?
7  A.  I can't recall.
8  Q.  Had you ever done business with Klutts Equipment
9  before?
10  A.  Yes. Yes.
11  Q.  Had you ever done business with other lessors
12  of --
13  A.  Yes.
14  Q.  -- railroad equipment?  Could you identify some
15  of those other lessors?
16  A.  I think I talked to Brown Equipment.
17  Q.  And where are they located?
18  A.  They're out of St. Louis.  ATE Equipment, I think
19  it is.  ATE, I think I tried contacting them.  They're
20  all out of the St. Louis area, most of them.  Very
21  few.
22  Q.  Similar rates to Klutts?
23  A.  Yeah.
24  Q.  Okay.
25       MR. CULLIFORD:  Can we mark this as 29.

Page 51

1       (Deposition Exhibit No. 29 was
2       marked for identification.)
3  BY MR. CULLIFORD:
4  Q.  Were the rates charged for the equipment leased
5  from Klutts Blue Book?
6  A.  I'd have to look back at the invoices.  I'm not
7  sure.
8  Q.  Okay.  If you look at -- there's a monthly rate,
9  if I'm reading this correctly.  Does that help to
10  refresh your recollection?
11  A.  These are Klutts's monthly rates, yes.
12  Q.  Based on average use, does that -- is that close
13  to or above or below Blue Book; do you know?
14  A.  I would say they're pretty close.
15  Q.  Okay.  We're a little behind the times
16  technologically, so we have one color picture, which
17  you get to see.
18       MR. CULLIFORD:  And then we have
19  black-and-white for you and me.
20  Q.  Are you familiar with those pictures, sir?
21  A.  Yes.  Um-hum.
22  Q.  Can you identify what they are pictures of?
23  A.  It's pictures of the bridge deck at Evarts, which
24  is just south of where the derailment occurred.
25  Q.  Okay.  And if I could refer you to the first

Page 52

1  picture, do you recall when that would have been
2  taken?  This picture here.
3  A.  This one?
4  Q.  Yes.
5  A.  I would -- that was probably taken on the 4th.
6  It was taken after the derailment.  You can see where
7  they actually spiked the guardrail back in.  We spiked
8  it in away from the rail.
9  Q.  Okay.  So soon -- soon --
10  A.  Exactly the date, I don't know.
11  Q.  No, but soon after the July 3rd, 2004,
12  derailment?
13  A.  Yes.
14  Q.  And could you tell us when the second picture
15  might have been taken?
16  A.  I would say it was taken at the same time.
17  Q.  At the same --
18  A.  I would say so.
19  Q.  Would you say that there are damaged ties in the
20  second picture?
21  A.  Yes.
22  Q.  Where?
23  A.  All along the -- which would be the east side of
24  the rail, and there's -- you can't really see them
25  right here because they're underneath.  The camera's

Page 53

1  hiding it.  They're underneath that rail.  You can see
2  them down here further.
3  Q.  Okay.  Then -- so as I understand the way the
4  derailment occurred is one wheel of a railcar came off
5  the rail and was essentially riding down --
6  A.  One set of wheels.
7  Q.  Okay.
8  A.  Yup.
9  Q.  And it was essentially riding down the track on
10  top of the tie rather than on top --
11  A.  Yes.
12  Q.  -- of the rail; is that --
13  A.  Um-hum.
14  Q.  Okay.  So if you look at the first picture and
15  this damage here, how was that caused?
16  A.  That was caused by -- one -- one wheel was riding
17  right here.  The other wheel was riding on the outside
18  of this rail over here.  The damage that you see here
19  is -- the opposite wheel is doing this damage on this
20  side.
21  Q.  Okay.  Because this is where I get confused, I
22  guess.  The damage here doesn't seem to be reflected
23  in -- in the second picture.
24  A.  No.  You're looking two different directions.
25  Q.  Okay.

Court Reporters Associates
(802) 862-4593

c273b10f-7cd8-4c54-a201-7f71c884cb05

# EXHIBIT 15

Volume 1, Pages 1-62

Exhibits: 29-30

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

----------------------------

NEW ENGLAND CENTRAL RAILROAD, INC.,

        Plaintiff

v.                  Docket No. 04-30235-MAP

SPRINGFIELD TERMINAL RAILWAY

COMPANY and BOSTON AND MAINE

CORPORATION,

        Defendants

----------------------------

DEPOSITION OF A. PETER KARI

Friday, January 12, 2007, 11:51 a.m.

Law Office of Robert H. D'Auria

41 North Road, Suite 205

Bedford, Massachusetts  01730


----Reporter:  Kathleen Mullen Silva, RPR, CRR----

Beacon Hill Court Reporting, Inc.

807 Main Street, 2nd Floor

Worcester, Massachusetts 01610

508.753.9286

14

```
 1     Q.  Now, the sixth car in that consist, can you
 2  tell us what the car number was?
 3     A.  CNIS 413224.
 4     Q.  And what was the load on that, according to
 5  the consist?
 6     A.  Wood pulp.
 7     Q.  What is wood pulp?
 8     A.  A paper product, I believe.
 9     Q.  Is it a product that is loaded in
10  containers, or is it like an open-top-loaded car?
11     A.  It's inside a box car, I believe.
12     Q.  Do you know how it's packed in?  Have you
13  ever seen it packed in?
14     A.  No.
15     Q.  Have you ever had the opportunity to see
16  the wood pulp before it was loaded into a rail car
17  in your experience?
18     A.  I don't believe so.
19     Q.  Do you know how heavy that rail car was?
20     A.  I do not believe it says on this consist.
21     Q.  Do you know how heavy the train was?
22     A.  I don't remember.  1,609 ton.
23     Q.  Is that approximately the weight of the
24  trains that you hauled back and forth in 2004 from
```

15

```
 1  White River down to East Deerfield?
 2     A.  It varies.
 3     Q.  And it varied because of what?
 4     A.  The number of cars you have.
 5     Q.  So if you had approximately 16 cars, would
 6  that be a normal weighted train for you,
 7  approximately?
 8     A.  It could be.  If you had all loads or all
 9  empties, but...
10     Q.  What were you basically hauling back and
11  forth on a regular basis between White River
12  Junction and East Deerfield when you were on that
13  run back in 2004?
14     A.  Liquid propane, wood pulp, newsprint,
15  empties going north.
16     Q.  You're going south, though.
17     A.  Yes, this one.
18     Q.  I'm talking about this particular line,
19  going south on this run.  I understand the runs are
20  different depending on whether you're bringing a
21  load up or bringing empties back.
22     A.  Yes.
23     Q.  Now, that morning how long had you been
24  operating the train before it derailed?
```

16

```
 1     A.  I believe it was half an hour.
 2     Q.  What milepost did you start at?
 3     A.  We start at Nut they call it, and I believe
 4  that's milepost or mileage approximately 13.4.
 5     Q.  Do you recall whether or not you stopped at
 6  all between 13.4 and the point of derailment?
 7     A.  No, we did not.
 8     Q.  You didn't pick up any cars and send any
 9  cars off?
10     A.  No.
11     Q.  So this was going to be a straight run
12  through that day down to East Deerfield?
13     A.  No.  Usually we'll stop -- it all depends
14  on where the dispatcher stops us or if we have work
15  to do.
16     Q.  Okay.  You don't recall having any work to
17  do being assigned on this run?
18     A.  We probably would have stopped in Bellows
19  Falls.
20     Q.  When you say "probably," do you have a
21  specific memory of that?
22     A.  Well, we didn't make it.
23     Q.  I understand.  I'm saying of that fact that
24  you were supposed to stop at Bellows Falls.
```

17

```
 1     A.  I don't remember.
 2     Q.  What were the weather conditions at White
 3  River Junction when you left the yard?
 4     A.  It was foggy.
 5     Q.  We all know what foggy means, but what do
 6  you mean by foggy?
 7     A.  You can't see that far.
 8     Q.  Okay.  For how long were you in the fog?
 9     A.  Maybe we'd be in it, out of it.  I don't
10  know the time.
11     Q.  Well, the derailment -- the point of
12  derailment was at 10.18.  I'll represent that to
13  you.  Okay?  And you eventually derailed down by
14  5.6, 5.7.  So you're talking you ran approximately,
15  give or take, eight miles between 13.4 and 5.5 or
16  5.6.  Do you agree with me approximately?
17     A.  Yes.
18     Q.  During that eight miles before you felt the
19  tug and the emergency brake apply, how much of that
20  13-mile run were you in the fog?
21     A.  I don't remember.
22     Q.  Do you remember feeling anything in the
23  train that was slightly unusual or jostling in any
24  way, shape or form to you at approximately milepost
```

(Pages 18 to 21)

**18**

1 10.1 and milepost 10.2?
2   A. No, I did not.
3   Q. As you proceeded south from milepost 10.18
4 to the point of derailment, you have to cross
5 through three crossings, correct? There's two farm
6 crossings and a public crossing?
7   A. Yes.
8   Q. And there's also a bridge, correct?
9   A. Yes.
10   Q. How long is that bridge, if you can
11 estimate for us?
12   A. Eighty feet.
13   Q. When you were in the fog, how far could you
14 see?
15   A. Four, five car lengths.
16   Q. When you say four or five car lengths, are
17 we using a car length in terms of approximately 60
18 feet?
19   A. Yes.
20   Q. Were you more in the fog or more out of the
21 fog as you came down?
22   A. I don't remember.
23   Q. Did you restrict your speed for any reason
24 as you were coming down through the fog?

**19**

1   A. No.
2   Q. Did you restrict your speed because of the
3 fog for any reason?
4   A. No.
5   Q. Did you stop at any time between milepost
6 13.4 and milepost 6?
7   A. No.
8   Q. You knew about a speed restriction at
9 approximately milepost 10.16, correct?
10   A. Yes.
11   Q. And what was that speed restriction?
12   A. Twenty-five.
13   Q. When did you commence your brake
14 application to slow your train down to 25 miles an
15 hour for that section; how far back?
16   A. I don't remember.
17   Q. As you were at 10.18, which is
18 approximately 105 or so feet up the north, were you
19 in the process of commencing your brake application?
20   A. Long before that.
21   Q. But were you consistently bringing the
22 speed of your train down through the use of your
23 brakes prior to this restriction?
24   A. I believe so, yes.

**20**

1   Q. So as you came through the curve that's at
2 10.2 down to 10.16, were you applying your brakes at
3 that curve?
4   A. They were applied.
5   Q. When you say you applied your brakes, are
6 you using both your independent and automatic
7 brakes?
8   A. Only the automatic.
9   Q. So you're using the train brakes, just for
10 the purposes of the record?
11   A. Yes.
12     MR. DAVIDSON: Off the record.
13     (Discussion held off the record.)
14   Q. Did you notice anything out of the ordinary
15 as you were coming through the curve at 10.2 to
16 10.16 as you were applying the brakes?
17   A. No, I did not.
18   Q. Do you remember what brake application you
19 were making, how many pounds you were applying?
20   A. I don't remember.
21   Q. Did anyone ask you that after the
22 derailment?
23   A. I don't believe so.
24   Q. After you passed by 10.16, how many curves

**21**

1 are there between 10.16 and 5.7 on that line?
2   A. 10.16 you are in a curve.
3   Q. Correct.
4   A. Four.
5   Q. Do you know, as you sit here today, whether
6 any of those curves are more than two degrees?
7   A. No, I do not.
8   Q. If you had a track map, could you refer to
9 that to see if there's any curves that are more than
10 two degrees?
11   A. I do not know.
12   Q. Have you seen a track map of that line
13 recently?
14   A. No.
15   Q. What have you reviewed before you came in
16 and testified today?
17   A. Only the transcript.
18   Q. And the transcript being?
19   A. Of the hearing.
20   Q. Disciplinary hearing that was held?
21   A. Yes.
22   Q. And that was both for you and your
23 conductor, correct?
24   A. Yes.

6

22

```
1    Q.  And it's about a half-inch, inch thick?
2    A.  I'd say.
3    Q.  Did you see the attachments that were with
4  that or just the transcript?
5    A.  Just the transcript.
6    Q.  And how did you come to acquire a copy of
7  that transcript?
8    A.  It was given to us.
9    Q.  When was that given to you?
10   A.  I don't remember.
11   Q.  A month ago, two months ago?
12   A.  Oh, after the hearing.
13   Q.  And that was held approximately two or
14 three months after the derailment?
15   A.  Yes.
16   Q.  So back in 2004?  The derailment was in
17 2004.
18   A.  Yes.
19   Q.  Okay?
20   A.  Mm-hmm.
21   Q.  Did you receive any other documents from
22 any source to review for your testimony?
23   A.  No.
24   Q.  During the course of the last two years,
```

23

```
1  have you received any documents regarding any
2  factual issue in this case from any source?
3       MR. WRIGHT:  Can we clarify that a
4  little bit?  I'm not sure what you mean.
5       MR. DAVIDSON:  I'm going to leave it
6  wide open to see if he got any documents from any
7  source regarding the factual nature of this
8  derailment.
9    A.  No, I do not.
10   Q.  So no one has contacted you to discuss
11 whatever testimony that you have, other than counsel
12 for the B&M?
13   A.  No.
14   Q.  Would you describe how the derailment
15 occurred for us; where were you, what you felt.
16   A.  I was making an application, slowing down
17 for another speed restriction, and I believe it was
18 my second application, and the train went into
19 emergency, meaning the brakes get fully applied and
20 you could feel the tug, and that was it.
21   Q.  When you say you could feel a tug, you're
22 sitting obviously in the engineer's seat and you're
23 sitting on the right side of the locomotive?
24   A.  Yes.
```

24

```
1    Q.  And the controls are on your left?
2    A.  To my left.
3    Q.  Your throttle and your brakes, correct?
4    A.  Yes.
5    Q.  So you have your throttle, you have your
6  independent brake, and that's your brake for the
7  locomotive, and then you have your automatic brakes,
8  which is the train brakes?
9    A.  Yes.
10   Q.  Which brake system are you operating on
11 your second application?
12   A.  The automatic.
13   Q.  So you're trying to keep your train tight,
14 correct?
15   A.  Yes.
16   Q.  When you say you felt a tug, would you
17 describe what you mean by "felt a tug"?
18   A.  Something's holding the train back.
19   Q.  Did you lurch forward in your seat at all?
20   A.  Not a lurch, just about (indicating).
21   Q.  Did it feel like someone tapped you from
22 the rear if you were in a car, that type of tug?
23   A.  No.  It would be in the other direction,
24 holding you back.
```

25

```
1    Q.  So it's pulling you back?
2    A.  You go forward a little.
3    Q.  You go back a little, but then you're
4  pushed back into your chair?
5    A.  I don't believe I was pushed.
6    Q.  Did you feel pressure into your chair?
7    A.  I don't think so.
8    Q.  Did you feel one tug or two?
9    A.  I believe it was one, then two.
10   Q.  So the emergency brake application occurred
11 without you touching the emergency brakes, correct?
12   A.  Yes.
13   Q.  And what's your understanding on why that
14 occurred?
15   A.  The train line separated, the air pressure
16 separated.
17   Q.  Your locomotive came to a stop?
18   A.  Yes.
19   Q.  How many cars were still on the track
20 behind you?
21   A.  I do not remember.
22   Q.  How many cars ended up on the ground?
23   A.  I believe it was six.
24   Q.  Do you know which car was the car that
```

(Pages 26 to 29)

---

**26**

1 derailed first?
2    A. I believe it was the sixth car.
3    Q. And according to the document that's in
4 front of you, the consist, could you, once again,
5 tell us what the car number is for that car?
6    A. CNIS 413224.
7    Q. Was that rail car on its side, or was it
8 just off the tracks?
9    A. I do not remember.
10    Q. It would be fair to say that you did not
11 get out of your locomotive at the scene?
12    A. No, I did.
13    Q. When did you get out of your locomotive?
14    A. Pardon me?
15    Q. When?
16    A. Just after.
17    Q. Did you go back and look at the derailment
18 site?
19    A. Yes, we did.
20    Q. That was after you secured your locomotive?
21    A. Yes.
22    Q. Who did you go back and look at that scene
23 with?
24    A. Mr. Scappace.

---

**27**

1    Q. What did you see when you got back there?
2    A. The cars were on the ground.
3    Q. When you say "on the ground," were they
4 upright, on their sides?
5    A. Some were upright, some were on their
6 sides.
7    Q. Were any piled up on top of each other or
8 up against each other?
9    A. There were some against each other, I
10 believe.
11    Q. Do you remember the ground being dug up
12 pretty substantially?
13    A. Yes.
14    Q. Do you remember the trucks being off the
15 rail cars?
16    A. Yes.
17    Q. Do you remember approximately how many cars
18 were missing their trucks?
19    A. No, I don't.
20    Q. Did you have a camera with you?
21    A. No, I didn't.
22    Q. Did you make a diagram of it?
23    A. No, I didn't.
24    Q. Did Mr. Scappace make a diagram?

---

**28**

1    A. I don't believe he did, but I do not know.
2    Q. Who called dispatch?
3    A. I believe Mr. Scappace did.
4    Q. Did you have any communications with
5 dispatch that day regarding the derailment?
6    A. I don't believe so.
7    Q. It's Mr. Scappace's job to make that
8 communication, correct?
9    A. Yes.
10    Q. Being the conductor?
11    A. Yes.
12    Q. Did you have any cellular telephone calls
13 with anyone regarding that derailment?
14    A. I don't believe so.
15    Q. Did you contact anyone outside the company
16 regarding the derailment that day?
17    A. I don't believe so, no.
18    Q. So your two engines were upright?
19    A. Yes.
20    Q. Were there any cars behind the second
21 engine on the track still?
22    A. Yes.
23    Q. You don't remember how many?
24    A. If the sixth car went on the ground, five

---

**29**

1 would be.
2    Q. Were there any cars beyond the seventh car
3 still on the track?
4    A. Yes, I believe there were.
5    Q. Who secured those cars?
6    A. Mr. Scappace.
7    Q. Did he do that when you went out to take a
8 look at the scene?
9    A. I do not remember.
10    Q. When the derailment first occurred, you're
11 sitting in the engineer's seat. What did you do
12 with the locomotive at that point immediately after
13 the derailment occurred?
14    A. If I remember correctly, I would have put
15 the throttle off and put the independent on
16 locomotive.
17    Q. Did you shut the engine off?
18    A. No.
19    Q. At any point that morning did you shut the
20 engine off?
21    A. I do not believe so.
22    Q. So you put the independent on, and that
23 applied the brakes to the locomotive?
24    A. Yes.

---

8

```
                                                  30
1    Q.  Where was Mr. Scappace at that time?
2    A.  I believe he was still sitting in his seat.
3    Q.  And his seat would have been across the
4  locomotive from you on the left-hand side?
5    A.  Yes.
6    Q.  Were you long nose out or short nose out?
7    A.  Short.
8    Q.  Both of you could see your respective side
9  of the track from your windows, right, in your
10 seats?
11   A.  If we looked out, yes.
12   Q.  And it was his responsibility to watch the
13 left side of the train, which would be the east
14 side, and it was your responsibility to watch the
15 west side?
16   A.  Yes.
17   Q.  When did Mr. Scappace get out of the
18 locomotive the first time?
19   A.  I do not remember.
20   Q.  Did he get out before you and do a walk-
21 around and then come back?
22   A.  I believe we both went back.
23   Q.  How long were you at the pileup site before
24 you went back to your locomotive?
```

```
                                                  31
1    A.  I don't remember.
2    Q.  Do you remember being out there for a long
3  period of time?
4    A.  No, not a long period of time.
5    Q.  Did you have any paperwork you needed to
6  complete as a result of the derailment, being the
7  engineer?
8    A.  No.
9    Q.  Is it your responsibility to return to the
10 engine and stay with the engine?
11   A.  Yes.
12   Q.  Is it Mr. Scappace's responsibility to
13 survey the damage and call in whatever help he
14 needed?
15   A.  Yes.
16   Q.  How much time passed between the derailment
17 and when people from your company started arriving
18 on the scene?
19   A.  I don't remember.
20   Q.  Do you remember who arrived?
21   A.  I believe most of the people were from New
22 England Central.
23   Q.  At some point in time did people from your
24 company arrive at the scene, do you recall?
```

```
                                                  32
1    A.  Yes.
2    Q.  Do you remember who you spoke to at all
3  from the company?
4    A.  Mike Bump.
5    Q.  Do you know what his position is?
6    A.  Road foreman, I believe.
7    Q.  Would that be your immediate superior?
8    A.  Yes.
9    Q.  And who else appeared besides Mike Bump?
10   A.  From our company, I do not remember.
11   Q.  What about at the scene; did anyone ask you
12 what happened from your company?
13   A.  Yes.
14   Q.  Who was that, Mike Bump?
15   A.  Mike Bump.
16   Q.  All right.  Was Mike Bump taking notes,
17 writing things down as you told him?
18   A.  I do not remember.
19   Q.  Do you remember if he had a clipboard in
20 his possession or a pad of paper in his possession?
21   A.  I don't remember.
22   Q.  I understand.  I'm just asking what you
23 recall.  How long did you speak to Mike Bump?
24   A.  Five minutes, ten minutes.
```

```
                                                  33
1    Q.  Okay.  Do you remember what you said to
2  him?
3    A.  Yeah.  Probably everything I said to you
4  more or less.
5    Q.  What more and what less?
6    A.  Probably asked me how fast I was going.  He
7  probably asked me what happened, and I told him we
8  went on the ground.
9    Q.  Okay.  Were you surprised the train
10 derailed?
11   A.  Yes.
12   Q.  This was a new experience for you, correct?
13   A.  Yes.
14   Q.  Derailing on the mainline?
15   A.  (Indicating.)
16       MR. DAVIDSON:  Do you want to talk to
17 counsel?
18       THE WITNESS:  Off the record, can I say
19 something off the record?
20       MR. DAVIDSON:  I don't care.  It makes
21 no difference to me.  This is so informal.  We're
22 not the formal kind of people.
23       THE WITNESS:  But can I say it off the
24 record?
```

(Pages 38 to 41)

**38**

1   A. No.
2   Q. Are you trained in what you're supposed to
3 do when a derailment occurs on the mainline by the
4 company?
5   A. Yes.
6   Q. Has anyone from the company ever advised
7 you that you are to give a complete statement as to
8 what happened?
9   A. I don't believe so.
10   Q. Did anyone ever advise you that it was
11 essential for determining the cause of a derailment
12 that all the facts that you know of are related to
13 the company?
14   A. I don't believe so.
15   Q. When was the last time that you looked back
16 to check your train prior to the derailment?
17   A. I believe it was just north of the curve
18 where we went off.
19   Q. Okay. When you say you went off, are we
20 talking about 10.2, or are we talking about down by
21 5.7?
22   A. By 5.7.
23   Q. Approximately what milepost would that have
24 been?

**39**

1   A. About 5.7.
2   Q. Okay. In terms of time, how much time
3 passed between the last time you checked and the
4 derailment occurred?
5   A. I might be guessing, but 15 seconds, 20
6 seconds.
7   Q. At 5.7, approximately, when the derailment
8 occurred, was it foggy at that time?
9   A. Yes, it was.
10   Q. What was your visibility?
11   A. Four or five car lengths.
12   Q. So it's four or five car lengths through
13 the fog as you came down when there was fog?
14   A. Yes.
15   Q. So we're talking somewhere between 240 to
16 300 feet visibility?
17   A. Yes.
18   Q. Do you know who David Bougie is?
19   A. I believe he's on the track department.
20   Q. Did you ever talk to him about the
21 derailment?
22   A. I don't believe so.
23   MR. DAVIDSON: These are the photos from
24 yesterday, the remaining ones.

**40**

1   Q. I'm going to put a series of photographs in
2 front of you. I'm going to ask you to take a look
3 at them. Once you get done looking at them, will
4 you just look up at me and let me he know when
5 you're done. Take your time.
6   A. I'm done.
7   Q. Okay. As a result of taking a look at the
8 eight photographs in front of you, do any of the
9 photographs refresh your memory as to which
10 locomotive was the lead locomotive that day?
11   A. Yes.
12   Q. Which photograph would that be?
13   A. This one (indicating).
14   Q. What does that tell you?
15   A. 372 instead of the 370.
16   Q. Had you ever operated 372 before?
17   A. Yes.
18   Q. Was there anything about the operation of
19 372 that you found unusual?
20   A. No.
21   Q. These photographs that are in front of
22 you -- there's eight photographs -- do they
23 accurately depict how the scene looked when you got
24 out of your locomotive and took a look at it that

**41**

1 day?
2   A. Yes.
3   MR. WRIGHT: Can we take a break?
4   MR. DAVIDSON: Let's go off the record.
5   (Discussion held off the record.)
6   MR. DAVIDSON: Back on the record.
7   Q. Mr. Kari, we had some earlier testimony
8 regarding which locomotive you were operating that
9 day, and were you using a document to refresh your
10 memory as to which locomotive that was?
11   A. Yes.
12   Q. And that was the consist?
13   A. Yes.
14   Q. Which for whatever reason I never marked as
15 an exhibit.
16   MR. DAVIDSON: Could we mark this as an
17 exhibit, please.
18   (Marked, Exhibit 29, consist.)
19   Q. Sir, this document that has been marked as
20 Exhibit 29, which is the consist, is that a document
21 you generate or is that given to you by the company?
22   A. It's given to the conductor by the company.
23   Q. Okay. It's given to the conductor. And
24 you had no involvement in terms of listing out those

54

1    A. I do not remember.
2    Q. Do you currently work with him?
3    A. No, I don't.
4    Q. Do you remember the last time you worked
5 with him?
6    A. Maybe three months ago.
7    Q. Where did you work with him three months
8 ago?
9    A. On WJED.
10   Q. They're back operating over the line?
11   A. Yes, they are.
12   Q. When did they let you back on?
13   A. I believe it was about a year and a half
14 after.
15   Q. While you were not working for a year and a
16 half on that run, where were you working in the
17 system?
18   A. East Deerfield.
19   Q. Doing what?
20   A. Switcher or local.
21   Q. Did you suffer any financial consequences
22 as a result of not being able to make the run down
23 at WJED?
24   A. I don't have the books on what they made,

55

1 WJED. I do not know.
2    Q. I'm asking you personally. Did you suffer
3 financially as a result of being banned from NECR?
4    A. I didn't make as much money as if I had
5 owned that job.
6    Q. Did anyone compensate you for the
7 difference you were making and what you weren't
8 making?
9    A. No.
10   Q. Was your visibility at any time between
11 milepost 10.16 and mile post 5.7 reduced to less
12 than one mile?
13   A. Less than one mile, yes, at times.
14   Q. Approximately how much of that time, of
15 that run?
16   A. I do not remember.
17   Q. Is there any reason why you didn't stop
18 your train and put a marker on the end of the train
19 because your visibility was less than a half a mile?
20   A. There is a marker on there.
21   Q. There was a marker on there?
22   A. Yes.
23   Q. Was it active and working?
24   A. I believe so, yes.

56

1    Q. Did anyone ever talk to you about that?
2    A. No, I don't believe so.
3    Q. As you're traveling down the track between
4 10.18 and 5.7, did you inspect your car, your train,
5 excuse me, at any time other than when you're going
6 through the curves?
7    A. I don't believe so.
8    Q. Is there a mirror outside your window?
9    A. No, there is not.
10   Q. You have a window right to your right,
11 correct?
12   A. Yes, I do.
13   Q. At any time did you put your head out the
14 window and take a look back to make sure everything
15 was fine?
16   A. On the curves, yes.
17   Q. Just on the curves?
18   A. Yes.
19   Q. What about Mr. Scappace?
20   A. I don't remember.
21   Q. You don't remember?
22   A. No.
23   Q. Because you're focusing on operating the
24 train, correct?

57

1    A. Yes.
2    Q. And you have crossings coming up?
3    A. Yes.
4    Q. And you have curves you have to go through?
5    A. Yes.
6    Q. There's no mirror on the left side of the
7 train that you can see going back, correct?
8    A. I don't believe so, no.
9    Q. So when you looked back, could you see back
10 to the sixth car?
11   A. I don't believe so.
12   Q. Is there any rule that you know of, either
13 your safety rules or the operating rules for the
14 NECR, which require you to slow down the train to a
15 speed sufficient in order to do a running inspection
16 as you were doing on the way down?
17   A. Repeat that again, please.
18       MR. DAVIDSON: Can you read it back,
19 please.
20       (Question read.)
21   A. A running inspection I believe is as you're
22 leaving the yard.
23   Q. An inspection as you're running down the
24 line. Let's do it that way instead. Your moving

(Pages 58 to 61)

**58**

1 inspections.
2    A.  You look back and you look at the train.
3    Q.  Was there any doubt in your mind as you
4 were traveling down and could not see the back of
5 your train whether or not your train was still on
6 the track?
7    A.  Was there any doubt?
8    Q.  Yes.
9    A.  No, there was no doubt.
10    Q.  Was there any uncertainty that you had that
11 the cars behind you were still in the track, the
12 ones you couldn't see?
13    A.  No uncertainty, no.
14    Q.  Did you ever file any written reports
15 concerning this derailment?
16    A.  I don't believe I have, no.
17    Q.  Did you take exception to any of the
18 testimony that you read that was provided by the
19 company as to the cause of the derailment?
20    A.  I don't believe so, no.
21    Q.  Did you take any exception as to the
22 testimony that your company provided that you
23 reviewed in the transcript as to your actions during
24 the derailment?

**59**

1    A.  No, I don't.
2    Q.  Was there anything in that transcript that
3 you desired to change or correct?
4    A.  No, I don't.
5    Q.  So that transcript is accurate, to the best
6 of your memory?
7    A.  To the best of my memory, yes.
8         MR. DAVIDSON:  Thank you for very much
9 for coming in.  I'm all done.  Nice meeting you.
10         (12:57 p.m., proceedings adjourned.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**60**

1         CERTIFICATE OF COURT REPORTER
2         I, Kathleen Mullen Silva, Registered
3 Professional Reporter and Certified Realtime
4 Reporter, do certify that the deposition of A. PETER
5 KARI, in the matter of New England Central Railroad,
6 Inc. v. Springfield Terminal Railway Company, et
7 al., on January 12, 2007, was stenographically
8 recorded by me; that the witness provided
9 satisfactory evidence of identification, as
10 prescribed by Executive Order 455 (03-13) issued by
11 the Governor of the Commonwealth of Massachusetts,
12 before being sworn by me, a Notary Public in and for
13 the Commonwealth of Massachusetts; that the
14 transcript produced by me is a true and accurate
15 record of the proceedings to the best of my ability;
16 that I am neither counsel for, related to, nor
17 employed by any of the parties to the above action;
18 and further that I am not a relative or employee of
19 any attorney or counsel employed by the parties
20 thereto, nor financially or otherwise interested in
21 the outcome of the action.
22
23 _____  January 22, 2007
24 Kathleen Mullen Silva, RPR, CRR

**61**

1         I N D E X
2
3         EXAMINATIONS
4 A. PETER KARI
5    BY MR. DAVIDSON              3
6
7         EXHIBITS MARKED
8 29, consist                    41
9 30A-H, photographs             42
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

16

# EXHIBIT 16

Volume 1, Pages 1- 101

Exhibits: 31-32

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

------------------------------

NEW ENGLAND CENTRAL RAILROAD, INC.,

          Plaintiff

v.                   Docket No. 04-30235-MAP

SPRINGFIELD TERMINAL RAILWAY

COMPANY and BOSTON AND MAINE

CORPORATION,

          Defendants

------------------------------

DEPOSITION OF JOSEPH C. SCAPPACE, JR.

Friday, January 12, 2007, 1:12 p.m.

Law Office of Robert H. D'Auria

41 North Road, Suite 205

Bedford, Massachusetts  01730


----Reporter:  Kathleen Mullen Silva, RPR, CRR----

Beacon Hill Court Reporting, Inc.

807 Main Street, 2nd Floor

Worcester, Massachusetts 01610

508.753.9286

(Pages 18 to 21)

---

**18**

1    Q. Other than reading that today, have you had
2  an opportunity to review that consist any time since
3  July 3, 2004?
4    A. No.
5    Q. Did you review that consist prior to giving
6  your testimony and the prior disciplinary hearing
7  regarding this derailment?
8    A. No.
9    Q. How heavy was your train that day?
10   A. I don't remember.
11   Q. Would you like to look at the consist and
12 see if it refreshes your memory?
13   A. It says 1,609 for total.
14   Q. That would be 1,609 ton, right?
15   A. 1,609 tons. That doesn't seem right,
16 though.
17   Q. Why is that?
18   A. Well, just math, that's all.
19   Q. What specifically?
20   A. Well, I'd have to get a calculator to
21 figure it out, but for all the loads, we usually
22 figure about 125 tons per car, and for every empty
23 30 tons per car.
24   Q. How much do you figure for the locomotives?

---

**19**

1    A. Locomotives don't -- well, we don't enter
2  that in.
3    Q. So when you say "1,609 ton," we're talking
4  about the weight of the rail cars?
5    A. Train, not the locomotives, just the train.
6    Q. Do you know how much the locomotives weigh,
7  approximately?
8    A. No.
9    Q. When you went through qualification and
10 recertification as a conductor, was it ever
11 discussed with you that the weight of the
12 locomotives and the factor they may have in stopping
13 the train?
14   A. No.
15   Q. So were you ever taught or schooled in any
16 of the classes you took as to the calculation that
17 you need to make roughly for stopping the train with
18 a load in locomotives?
19   A. No.
20   Q. Have you ever been a certified engineer?
21   A. No.
22   Q. Have you ever held a position other than
23 train man or conductor with the railroad?
24   A. Train man, flag man, conductor, but within

---

**20**

1  the operating class, that's it.
2    Q. So you never held any other position in any
3  other department?
4    A. No.
5    Q. What were the weather conditions at White
6  River Junction when you were in the yard making up
7  your train?
8    A. Well, as far as -- it wasn't range out. It
9  wasn't a clear day. It was ground fog, river fog.
10   Q. Was it river fog in the yard?
11   A. Yes.
12   Q. Describe for us what you mean by "river
13 fog."
14   A. Well, it was morning fog. It was going to
15 burn off when the sun came up. The sun wasn't quite
16 up yet at 5:00.
17   Q. How far could you see in this fog in the
18 yard?
19   A. Oh, I don't remember. You can see a ways.
20 It wasn't pea soup thick fog, if that's what you
21 mean. Just morning fog, ground fog.
22   Q. If you stood at the head end of your train
23 and looked to the back end of your train not knowing
24 which direction your train was in the yard, could

---

**21**

1  you see the rear end of your train?
2    A. No.
3    Q. How far back could you see approximately?
4    A. I don't remember, but I don't think I'd see
5  the tail end of it.
6    Q. Could you see the middle section of it?
7    A. Yes.
8    Q. How many rail cars were on your train that
9  day?
10   A. Nineteen.
11   Q. So when you say "the middle," you could see
12 approximately nine and a half cars back?
13   A. Roughly.
14   Q. And that's including the locomotives?
15   A. I don't remember. You can more or less
16 just see the outline of the cars. You couldn't see
17 anything in particular.
18   Q. The outline of the cars in the middle
19 section of the train?
20   A. From where I am to where the middle was and
21 after that, the rest would just vanish.
22   Q. Do you remember what time you pulled out of
23 the yard that day?
24   A. It was about 6:30, somewheres in that area.

---

6

(Pages 34 to 37)

**34**

1   Q.  When it first derailed.
2   A.  No.
3   Q.  Do you know where the derailment piled up?
4   A.  Yes.
5   Q.  Where?
6   A.  At Hartland.
7   Q.  To the best of your memory, what milepost
8   did it pile up at?
9   A.  5.6, in that area, where the Hartland site
10  is.
11  Q.  5.6?
12  A.  Yeah, 5.6, in that area of Hartland itself.
13  Q.  When you say in that area, plus or minus?
14  A.  Hartland, Hartland station, that's what
15  it's called.  That's the point.
16  Q.  When did you first realize that the train
17  was experiencing a derailment?
18  A.  When we heard the air brakes apply.  It's
19  called when the air dumps.  Loss of air, the brakes
20  go on, and we can hear that.
21  Q.  Did you feel anything?
22  A.  At that time we did, yes.
23  Q.  What did you feel?
24  A.  We felt the train slowing down because the

**35**

1   brakes were applied.
2   Q.  How far did the train travel from the time
3   you first felt the air dump to the time that it
4   stopped?
5   A.  I do not know.
6   Q.  Can you estimate it for me?
7   A.  I don't remember.
8   Q.  What were you doing when the brakes
9   applied?
10  A.  Looking back to see what was going on.
11  Q.  How were you looking back?
12  A.  I turned around in the seat, looked out the
13  rear window.
14  Q.  What did you see?
15  A.  I saw boxcars coming all different ways.
16  Primarily east.  We were heading south, the box car
17  was heading east.  I knew something was wrong.
18  Q.  How much time passed between the time the
19  air brakes dumped and the time the train came to a
20  stop?
21  A.  I don't know.
22  Q.  Would you estimate it for me?
23  A.  I don't remember.
24  Q.  But it was enough time that when they first

**36**

1   started dumping, you realized what it was?
2   A.  Mm-hmm.
3   Q.  Then you spun around in your chair?
4   A.  Well, first I looked at Pete and I said,
5   "Now we're in trouble," and I turned around and
6   looked and there's a box car heading east.  Or I
7   said something like, "Now what?"  That's what I
8   said, "Now what?"  I turned around to take a look
9   and we had a derailment back there.
10  Q.  What happened once the locomotive came to a
11  stop?
12  A.  What happened to what?
13  Q.  What happened next that you recall?
14  A.  We reported it to the dispatcher.
15  Q.  When you say "we," who reported it?
16  A.  The crew, Pete and I.
17  Q.  You both called on the radio?
18  A.  No.  He got on the radio and reported we
19  had a derailment.
20  Q.  Who did?
21  A.  Pete, I believe.  I don't remember if it
22  was him or me.  One of us did, because that's what
23  we're supposed to do.
24  Q.  Isn't it your responsibility as a conductor

**37**

1   to make that call?
2   A.  It's the responsibility of the crew.
3   Q.  I understand.  You're in charge of the crew
4   being the conductor of the movement of the train?
5   A.  Engineers and conductors are equally
6   responsible for the safe operation of their train.
7   Q.  Understood.  But in the pecking order --
8   excuse me, there's not a question before you.
9   In terms of who's ultimately responsible
10  for movement of the train, it's the conductor,
11  correct?
12  A.  In what respect?
13  Q.  In the movement of the train, you are
14  ultimately responsible?
15  A.  Yes.
16  Q.  You say when the train goes and when it
17  stops?
18  A.  Yes.
19  Q.  After whomever reported this derailment to
20  dispatch, what then happened?
21  A.  I then went back to inspect damage.
22  Q.  Did you go by yourself or did you go with
23  Peter?
24  A.  I went by myself first.  He was manning the

10

**Joseph C. Scappace, Jr.**
**January 12, 2007**

(Pages 62 to 65)

---

62

1  stuff?
2      A. My van, my truck, a bag.
3      Q. Have you checked your van, your truck or
4  your bag for a copy of the original of this document
5  any time in the last, say, six months?
6      A. No.
7      Q. Has anyone asked you to?
8      A. No.
9      Q. Has anyone asked you to produce the
10  original version of that document, Exhibit 22?
11      A. No.
12      Q. Has anyone asked you to look for the
13  original of the July 3 version of that document?
14      A. You just asked me that.
15          MR. WRIGHT: Yeah.
16      Q. I'm asking has anyone asked you to look for
17  it after you wrote this document?
18      A. No.
19      Q. Is there anyone that you can think of that
20  you would have given that July 3 version of that
21  document, the original document -- not the copies?
22      A. No.
23      Q. You're at the scene of the derailment. I
24  want to focus you back to July 3 about 7:00 in the

---

63

1  morning. Did someone from your company appear at
2  the derailment site at some point that morning?
3      A. Yes.
4      Q. Who was that?
5      A. Walt Rice.
6      Q. Who is Walt Rice?
7      A. Section supervisor I believe is his title.
8      Q. Approximately what time did he show up?
9      A. I do not remember.
10      Q. Did you have a conversation with him?
11      A. Oh, yeah.
12      Q. What did you talk about?
13      A. He told me how far back it was.
14      Q. How far back was that?
15      A. Five miles, roughly.
16      Q. Were you surprised about that?
17      A. Yes.
18      Q. What else did he tell you?
19      A. I don't remember. We talked. Mr. Bump
20  showed up.
21      Q. What's Mr. Bump's first name?
22      A. Mike.
23      Q. Who's Mike Bump?
24      A. At that time he was a road foreman.

---

64

1      Q. He was your boss, correct?
2      A. No. He was a road foreman.
3      Q. He worked for what department?
4      A. Operating.
5      Q. Who was your immediate supervisor?
6      A. Mr. Galvis.
7      Q. Who was his supervisor?
8      A. I don't remember at the time.
9      Q. What was Mike Bump's job at the site when
10  you got there? What was his responsibility?
11      A. Find out -- investigate what happened, get
12  information. I don't know if he downloaded the
13  engines or -- I don't remember if Mr. Williams
14  showed up on the scene. I think he did. I don't
15  remember.
16      Q. Who's Mr. Williams?
17      A. Another road foreman of engines.
18      Q. Does he have a first name?
19      A. Mark.
20      Q. Who did you talk to about the occurrence of
21  the derailment? Did you talk to Mike Bump about it?
22      A. Yes.
23      Q. Was he taking notes as you were talking to
24  him?

---

65

1      A. I don't remember.
2      Q. Do you remember him having a clipboard or a
3  pad of paper with him?
4      A. No. I don't remember.
5      Q. Did anyone ever ask you to provide a
6  written statement?
7      A. Just the accident report.
8      Q. Aside from the report, did anyone ask you
9  to provide a verbatim written statement?
10      A. No.
11      Q. Did anyone ever ask you to provide a
12  recorded statement?
13      A. No.
14      Q. Did anyone ever call you after the
15  derailment from the company or from an investigator
16  talking to you about this over the phone?
17      A. No.
18      Q. So as far as you understand, there is no
19  recorded statement from you in either writing or
20  electronically regarding the happening of the
21  derailment?
22      A. At the hearing we attended.
23      Q. Just on your statement, not your testimony.
24      A. No.

---

(Pages 82 to 85)

82

1    A. Yes, I do.
2    Q. Do you remember testifying at your hearing
3  it was approximately four to five car lengths you
4  could see?
5    A. That was back, not forward.
6    Q. I'm going to point you to page 39 of a
7  document entitled, "Hearing, A.P. Kari" and your
8  name is underneath that, August 9, 2004. First I'm
9  going to ask you, is that a copy of the -- does that
10 look to you to be a copy of the transcript that you
11 reviewed for your testimony here today? I will
12 represent to you that was given to us by the
13 company.
14   A. It looks like it, yes.
15   Q. Would you turn to page 39. Strike that for
16 a second. Hold on. I think I'm at the wrong place.
17 Go to page 34. Do you recall being asked by
18 Mr. Bergeron the question, "Do the tracks running
19 from White River to East Deerfield follow the
20 Connecticut River, and this is why they call it the
21 Conn. River?" And you answered, "Yes, it is." Do
22 you remember that?
23   A. Mm-hmm.
24   Q. Do you remember then being asked, "And

83

1  foggy conditions are pretty much a common sight."
2  And you responded, "Yes, they are." Do you remember
3  that?
4    A. Mm-hmm.
5    Q. And it says, "On the date in question you
6  indicated in the incident report that you filled out
7  that day you had foggy conditions." And you said,
8  "Yes, we did." Do you remember that?
9    A. Yes, I do.
10   Q. Do you remember being asked, "Approximately
11 how many or what was the visibility, let's say in
12 car lengths?" And you said, "Four, five at most."
13 And he says, "Four or five car lengths?" And you
14 said, "You could see clearly, yes, somewhat clear.
15 Like I said, it was a patchy fog on and off." Do
16 you remember saying that?
17   A. Yes, I do.
18   Q. Do you remember saying anywhere within that
19 testimony where you qualified it as looking
20 backwards?
21   A. That's what I was referring to, though.
22 That's what I was referring to.
23   Q. Did you testify to that at your hearing,
24 that's what you're referring to during that

84

1  testimony that I just read to you? Yes or no.
2    A. I do not remember, because that's what I
3  was referring to when I said I can see back four or
4  five cars, four or five car lengths, that's what I
5  was referring to, the train, not in front of me.
6  I'm sorry if it doesn't reflect in that, but that's
7  what I was describing, how far back I could see.
8    Q. That's what you meant, but that's not what
9  your testimony was, correct, what I just read?
10   A. I don't know.
11   Q. Well, I'm going to ask you to read to
12 yourself --
13   A. I just told you what I was referring to.
14   Q. I understand what you're referring to. But
15 I want to make sure that we're clear that's not what
16 your testimony was back at the hearing during the
17 course of this questioning, was it? It doesn't show
18 up there that that's what you were referring to?
19 That's what I'm asking.
20   A. No, I guess it doesn't.
21   Q. Okay.
22   A. But that's what I was referring -- when I
23 gave a count like that, I was referring to what I
24 could see in back of me. That's what I was

85

1  referring to.
2    MR. DAVIDSON: Okay. Can we mark this
3  as exhibit whatever the next one is.
4    (Marked, Exhibit 31, transcript.)
5    Q. Now, you've had a chance to take a look at
6  your testimony as to that issue. Does that refresh
7  your memory as to how far in front of you you could
8  see that day?
9    A. We had good visibility in front, yes.
10   Q. Okay. Can you estimate for us how many car
11 lengths you had in front of you for visibility?
12   A. I don't remember.
13   Q. If you describe your visibility looking
14 forward as good, how would you describe your
15 visibility looking backwards?
16   A. You can see cars.
17   Q. Was it poor, was it good, was it fair?
18   A. As far as...
19   Q. Visibility.
20   A. Well, I said, you know, you could only see
21 back four or five cars.
22   Q. Okay. I understand that's how many cars
23 you could see back. But how would you qualify that
24 or describe it beyond that, in terms of good, fair,

22

Joseph C. Scappace, Jr.
January 12, 2007

(Pages 86 to 89)

---

86

1  poor?
2   A. Fair, because there was still patchy fog
3  and the sun was still coming up.
4   Q. So there were times that the visibility --
5   A. Hazy.
6   Q. So there were times as you were coming down
7  the line that the visibility in front of you was as
8  bad as it is behind you, but then it improves again
9  and then it deteriorates?
10  A. It was patchy fog, yes.
11  Q. Just for the record, I'm trying to get what
12 you saw.
13      MR. DAVIDSON: Off the record.
14      (Discussion held off the record.)
15  Q. Did you advise dispatch that there was fog
16 through that area as you went through there?
17  A. No.
18  Q. Now, you said earlier that the visibility
19 was somewhat restricted. Aren't you required by
20 Rule 6.21 to report that to the train dispatcher?
21 It's a yes or no, sir.
22  A. I can't answer that question.
23  Q. Okay. If the sixth rail car had derailed
24 and it was being dragged down the track and the

---

87

1  trucks or the wheels on the trucks that are to the
2  east are running over the edge of the ties, wouldn't
3  that rail car be out of line with the rest of the
4  cars?
5   A. No.
6   Q. It wouldn't?
7   A. No.
8   Q. So a rail car that its trucks --
9   A. No.
10  Q. -- the wheels are a foot to eighteen inches
11 from the rail being dragged down the line, it
12 wouldn't be out of line with the rest of the rail
13 cars?
14  A. No. Now --
15  Q. No, no, nothing further. "No" is fine.
16 Thank you.
17      Don't the rules require you to take the
18 most safe course of action at all times?
19  A. Yes.
20  Q. And that both appears in the GCOR rules as
21 well as in your safety rules, correct?
22  A. Yes.
23      MR. DAVIDSON: For the purposes of
24 today, I'd like to have this marked as Exhibit 32.

---

88

1  This is the GCOR rules I've been referring to as
2  I've been speaking today, so we have them
3  identified.
4      (Marked, Exhibit 32, GCOR rules.)
5   Q. Do you know who Roger Bergeron is?
6   A. Yes, I do.
7   Q. How do you know Mr. Bergeron?
8   A. I believe I was down in Lawrence at the
9  same time he was working there.
10  Q. What was his position with the railroad at
11 that time, if you recall?
12  A. He was section foreman, I believe. I guess
13 he's gone up the ladder since then.
14  Q. All right. Your dad was a conductor,
15 right?
16  A. Yes, sir, he was.
17  Q. Did you guys work off in different
18 territories or did you work in the same territories?
19  A. Yes.
20  Q. Both?
21  A. Yes.
22  Q. At what point in your career did you start
23 working in different territories?
24  A. We didn't.

---

89

1   Q. So you always overlapped?
2   A. No. I don't understand your question.
3   Q. When did your dad retire from the railroad?
4   A. He retired '85. 1985, just before the
5  strike in '86, yeah.
6   Q. In 1977, do you remember being disciplined
7  for operating without authority on the Maine and
8  Hoosac?
9   A. Yes.
10  Q. What was your discipline for that?
11  A. I got a little reprimand, I believe. I
12 wasn't the conductor.
13  Q. I understand. You were the train man?
14  A. That's right.
15  Q. You were actually the head-end brake man.
16  A. Mm-hmm.
17  Q. What about July 9, 1984 when you were
18 working in Local LA-1, do you remember being
19 involved in an incident where you were disciplined?
20  A. A derailment.
21  Q. July 9, 1984.
22  A. '84, that was a derailment, Georgia-
23 Pacific.
24  Q. Correct.

---

Beacon Hill Court Reporting, Inc.
508.753.9286

Joseph C. Scappace, Jr.
January 12, 2007

(Pages 94 to 97)

94

1 the drug test and why it would be noted as non-FRA
2 required?
3    A. No. What date?
4    Q. August 6, 1999 you were coming back to work
5 after being injured apparently.
6    A. '99.
7    Q. It would be the summer of '99.
8    A. That would be the stent.
9    Q. Do you remember why they wanted you to have
10 a drug test that wasn't FRA required?
11    A. Random. That's all I can say.
12    Q. I understand they're entitled to do it
13 under the FRA guidelines randomly, but this says
14 non-FRA.
15    A. I have no idea.
16    Q. Do you recall on 10/17/97 that you were
17 suspended for a day on train LAED out of Lawrence
18 when you failed to have your NORAC rule book in your
19 possession?
20    A. Yes.
21    Q. What about November 1, 1996, you were
22 shoving a Mount Tom coal train VMT-65 and you shoved
23 it off the end of track number 1?
24    A. Yes.

95

1    Q. Do you remember getting a ten-day
2 suspension for that?
3    A. Yes.
4    Q. And what about January 27, 1996, train
5 LAED, you damaged the power switch.
6    A. Yes.
7    Q. Can you tell us what happened on that?
8    A. Track was misaligned.
9    Q. It was your responsibility to make sure it
10 was aligned correctly, right?
11    A. Yes.
12    Q. And you got two weeks suspension for that?
13    A. Yes.
14    Q. Are there any other dates I've missed where
15 you have been subject to discipline by the
16 company --
17    A. No.
18    Q. -- that you recall?
19    A. Not that I recall, no.
20    Q. Have you ever read your personnel file at
21 the company?
22    A. No.
23    Q. Have you ever been provided an opportunity
24 to read it?

96

1    A. No.
2    Q. On November 17, 2003, approximately nine
3 months before this derailment, do you remember
4 receiving a three-day suspension for failure to
5 properly perform your duties while employed as a
6 conductor on train WJED 06 on 10/6/03 at Claremont,
7 New Hampshire?
8    A. Yes.
9    Q. And in fact, you placed the wrong car at
10 the Rymes, R-y-m-e-s, siding, correct?
11    A. Yes.
12    Q. Were you ever assessed or fined any monies
13 as a result of damaging the number 1 power switch on
14 February 9, 1996 in addition to your two-week
15 suspension?
16    A. No.
17    Q. Were you ever assessed any monies by the
18 company during any of the incidents which resulted
19 in discipline where damage was done?
20    A. No.
21    Q. Do you know why in January of 1997 you were
22 ordered to make an appointment with a rules examiner
23 to review the operating rules on or about April 1,
24 1997 in which you received a reprimand?

97

1    A. What was the date?
2    Q. It was January 28, 1997 -- 1977.
3    A. '77?
4    Q. 1977. Can you remember back that far?
5    A. That was the Pownal incident, I believe. I
6 believe.
7    Q. What were you and Mr. Kari doing
8 immediately before the emergency brake applied to
9 the train before the derailment? When I say
10 "derailment," I mean the dumping of the cars.
11    A. Looking ahead.
12    Q. Were you talking?
13    A. I don't remember. I don't remember.
14    Q. Did either one of you have a radio on,
15 other than the radio to communicate with?
16    A. No.
17    Q. Was there any other noise on the train,
18 other than noise that comes from the train when
19 you're operating it?
20    A. No.
21    Q. Did you feel any tugging or bumping as the
22 train passed over the bridge immediately before the
23 derailment?
24    A. No.

98

1    Q.  Did you feel any tugging or any unusual
2  sensations when you made it over the crossings?
3    A.  No.
4        MR. DAVIDSON:  I believe that's all I
5  have for you, sir.  Thank you for coming down.
6        (3:13 p.m., proceedings adjourned.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

100

1              I N D E X
2
3         EXAMINATIONS
4  JOSEPH C. SCAPPACE, JR.
5      BY MR. DAVIDSON              3
6
7       EXHIBITS MARKED
8  31, transcript              85
9  32, GCOR rules              88
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

99

1        CERTIFICATE OF COURT REPORTER
2      I, Kathleen Mullen Silva, Registered
3  Professional Reporter and Certified Realtime
4  Reporter, do certify that the deposition of JOSEPH
5  C. SCAPPACE, JR., in the matter of New England
6  Central Railroad, Inc. v. Springfield Terminal
7  Railway Company, et al., on January 12, 2007, was
8  stenographically recorded by me; that the witness
9  provided satisfactory evidence of identification, as
10 prescribed by Executive Order 455 (03-13) issued by
11 the Governor of the Commonwealth of Massachusetts,
12 before being sworn by me, a Notary Public in and for
13 the Commonwealth of Massachusetts; that the
14 transcript produced by me is a true and accurate
15 record of the proceedings to the best of my ability;
16 that I am neither counsel for, related to, nor
17 employed by any of the parties to the above action;
18 and further that I am not a relative or employee of
19 any attorney or counsel employed by the parties
20 thereto, nor financially or otherwise interested in
21 the outcome of the action.
22
23 _____  January 22, 2007
24 Kathleen Mullen Silva, RPR, CRR

101

WITNESS: JOSEPH C. SCAPPACE, JR.
CASE:  New England Central Railroad, Inc. v. Springfield
Terminal Railway Company, et al.
         SIGNATURE PAGE/ERRATA SHEET
PAGE   LINE   CHANGE OR CORRECTION AND REASON
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
I have read the transcript of my deposition taken January 12,
2007.  Except for any corrections or changes noted above I
hereby subscribe to the transcript as an accurate record of the
statements made by me.
Signed under the pains and penalties of perjury.

_____DATE_____
Deponent, JOSEPH C. SCAPPACE, JR.

26

# EXHIBIT 17

06/07 2004 16:10 FAX                                                    ☑002

/.                              000168

---

**WABCO Railway Electronics**

Detailed Analysis Plot (c)
Time base

Location: Hartland, VT on NECR                          Locomotive 372
Remarks: WJED Derailment                                Recorder 0088977

---

Cursorline values:

| | | | |
|---|---|---|---|
| Date | 07/03/04 | Load | 843 |
| Time | 06:23:00 | Horn | Off |
| Milepost | 13.46 | Auto Brake | 84 |
| POR Dist | 8mi 327ft | Ind Brake | 0 |
| For Dist | 8mi 327ft | PCS | Closed |
| Rev Dist | 0mi 0ft | Bell | Off |
| Dist to Mark(↑) | N/A | Throttle | 4 |
| Speed | 1 | Emer Sand | No |
| Direction | Forward | Wheel Slip | No |



ST010381

06/07 2004 16:11 FAX                                                          ☑003

2.                    0001

---

**WABCO Railway Electronics**                      Detailed Analysis Plot (c)
                                                                  Time base

Location: Hartland, VT on NECR                          Locomotive 372
Remarks: WJED Derailment                                Recorder 0088977

---

Cursorline values:

| | | | |
|---|---|---|---|
| Date | 07/03/04 | Load | 398 |
| Time | 06:29:00 | Horn | Off |
| Milepost | 11.06 | Auto Brake | 85 |
| POR Dist | 5mi 3489ft | Ind Brake | 0 |
| For Dist | 5mi 3489ft | PCS | Closed |
| Rev Dist | 0mi 0ft | Bell | Off |
| Dist to Mark (↑) | N/A | Throttle | 6 |
| Speed | 36 | Emer Sand | No |
| Direction | Forward | Wheel Slip | No |



ST010382

PAGE 02          SUPER 8 MOTEL KEENE          6035252515          07/03/2004 19:38

06/07 2004 16:12 FAX                                                      ☒004

990170

S.

---

WABCO Railway Electronics

Detailed Analysis Plot (c)
Time base

Location: Hartland, VT on NECR                          Locomotive 372
Remarks: WJED Derailment                                Recorder 0088977

---

**Cursorline values:**

| | | | |
|---|---|---|---|
| Date | 07/03/04 | Load | 567 |
| Time | 06:35:00 | Horn | Off |
| Milepost | 8.00 | Auto Brake | 86 |
| POR Dist | 2mi 3180ft | Ind Brake | 0 |
| For Dist | 2mi 3180ft | PCS | Closed |
| Rev Dist | 0mi 0ft | Bell | On |
| Dist to Mark(↑) | N/A | Throttle | 8 |
| Speed | 36 | Emer Sand | No |
| Direction | Forward | Wheel Slip | No |



Speed (mph)
Direction
Load (amps)
Horn
Brakes (psi) ABK BK
PCS
Bell
Throttle IDLE DY BRAKE
Emer Sand
Wheel Slip

Jul 03 06:30:00                     Minutes                     Jul 03 06:36:00

ST010383

06/07 2004 16:12 FAX                                                    ☒005

000171



WABCO Railway Electronics

Plot (c)
Time base

Location: Hartland, VT on NECR
Remarks: WJED Derailment

notive 372
er 0088977

**Cursorline values:**

| | | | |
|---|---|---|---|
| Date | 07/03/04 | Load | 0 |
| Time | 06:41:00 | Horn | Off |
| Milepost | 5.40 | Auto Brake | 0 |
| POR Dist | 0mi 0ft | Ind Brake | 50 |
| For Dist | 0mi 0ft | PCS | Closed |
| Rev Dist | 0mi 0ft | Bell | Off |
| Dist to Mark(↑) | N/A | Throttle | Idle |
| Speed | 0 | Emer Sand | No |
| Direction | Forward | Wheel Slip | No |

ST010384

07/03/2004 19:38    603525215    SUPER 8 MOTEL KEENE    PAGE 04

# EXHIBIT 18

# Train Accident Cause-Finding Manual



## Train Accident Prevention & Testing
### Safety & Regulatory Affairs



CANADIAN
PACIFIC
RAILWAY

*Effective December 2002*

Winston _Strawn LLP * 3/5
03/19/200?... 17:04  603/862094    PARAM SYSTEMS    PAGE  03/05

needed as train speeds increase. In some cases, this section of tangent track does not exist, creating a point reversal. Compound and reverse curves are illustrated in Figure 6-4.

The spiral is a critical track geometry feature. At least three more car motions occur in a spiral that do not occur on full curvature or tangent track; the truck must swivel, the car body must roll and the car body must yaw. A car's reaction to an entry spiral differs from its reaction to an exit spiral, and the nature of its derailment may differ. Precisely locating a point of derailment within a full curve, an exit or entry spiral or a tangent is essential to cause finding.

The tangent to spiral point (TS & ST) and the spiral to curve point (SC & CS) are likely locations for alignment variations to occur. At these points, the truck's angular relationship to the car body is changed by the action of the wheel flange on the rail head. The repetitive lateral force that is created tends to shift the track over a period of time.

To measure curvature, hold the ends of a taut string against the gauge side of the outside rail at two points 62' apart and 5/8" below the top of the rail. At the midpoint of the string, measure and record the distance (defined as mid-ordinate) from the string to the gauge face 5/8" below the top of the rail. With a 62' chord, this measurement in inches equals the curvature in degrees; therefore, a mid-ordinate of one inch indicates a curve of one degree and two inches equals two degrees and so on. When the outside (high) rail has been rolled out of the tie plates but the inside (low) rail remained intact, pre-derailment alignment measurements can be estimated by holding the string against the field side of the low rail and measuring the mid-ordinate.

Alignment defects cause unbalanced dynamic forces on the track which frequently cause or amplify cross level defects. Similarly, cross level defects can cause alignment defects, so a geometry defect can feed upon itself and worsen quickly. The combination of forces from alignment and surface defects in the same location (for example, an alignment kink and a low joint on the outside rail) has a cumulative effect much greater than either defect alone.

**Track Buckling** - During hot weather or rising temperatures, particularly in afternoon hours during spring or summer months, track may have a tendency to buckle. Buckled track is defined as track that is severely out of alignment during very hot weather. The misalignment can vary from a few inches up to 30 inches. When a track is severely misaligned in a derailment during very hot weather, the Investigating Team must be especially careful to find the correct derailment cause. Do not automatically conclude the cause was track buckling. Find the cause for the misalignment and determine if that caused the derailment or resulted from it.

Track and operating conditions listed below should be thoroughly investigated to determine the derailment cause. Trains do not always derail on buckled track. An emergency brake application may increase the misalignment and cause a derailment. It would be incorrect to apply Code T109 in this instance. Instead, a code which identified the root cause of the excessive brake application (e.g. codes E00C or H511) should be applied.

Estimate rail temperature at time of derailment. Determine initial rail laying temperature, date adjusted, adjusted temperature, recent track disturbances and subsequent number of trains.

Equilibrium elevation is based on the formula:

$$e = 0.0007 \times (V^2) \times D$$

where: e = Superelevation in inches
V = Speed in miles per hour
D = Degree of curve

If train speed is high enough that the curve has insufficient superelevation (called underbalance), track, equipment and lading damage can occur. Derailment may result from either equipment overturning or the rail rolling out from under the train. Freight trains ride reliably at 1-1/2" to 2" underbalanced. Passenger trains ride comfortably at 3" underbalance. If train speed is low enough that the curve has too much superelevation (called overbalance), most of the weight transfers to the inside rail. The outer wheels, with a lighter vertical load, may lift off the outside rail. If alignment and surface irregularities are present, covered hoppers and other high centre of gravity 100-ton cars may derail with less than 3" overbalance. Passenger trains are seldom affected by this condition.

The amount of elevations required on the CPR track is determined from Curve Elevation Tables I, II, III shown in Appendix F. To establish curve elevation for freight trains on a 2-degree curve, for example, where the permissible speed of the fastest freight train is 50 mph, the minimum required elevation (1 1/2") is determined from Table II. The equilibrium elevation of 3 1/2" is found from Table I. The curve elevation selected must, therefore, be between 1 1/2" and 3 1/2".

The underbalanced elevation has the effect of placing more of the train's weight on the outer rail and produces a smoother ride provided that alignment is uniform. Standards relating curve elevation and train speeds are specified in SPC No. 2.

**Track Twist (or Warp)** – The difference in height between the two rails is not all that matters. The difference in superelevation measurements taken at two points is also important. This measurement is known as warp or twist. The rate of change in the elevation difference is also important, especially in spirals. Unlike tangents and full body curves, where elevation is designed to be constant (no elevation change from one level-board reading to another), spirals are designed with an "Elevation Rate of Change". The SPC No. 2 contains tables intended to simplify cross-level and curve elevation requirements for use in the field. The "Curve Easement Table" uses a formula involving easement lengths and track twist where easement lengths which exceed the minimum of 60, 45 and 39 feet respectively are based on the rate of change of elevation of 1-1/4 inches per second of time:

| Design Balance Speed of Curve | Maximum Allowable Rate of Change of Elevation |
| --- | --- |
| 40 mph | 1 1/4 inches in 59 feet |
| 30 mph | 1 1/4 inches in 44 feet |

6-8

Question the engine crew about what they saw, what they felt and how the locomotive reacted to the track. Buckles often occur in the middle of the train, after the locomotives have passed over the segment. An Engineering officer must complete the Buckled Track Report for all buckles. The cause of the buckle must be identified and corrective action noted.

The following track conditions contribute to track buckling:

- Improperly adjusted rail, especially when rail was laid in cold weather.
- Insufficient rail anchors or anchors not tight against ties.
- Insufficient ballast height or shoulder width.
- Track disturbed by work forces in hot weather, including tamping, lining and tie renewal.
- Alignment defect.

The following operating conditions contribute to track buckling:

- Slack action, especially in a sag or near a bridge, road crossing or railroad crossing.
- Heavy braking.
- Truck hunting.
- All or most traffic traveling in one direction.
- Dynamic effects of train movement on track at high rail temperatures.


## 6.1.3  Surface

**Cross-level and Superelevation** - Cross-level is the difference in height between the top of one rail and the top of the opposite rail. Tangent track cross-level should be zero. In curves, the outer rail is intentionally raised above the inner rail to partially overcome centrifugal force. This difference is called "superelevation".

Cross-level is measured to the nearest 1/8" by a track level-board placed across both rails. Before taking any readings, the accuracy of the level-board should be checked. First, place the board on a portion of level track and note the position of the bubble. Then, rotate the board 180 degrees and check to see that the bubble moves to the same position. A record of design superelevation and spiral lengths for each main track curve is maintained by the service area. Tapes from the last track geometry vehicle inspection, if recent, can also be useful.

**Equilibrium Elevation** - Equilibrium (balanced) elevation is the elevation which exactly overcomes the effect of negotiating a given degree of curvature at a given speed. A train negotiating a curve with equilibrium elevation at the given speed will place an equal amount of its weight on each rail. Since trains operate at a variety of speeds and sometimes stop in curves, no amount of elevation will be perfect under all conditions.