## CERTIFICATE OF SERVICE

      I hereby certify that service of this Memorandum of Reasons in Opposition to Plaintiff's Motion for Summary Judgment and the accompanying papers will be made on counsel for NECR, the plaintiff/counterdefendant, by means of the Court's electronic filing system on this 24th day of April 2007.

_____
Eric L. Hirschhorn