UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CENTRAL RAILROAD, INC., <br>     Plaintiff, <br><br> v. <br><br> SPRINGFIELD TERMINAL RAILWAY COMPANY and BOSTON AND MAINE CORPORATION, <br>     Defendants | Civil Action No.:  04-30235-MAP |

**NOTICE OF APPEARANCE**

Now comes Jennifer S. Bernstein, of FLYNN & ASSOCIATES, P.C., 400 Crown Colony Drive, Suite 200, Quincy, MA 02169 to enter her general appearance on behalf of the plaintiff, NEW ENGLAND CENTRAL RAILROAD, INC., in the above-captioned matter.

    Respectfully submitted,
    NEW ENGLAND CENTRAL RAILROAD, INC.,
    by its attorney,

    s/ Jennifer S. Bernstein
    Jennifer S. Bernstein   BBO# 667433
    *jbernstein@flynnassoc.com*
    FLYNN & ASSOCIATES, P.C.
    400 Crown Colony Drive, Suite 200
    Quincy, MA 02169
    (617) 773-5500

DATED:  May 3, 2007
g:\f & a\case files\railamerica\new england central\bm - strc-hartland\pleadings\notice of appearance jsb.doc