## CERTIFICATE OF SERVICE

      I hereby certify that Defendants/Counterclaimants' Reply Memorandum in Support of Their Motion for Partial Summary Judgment and the accompanying papers were served on counsel for Plaintiff/Counterdefendant, NECR, by means of the Court's electronic filing system on this 4th day of May 2007.

                                                                              Eric L. Hirschhorn