## CERTIFICATE OF SERVICE

    I hereby certify that Defendants/Counterclaimants' Opposition to Plaintiff's Request for Hearing and/or Decision on Its Motion to Strike the Declaration of Roger D. Bergeron on Support of Defendant's Motion for Partial Summary Judgment was served on counsel for Plaintiff/Counterdefendant, NECR, by means of the Court's electronic filing system on this 8th day of May 2007.

                                                      Eric L. Hirschhorn