## CERTIFICATE OF SERVICE

  I hereby certify that Defendants/Counterclaimants' Memorandum of Reasons in Opposition to Plaintiff's Motion to Strike the Declaration of Roger D. Bergeron and accompanying documents were served on counsel for Plaintiff/Counterdefendant, NECR, by means of the Court's electronic filing system on this 10th day of May 2007.

                  _____
                  Eric L. Hirschhorn