## CERTIFICATE OF SERVICE

    I hereby certify that service of this motion and the accompanying papers will be made on counsel for NECR, the plaintiff/counterdefendant, by means of the Court's electronic filing system.

_____
Eric L. Hirschhorn