UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CENTRAL RAILROAD, INC.,<br>Plaintiff,<br><br>v.<br><br>SPRINGFIELD TERMINAL RAILWAY<br>COMPANY and BOSTON AND MAINE<br>CORPORATION,<br>Defendants | Civil Action No.:  04-30235-MAP |

## PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE ANY EVIDENCE THAT THE NEW ENGLAND CENTRAL RAILROAD, INC. WAS GUILTY OF GROSS NEGLGIENCE IN THE MAINTENANCE OF THE LINE – SUCH EVIDENCE IS PREEMPTED UNDER FEDERAL LAW

The plaintiff, New England Central Railroad, Inc. ("NECR"), hereby files this *Motion in Limine to Exclude any Evidence that the New England Central Railroad was Guilty of Gross Negligence in the Inspection and Maintenance of its Line – Such Evidence is Preempted under Federal Law.* As grounds therefore, the plaintiff states as follows:

### I.      FACTUAL BACKGROUND:

On June 8, 2004, less than one month before the derailment, the Federal Railroad Administration ("FRA") had conducted a "Track Geometry Test" on the Connecticut River Line.[1] *See* Deposition of Michael Lawyer, relevant portions attached hereto as Exhibit "A," at 11-13. According to the June 8, 2004 Track Geometry Inspection Report, there were areas on the NECR's *Connecticut River Line* where the classification of the track was reduced due to

---

[1] A "Geometry Test" is performed by a specially equipped weighted railcar that travels over the tracks and records various measurements of track conditions, including defects.

defects that were determined by the geometry test. Id. at 13-18.  The NECR immediately after receiving the report imposed the reduced classifications at those areas and set about rectifying the most serious of the defects. Id. at 23-29.

The section of the line where the point of derailment occurred was located in territory inspected by the NECR's certified track inspector, Rick T. Boucher. *See* Deposition of Rick T. Boucher, relevant portions attached hereto as Exhibit "B," at 4 and 7.  Rick T. Boucher is a F.R.A. certified track inspector. Id. at 4.  Rick T. Boucher inspected the section of line where the point of derailment was located twice a week pursuant to the 49 CFR 213.233. Id. at 7, 8.  The last time that Rick T. Boucher inspected the section of the line where the derailment occurred was within two days before the derailment. Id.

The NECR complied with (in fact, exceeded) the FRA's track inspection requirements; and (b) the condition of the track both at the point of derailment at (MP 10.18) and throughout the *Connecticut River Line* in general was up to at least Class II standards.  The FRA requires weekly inspections of Class III track.  See 49 C.F.R. § 213.233(c).  Here, the NECR inspected the *Connecticut River Line*, including the area of MP 10.18, two times per week.  Exh. B, at 10-12, *see also Daily Track Inspection Reports* for the months of June and July, 2004, copies of which are attached as Exhibit "C."

## II.    DISCUSSION OF LAW:

Railroad operations and facilities, including track structures and bridges, are governed by a comprehensive scheme of federal statutes and their implementing regulations, including the *Federal Railroad Safety Act* ("FRSA").  The FRA has promulgated specific and detailed specifications and safety standards for all types of railroad equipment, activities and operations, including *Track Safety Standards* which is found in 49 C.F.R. Part 213.  The FRSA's stated

2

purpose is "to promote safety in every area of railroad operations and reduce railroad-related accidents and incidents." 49 U.S.C. § 20101. Under the FRSA, there is an express preemption provision, which states:

> Laws, regulations, and orders related to railroad safety shall be nationally uniform to the extent practicable. A State may adopt or continue to enforce a law, regulation, or order related to railroad safety until the Secretary of Transportation prescribes a regulation or issues an order covering the subject matter of the State requirement.

49 U.S.C. § 20106. Where the statute being construed contains an express preemption clause, such as § 20106, "the task of statutory construction must in the first instance focus on the plain wording of the clause." CSX Transp., Inc. v. Easterwood, 507 U.S. 658, 664 (1993). The United States Supreme Court has read § 20106's broad language to preempt state statutes and rules, as well as all "legal duties imposed on railroads by the common law." Id. at 664. Thus, as here, the FRA regulations address the subject matter of a common law claim and the NECR complied with the requirements set forth in the regulations, the common law claim cannot be sustained. See In re Derailment Cases, 416 F. 3d 787 (8th Cir. 2005) (hereinafter referred to as the "Scottsbluff" case), see also, 49 USC § 20106, as amended 2007; Ouellette v. Union Tank Car Co., 902 F. Supp. 5, 9 (D. Mass. 1995).

The FRA has promulgated detailed and specific regulations on this subject at 49 C.F.R. Parts 213, which is entitled *Track Safety Standards*, and it contains detailed and specific regulations for minimum inspection and maintenance requirements for all components of the track structure, including the roadbed and the area immediately adjacent to it and various appurtenances to railroad tracks and railroad rights of way. *See e.g.* 49 C.F.R. § 213.7 and subpart F – *Inspection*, 49 C.F.R. §§ 213.231 to 213.241. Part 213 also contains a number of provisions which impose upon railroads specific requirements for the inspection and

3

maintenance of these areas and structures. 49 C.F.R. § 213.233. Part 213 also has its own

express preemption provision which states as follows:

> Under 49 U.S.C. 20106, issuance of these regulations preempts
> any state law, regulation, or order covering the same subject matter
> except an additional or more stringent law, regulation, or order that
> is necessary to eliminate or reduce an essentially local safety
> hazard; is not compatible with a law, regulation, or order of the
> United States Government; and that does not impose an
> unreasonable burden on interstate commerce.

49 C.F.R. § 213.2. Part 213 also has specific provisions setting forth penalties for violations of

any requirements of the regulations set forth therein, including a schedule of fines. 49 C.F.R. §

213.15, and App. B. Subpart F sets forth specific "requirements for the frequency and manner of

inspecting track to detect deviations from the standards prescribed in this part." 49 C.F.R. §

213.231.

It is clear from the plain language of 49 C.F.R. Part 213 that the FRA has issued

regulations which cover the inspection of the track. Thus, the expressed preemption provisions

of 49 U.S.C. § 20106 and 49 C.F.R. § 213.2 have been triggered. Here, moreover, not only do

the federal regulations pertaining to track standards and inspections fully cover the subject matter

of the allegations raised in the defendants' counterclaim, it is clear from the undisputed evidence

in this case that the NECR was in full compliance with these regulations at the time of the

derailment. Given these circumstances, the defendants' gross negligence counterclaim is

preempted and must be dismissed.

**WHEREFORE,** for all of the above-stated reasons, the plaintiff's *Motion in Limine*

should be <u>allowed</u>.

### III.    __REQUEST FOR HEARING__

In accordance with L.R. 7.1(D), the NECR believes that oral argument may assist the

court and wishes to be heard, and, therefore requests that the court schedule a hearing on the

within motion prior to the commencement of the trial.

<div style="margin-left:40%;">

Respectfully submitted,
NEW ENGLAND CENTRAL RAILROAD, INC.,
by its attorneys,

  /s/  Richard A. Davidson, Jr.
</div>

| | |
|---|---|
| Michael B. Flynn | BBO# 559023 |
| *mbflynn@flynnassoc.com* | |
| Richard A. Davidson, Jr. | BBO# 552988 |
| *radavidsonjr@flynnassoc.com* | |
| FLYNN & ASSOCIATES, P.C. | |
| 400 Crown Colony Drive, Suite 200 | |
| Quincy, MA 02169 | |
| (617) 773-5500 | |

Dated:  August 10, 2007

# EXHIBIT "A"

1

<pre>
 1                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
 2
    --------------------------------
 3  NEW ENGLAND CENTRAL
    RAILROAD, INC.
 4                       Plaintiff,

 5        VS.                        Civil Action No.
                                     04-30235-MAP
 6  SPRINGFIELD TERMINAL RAILWAY
    COMPANY, ET AL.
 7                       Defendants.
    --------------------------------
 8

 9                  D E P O S I T I O N
                          -of-
10                    MICHAEL LAWYER

11         Taken on Tuesday, January 9, 2007,
                  at the offices of
12         New England Central Railroad, Inc.
                  St. Albans, Vermont.
13

14

15  APPEARANCES:
    ON BEHALF OF THE PLAINTIFF:
16  RICHARD A. DAVIDSON, JR., ESQ.
    Flynn & Associates, P.C.
17  400 Crown Colony Drive, Suite 200
    Quincy, MA 02169
18
    ON BEHALF OF THE DEFENDANT:
19  ROBERT B. CULLIFORD, ESQ.
    Senior Vice President and General Counsel
20  Pan Am Systems
    14 Aviation Avenue
21  Portsmouth, NH 03801

22              NORMA J. MILLER, RPR
             COURT REPORTERS ASSOCIATES
23               117 BANK STREET
              BURLINGTON, VT 05401
24               (802) 862-4593

25
</pre>

COPY

1     the record, can we call the handwritten portion of

2     Exhibit 1, 1B, and the typed one 1A?

3   BY MR. CULLIFORD:

4       Q.   Okay.   I think we're done with those now,

5     after that sort of belabored attempt to figure out

6     what they were.   Okay, I'd like to ask you to take a

7     look at this document, as well.

8       A.   Okay.

9       Q.   Have you ever seen that document before, sir?

10      A.   Yes, I have.

11      Q.   Do you know what that document is?

12      A.   Yes.

13      Q.   Could you identify it?

14      A.   Sorry?

15      Q.   Could you identify it?

16      A.   This is the inspection report from the

17    geometry car run by the FRA on June 8th, 2004.

18               (Deposition Exhibit 2 was marked for

19               identification.)

20   BY MR. CULLIFORD:

21      Q.   If you could turn to page the page identified

22    with Bates stamp numbers 000803.

23      A.   Sure.

24      Q.   I'd refer you -- there's a dash mark to the

25    left side of that document?

COURT REPORTERS ASSOCIATES

1    A.   Okay.

2    Q.   And then it's marked milepost 11 decimal

3    10.16, and then there's a designation, "warp 62."

4    Do you know what that designation, warp 62, is in

5    reference to?

6    A.   Yes, it's a difference in cross level in a

7    62-foot core section of track.

8    Q.   Do you know if that condition, warp 62 as you

9    defined it, constitutes a track defect within the

10   parameters of the FRA track safety standards?

11   A.   It's dependent upon class of track.  What it

12   is saying is that in Class 3 track, the value that's

13   listed to the right of it is beyond acceptable for

14   Class 3.

15   Q.   Okay.

16   A.   And then it additionally says it is safe for

17   Class 2.

18   Q.   Okay.  At the time that this test was taken,

19   what was the class of the track?

20   A.   It is Class 3 track.

21   Q.   3?

22   A.   Yes.

23   Q.   Did you know prior to June 8th, 2004, whether

24   condition existed at Milepost -- help me, are we

25   talking about Milepost 10.16 here, or --

COURT REPORTERS ASSOCIATES

1    A.   Yes.

2    Q.   Did you know that this condition existed prior

3    to June 8th, 2004?

4    A.   No.

5    Q.   Did anyone from New England Central know that

6    this condition existed prior to June 8th, 2004?

7    A.   Not to my knowledge.

8    Q.   Does New England Central regularly inspect

9    this track?

10    A.   Yes.

11    Q.   How many times a week?

12    A.   Twice.

13    Q.   Did anyone from -- there also seems to be a

14    number of -- let's go through this.  Just for

15    example, the first line, warp 62 apparently existed?

16              MR. DAVIDSON:  Okay, are we talking

17    about the first line of page 803?

18              MR. CULLIFORD:  Yes, I apologize.

19    BY MR. CULLIFORD:

20    Q.   Also refers to this condition of warp 62,

21    correct?

22    A.   Yes.

23    Q.   As does the second?

24    A.   Okay.

25    Q.   Correct?

                COURT REPORTERS ASSOCIATES

# EXHIBIT "B"

1            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
2

3   -------------------------------
   NEW ENGLAND CENTRAL
   RAILROAD, INC.               COPY
4              Plaintiff,

5       VS.              Civil Action No.
                        04-30235-MAP
6   SPRINGFIELD TERMINAL RAILWAY
   COMPANY, ET AL.
7             Defendants.
   -------------------------------
8

9            D E P O S I T I O N
               -of-
10           RICK T. BOUCHER

11     Taken on Wednesday, January 10, 2007,
           at the offices of
12     New England Central Railroad, Inc.
          St. Albans, Vermont.
13

14

15   APPEARANCES:
   ON BEHALF OF THE PLAINTIFF:
16   RICHARD A. DAVIDSON, JR., ESQ.
   Flynn & Associates, P.C.
17   400 Crown Colony Drive, Suite 200
   Quincy, MA 02169
18

19   ON BEHALF OF THE DEFENDANT:
   ROBERT B. CULLIFORD, ESQ.
20   Senior Vice President and General Counsel
   Pan Am Systems
21   14 Aviation Avenue
   Portsmouth, NH 03801
22           NORMA J. MILLER, RPR
         COURT REPORTERS ASSOCIATES
23          117 BANK STREET
         BURLINGTON, VT 05401
24          (802) 862-4593

25

4

1          Wednesday, January 10, 2007, 10:04 a.m.

2               RICK T. BOUCHER, being duly sworn, deposes

3               and says as follows:

4                         *     *     *

5                         EXAMINATION

6    BY MR. CULLIFORD:

7        Q.   Morning.  How are you?

8        A.   Good.   You?

9        Q.   Yeah?

10       A.   Good.

11       Q.   Could you state your name and address for the

12   record, please?

13       A.   Rick T. Boucher, P.O. Box 171, Westminster

14   Station, Vermont, 05159.

15       Q.   And could you give us a brief overview of your

16   professional background?

17       A.   Track inspector.  Have been for the past -- I

18   guess probably going on four years now.

19       Q.   Okay.

20       A.   Started in '98, working on the production gang

21   as a laborer.

22       Q.   Are you an FRA-authorized track inspector?

23       A.   Yes, I am.

24       Q.   Since when?

25       A.   I don't remember the date.  I guess I don't

                    COURT REPORTERS ASSOCIATES

1    New England Central?

2      A.   Yes.

3      Q.   Were you inspecting the stretch of track

4    between Milepost 11 and Milepost 5?

5      A.   Yeah.

6      Q.   During the course of your inspections, did you

7    ever note a defect at Milepost 10.16?

8      A.   No.

9      Q.   You did not?  After June 8th, 2004, did anyone

10   inform you that the test car had found a defect in

11   Milepost 10.16?

12     A.   Yes.

13     Q.   Who informed you of that?

14     A.   Supervisor.

15     Q.   Do you recall -- would you have been involved

16   at that point in deciding the appropriate remedial

17   action to be taken in response to that defect?

18     A.   No.

19     Q.   Who would have?

20     A.   It was supervisor.

21     Q.   And by supervisor, just who are you referring

22   to?

23     A.   R.R. Boucher.

24     Q.   Okay.  Did he ever -- did R.R. Boucher ever

25   communicate to you what remedial action was taken in

8

1  response to discovering this defect?

2     A.  Not that I recall, I guess.

3     Q.  Okay.  But -- and help me here.  You were

4  aware that there was a defect at Milepost 10.16

5  after June 8th, 2004?

6     A.  Yeah.

7     Q.  After June 18th, 2004, when was the next time

8  you inspected the area at or around Milepost 10.16?

9     A.  I don't recall.

10    Q.  How often were you inspecting the track

11 between Milepost 11 and Milepost --

12    A.  Twice a week, under federal regulations.  I

13 don't recall dates.

14    Q.  Okay.  Was it within two days, three days,

15 that day?  You don't recall that?  Doesn't have to

16 be the specific date, just --

17    A.  I don't recall, yeah.

18    Q.  Do you recall how many times -- do you recall

19 the first time you inspected -- I don't need to know

20 the date -- or how soon thereafter, when you went

21 out and inspected at Milepost 10.16, did you note

22 the defect then?

23    A.  No.

24    Q.  You didn't?  You knew it existed, but you

25 didn't note --

COURT REPORTERS ASSOCIATES

1    Q.  I understand that.  You did an initial

2   measurement to confirm the test results, correct?

3    A.  Correct.

4    Q.  What I'm asking you is were there any

5   subsequent measurements of the condition at Milepost

6   10.16 between your initial measurement and July 3rd,

7   2004, I guess I don't understand your question.

8    Q.  Pardon me?

9    A.  I guess I don't understand your question.

10    Q.  You performed one measurement, if I understand

11   what you're saying, soon after the test truck went

12   over the line?

13    A.  That's correct, yeah.

14    Q.  All's I'm asking is did you do another

15   measurement after the initial one?  We've got one in

16   the book.

17    A.  Yeah.

18    Q.  Did you ever do another measurement between

19   that initial measurement and July 3rd, 2004?

20    A.  Not that I can recall, I guess, no.

21    Q.  Do you recall going out there at your

22   twice-weekly inspections and noticing that the

23   condition remained the same, or was it worsening or

24   was it getting better?

25    A.  To my knowledge, it remained the same.

COURT REPORTERS ASSOCIATES

# EXHIBIT "C"

## Form 000876

**DAILY TRACK INSPECTION REPORT**

Subdivision _____  Section No. _____

Mileage from **76.5** to **14.95**

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION.
IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| MILEAGE | INFORMATION |
|---|---|
| RAIL | Length _____ ft. _____ in. 1. Replace Broken Rail  2. Weld Eng Burn  3. Weld end  4. Change Stk. Rail  5. Turn Stk. Rail  6. Gs Stk. Rail  7. Weld Stk. Rail |
| JOINTS | 1. Tamp  2. Tighten bars  3. Replace bolts  4. Tight-Open  5. Open-Close  6. Replace bars  7. Replace bond  8. Replace insul.  9. Install shims  10. Remove shims & tamp  Type: 1. Replace  2. Retop Target  3. Oil Stand  4. Adjust for full thread |
| SPIKES | 1. Tighten Braces  2. Replace Plates  3. Oil Plate |
| TIE PLATES | 1. Gage Track  2. Respike  3. Replace  4. Spike Switch (Out of Service) |
| RAIL ANCHORS | 1. Replace  2. Replace Abrasion  Lgth _____ |
| FROG | Name _____  1. Patch holes  2. Replace plank  3. Spike plank  4. Inst. Flg. Rail  5. Replace Flg. Rail  6. Cut Brush  7. Repack X Bucks  8. Surf. end of Xing  9. Clean Flange  10. Insp. Sig. lights  11. Remove Snow |
| SWITCH POINTS | No. _____  Type _____  1. Replace  2. Weld  3. Tighten Bolts  4. Rep. with rail  5. Surface  6. Weld Hold Down  7. Replace Bolts |
| SWITCH INSPECTION IN YARDS | Type _____  Weight _____  1. Temp Heel  2. Temp point  3. Replace LH  4. Replace RH  5. Adjust  6. Grind LH  7. Grind RH  8. Remove Snow |

| MILEAGE | INFORMATION |
|---|---|
| RODS | 1. Rep. Conn. Rod  2. Rep. No. _____ Rod  3. Rep. Cotter Pins  4. Tighten bolts |
| SWITCH STANDS | Type: 1. Replace  2. Reop. Target  3. Oil Stand  4. Adjust for full thread  6. Respike |
| SWITCH PLATES | 1. Tighten Braces  2. Replace Plates  3. Oil Plate |
| GUARD RAIL | Type _____  1. Gage  2. Tighten bolts  Lgth _____ |
| CROSSINGS | Name _____  1. Patch holes  2. Replace plank  3. Spike plank  4. Inst. Flg. Rail  5. Replace Flg. Rail  6. Cut Brush  7. Repack X Bucks  8. Surf. end of Xing  9. Clean Flange  10. Insp. Sig. lights  11. Remove Snow |
| TIES & TIMBER | 1. Replace ties under joints ___ ties  2. Replace _____ timbers  3. Replace _____ |
| R.O.W. | 1. Clean ditch  2. Cut brush  3. Repair Fence  4. Remove Obstruction near track  5. Inst. Flagger Marker  6. Replace Signs |

**REMARKS** _Replaced Curved At One[?]  Between 76.53, 74 & 74.76[?]  inspected ALL Switches between  Northfield and Holyoke, Green Gorge  at 37 & Upton on Hoosatonic[?]  West Side_

Date Inspected **7-29-04**
Date Corrected **7-29-04**

Signature _____
Signature _____

---

## Form 000875

**DAILY TRACK INSPECTION REPORT**

Subdivision _____  Section No. _____

Mileage from _____ to **14.95**

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION.
IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| MILEAGE | INFORMATION |
|---|---|
| RAIL | Length _____ ft. _____ in. 1. Replace Broken Rail  2. Weld Eng Burn  3. Weld end  4. Change Stk. Rail  5. Turn Stk. Rail  6. Gs Stk. Rail  7. Weld Stk. Rail |
| JOINTS | 1. Tamp  2. Tighten Bolts  3. Replace Bolts  4. Tight-Open  5. Open-Close  6. Replace bars  7. Replace bond  8. Replace insul.  9. Install shims  10. Remove shims & tamp  Type: 1. Replace  2. Reop. Target  3. Oil Stand  4. Adjust for full thread |
| SPIKES | 1. Tighten Braces  2. Replace Plates  3. Oil Plate |
| TIE PLATES | 1. Gage Track  2. Respike  3. Replace  4. Spike Switch (Out of Service) |
| RAIL ANCHORS | 1. Replace  2. Replace Abrasion  Lgth _____ |
| FROG | Name _____  1. Patch holes  2. Replace plank  3. Spike plank  4. Inst. Flg. Rail  5. Replace Flg. Rail  6. Cut Brush  7. Repack X Bucks  8. Surf. end of Xing  9. Clean Flange  10. Insp. Sig. lights  11. Remove Snow |
| SWITCH POINTS | No. _____  Type _____  1. Replace  2. Weld  3. Tighten Bolts  4. Rep. with rail  5. Surface  6. Weld Hold Down  7. Replace Bolts |
| SWITCH INSPECTION IN YARDS | Type _____  Weight _____  1. Temp Heel  2. Temp point  3. Replace LH  4. Replace RH  5. Adjust  6. Grind LH  7. Grind RH  8. Remove Snow |

**REMARKS**

Date Inspected **7-30-04**
Date Corrected **7-30-04**

Signature _____
Signature _____

# DAILY TRACK INSPECTION REPORT (0008'78)

Subdivision: Roxbury
Section No.
Mileage from 82.36 to 76.5

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION. IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| MILEAGE | | INFORMATION | MILEAGE | | INFORMATION |
|---|---|---|---|---|---|
| 82.45 | RAIL | Length_____ Jt._____ 1. Replace Broken Rail  5. Turn Stk. Rail  2. Weld Eng. Burn  6. Gr. Stk. Rail  3. Weld end  7. Weld Stk. Rail  4. Change Stk. Rail | | RODS | 1. Rep. Conn. Rod  2. Rep. No._____ Rod  3. Rep. Cotter Pins  4. Tighten bolts |
| 82.45 | JOINTS | Type_____ 1. Tamp  6. Replace bars  2. Tighten Bolts  7. Replace bond  3. Replace Bolts  8. Replace Insul.  4. Tgt-Open  9. Install shims  5. Open-Close  10. Remove shims & tamp | | SWITCH STANDS | 6. Respike |
| 82.45 | SPIKES | 1. Gage Track  4. Spike Switch  2. Respike  (Out of Service)  3. Replace | | SWITCH PLATES | Type_____  1. Replace  2. Replace Plates  3. Oil Plate |
| | TIE PLATES | 1. Replace  2. Replace Abrasion | | GUARD RAIL | Type_____ Lgth_____  1. Gage  2. Gage  3. Tighten bolts |
| 82.45 | ANCHORS RAIL | Type_____ Lgth_____  1. Reset  2. Replace  3. Additional | | CROSSINGS | 1. Patch holes  7. Repair X tracks  2. Replace plank  8. Surf. end of Xing  3. Spike plank  9. Clean Flange  4. Inst. Flg. Rail  10. Insp. Sig. lights  5. Replace Flg. Rail  11. Remove Snow  6. Cut Brush |
| | FROG | No._____ Type_____  1. Replace  5. Surface  2. Weld  6. Weld Hold Down  3. Tighten Bolts  7. Replace Bolts  4. Rep. with rail | | TIES & TIMBER | 1. Replace ties under joints_____  2. Replace_____ Ser  3. Replace_____ timbers |
| | SWITCH POINTS | Type_____ Weight_____  1. Replace  5. Adjust  2. Tamp Heel  6. Grind LH  3. Tamp point  7. Grind RH  4. Replace LH  8. Remove Snow  4. Replace RH | | R.O.W. | Lgth_____  1. Clean ditch  2. Cut Brush  3. Repair Fence  4. Remove Obstruction near track  5. Inst. Flanger Marker  6. Replace Signs |
| | SWITCH INSPECTION IN YARDS | _____ (3rd Name)  _____ (3rd Name)  _____ (3rd Name) | | | |

REMARKS: Replaced Bridge Deck 82.58 and put Ballast + in Surface this 600 yards of New rail from 76.5 to 82.5

Date Inspected: 7-26-04
Date Corrected: 7-26-04

Signature _____ (Foreman)
Signature _____ (Inspector)

L.S. Holding

---

# DAILY TRACK INSPECTION REPORT (0008'77)

Subdivision: Roxbury
Section No.
Mileage from _____ to 82.36

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION. IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| MILEAGE | | INFORMATION | MILEAGE | | INFORMATION |
|---|---|---|---|---|---|
| | RAIL | Length_____ Jt._____ 1. Replace Broken Rail  5. Turn Stk. Rail  2. Weld Eng. Burn  6. Gr. Stk. Rail  3. Weld end  7. Weld Stk. Rail  4. Change Stk. Rail | | RODS | 1. Rep. Conn. Rod  2. Rep. No._____ Rod  3. Rep. Cotter Pins  4. Tighten bolts |
| | JOINTS | Type_____ 1. Tamp  6. Replace bars  2. Tighten Bolts  7. Replace bond  3. Replace Bolts  8. Replace Insul.  4. Tgt-Open  9. Install shims  5. Open-Close  10. Remove shims & tamp | | SWITCH STANDS | 6. Respike |
| | SPIKES | 1. Gage Track  4. Spike Switch  2. Respike  (Out of Service)  3. Replace | | SWITCH PLATES | 1. Tighten Braces  2. Replace Plates  3. Oil Plate |
| | TIE PLATES | 1. Replace  2. Replace Abrasion | | GUARD RAIL | Type_____ Lgth_____  1. Gage  2. Gage  3. Tighten bolts |
| | ANCHORS RAIL | Type_____ Lgth_____  1. Reset  2. Replace  3. Additional | | CROSSINGS | 1. Patch holes  7. Repair X tracks  2. Replace plank  8. Surf. end of Xing  3. Spike plank  9. Clean Flange  4. Inst. Flg. Rail  10. Insp. Sig. lights  5. Replace Flg. Rail  11. Remove Snow  6. Cut Brush |
| | FROG | No._____ Type_____  1. Replace  5. Surface  2. Weld  6. Weld Hold Down  3. Tighten Bolts  7. Replace Bolts  4. Rep. with rail | | TIES & TIMBER | 1. Replace ties under joints_____  2. Replace_____ Ser  3. Replace_____ timbers |
| | SWITCH POINTS | Type_____ Weight_____  1. Replace  5. Adjust  2. Tamp Heel  6. Grind LH  3. Tamp point  7. Grind RH  4. Replace LH  8. Remove Snow  4. Replace RH | | R.O.W. | Lgth_____  1. Clean ditch  2. Cut Brush  3. Repair Fence  4. Remove Obstruction near track  5. Inst. Flanger Marker  6. Replace Signs |
| | SWITCH INSPECTION IN YARDS | _____ (3rd Name)  _____ (3rd Name)  _____ (3rd Name) | | | |

REMARKS: Greased Switch @ 15.0

Date Inspected: 7-27-04
Date Corrected: 7-27-04

Signature _____
Signature _____

L.S. Holding

## Form 000880 (upper)

000880

**DAILY TRACK INSPECTION REPORT**

Subdivision _Roxbury_    Section No. _____

Mileage from _4630_ to _____    76.5

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION.
IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| MILEAGE | | INFORMATION | MILEAGE | | INFORMATION |
|---|---|---|---|---|---|
| | RAIL | Length_____In.  1. Replace Broken Rail  2. Weld Eng. Burn  3. Weld end  4. Change Stk. Rail  5. Turn Stk. Rail  6. Drl. Stk. Rail  7. Weld Stk. Rail ___Rod | | MILEAGE | 1. Rep. Conn. Rod  2. Rep. No.____Rod  3. Rep. Cotter Pins  4. Tighten bolts  INFORMATION |
| | JOINTS | Type:  1. Tamp  2. Tighten Bolts  3. Oil Eland  4. Tight-Open  5. Open-Close  6. Replace bars  7. Replace bond  8. Replace Insul.  9. Install shims  10. Remove shims & tamp ___Replace | | RODS | |
| | SPIKES | 1. Gage Track  2. Redrive  3. Replace  4. Spike Switch (Out of Service) | | STANDS SWITCH | Type:  1. Replace  2. Rep. Target  3. Drl Wair Pail  4. Adjust for full throad  8. Respike |
| | TIE PLATES | 1. Replace  2. Replace Abrasion | | PLATES SWITCH | 1. Tighten Braces  2. Replace Plates  3. Oil Plats |
| | ANCHORS RAIL | 1. Reset  2. Replace  3. Additional | | GUARD RAIL | Type:_____Lgth.  1. Replace  2. Gage  3. Tighten bolts |
| | FROG | No.____Type____  2. Weld  3. Tighten bolts  4. Rep. with rail  5. Surface  6. Weld Hold Down  7. Replace Bolts | | CROSSINGS | None.  1. Patch holes  2. Replace plank  3. Spike plank  4. Int. Pla. Rail  5. Respike Flg. Rail  6. Cut Brush  7. Repair X Bucks  8. Surf. end of Xing  9. Clean Flange  10. Insp. Sig. lights  11. Remove Snow |
| | SWITCH POINTS | Type:____Weight____  1. Tamp Heel  2. Tamp point  3. Replace LH  4. Replace RH  5. Adjust  6. Grind LH  7. Grind RH  8. Remove Snow | | TIES & TIMBER | 1. Replace ties under joints  2. Replace  3. Replace____ties |
| | SWITCH INSPECTION IN YARDS | | | R.O.W. | 1. Clean ditch  2. Cut Brush  3. Repair Fence  4. Remove Obstruction near track  5. Inst. Flanger Marker  6. Replace Signs |

REMARKS _Roxbury Siding 13 ok_

_Dudlld ubo Spout  Tied_

_____ (Int Name) _____ (Date)

Signature _____ Date Inspected _87-21-04_

Signature _____ Date Corrected _7-21-04_

---

## Form 000879 (lower)

000879

**DAILY TRACK INSPECTION REPORT**

Subdivision _Roxbury_    Section No. _____

Mileage from _____ to _4630_

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION.
IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| MILEAGE | | INFORMATION | MILEAGE | | INFORMATION |
|---|---|---|---|---|---|
| | RAIL | Length_____In.  1. Replace Broken Rail  2. Weld Eng. Burn  3. Weld end  4. Change Stk. Rail  5. Turn Stk. Rail  6. Drl. Stk. Rail  7. Weld Stk. Rail | | RODS | 1. Rep. Conn. Rod  2. Rep. No.____Rod  3. Rep. Cotter Pins  4. Tighten bolts |
| | JOINTS | Type:  1. Tamp  2. Tighten Bolts  3. Oil Eland  4. Tight-Open  5. Open-Close  6. Replace bars  7. Replace bond  8. Replace Insul.  9. Install shims  10. Remove shims & tamp ___Respike | | STANDS SWITCH | Type:  1. Replace  2. Rep. Target  3. Oil Eland  4. Adjust for full throad |
| | SPIKES | 1. Gage Track  2. Redrive  3. Replace  4. Spike Switch (Out of Service) | | PLATES SWITCH | 1. Tighten Braces  2. Replace Plates  3. Oil Plate |
| | TIE PLATES | 1. Replace  2. Replace Abrasion | | GUARD RAIL | Type:_____Lgth.  1. Replace  2. Gage  3. Tighten bolts |
| | ANCHORS RAIL | 1. Reset  2. Replace  3. Additional | | CROSSINGS | None.  1. Patch holes  2. Replace plank  3. Spike plank  4. Int. Pla. Rail  5. Respike Flg. Rail  6. Cut Brush  7. Repair X Bucks  8. Surf. end of Xing  9. Clean Flange  10. Insp. Sig. lights  11. Remove Snow |
| | FROG | No.____Type____  1. Replace  2. Weld  3. Tighten Bolts  4. Rep. with rail  5. Surface  6. Weld Hold Down  7. Replace Bolts | | TIES & TIMBER | 1. Replace ties under joints  2. Replace  3. Replace____ties |
| | SWITCH POINTS | Type:____Weight____  1. Tamp Heel  2. Tamp point  3. Replace LH  4. Replace RH  5. Adjust  6. Grind LH  7. Grind RH  8. Remove Snow | | R.O.W. | 1. Clean ditch  2. Cut Brush  3. Repair Fence  4. Remove Obstruction near track  5. Inst. Flanger Marker  6. Replace Signs |
| | SWITCH INSPECTION IN YARDS | | | | |

REMARKS _West Siding 13 ok B4_

_South  Switch_

_____ (Int Name) _____ (Date)

Signature _____ Date Inspected _87-23-04_

Signature _____ Date Corrected _7-23-04_

## Form 000882

**DAILY TRACK INSPECTION REPORT**

000882

Subdivision: Roxbury
Section No.
Mileage from 4/3 to 76.5

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION.
IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| Category | INFORMATION (left) | INFORMATION (right) |
|---|---|---|
| RAIL | Length ___ ft. 1. Replace Broken Rail 2. Weld Eng. Burn 3. Weld end 4. Change Stk. Rail | 5. Turn Stk. Rail 6. Dr. Stk. Rail 7. Weld Stk. Rail |
| JOINTS | Type. 1. Tamp 2. Tighten bolts 3. Replace Bolts 4. Tight-Open 5. Open-Close | 6. Replace bars 7. Replace bond 8. Replace insul. 9. Install shims 10. Remove shims & tamp |
| RODS | | 1. Rep. Conn. Rod 2. Rep. No. ___ Rod 3. Rep. Cotter Pins 4. Tighten bolts |
| SWITCH STANDS | | Type. 1. Replace 2. Rep. Target 3. Adj. Stand 4. (Adjust for full thread) good easy 5. 6. Replace |
| SPIKES | 1. Gage Track 2. Redrive 3. Replace | 4. Spike Switch (Out of Service) |
| TIE PLATES | | 1. Tighten Braces 2. Replace Plates 3. Oil Plate |
| RAIL ANCHORS | 1. Replace | 2. Replace Abrasion |
| GUARD RAIL | | Type. 1. Replace 2. Major 3. Tighten bolts |
| CROSSINGS | 1. Reset 2. Replace 3. Additional | None. 1. Patch holes 2. Replace plank 3. Spike plank 4. Inst. Flg. Rail 5. Resp/Re Flg. Rail 6. Cut Brush |
| FROG | No. ___ Type ___ Lgth. ___ 1. Replace 2. Weld 3. Tighten bolts 4. Rep. with rail | 5. Surface 6. Weld Hold Down 7. Replace Bolts |
| | | 1. Replace ties under joints 2. Replace ___ See 3. Replace ___ Brokers |
| SWITCH POINTS | Type ___ Weight ___ Lgth. ___ 1. Tamp Heel 2. Tamp point 3. Replace LH 4. Replace RH | 5. Adjust 6. Grind LH 7. Grind RH 8. Remove Snow |
| TIES & TIMBER | | |
| R.O.W. | | 1. Clean ditch 2. Cut Brush 3. Repair Fence 4. Remove Obstruction near track 5. Inst. Flanger Marker 6. Replace Signs |

Mileage entries: 76.6, 79.9, 76.9, 76.5

SWITCH INSPECTION IN YARDS: 37-19 (7-9), 7-9

REMARKS: ___ on 61 at 10.5 ___

Signature ___
Signature ___

Date Inspected: 7-19-04
Date Corrected: 7-19-04

---

## Form 000881

**DAILY TRACK INSPECTION REPORT**

000881

Subdivision: Roxbury
Section No.
Mileage from ___ to 76.0

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION.
IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| Category | INFORMATION (left) | INFORMATION (right) |
|---|---|---|
| RAIL | Length ___ ft. 1. Replace Broken Rail 2. Weld Eng. Burn 3. Weld end 4. Change Stk. Rail | 5. Turn Stk. Rail 6. Dr. Stk. Rail 7. Weld Stk. Rail |
| JOINTS | Type. 1. Tamp 2. Tighten bolts 3. Replace Bolts 4. Tight-Open 5. Open-Close | 6. Replace bars 7. Replace bond 8. Replace insul. 9. Install shims 10. Remove shims & tamp |
| RODS | | 1. Rep. Conn. Rod 2. Rep. No. ___ Rod 3. Rep. Cotter Pins 4. Tighten bolts |
| SWITCH STANDS | | Type. 1. Replace 2. Rep. Target 3. Adj. Stand 4. Adjust for full thread 5. 6. Replace |
| SPIKES | 1. Gage Track 2. Redrive 3. Replace | 4. Spike Switch (Out of Service) |
| TIE PLATES | | 1. Tighten Braces 2. Replace Plates 3. Oil Plate |
| RAIL ANCHORS | 1. Replace | 2. Replace Abrasion |
| GUARD RAIL | | Type. 1. Replace 2. Major 3. Tighten bolts |
| CROSSINGS | 1. Reset 2. Replace 3. Additional | None. 1. Patch holes 2. Replace plank 3. Spike plank 4. Inst. Flg. Rail 5. Resp/Re Flg. Rail 6. Cut Brush |
| FROG | No. ___ Type ___ Lgth. ___ 1. Replace 2. Weld 3. Tighten bolts 4. Rep. with rail | 5. Surface 6. Weld Hold Down 7. Replace Bolts |
| | | 1. Replace ties under joints 2. Replace ___ See 3. Replace ___ Brokers |
| SWITCH POINTS | Type ___ Weight ___ Lgth. ___ 1. Tamp Heel 2. Tamp point 3. Replace LH 4. Replace RH | 5. Adjust 6. Grind LH 7. Grind RH 8. Remove Snow |
| TIES & TIMBER | | |
| R.O.W. | | 1. Clean ditch 2. Cut Brush 3. Repair Fence 4. Remove Obstruction near track 5. Inst. Flanger Marker 6. Replace Signs |

Mileage entries: 70.4, 70.17, 70.4, 70.95, 70.91

SWITCH INSPECTION IN YARDS: 75.6, 70.15

REMARKS: ___ uk show 6 Surface 15 to SSE ___ killed Bees on body Deck

Signature ___
Signature ___

Date Inspected: 7-20-04
Date Corrected: 7-20-04

## Report 000884

**DAILY TRACK INSPECTION REPORT**

000884

Subdivision: Roxbury
Section No.

Mileage from 463 to 38

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION.
IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| MILEAGE | | INFORMATION |
|---|---|---|
| RAIL | | Length_ Jt._ 5. Turn Stk. Rail 6. Turn Stk. Rail 1. Replace Broken Rail 2. Weld Eng. Burn 6. Cut Stk. Rail 3. Weld end 7. Weld Stk. Rail 4. Change Stk. Rail |
| JOINTS | 423.35 40.45 | Type_ 6. Replace bars 1. Temp 7. Replace bond 2. Rép. Target 8. Replace insul. 3. Tighten Bolts 9. Replace Insul. 4. Tight-Open 10. Install shims 5. Open-Close 10. Remove shims & tamp |
| SPIKES | | 1. Tighten Bolts 4. Spike Switch 2. Replace Plates (Out of Service) 3. Off Plate |
| TIE PLATES | | Type_ Lgth_ 1. Replace 2. Regauge 1. Replace 2. Replace Abrasion 3. Tighten bolts |
| RAIL ANCHORS | | Name_ 1. Patch holes 7. Repair X tracks 1. Raset 2. Replace plank 8. Surf. end of X'ing 2. Replace 3. Spike plank 9. Clean Flange 3. Additional 4. Inst. Fly. Rail 10. Insp. Sig. lights 5. Resplke Fly. Rail 11. Remove Snow 6. Cut Brush |
| FROG | | No._ Type_ 5. Surface 1. Replace 6. Weld Hold Down 2. Weld 7. Replace Bolts 3. Tighten Bolts 4. Rep. with rail |
| SWITCH POINTS | | Type_ Weight_ 5. Adjust 1. Temp Heel 6. Grind LH 2. Temp point 7. Grind RH 3. Replace LH 8. Remove Snow 4. Replace RH |
| SWITCH INSPECTION IN YARDS | | (Text Name) (Date) (Text Name) (Date) (Text Name) (Date) |
| REMARKS | | Retailed 463 - 38 |

Signature RR L 36
Signature RR L 36

Date Inspected 7-15-04
Date Corrected 7-15-04

## Report 000883

**DAILY TRACK INSPECTION REPORT**

000883

Subdivision: Roxbury
Section No.

Mileage from Windsor to 38.5 8

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION.
IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| MILEAGE | | INFORMATION |
|---|---|---|
| RAIL | 13.4 34.4 53-37.1 565 356 | Length_ Jt._ 5. Turn Stk. Rail 1. Replace Broken Rail 6. Cut Stk. Rail 2. Weld Eng. Burn 6. Cut Stk. Rail 3. Weld end 7. Weld Stk. Rail 4. Change Stk. Rail |
| JOINTS | | Type_ 6. Replace bars 1. Temp 7. Replace bond 2. Rép. Target 8. Replace insul. 3. Tighten Bolts 9. Replace Insul. 4. Tight-Open 10. Install shims 5. Open-Close 10. Remove shims & tamp |
| SPIKES | | 1. Gage Track 4. Spike Switch 2. Reclive (Out of Service) 3. Replace |
| TIE PLATES | | Type_ Lgth_ 1. Replace 2. Gage 1. Replace 2. Replace Abrasion 3. Tighten bolts |
| RAIL ANCHORS | | Name_ 1. Patch holes 7. Repair X tracks 1. Raset 2. Replace plank 8. Surf. end of X'ing 2. Replace 3. Spike plank 9. Clean Flange 3. Additional 4. Inst. Fly. Rail 10. Insp. Sig. lights 5. Resplke Fly. Rail 11. Remove Snow 6. Cut Brush |
| FROG | | No._ Type_ 5. Surface 1. Replace 6. Weld Hold Down 2. Weld 7. Replace Bolts 3. Tighten Bolts 4. Rep. with rail |
| SWITCH POINTS | | Type_ Lgth_ 5. Adjust 1. Temp Heel 6. Grind LH 2. Temp point 7. Grind RH 3. Replace LH 8. Remove Snow 4. Replace RH |
| SWITCH INSPECTION IN YARDS | | (Text Name) (Date) (Text Name) (Date) (Text Name) (Date) |
| REMARKS | | |

Signature
Signature

Date Inspected 7-16-04
Date Corrected 7-16-04

## Form 000885

**DAILY TRACK INSPECTION REPORT**

Mileage from 76.5 to 46.3

Subdivision: Roxbury

Section No. _____

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION. IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| | MILEAGE | INFORMATION | MILEAGE | RODS | SWITCH STANDS | SWITCH PLATES | RAIL GUARD | CROSSINGS | TIES & TIMBER | R.O.W. | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RAIL | 76.6, 26.5, 76.5, 76.4 | Length _____ ft. 1. Replace Broken Rail 2. Weld Eng. Burn 3. Weld end 4. Change Stk. Rail / 5. Turn Stk. Rail 6. Cut Stk. Rail 7. Weld Stk. Rail | | **RODS** Type. 1. Rep. Conn. Rod 2. Rep. No. _____ Rod 3. Rep. Cotter Pins 4. Tighten bolts | **SWITCH STANDS** Type. 1. Replace 2. Rep. Target 3. Oil Stand 4. Adjust for fail thread 5. Resp/oke | **SWITCH PLATES** 1. Tighten Braces 2. Replace Plates 3. Oil Plate | **RAIL GUARD** Type. 1. Replace 2. Gage 3. Tighten bolts | **CROSSINGS** Name. 1. Patch holes 2. Replace plank 3. Spike plank 4. Inst. Fig. Rail 5. Resurface Fig. Rail 6. Cut Brush / 7. Repair X Brake 8. Burn end of Xing 9. Clean Flange 10. Insp. Stg. lights 11. Remove Snow | **TIES & TIMBER** 1. Replace ties under joints ___ Ties 2. Replace, _____ Surfaces 3. Replace | **R.O.W.** 1. Clean ditch 2. Cut Brush 3. Repair Fence 4. Remove Obstruction near track 5. Inst. Flanger Marker 6. Replace Sign | Patrolled 76.5 - 46.3 |
| JOINTS | 36.5, 36.5, 55.8, 55.6 | Type. 1. Temp 2. Tighten Bolts 3. Replace Bolts 4. Tight-Open 5. Open-Close / 6. Replace bars 7. Replace bond 8. Replace insul. 9. Install shims 10. Remove shims & lamp | | | | | | | | | |
| SPIKES | | 1. Gage Track 2. Redrive 3. Replace / 4. Spike Switch (Out of Service) | | | | | | | | | |
| PLATES TIE | | 1. Replace / 2. Replace Abrasion | | | | | | | | | |
| ANCHORS RAIL | | 1. Reset 2. Replace 3. Additional | | | | | | | | | |
| FROG | | No. ___ Type ___ 1. Replace 2. Weld 3. Tighten bolts 4. Rep. with rail / 5. Surface 6. Weld Hold Down 7. Replace Bolts | 56.7 | | | | | | | | |
| SWITCH POINTS | | Type ___ Weight ___ 1. Temp Heel 2. Temp point 3. Replace LH 4. Replace RH / 5. Adjust 6. Grind LH 7. Grind RH 8. Remove Snow | | | | | | | | | |
| SWITCH INSPECTION INYARDS | | (Yard Name) ___ (Date) (Yard Name) ___ (Date) (Yard Name) ___ (Date) | | | | | | | | | |

Signature _____
Signature _____

Date Inspected 2-14-04
Date Corrected 7-14-04

---

## Form 000886

**DAILY TRACK INSPECTION REPORT**

Mileage from 76.5 to 3.8

Subdivision: Roxbury

Section No. _____

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION. IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| | MILEAGE | INFORMATION | MILEAGE | RODS | SWITCH STANDS | SWITCH PLATES | RAIL GUARD | CROSSINGS | TIES & TIMBER | R.O.W. | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RAIL | 76.5, 55.5, 49.5, 39.2, 07 | Length _____ ft. 1. Replace Broken Rail 2. Weld Eng. Burn 3. Weld end 4. Change Stk. Rail / 5. Turn Stk. Rail 6. Cut Stk. Rail 7. Weld Stk. Rail | | **RODS** Type. 1. Rep. Conn. Rod 2. Rep. No. _____ Rod 3. Rep. Cotter Pins 4. Tighten bolts | **SWITCH STANDS** Type. 1. Replace 2. Rep. Target 3. Oil Stand 4. Adjust for fail thread | **SWITCH PLATES** 1. Tighten Braces 2. Replace Plates 3. Oil Plate | **RAIL GUARD** Type. 1. Replace 2. Gage 3. Tighten bolts | **CROSSINGS** Name. 1. Patch holes 2. Replace plank 3. Spike plank 4. Inst. Fig. Rail 5. Resurface Fig. Rail 6. Cut Brush / 7. Repair X Brake 8. Burn end of Xing 9. Clean Flange 10. Insp. Stg. lights 11. Remove Snow | **TIES & TIMBER** 1. Replace ties under joints ___ Ties 2. Replace, _____ Surfaces 3. Replace | **R.O.W.** 1. Clean ditch 2. Cut Brush 3. Repair Fence 4. Remove Obstruction near track 5. Inst. Flanger Marker 6. Replace Sign | Patrolled 76.5 - 3.8 Broke Angle Bar 55.2 Replaced |
| JOINTS | 76.5, 76.5, 76.5, 76.5 | Type. 1. Temp 2. Tighten Bolts 3. Replace Bolts 4. Tight-Open 5. Open-Close / 6. Replace bars 7. Replace bond 8. Replace insul. 9. Install shims 10. Remove shims & lamp | | | | | | | | | |
| SPIKES | | 1. Gage Track 2. Redrive 3. Replace / 4. Spike Switch (Out of Service) | | | | | | | | | |
| PLATES TIE | | 1. Replace / 2. Replace Abrasion | | | | | | | | | |
| ANCHORS RAIL | | 1. Reset 2. Replace 3. Additional | | | | | | | | | |
| FROG | | No. ___ Type ___ 1. Replace 2. Weld 3. Tighten bolts 4. Rep. with rail / 5. Surface 6. Weld Hold Down 7. Replace Bolts | 75.25 | | | | | | | | |
| SWITCH POINTS | | Type ___ Weight ___ 1. Temp Heel 2. Temp point 3. Replace LH 4. Replace RH / 5. Adjust 6. Grind LH 7. Grind RH 8. Remove Snow | 76.7, 76.1, 76.57, 77.2 | | | | | | | | |
| SWITCH INSPECTION INYARDS | | (Yard Name) ___ (Date) (Yard Name) ___ (Date) (Yard Name) ___ (Date) | | | | | | | | | |

Signature _____
Signature _____

Date Inspected 7-12-04
Date Corrected 7-12-04

Case 3:04-cv-30235-MAP    Document 98-4    Filed 08/10/2007    Page 8 of 19

## Form 000988

**NECR DAILY TRACK INSPECTION REPORT**

000988

Subdivision: Roxbury   Section No. _____

Mileage from ___ 0 ___ to ___ 345 ___

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION. IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| MILEAGE | | INFORMATION |
|---|---|---|
| RAIL | | Length ___ in. 1. Replace Broken Rail  2. Weld Eng. Burn  3. Weld end  4. Change Stk. Rail  5. Turn Stk. Rail  6. Or. Stk. Rail  7. Weld Stk. Rail |
| | RODS | 1. Rep. Conn. Rod  2. Rep. No. ___ Rod  3. Rep. Cotter Pins  4. Tighten bolts |
| JOINTS | SWITCH STANDS | 1. Tamp  2. Tighten Bolts  3. Oil Slaved  4. High-Open  6. Open-Close  6. Replace bars  7. Replace bond  8. Replace insul.  9. Install shims  10. Remove shims & temp.   Type:  5. Respike |
| SPIKES | SWITCH PLATES | 1. Gage Track  2. Redrive  3. Replace  4. Spike Switch (Out of Service)   Type:  1. Replace  2. Replace Plates  3. Off Plate |
| TIE PLATES | RAIL GUARD | 1. Replace  2. Replace Abrasion   Type:  1. Replace  2. Gage  3. Tighten bolts |
| ANCHORS RAIL | CROSSINGS | 1. Reset  2. Replace  3. Additional   Name:  1. Patch holes  2. Replace plank  3. Spike plank  4. Inst. Fig. Rail  6. Respike Fig. Rail  6. Cut Brush  7. Repair X Bucks  8. Burt. end of King  9. Clean Flange  10. Insp. Sig. lights  11. Remove Snow |
| FROG | TIES & TIMBER | No. ___ Type ___  1. Replace  2. Weld  3. Tighten Bolts  4. Rep. with rail  5. Surface  6. Weld Hold Down  7. Replace Bolts   1. Replace ties under joints  2. Replace  3. Replace ___ timbers |
| SWITCH POINTS | R.O.W. | Type ___ Weight ___  1. Tamp Heel  2. Tamp point  3. Redust LH  4. Replace RH  5. Adjust  6. Grind LH  7. Grind RH  8. Remove Snow   1. Clean ditch  2. Cut brush  3. Repair Fence  4. Remove Obstruction near track  6. Inst. Flanger Marker  6. Replace Signs |
| SWITCH INSPECTION IN YARDS | REMARKS | West Side road Bld 15 ro set |
| | (Yard Name) (Date) | |
| | (Yard Name) (Date) | |
| | (Yard Name) (Date) | |

Signature _____   Date Inspected 7-9-04

Signature _____   Date Corrected 7-9-04

---

## Form 000887

**NECR DAILY TRACK INSPECTION REPORT**

000887

Subdivision: Roxbury   Section No. _____

Mileage from ___ Windsor ___ to ___ 3858 ___

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION. IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| MILEAGE | | INFORMATION |
|---|---|---|
| RAIL | | Length ___ in. 1. Replace Broken Rail  2. Weld Eng. Burn  3. Weld end  4. Change Stk. Rail  5. Turn Stk. Rail  6. Or. Stk. Rail  7. Weld Stk. Rail |
| | RODS | 1. Rep. Conn. Rod  2. Rep. No. ___ Rod  3. Rep. Cotter Pins  4. Tighten bolts |
| JOINTS | SWITCH STANDS | 1. Tamp  2. Tighten Bolts  3. Oil Slaved  4. High-Open  6. Open-Close  6. Replace bars  7. Replace bond  8. Replace insul.  9. Install shims  10. Remove shims & temp.   Type:  5. Respike |
| SPIKES | SWITCH PLATES | 1. Gage Track  2. Redrive  3. Replace  4. Spike Switch (Out of Service)   Type:  1. Replace  2. Replace Plates  3. Off Plate |
| TIE PLATES | RAIL GUARD | 1. Replace  2. Replace Abrasion   Type:  1. Replace  2. Gage  3. Tighten bolts |
| ANCHORS RAIL | CROSSINGS | 1. Reset  2. Replace  3. Additional   Name:  1. Patch holes  2. Replace plank  3. Spike plank  4. Inst. Fig. Rail  6. Respike Fig. Rail  6. Cut Brush  7. Repair X Bucks  8. Burt. end of King  9. Clean Flange  10. Insp. Sig. lights  11. Remove Snow |
| FROG | TIES & TIMBER | No. ___ Type ___  1. Replace  2. Weld  3. Tighten Bolts  4. Rep. with rail  5. Surface  6. Weld Hold Down  7. Replace Bolts   1. Replace ties under joints  2. Replace  3. Replace ___ timbers |
| SWITCH POINTS | R.O.W. | Type ___ Weight ___  1. Tamp Heel  2. Tamp point  3. Redust LH  4. Replace RH  5. Adjust  6. Grind LH  7. Grind RH  8. Remove Snow   1. Clean ditch  2. Cut brush  3. Repair Fence  4. Remove Obstruction near track  6. Inst. Flanger Marker  6. Replace Signs |
| SWITCH INSPECTION IN YARDS | REMARKS | Road Casey between mp 10 to 145 |
| mp 1 | (Yard Name) (Date) | |
| | (Yard Name) (Date) | |
| | (Yard Name) (Date) | |

Signature _____   Date Inspected 7-12-04

Signature _____   Date Corrected 7-12-04

DAILY TRACK INSPECTION REPORT — 000890

Subdivision: _____  Section No. _____
Mileage from 22.36 to _____

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION. IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| Category | Information |
|---|---|
| RAIL | Length _____ ft. 1. Replace Broken Rail 2. Weld Eng. Burn 3. Weld end 4. Change Stk. Rail / 5. Turn Stk. Rail 6. Gc Stk. Rail 7. Weld Stk. Rail |
| JOINTS | 1. Tamp 2. Rep. Target 3. Replace Bolts 4. Tight-Open 5. Open-Close / 6. Replace bars 7. Replace bond 8. Replace brkn 9. Install shims 10. Remove shims & tamp |
| SPIKES | 1. Gage Track 2. Redrive 3. Replace / 4. Spike Switch (Out of Device) |
| TIE PLATES | 1. Replace / 2. Replace Abrasion |
| RAIL ANCHORS | 1. Reset 2. Replace 3. Additional |
| FROG | No. _____ Type _____ Lgth. _____ 1. Replace 2. Weld 3. Tighten Bolts 4. Rep. with rail / 5. Surface 6. Weld Hold Down 7. Replace Bolts |
| SWITCH POINTS | Type _____ Weight _____ Lgth. _____ 1. Tamp Heel 2. Tamp point 3. Replace LH 4. Replace RH / 5. Adjust 6. Grind LH 7. Grind RH 8. Remove Snow |
| MILEAGE | |
| RODS | 1. Rep. Conn. Rod 2. Rep. Ht. 3. Rep. Cotter Pins 4. Tighten bolts |
| SWITCH STANDS | 1. Replace 2. Rep. Target 3. Oil Stand 4. Adjust for fall thread |
| SWITCH PLATES | 1. Tighten Braces 2. Replace Plates 3. Oil Plate |
| GUARD RAIL | Type _____ 1. Replace 2. Gage 3. Tighten bolts |
| CROSSINGS | Name _____ 1. Patch holes 2. Replace plank 3. Spike plank 4. Inst. Fig. Rail 5. Resurfo Fig. Rail 6. Cut Brush / 7. Repair X Bucks 8. Surf. end of Xing 9. Clean Flange 10. Insp. Stg. lights 11. Remove Snow |
| TIES & RAIN | 1. Replace ties under joints 2. Replace _____ ties 3. Replace _____ brokens |
| R.O.W. | 1. Clean ditch 2. Cut Brush 3. Repair Fence 4. Remove Obstruction near track 5. Inst. Flanger Marker 6. Inst. Flanger Marker Sign |

REMARKS: _____ map 15

Date Inspected: 7-7-04
Date Corrected: 7-7-04

Signature: _____
Signature: _____



DAILY TRACK INSPECTION REPORT — 000889

Subdivision: _____  Section No. _____
Mileage from 76.5 to _____

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION. IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| Category | Information |
|---|---|
| RAIL | Length 39 ft. 14 in. 1. Replace Broken Rail 2. Weld Eng. Burn 3. Weld end 4. Change Stk. Rail / 5. Turn Stk. Rail 6. Gc Stk. Rail 7. Weld Stk. Rail |
| JOINTS | 1. Tamp 2. Tighten Bolts 3. Replace Bolts 4. Tight-Open 5. Open-Close / 6. Replace bars 7. Replace bond 8. Replace brkn 9. Install shims 10. Remove shims & tamp |
| SPIKES | 1. Gage Track 2. Redrive 3. Replace / 4. Spike Switch (Out of Device) |
| TIE PLATES | 1. Replace / 2. Replace Abrasion |
| RAIL ANCHORS | 1. Reset 2. Replace 3. Additional |
| FROG | No. _____ Type _____ Lgth. _____ 1. Replace 2. Weld 3. Tighten Bolts 4. Rep. with rail / 5. Surface 6. Weld Hold Down 7. Replace Bolts |
| SWITCH POINTS | Type _____ Weight _____ Lgth. _____ 1. Tamp Heel 2. Tamp point 3. Replace LH 4. Replace RH / 5. Adjust 6. Grind LH 7. Grind RH 8. Remove Snow |

REMARKS: Rail 115.3 at 65.9 with RoBay Cooper _____ cut in at 65.9

Date Inspected: 7-8-04
Date Corrected: 7-7-04

Signature: _____
Signature: _____

# DAILY TRACK INSPECTION REPORT (NECR)

## Form 1

Subdivision: Roxbury
Section No. _____
Mileage from 6 to 76.5

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION. IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| MILEAGE | | INFORMATION | | MILEAGE | | INFORMATION |
|---|---|---|---|---|---|---|
| | **RAIL** | Length ___ ft ___ in. 1. Replace Broken Rail 5. Turn Stk. Rail 2. Weld Eng. Burn 6. Gr. Stk. Rail 3. Weld end 7. Weld Stk. Rail 4. Change Stk. Rail | | | **RODS** | 1. Rep. Conn. Rod 2. Rep. No.___ 3. Rep. Cotter Pins 4. Tighten bolts |
| | **JOINTS** | 1. Tamp 6. Replace bars 2. Tighten Bolts 7. Replace bond 3. Replace Bolts 8. Replace bond. 4. Tight-Open 9. Install shims 5. Open-Close 10. Remove shims & tamp | | | **SWITCH STANDS** | Type: ___ 5. ___ 6. Replate |
| | **SPIKES** | 1. Gage Track 4. Spike Switch 2. Redrive (Out of Service) 3. Replace | | | **SWITCH PLATES** | 1. Tighten Braces 2. Replace Plates 3. Off Plate |
| | **TIE PLATES** | 1. Replace 2. Replace Abrasion | | | **RAIL GUARD** | Type: ___ Lgth. ___ 1. Replace 2. Gauge 3. Tighten bolts |
| | **ANCHORS RAIL** | 1. Reset 3. Additional 2. Replace | | | **CROSSINGS** | Name: ___ 1. Patch holes 7. Repair X Bucks 2. Replace plank 8. Surf. end of Xing 3. Spike plank 9. Clean Flange 4. Inst. Flg. Rail 10. Insp. Stg. lights 5. Replace Flg. Rail 11. Remove Snow 6. Cut Brush |
| | **FROG** | No. ___ Type ___ Lgth. ___ 1. Replace 5. Surface 2. Weld 6. Weld Hold Down 3. Tighten Bolts 7. Replace Bolts 4. Rep. with rail | | | **TIES & TIMBER** | 1. Replace ties under joints ___ ties 2. Replace ___ 3. Replace ___ Surface |
| | **SWITCH POINTS** | Type: ___ Weight ___ Lgth. ___ 1. Tamp Heel 5. Adjust LH 2. Tamp point 6. Grind LH 3. Replace LH 7. Grind RH 4. Replace RH 8. Remove Snow | | | **R.O.W.** | 1. Clean ditch 2. Cut Brush 3. Repair Fence 4. Remove Obstruction near track. 5. Inst. Flanger Marker 6. Replace Signs |
| | **SWITCH INSPECTION IN YARDS** | (Text Name) (Date) (Text Name) (Date) (Text Name) (Date) | | | **REMARKS** | West Side 5 ok |

Signature _____    Date Inspected 7-1-04
Signature _____    Date Corrected 7-1-04

L.A. Printing

## Form 2

080991
Subdivision: Roxbury
Section No. _____
Mileage from 223.6 to 76.5

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION. IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| MILEAGE | | INFORMATION | | MILEAGE | | INFORMATION |
|---|---|---|---|---|---|---|
| 30.4 | **RAIL** | Length ___ ft ___ in. 1. Replace Broken Rail 5. Turn Stk. Rail 2. Weld Eng. Burn 6. Gr. Stk. Rail 3. Weld end 7. Weld Stk. Rail 4. Change Stk. Rail | | | **RODS** | 1. Rep. Conn. Rod 2. Rep. No.___ 3. Rep. Cotter Pins 4. Tighten bolts |
| | **JOINTS** | 1. Tamp 6. Replace bars 2. Tighten Bolts 7. Replace bond 3. Replace Bolts 8. Replace bond. 4. Tight-Open 9. Install shims 5. Open-Close 10. Remove shims & tamp | | | **SWITCH STANDS** | Type: ___ 5. ___ 6. Replate |
| | **SPIKES** | 1. Gage Track 4. Spike Switch 2. Redrive (Out of Service) 3. Replace | | | **SWITCH PLATES** | 1. Tighten Braces 2. Replace Plates 3. Off Plate |
| | **TIE PLATES** | 1. Replace 2. Replace Abrasion | | | **RAIL GUARD** | Type: ___ Lgth. ___ 1. Replace 2. Gauge 3. Tighten bolts |
| | **ANCHORS RAIL** | 1. Reset 3. Additional 2. Replace | | | **CROSSINGS** | Name: ___ 1. Patch holes 7. Repair X Bucks 2. Replace plank 8. Surf. end of Xing 3. Spike plank 9. Clean Flange 4. Inst. Flg. Rail 10. Insp. Stg. lights 5. Replace Flg. Rail 11. Remove Snow 6. Cut Brush |
| | **FROG** | No. ___ Type ___ Lgth. ___ 1. Replace 5. Surface 2. Weld 6. Weld Hold Down 3. Tighten Bolts 7. Replace Bolts 4. Rep. with rail | | | **TIES & TIMBER** | 1. Replace ties under joints ___ ties 2. Replace ___ 3. Replace ___ Surface |
| | **SWITCH POINTS** | Type: ___ Weight ___ Lgth. ___ 1. Tamp Heel 5. Adjust LH 2. Tamp point 6. Grind LH 3. Replace LH 7. Grind RH 4. Replace RH 8. Remove Snow | | | **R.O.W.** | 1. Clean ditch 2. Cut Brush 3. Repair Fence 4. Remove Obstruction near track. 5. Inst. Flanger Marker 6. Replace Signs |
| | **SWITCH INSPECTION IN YARDS** | (Text Name) (Date) (Text Name) (Date) (Text Name) (Date) | | | **REMARKS** | Inspected at Roxbury Track at East |

Signature _____    Date Inspected 7-6-04
Signature _____    Date Corrected 7-6-04

L.A. Printing

## Form 000894

**DAILY TRACK INSPECTION REPORT**

Subdivision: Roxbury   Section No.

Mileage from 76.50 to 46.30

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION. IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| | INFORMATION | | |
|---|---|---|---|
| MILEAGE | | MILEAGE | INFORMATION |
| RAIL | Length_____ in. 1. Replace Broken Rail 2. Weld Eng. Barn 3. Weld end 4. Change Stk. Rail | 5. Turn Stk. Rail 6. Gr. Stk. Rail 7. Weld Stk. Rail | ROGS / 1. Rep. Conn. Rod 2. Rep. No.____ Rod 3. Rep. Cotter Pins 4. Tighten bolts |
| JOINTS | 1. Tamp 2. Tighten Bolts 3. Replace Bolts 4. Tight-Open 5. Open-Close | 6. Replace bars 7. Replace bond 8. Replace Insul. 9. Install shims 10. Remove shims & tamp | STANDS 5. Replace / Type 1. Replace 2. Rep. Target 3. Oil Stand 4. Adjust for full thread |
| SPIKES | 1. Tighten Braces 2. Replace Plates 3. Oil Plate | 4. Spike Switch (Out of Service) | SWITCH PLATES / Type 1. Replace 2. Gage 3. Tighten bolts   Lgh. |
| TIE PLATES | 1. Replace | 2. Replace Abrasion | GUARD RAIL |
| RAIL ANCHORS | 1. Reset 2. Replace 3. Additional | | CROSSINGS / Item 1. Patch holes 2. Replace plank 3. Spike plank 4. Inst. Fig. Rail 5. Respike Fig. Rail 6. Cut Brush    7. Repack X Bucks 8. Surf. end of Xing 9. Clean Flange 10. Insp. Sig. lights 11. Remove Snow |
| FROG | No.____ Type____ 1. Replace 2. Weld 3. Tighten bolts 4. Rep. with rail | 5. Surface 6. Weld Hold Down 7. Replace Bolts   Lgh. | TIES & OTHER 1. Replace ties under joints ___ See 2. Replace ___ 3. Replace ___ timbers |
| SWITCH POINTS | Type____ Weight____ 1. Temp Heel 2. Oil point 3. Replace LH 4. Replace RH | 5. Adjust 6. Gated LH 7. Gated RH 8. Remove Snow   Lgh. | R.O.W. 1. Clean ditch 2. Cut Brush 3. Repair Fence 4. Remove Obstruction near track 5. Inst. Flanger Marker 6. Replace Signs |
| SWITCH INSPECTION IN PLACE | | | REMARKS Inspect Track Mortoled ft To Smithell |
| | (Insert Name) (Date) | | Date Inspected 6-29-04 |
| | (Insert Name) (Date) | | Date Corrected 6-29-04 |
| | (Insert Name) (Date) | | |
| Signature | | | |
| Signature | | | L.O. Printing |

## Form 000895

**DAILY TRACK INSPECTION REPORT**

Subdivision: Roxbury   Section No.

Mileage from _____ to 2.050

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION. IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| | INFORMATION | | |
|---|---|---|---|
| MILEAGE | | MILEAGE | INFORMATION |
| RAIL | Length_____ ft. 1. Replace Broken Rail 2. Weld Eng. Barn 3. Weld end 4. Change Stk. Rail | 5. Turn Stk. Rail 6. Gr. Stk. Rail 7. Weld Stk. Rail | ROGS / 1. Rep. Conn. Rod 2. Rep. No.____ Rod 3. Rep. Cotter Pins 4. Tighten bolts |
| JOINTS | 1. Tamp 2. Tighten Bolts 3. Replace Bolts 4. Tight-Open 5. Open-Close | 6. Replace bars 7. Replace bond 8. Replace Insul. 9. Install shims 10. Remove shims & tamp | STANDS 5. Replace / Type 1. Replace 2. Rep. Target 3. Oil Stand 4. Adjust for full thread |
| SPIKES | 1. Tighten Braces 2. Replace Plates 3. Oil Plate | 4. Spike Switch (Out of Service) | SWITCH PLATES / Type 1. Replace 2. Gage 3. Tighten bolts   Lgh. |
| TIE PLATES | 1. Replace | 2. Replace Abrasion | GUARD RAIL |
| RAIL ANCHORS | 1. Reset 2. Replace 3. Additional | | CROSSINGS / Item 1. Patch holes 2. Replace plank 3. Spike plank 4. Inst. Fig. Rail 5. Respike Fig. Rail 6. Cut Brush    7. Repack X Bucks 8. Surf. end of Xing 9. Clean Flange 10. Insp. Sig. lights 11. Remove Snow |
| FROG | No.____ Type____ 1. Replace 2. Weld 3. Tighten bolts 4. Rep. with rail | 5. Surface 6. Weld Hold Down 7. Replace Bolts   Lgh. | TIES & OTHER 1. Replace ties under joints ___ See 2. Replace ___ 3. Replace ___ timbers |
| SWITCH POINTS | Type____ Weight____ 1. Temp Heel 2. Oil point 3. Replace LH 4. Replace RH | 5. Adjust 6. Gated LH 7. Gated RH 8. Remove Snow   Lgh. | R.O.W. 16.95 / 13.95 / 1. Clean ditch 2. Cut Brush 3. Repair Fence 4. Remove Obstruction near track 5. Inst. Flanger Marker 6. Replace Signs |
| SWITCH INSPECTION IN PLACE | | | REMARKS |
| | (Insert Name) (Date) | | Date Inspected 6-28-04 |
| | (Insert Name) (Date) | | Date Corrected 6-29-04 |
| | (Insert Name) (Date) | | |
| Signature | | | |
| Signature | | | L.O. Printing |

## Form 000897

**DAILY TRACK INSPECTION REPORT**

Subdivision: Berkshire
Section No.
Mileage from 0 to 46.30

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION. IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| | INFORMATION |
|---|---|
| **RAIL** | Length ___ ft. 1. Replace Broken Rail 2. Weld Eng. Burn 3. Weld end 4. Change Stk. Rail   5. Turn Stk. Rail 6. Gr. Stk. Rail 7. Weld Stk. Rail |
| **JOINTS** | Type. 1. Tamp 2. Tighten Bolts 3. Replace Bolts 4. Tight-Open 5. Open-Close   6. Replace bars 7. Replace bond 8. Replace Insul. 9. Install shims 10. Remove shims & tamp   8. Respike |
| **SPIKES** | 1. Gage Track 2. Respike 3. Replace   4. Spike Switch (Out of Service) |
| **TIE PLATES** | 1. Replace   2. Replace Abrasion |
| **RAIL ANCHORS** | 1. Reset 2. Replace 3. Additional |
| **FROG** | No. ___ Type ___ Lgth. ___ 1. Replace 2. Weld 3. Tighten Bolts 4. Rep. with rail   5. Surface 6. Weld Hold Down 7. Replace Bolts |
| **SWITCH POINTS** | Type. ___ Weight ___ Lgth. ___ 1.Tamp Heel 2. Tamp point 3. Grind LH 4. Replace RH   5. Adjust 6. Grind LH 7. Grind RH 8. Remove Snow |
| **CROSSINGS** | Name. ___ 1. Patch holes 2. Replace plank 3. Spike plank 4. Inst. Flg. Rail 5. Respike Flg. Rail 6. Cut Brush   7. Repair X Bucks 8. Surf. end of Xing 9. Clean Flange 10. Inst. Flg. Spike 11. Remove Snow |
| **TIES & TIMBER** | 1. Replace ties under joints 2. Replace ___ ties 3. ___   Respace ___   Brokers |
| **R.O.W.** | 1. Clean ditch 2. Cut Brush 3. Repair Fence 4. Remove Obstruction near track 5. Inst. Repair Marker 6. Replace Signs |

**REMARKS** (handwritten): Berkshire Subd. ___ Spike ___ Track ok ___
___ no longer operated due to crossing ___
occupied by ___ 30 ft. Mainline Person ___
TakyoTrain ___ Report 333 feet per train off
Train Complete will be Subd. ___

Date Inspected: 6-23-04
Date Corrected: 6-23-04

Signature
Signature

L.A. Printing

## Form 000896

**DAILY TRACK INSPECTION REPORT**

Subdivision: Berkshire
Section No.
Mileage from 46.30 to 76.5

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION. IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| | INFORMATION |
|---|---|
| **RAIL** | Length ___ ft. 1. Replace Broken Rail 2. Weld Eng. Burn 3. Weld end 4. Change Stk. Rail   5. Turn Stk. Rail 6. Gr. Stk. Rail 7. Weld Stk. Rail |
| **JOINTS** | Type. 1. Tamp 2. Tighten Bolts 3. Replace Bolts 4. Tight-Open 5. Open-Close   6. Replace bars 7. Replace bond 8. Replace Insul. 9. Install shims 10. Remove shims & tamp   8. Respike |
| **SPIKES** | 1. Gage Track 2. Respike 3. Replace   4. Spike Switch (Out of Service) |
| **TIE PLATES** | 1. Replace   2. Replace Abrasion |
| **RAIL ANCHORS** | 1. Reset 2. Replace 3. Additional |
| **FROG** | No. ___ Type ___ Lgth. ___ 1. Replace 2. Weld 3. Tighten Bolts 4. Rep. with rail   5. Surface 6. Weld Hold Down 7. Replace Bolts |
| **SWITCH POINTS** | Type. ___ Weight ___ Lgth. ___ 1.Tamp Heel 2. Tamp point 3. Grind LH 4. Replace RH   5. Adjust 6. Grind LH 7. Grind RH 8. Remove Snow |
| **CROSSINGS** | Name. ___ 1. Patch holes 2. Replace plank 3. Spike plank 4. Inst. Flg. Rail 5. Respike Flg. Rail 6. Cut Brush   7. Repair X Bucks 8. Surf. end of Xing 9. Clean Flange 10. Inst. Flg. Spike 11. Remove Snow |
| **TIES & TIMBER** | 1. Replace ties under joints 2. Replace ___ ties 3. ___   Respace ___   Brokers |
| **R.O.W.** | 1. Clean ditch 2. Cut Brush 3. Repair Fence 4. Remove Obstruction near track 5. Inst. Repair Marker 6. Replace Signs |

**REMARKS** (handwritten): Berkshire Subd. ___ Slow order on ___ at ___
___ mph 10 mph ALL Trains Around ___
Berkshire No Slow ___

Date Inspected: 6-24-04
Date Corrected: 6-24-04

Signature
Signature

L.A. Printing

## Form 1 (000899)

**000899**

### DAILY TRACK INSPECTION REPORT

(NECR)

Subdivision _____
Section No. _____

Mileage from ____ 0 ____ to ____ 6153 ____

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION. IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| MILEAGE | | INFORMATION | MILEAGE | | INFORMATION |
|---|---|---|---|---|---|
| | RAIL | Length _____ ft. _____ in.<br>1. Replace Broken Rail  5. Turn Stk. Rail<br>2. Weld Eng. Burn  6. Cr. Stk. Rail<br>3. Weld end  7. Weld Stk. Rail<br>4. Change Stk. Rail | | RODS | 1. Rep. Conn. Rod<br>2. Rep. No. _____ Rod<br>3. Rep. Cotter Pins<br>4. Tighten bolts |
| | JOINTS | 1. Tamp  6. Replace bars<br>2. Tighten Bolts  7. Replace bond<br>3. Replace Bolts  8. Replace Insul.<br>4. Tighten Open  9. Install shims<br>5. Open-Close  10. Remove shims & tamp | | SWITCH STANDS | Type _____<br>1. Replace  5. Reapike<br>2. Rep. Target<br>3. Oil Stand<br>4. Adjust for full throw |
| | SPIKES | 1. Gage Track  4. Spike Switch<br>2. Respike  (Out of Service)<br>3. Replace | | SWITCH PLATES | 1. Tighten Braces<br>2. Replace Plates<br>3. Oil Plate |
| | TIE PLATES | 1. Replace | | RAIL GUARD | Lgth _____<br>1. Replace<br>2. Gage<br>3. Tighten bolts |
| | ANCHORS | 1. Replace  2. Replace Abrasion | | CROSSINGS | None<br>1. Patch holes  7. Repair X Brake<br>2. Replace plank  8. Surf. end of Xing<br>3. Spike plank  9. Clean Flange<br>4. Inst. Flg. Rail  10. Insp. Sig. lights<br>5. Respike Flg. Rail  11. Remove Snow<br>6. Cut Brush |
| | RAIL ANCHORS | 1. Reset<br>2. Replace<br>3. Additional | | TIES & TIMBER | 1. Replace ties under joints<br>2. Replace _____ ties<br>3. Replace _____ timbers |
| | FROG | No. _____ Type _____<br>1. Replace  5. Surface<br>2. Weld  6. Weld Hold Down<br>3. Tighten Bolts  7. Replace Bolts<br>4. Rep. with rail | | R.O.W. | 1. Clean ditch<br>2. Cut Brush<br>3. Repair Fence<br>4. Remove Obstruction near track<br>5. Inst. Flanger Marker<br>6. Replace Signs |
| | SWITCH POINTS | Type _____ Weight _____<br>1. Tamp Heel  5. Adjust<br>2. Tamp point  6. Grind LH<br>3. Replace LH  7. Grind RH<br>4. Replace RH  8. Remove Snow | | REMARKS | _____ Slip 15 06 |

Date Inspected ___ 6-20-04 ___
Date Corrected ___ 6-21-04 ___

Signature _____
Signature _____ (Printed)

## Form 2 (000898)

**000898**

### DAILY TRACK INSPECTION REPORT

(NECR)

Subdivision ____ Roxbury ____
Section No. _____

Mileage from ____ 648 R.5 ____ to _____

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION. IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| MILEAGE | | INFORMATION | MILEAGE | | INFORMATION |
|---|---|---|---|---|---|
| 648<br>64.3 | RAIL | Length _____ ft. _____ in.<br>1. Replace Broken Rail  5. Turn Stk. Rail<br>2. Weld Eng. Burn  6. Cr. Stk. Rail<br>3. Weld end  7. Weld Stk. Rail<br>4. Change Stk. Rail | | RODS | 1. Rep. Conn. Rod<br>2. Rep. No. _____ Rod<br>3. Rep. Cotter Pins<br>4. Tighten bolts |
| | JOINTS | 1. Tamp  6. Replace bars<br>2. Tighten Bolts  7. Replace bond<br>3. Replace Bolts  8. Replace Insul.<br>4. Tighten Open  9. Install shims<br>5. Open-Close  10. Remove shims & tamp | | SWITCH STANDS | Type _____<br>1. Replace  6. Reapike<br>2. Rep. Target<br>3. Oil Stand<br>4. Adjust for full thread |
| | SPIKES | 1. Gage Track  4. Spike Switch<br>2. Respike  (Out of Service)<br>3. Replace | | SWITCH PLATES | 1. Tighten Braces<br>2. Replace Plates<br>3. Oil Plate |
| | TIE PLATES | 1. Replace | | RAIL GUARD | Lgth _____<br>1. Replace<br>2. Gage<br>3. Tighten bolts |
| | ANCHORS | 1. Replace  2. Replace Abrasion | | CROSSINGS | None<br>1. Patch holes  7. Repair X Brake<br>2. Replace plank  8. Surf. end of Xing<br>3. Spike plank  9. Clean Flange<br>4. Inst. Flg. Rail  10. Insp. Sig. lights<br>5. Respike Flg. Rail  11. Remove Snow<br>6. Cut Brush |
| | RAIL ANCHORS | 1. Reset<br>2. Replace<br>3. Additional | | TIES & TIMBER | 1. Replace ties under joints<br>2. Replace _____ ties<br>3. Replace _____ timbers |
| | FROG | No. _____ Type _____<br>1. Replace  5. Surface<br>2. Weld  6. Weld Hold Down<br>3. Tighten Bolts  7. Replace Bolts<br>4. Rep. with rail | | R.O.W. | 1. Clean ditch<br>2. Cut Brush<br>3. Repair Fence<br>4. Remove Obstruction near track<br>5. Inst. Flanger Marker<br>6. Replace Signs |
| FC<br>75.64<br>75.9 | SWITCH POINTS | Type _____ Weight _____<br>1. Tamp Heel  5. Adjust<br>2. Tamp point  6. Grind LH<br>3. Replace LH  7. Grind RH<br>4. Replace RH  8. Remove Snow | | REMARKS | Took Roxbury Siding<br>out of service due to Tie<br>conditions & Sun Kink Both<br>end |

Date Inspected ___ 6-22-04 ___
Date Corrected ___ 6-22-04 ___

Signature _____
Signature _____ (Printed)

Tech Inspection Report

## DAILY TRACK INSPECTION REPORT

000901

Subdivision: Roxbury

Mileage from ____ to ____  Section No. ____

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION. IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| MILEAGE | INFORMATION | MILEAGE | INFORMATION |
|---|---|---|---|

**RAIL** — Length: 1. Replace Broken Rail 2. Weld Eng. Burn 3. Weld end 4. Change Stk. Rail / 5. Turn Stk. Rail 6. Cc Stk. Rail 7. Weld Stk. Rail

**JOINTS** — 1. Tamp 2. Tighten Bolts 3. Replace Bolts 4. Tight-Open 5. Open-Close / 6. Replace bars 7. Replace bond 8. Replace Insul. 9. Install shims 10. Remove shims & tamp

**SPIKES** — 1. Gage Track 2. Redrive 3. Replace

**TIE PLATES** — 1. Tighten Braces 2. Replace Plates 3. Oil Plate

**RAIL ANCHORS** — 1. Reset 2. Replace 3. Additional

**FROG** — No. ___ Type ___ Lgth. ___ 1. Replace 2. Weld 3. Tighten Bolts 4. Reg. with rail / 5. Surface 6. Weld Hold Down 7. Replace Slide

**SWITCH POINTS** — Type ___ Weight ___ Lgth. ___ 1. Tamp Head 2. Grind LH 3. Replace LH 4. Replace RH / 5. Adjust 6. Grind RH 7. Blind RH 8. Remove Snow

**RODS** / **SWITCH STANDS** / **SWITCH PLATES** / **RAIL GUARD** / **CROSSINGS** / **TIES & TIMBERS** / **R.O.W.** — 1. Rep. Conn. Rod 2. Rep. No. 3. Rep. Cotter Pins 4. Tighten bolts / 5. Resplice / 1. Reset grade / 1. Clean ditch 2. Cut Brush 3. Repair Fence 4. Remove Obstruction near track 5. Inst. Flanger Marker 6. Replace Signs

REMARKS ____

Date Inspected: 6-16-04   Date Corrected: 6-16-04

Signature ____   Signature ____

L.G. Pairing

---

## DAILY TRACK INSPECTION REPORT

000900

Subdivision: Roxbury

Mileage from 29.98 to 76.5   Section No. ____

REMARKS ____  Date Inspected: 6-17-04   Date Corrected: 6-17-04

Signature ____



000902

## DAILY TRACK INSPECTION REPORT

NECR

Mileage from 61.83 to 71.5

Subdivision Roxbury

Section No. ______

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION. IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| MILEAGE | | INFORMATION |
|---|---|---|
| 66.75 | RAIL | Length Replaced Torched with vertical cutting plugs w/ bolts [illegible] ft. in. (1.) Replace Broken Rail 2. Weld Eng. Burn (3.) Weld end 4. Change Stk. Rail 5. Turn Stk. Rail 6. Gr. Stk. Rail 7. Weld Stk. Rail |
| 66.75 | JOINTS | 1. Tamp (2.) Tighten Bolts (3.) Replace Bolts 4. Tight-Open 5. Open-Close (6.) Replace bars 7. Replace bond 8. Replace Insul. 9. Install shims 10. Remove shims & tamp |
| 66.75 | SPIKES | 1. Gage Track (2.) Redrive (3.) Replace 4. Spike Switch (Out of Service) |
| | TIE PLATES | 1. Replace 2. Replace Abrasion |
| 66.75 | RAIL ANCHORS | (1.) Reset 2. Replace 3. Additional |
| | FROG | No.____ Type____ Lgth.____ 1. Replace 2. Weld 3. Tighten Bolts 4. Rep. with rail 5. Surface 6. Weld Hold Down 7. Replace Bolts |
| | SWITCH POINTS | Type____ Weight____ Lgth.____ 1. Tamp Heel 2. Tamp point 3. Replace LH 4. Replace RH 5. Adjust 6. Grind LH 7. Grind RH 8. Remove Snow |
| | SWITCH INSPECTION IN YARDS | (Yard Name) ____ (Date) ____ / (Yard Name) ____ (Date) ____ / (Yard Name) ____ (Date) ____ |

| MILEAGE | | INFORMATION |
|---|---|---|
| | RODS | 1. Rep. Conn. Rod 2. Rep. No.____ Rod 3. Rep. Cotter Pins 4. Tighten bolts |
| | SWITCH STANDS | Type____ 1. Replace 2. Rep. Target 3. Oil Stand 4. Adjust for full thread 5. Respike |
| | SWITCH PLATES | 1. Tighten Braces 2. Replace Plates 3. Oil Plate |
| | GUARD RAIL | Type____ Lgth.____ 1. Replace 2. Gage 3. Tighten bolts |
| | CROSSINGS | Name____ 1. Patch holes 2. Replace plank 3. Spike plank 4. Inst. Fig. Rail 5. Respike Fig. Rail 6. Cut Brush 7. Repair X Bucks 8. Surf. end of Xing 9. Clean Flange 10. Insp. Sig. lights 11. Remove Snow |
| | TIES & TIMBER | 1. Replace ties under joints 2. Replace____ ties 3. Replace____ timbers |
| | R.O.W. | 1. Clean ditch 2. Cut Brush 3. Repair Fence 4. Remove Obstruction near track 5. Inst. Flanger Marker 6. Replace Signs |

REMARKS Cut in two plugs to repair verticals with [illegible] Insert.

Signature (Patrol Foreman) [signature]

Signature (Roadmaster) [signature]

Date Inspected 6-15-04

Date Corrected 6-15-04

L.G. Printing

000903

## DAILY TRACK INSPECTION REPORT

NECR

Mileage from [illegible] to 61.83

Subdivision Roxbury

Section No. ______

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION. IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| MILEAGE | | INFORMATION |
|---|---|---|
| | RAIL | Length____ ft.____ in. 1. Replace Broken Rail 2. Weld Eng. Burn 3. Weld end 4. Change Stk. Rail 5. Turn Stk. Rail 6. Gr. Stk. Rail 7. Weld Stk. Rail |
| | JOINTS | 1. Tamp 2. Tighten Bolts 3. Replace Bolts 4. Tight-Open 5. Open-Close 6. Replace bars 7. Replace bond 8. Replace Insul. 9. Install shims 10. Remove shims & tamp |
| | SPIKES | 1. Gage Track 2. Redrive 3. Replace 4. Spike Switch (Out of Service) |
| | TIE PLATES | 1. Replace 2. Replace Abrasion |
| | RAIL ANCHORS | 1. Reset 2. Replace 3. Additional |
| | FROG | No.____ Type____ Lgth.____ 1. Replace 2. Weld 3. Tighten Bolts 4. Rep. with rail 5. Surface 6. Weld Hold Down 7. Replace Bolts |
| | SWITCH POINTS | Type____ Weight____ Lgth.____ 1. Tamp Heel 2. Tamp point 3. Replace LH 4. Replace RH 5. Adjust 6. Grind LH 7. Grind RH 8. Remove Snow |
| | SWITCH INSPECTION IN YARDS | (Yard Name) ____ (Date) ____ / (Yard Name) ____ (Date) ____ / (Yard Name) ____ (Date) ____ |

| MILEAGE | | INFORMATION |
|---|---|---|
| | RODS | 1. Rep. Conn. Rod 2. Rep. No.____ Rod 3. Rep. Cotter Pins 4. Tighten bolts |
| | SWITCH STANDS | Type____ 1. Replace 2. Rep. Target 3. Oil Stand 4. Adjust for full thread 5. Respike |
| | SWITCH PLATES | 1. Tighten Braces 2. Replace Plates 3. Oil Plate |
| | GUARD RAIL | Type____ Lgth.____ 1. Replace 2. Gage 3. Tighten bolts |
| | CROSSINGS | Name____ 1. Patch holes 2. Replace plank 3. Spike plank 4. Inst. Fig. Rail 5. Respike Fig. Rail 6. Cut Brush 7. Repair X Bucks 8. Surf. end of Xing 9. Clean Flange 10. Insp. Sig. lights 11. Remove Snow |
| | TIES & TIMBER | 1. Replace ties under joints 2. Replace____ ties 3. Replace____ timbers |
| | R.O.W. | 1. Clean ditch 2. Cut Brush 3. Repair Fence 4. Remove Obstruction near track 5. Inst. Flanger Marker 6. Replace Signs |

REMARKS WRSR Siding Cold use Stone & Surfacing track mp 15 to South End

Signature (Patrol Foreman) [signature]

Signature (Roadmaster) [signature]

Date Inspected 6-14-04

Date Corrected 6-14-04

L.G. Printing

## Top Report — 0000905

**DAILY TRACK INSPECTION REPORT**

Subdivision _Roxbury_  Section No. _____

Mileage from _83.9_ to _61.0_

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION. IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| | INFORMATION |
|---|---|
| RAIL | Length ____ Jn. 1. Replace Broken Rail 2. Weld Eng. Burn 3. Weld end 4. Change Stk. Rail 5. Turn Stk. Rail 6. Gc Stk. Rail 7. Weld Stk. Rail |
| JOINTS | 1. Tamp 2. Tighten Bolts 3. Replace Bolts 4. Tight-Open 5. Open-Close 6. Replace bars 7. Replace bond 8. Replace Insul. 9. Install shims 10. Remove shims & tamp 6. Replace |
| SPIKES | 1. Replace 2. Redrive 3. Replace 4. Gage Track 5. Spike Switch (Out of Service) |
| TIE PLATES | 1. Replace 2. Replace Abrasion |
| RAIL ANCHORS | 1. Reset 2. Additional |
| FROG | No. ____ Type ____ 1. Replace 2. Weld 3. Tighten Bolts 4. Repl. with rail 5. Surface 6. Weld Held Down 7. Replace Bolts |
| SWITCH POINTS | Lgth. ____ Weight ____ 1. Tamp Heel 2. Open joint 3. Replace LH 4. Replace RH 5. Adjust 6. Grind LH 7. Grind RH 8. Remove Snow |
| SWITCH INSPECTION IN YARDS | |

| MILEAGE | | RODS | | INFORMATION |
|---|---|---|---|---|
| | | RODS | 1. Ren. Conn. Rod 2. Rep. Jts. 3. Rep. Cotter Pins 4. Tighten bolts |
| | | SWITCH STANDS | 1. Replace 6. Replace |
| | | SWITCH PLATES | 1. Replace 2. Ren. all thread 3. Rep. Target 4. Oil Stand 4. Adjust for full thread |
| | | GUARD RAIL PLATES | 1. Tighten Braces 2. Replace Plates 3. Oil Plate |
| | | RODS | 1. Replace 2. Gage 3. Tighten bolts |
| | | CROSSINGS | Name ____ 1. Patch holes 2. Replace plank 3. Spike plank 4. Inst. Fig. Rail 5. Respike Fig. Rail 6. Cut Brush 7. Repair X Bucks 8. Surf. end of Xing 9. Clean Flange 10. Insp. Stg. Signs 11. Remove Snow |
| | | TIES & TIMBER | 1. Replace ties under jacks 2. Replace ____ Replace ____ 1. Clean ditch 2. Cut Brush 3. Resp. Fence 4. Remove Obstruction near track 5. Inst. Flanger Marker 6. Replace Signs |
| | | R.O.W. | |

MILEAGE column entries: 30.9 11.76 ; 29 11.79

R.O.W. figures: 30.24 27.33 13.05 17.5 12.99 13.6 12.8 15.76 12.76

REMARKS: _WET Sday beds Rd._

Date Inspected _6-10-04_
Date Corrected _6-10-04_

Signature _____
Signature _____

## Bottom Report — 0000090

**DAILY TRACK INSPECTION REPORT**

Subdivision _Roxbury_  Section No. _76.5_

Mileage from _37.9_ to _76.5_

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION. IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| | INFORMATION |
|---|---|
| RAIL | Length ____ Jn. 1. Replace Broken Rail 2. Weld Eng. Burn 3. Weld end 4. Change Stk. Rail 5. Turn Stk. Rail 6. Gc Stk. Rail 7. Weld Stk. Rail |
| JOINTS | 1. Tamp 2. Tighten Bolts 3. Replace Bolts 4. Tight-Open 5. Open-Close 6. Replace bars 7. Replace bond 8. Replace Insul. 9. Install shims 10. Remove shims & tamp 6. Replace |
| SPIKES | 1. Replace 2. Redrive 3. Replace 4. Spike Switch (Out of Service) |
| TIE PLATES | 1. Replace 2. Replace Abrasion |
| RAIL ANCHORS | 1. Reset 2. Additional |
| FROG | No. ____ Type ____ 1. Replace 2. Weld 3. Tighten Bolts 4. Repl. with rail 5. Surface 6. Weld Held Down 7. Replace Bolts |
| SWITCH POINTS | Lgth. ____ Weight ____ 1. Tamp Heel 2. Open joint 3. Replace LH 4. Replace RH 5. Adjust 6. Grind LH 7. Grind RH 8. Remove Snow |
| SWITCH INSPECTION IN YARDS | |

| MILEAGE | | RODS | | INFORMATION |
|---|---|---|---|---|
| | | RODS | 1. Ren. Conn. Rod 2. Rep. Jts. 3. Rep. Cotter Pins 4. Tighten bolts |
| | | SWITCH STANDS | 1. Replace 6. Replace |
| | | SWITCH PLATES | 1. Replace 2. Ren. all thread 3. Rep. Target 4. Oil Stand 4. Adjust for full thread |
| | | GUARD RAIL PLATES | 1. Tighten Braces 2. Replace Plates 3. Oil Plate |
| | | RODS | 1. Replace 2. Gage 3. Tighten bolts |
| | | CROSSINGS | 1. Patch holes 2. Replace plank 3. Spike plank 4. Inst. Fig. Rail 5. Respike Fig. Rail 6. Cut Brush 7. Repair X Bucks 8. Surf. end of Xing 9. Clean Flange 10. Insp. Stg. Signs 11. Remove Snow |
| | | TIES & TIMBER | 1. Replace ties under jacks 2. Replace ____ Replace ____ 1. Clean ditch 2. Cut Brush 3. Resp. Fence 4. Remove Obstruction near track 5. Inst. Flanger Marker 6. Replace Signs |
| | | R.O.W. | |

MILEAGE: 44.9 ; 46.9

REMARKS: _____

Date Inspected _6-11-04_
Date Corrected _6-11-04_

Signature _____
Signature _____

# DAILY TRACK INSPECTION REPORT

000907

Subdivision Berkshire

Section No.

Mileage from MP 16 to 70.6

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION. IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| MILEAGE | | INFORMATION | | MILEAGE | | INFORMATION |
|---|---|---|---|---|---|---|
| 21.3 | RAIL | Length — 70' / 1. Replace Broken Rail 2. Weld Eng. Burn 3. Weld end 4. Change Stk. Rail — 6. Turn Stk. Rail 6. Ox Stk. Rail 7. Weld Stk. Rail | | | RODS | 1. Rep. Conn. Rod 2. Rep. No. ___ Rod 3. Rep. Cotter Pins 4. Tighten bolts |
| 21.3 | JOINTS | 1. Temp 2. Tighten Bolts 3. Replace Bolts 4. Tight-Open 5. Open-Close — Type. 6. Replace bars 7. Replace bond 8. Replace insul. 9. Install shims 10. Remove shims & tamp | | | STANDS SWITCH | Type. 5. Replace 6. Rev. Target 7. Oil Std. 8. Adjust for full thread |
| 21.3 28.49 | SPIKES | 1. Gage Track 2. Redrive 3. Replace — 4. Spike Switch (Out of Service) | | | PLATES SWITCH | 1. Tighten Braces 2. Replace Plates 3. Off Plate |
| 21.3 | TIE PLATES | 1. Replace — 2. Replace Abrasion | | 73.1 | RAIL GUARD | Lgth. 1. Replace 2. Gage 3. Tighten bolts |
| | ANCHORS RAIL | 1. Reset 2. Replace 3. Additional | | | CROSSINGS | None. 1. Patch holes 2. Replace plank 3. Spike plank 4. Inst. Fig. Rail 5. Resple Fig. Rail 6. Cut Brush — 7. Repair X Bucks 8. Surf. end of Xing 9. Clean Flange 10. Insp. Sig. lights 11. Remove Snow |
| | FROG | No. ___ Type ___ 1. Replace 2. Weld 3. Tighten bolts 4. Rps. with rail — 5. Surface 6. Weld Hold Down 7. Replace Bolts | | | TIES & TIMBER | 1. Replace ties under joints ___ See ___ 2. Replace ___ ___ Inches 3. Replace ___ |
| | SWITCH POINTS | Type. ___ Weight ___ 1. Temp Heel 2. Temp point 3. Replace LH 4. Replace RH — 5. Adjust 6. Grind LH 7. Grind RH 8. Remove Snow | | | R.O.W. | 1. Clean ditch 2. Cut Brush 3. Repair Fence 4. Remove Obstruction near track 5. Inst. Flanger Marker 6. Replace Signs |
| | SWITCH INSPECTION IN YARDS | | | | REMARKS | |

REMARKS: Changed 1484 — bad tie
new track & joints @ 66.75
11.3 weld Insp on turn

Date Inspected 6-07-04
Date Corrected 6-07-04

Signature (Not Name) (Date)
Signature (Not Name) (Date)

---

# DAILY TRACK INSPECTION REPORT

000906

Subdivision Berkshire

Section No.

Mileage from MP 16 to MP 16

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION. IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| MILEAGE | | INFORMATION | | MILEAGE | | INFORMATION |
|---|---|---|---|---|---|---|
| 13.45 13.7 | RAIL | Length — 1. Replace Broken Rail 2. Weld Eng. Burn 3. Weld end 4. Change Stk. Rail — 6. Turn Stk. Rail 6. Ox Stk. Rail 7. Weld Stk. Rail | | | RODS | 1. Rep. Conn. Rod 2. Rep. No. ___ Rod 3. Rep. Cotter Pins 4. Tighten bolts |
| | JOINTS | 1. Temp 2. Tighten Bolts 3. Replace Bolts 4. Tight-Open 5. Open-Close — Type. 6. Replace bars 7. Replace bond 8. Replace insul. 9. Install shims 10. Remove shims & tamp | | | STANDS SWITCH | Type. 5. Replace 6. Rev. Target 7. Oil Std. 8. Adjust for full thread |
| | SPIKES | 1. Gage Track 2. Redrive 3. Replace — 4. Spike Switch (Out of Service) | | | PLATES SWITCH | 1. Tighten Braces 2. Replace Plates 3. Off Plate |
| | TIE PLATES | 1. Replace — 2. Replace Abrasion | | | RAIL GUARD | Lgth. 1. Replace 2. Gage 3. Tighten bolts |
| | ANCHORS RAIL | 1. Reset 2. Replace 3. Additional | | | CROSSINGS | None. 1. Patch holes 2. Replace plank 3. Spike plank 4. Inst. Fig. Rail 5. Resple Fig. Rail 6. Cut Brush — 7. Repair X Bucks 8. Surf. end of Xing 9. Clean Flange 10. Insp. Sig. lights 11. Remove Snow |
| | FROG | No. ___ Type ___ 1. Replace 2. Weld 3. Tighten bolts 4. Rps. with rail — 5. Surface 6. Weld Hold Down 7. Replace Bolts | | | TIES & TIMBER | 1. Replace ties under joints ___ See ___ 2. Replace ___ ___ Inches 3. Replace ___ |
| | SWITCH POINTS | Type. ___ Weight ___ 1. Temp Heel 2. Temp point 3. Replace LH 4. Replace RH — 5. Adjust 6. Grind LH 7. Grind RH 8. Remove Snow | | | R.O.W. | 1. Clean ditch 2. Cut Brush 3. Repair Fence 4. Remove Obstruction near track 5. Inst. Flanger Marker 6. Replace Signs |
| | SWITCH INSPECTION IN YARDS | | | | REMARKS | best solve ok |

Date Inspected 6-8-04
Date Corrected 6-8-04

Signature (Not Name) (Date)
Signature (Not Name) (Date)

# Form 1

000909

**DAILY TRACK INSPECTION REPORT**

Subdivision: Roxbury

Section No.

Mileage from 38.3 to 36.3

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION.
IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| MILEAGE | | INFORMATION |
|---|---|---|
| RAIL | | Length _____ ft. _____ in. 1. Replace Broken Rail 2. Weld Eng. Burn 3. Weld end 4. Change Stk. Rail / 5. Turn Stk. Rail 6. Gr. Stk. Rail 7. Weld Stk. Rail | 1. Rep. Conn. Rod 2. Rec. No. 3. Rep. Cotter Pins 4. Tighten bolts ___ Rod |
| JOINTS 2.2 | | Type. 1. Replace bars 2. Tighten bolts 3. Replace bond 4. Tight-Open 5. Open-Close 6. Replace bars 7. Replace bond 8. Replace insul. 9. Install shims 10. Remove shims & tamp | Type. 1. Replace 2. Rep. Target 3. Replace 4. Adjust for full thread 5. Replace 6. Replace |
| SPIKES 7-13-04 12.7 | | Change Track 4. Spike Switch (Out of Service) Re-drive Replace Ned Nudy | 1. Tighten Braces 2. Replace Plates 3. Oil Plate |
| TIE PLATES | | 1. Replace 2. Replace Abrasion | Type. 1. Replace 2. Align 3. Tighten bolts ___ Lgh. |
| RAIL ANCHORS | | 1. Reset 2. Replace 3. Additional | None. 1. Patch holes 2. Replace plank 3. Spike point 4. Inst. Eq. Rail 5. Resplke Flg. Rail 6. Cut Brush 7. Repair X Bucks 8. Surf. end of Xing 9. Clean Flange 10. Rep. Sig. lights 11. Remove Snow |
| FROG | | No. _____ Type _____ Lgh. 1. Replace 2. Weld 3. Tighten Bolts 4. Rep. with rail 5. Surface 6. Weld Hold Down 7. Replace Bolts | 1. Replace ties under poles ___ See 2. Replace ___ 3. ___ Brace ___ Brdwax |
| SWITCH POINTS | | Type _____ Weight _____ 1. Temp Heel 2. Temp point 3. Replace LH 4. Replace RH 5. Adjust 6. Grind LH 7. Grind RH 8. Remove Snow ___ Lgh. | 1. Clean ditch 2. Cut Brush 3. Repair Fence 4. Remove Obstruction near track 5. Inst. Flanger Marker 6. Replace Signs |
| BROKEN RAILS IN SWITCH INSPECTION | | R.O.W. | |
| | | REMARKS ___ (handwritten) ___ inspect Subdy 36.3 to 76.3 I find vs H.O. at 31.30 out 10 mph on Section at 31.9 to 31.35 | |
| Signature (handwritten) | | Date Inspected 6-4-04 | |
| Signature (handwritten) | | Date Corrected 6-4-04 | |

L.A. Printing

---

# Form 2

000908

**DAILY TRACK INSPECTION REPORT**

Subdivision: Roxbury

Section No.

Mileage from 38.3 to 76.5

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION.
IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| MILEAGE | | INFORMATION |
|---|---|---|
| RAIL | | Length _____ ft. _____ in. 1. Replace Broken Rail 2. Weld Eng. Burn 3. Weld end 4. Change Stk. Rail 5. Turn Stk. Rail 6. Gr. Stk. Rail 7. Weld Stk. Rail | 1. Rep. Conn. Rod 2. Rep. No. 3. Rep. Cotter Pins 4. Tighten bolts ___ Rod |
| JOINTS 36.3 31.55 | | Type. 1. Temp 2. Tighten Bolts 3. Replace bond 4. Tight-Open 5. Open-Close 6. Replace bars 7. Replace bond 8. Replace insul. 9. Install shims 10. Remove shims & tamp | Type. 1. Replace 2. Rep. Target 3. Replace 4. Adjust for full thread 5. Replace 6. Replace |
| SPIKES | | 1. Gage Track 2. Re-drive 3. Replace 4. Spike Switch (Out of Service) | 1. Tighten Braces 2. Replace Plates 3. Oil Plate ___ Lgh. |
| TIE PLATES | | 1. Replace 2. Replace Abrasion | Type. 1. Replace 2. Gage 3. Tighten bolts ___ Lgh. |
| RAIL ANCHORS | | 1. Reset 2. Replace 3. Additional | None. 1. Patch holes 2. Replace plank 3. Spike plank 4. Inst. Flg. Rail 5. Resplke Flg. Rail 6. Cut Brush 7. Repair X Bucks 8. Surf. end of Xing 9. Clean Flange 10. Inst. Sig. lights 11. Remove Snow |
| FROG | | No. _____ Type _____ Lgh. 1. Replace 2. Weld 3. Tighten Bolts 4. Rep. with rail 5. Surface 6. Weld Hold Down 7. Replace Bolts | 1. Replace ties under plate ___ See 2. Replace ___ 3. ___ Brdwax ___ Replace |
| SWITCH POINTS | | Type _____ Weight _____ 1. Temp Heel 2. Temp point 3. Replace LH 4. Replace RH 5. Adjust 6. Grind LH 7. Grind RH 8. Remove Snow ___ Lgh. | 1. Clean ditch 2. Cut Brush 3. Repair Fence 4. Remove Obstruction near track 5. Inst. Flanger Marker 6. Replace Signs |
| BROKEN RAILS IN SWITCH INSPECTION | | R.O.W. 73.05 | |
| | | REMARKS Patrolled 38.3 - 76.5 Changed brake comp bar 38.6 Installed Decal past Totem track Bartlet | |
| Signature (handwritten) | | Date Inspected 6-4-04 | |
| Signature (handwritten) | | Date Corrected 6-4-04 | |

L.A. Printing

## NECR DAILY TRACK INSPECTION REPORT

000311

Subdivision: Roxbury

Mileage from 40 to 35.41    Section No. _____

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION.
IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| MILEAGE | | INFORMATION | MILEAGE | | INFORMATION |
|---|---|---|---|---|---|
| RAIL | Length ____ ft. 1. Replace Broken Rail 2. Weld Eng. Burn 3. Weld end 4. Change Stk. Rail | 5. Turn Stk. Rail 6. Cut Stk. Rail 7. Weld Stk. Rail | RODS | | 1. Rep. Conn. Rod 2. Rep. No. ___ Rod 3. Rep. Cotter Pins 4. Tighten bolts |
| JOINTS | 9.45 9.46 11.49 | 1. Tamp 2. Tighten Bolts 3. Replace Bolts 4. Open-Close 5. Open-Close | 6. Replace bars 7. Replace bond 8. Replace bond. 9. Tight-Open 10. Remove shims & tamp | SWITCH STANDS | | 1. Replace 2. Rep. Target 3. Oil Stand 4. Adjust for full thread |
| SPIKES | | 1. Gage Track 2. Reclino 3. Replace | 4. Spike Switch (Out of Service) | SWITCH PLATES | | 1. Tighten Braces 2. Replace Plates 3. Oil Plate |
| TIE PLATES | | 1. Replace | 2. Replace Abrasion | GUARD RAIL | | Type ____ Lgth ____ 1. Replace 2. Gage 3. Tighten bolts |
| RAIL ANCHORS | | 1. Reset 2. Replace 3. Additional | | CROSSINGS | No. ___ Type ___ Lgth ___ 1. Patch holes 2. Replace plank 3. Spike plank 4. Inst. Fig. Rail 5. Respike Fig. Rail 6. Cut Brush | 7. Respik'X Bucks 8. Surf. end of Xing 9. Clean Flange 10. Insp. Sig. lights 11. Remove Snow |
| FROG | | 1. Replace 2. Weld 3. Weld Built Up 4. Rep. with rail | 5. Surface 6. Weld Held Down 7. Replace Bolts | TIES # TREATED | 1.6 | 1. Replace ties under joints 2. Replace ___ ties 3. Replace ___ timbers |
| SWITCH POINTS | | Type ____ Weight ____ 1. Tamp Heel 2. Tamp point 3. Replace LH 4. Replace RH | 5. Adjust 6. Grind LH 7. Grind RH 8. Remove Snow | R.O.W. | | 1. Clean ditch 2. Cut Brush Y.B.P.Z 3. Repair Fence 4. Remove Obstruction near track 5. Inst. Flanger Marker 6. Replace Signs |

REMARKS: Tamped Turn bolt Joints Jacked at 35 to ... surface 9.46 & 11.49 West Roxbury is ok. 0 ...

Signature: _____  Date Inspected: 6-1-04
Signature: _____  Date Corrected: 6-1-04

---

## NECR DAILY TRACK INSPECTION REPORT

000310

Subdivision: Roxbury

Mileage from 35.41 to 76.5    Section No. _____

TRACK FOREMAN OR INSPECTOR WILL PREPARE REPORT EACH DAY. CIRCLE DEFECTS REQUIRING ATTENTION.
IF MORE SPACE IS REQUIRED, USE BACK OF THIS SHEET.

| MILEAGE | | INFORMATION | MILEAGE | | INFORMATION |
|---|---|---|---|---|---|
| RAIL | Length ____ ft. 1. Replace Broken Rail 2. Weld Eng. Burn 3. Weld end 4. Change Stk. Rail | 5. Turn Stk. Rail 6. Cut Stk. Rail 7. Weld Stk. Rail | RODS | | 1. Rep. Conn. Rod 2. Rep. No. ___ Rod 3. Rep. Cotter Pins 4. Tighten bolts |
| JOINTS | | 1. Tamp 2. Tighten Bolts 3. Replace Bolts 4. Open-Close 5. Open-Close | 6. Replace bars 7. Replace bond 8. Replace bond. 9. Tight-Open 10. Remove shims & tamp | SWITCH STANDS | | 1. Replace 2. Rep. Target 3. Oil Stand 4. Adjust for full thread |
| SPIKES | | 1. Gage Track 2. Recline 3. Replace | 4. Spike Switch (Out of Service) | SWITCH PLATES | | 1. Tighten Braces 2. Replace Plates 3. Oil Plate |
| TIE PLATES | | 1. Replace | 2. Replace Abrasion | GUARD RAIL | | Type ____ Lgth ____ 1. Replace 2. Gage 3. Tighten bolts |
| RAIL ANCHORS | | 1. Reset 2. Replace 3. Additional | | CROSSINGS | None. 1. Patch holes 2. Replace plank 3. Spike plank 4. Inst. Fig. Rail 5. Respike Fig. Rail 6. Cut Brush | 7. Respik'X Bucks 8. Surf. end of Xing 9. Clean Flange 10. Insp. Sig. lights 11. Remove Snow |
| FROG | | 1. Replace 2. Weld 3. Weld Built Up 4. Rep. with rail | 5. Surface 6. Weld Held Down 7. Replace Bolts | TIES # TREATED | 36.35 | 1. Replace ties under joints 2. Replace ___ ties 3. Replace ___ timbers |
| SWITCH POINTS | | Type ____ Weight ____ 1. Tamp Heel 2. Tamp point 3. Replace LH 4. Replace RH | 5. Adjust 6. Grind LH 7. Grind RH 8. Remove Snow | R.O.W. | | 1. Clean ditch 2. Cut Brush 3. Repair Fence 4. Remove Obstruction near track 5. Inst. Flanger Marker 6. Replace Signs |

REMARKS: Put ties under ... 10 with pl. Section 37.7 to 37.8 Map at 37.8 Accoble anys ties & Map at 36.49 Accoble plt Zeal ...

Signature: _____  Date Inspected: 6-2-04
Signature: _____  Date Corrected: 6-2-04

L.G. Printing