UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

NEW ENGLAND CENTRAL RAILROAD

    V.                                  CA 04-30235-MAP

SPRINGFIELD TERMINAL RAILWAY CO

### SETTLEMENT ORDER OF DISMISSAL

The Court, having been advised by counsel for the parties that the above-entitled action has been settled,

IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within NINETY (90) days to reopen the action if settlement is not consummated by the parties.

DATED:   October 22, 2007

                                SARAH THORNTON
                                CLERK

                            BY:  /s/Elizabeth A. French
                                  Elizabeth A. French
                                  Deputy Clerk