# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**NEW ENGLAND CENTRAL RAILROAD, INC.,**
                **Plaintiff(s)**

            **v.**                          **CIVIL ACTION NO.04-30235-MAP**

**SPRINGFIELD TERMINAL RAILWAY CO**
**ET AL.,**
                **Defendant(s)**

## JUDGMENT IN A CIVIL CASE

**PONSOR, D.J.**

      **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

      **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT FOR THE PLAINTIFF AGAINST THE DEFENDANTS IN THE AMOUNT OF $460,000.00, THE AMOUNT DUE AND OWING AS STATED IN THE MOTION FOR JUDGMENT AND EXECUTION.**

                          **SARAH A. THORNTON,**
                          **CLERK OF COURT**

**Dated 2/26/08**                          **/s/John C. Stuckenbruck**
                          **Deputy Clerk**