UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEW ENGLAND CENTRAL RAILROAD, INC.,
    Plaintiff,

v.                                              Civil Action No.:  04-30235-MAP

SPRINGFIELD TERMINAL RAILWAY COMPANY
and BOSTON AND MAINE CORPORATION,
    Defendants,

1.**AMENDED JUDGMENT IN A CIVIL CASE**

**PONSOR, D.J.**

**Decision by the Court.**  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT FOR THE PLAINTIFF AGAINST THE DEFENDENTS IN THE AMOUNT OF $557,563.59 THE AMOUNT DUE AND OWING AS STATED IN THE MOTION FOR JUDGMENT AND EXECUTION.**

                        **SARAH A. THORNTON,**
                        **CLERK OF COURT**

**Dated:  February 27, 2008**          /s/   John C. Stuckenbruck
                        **Deputy Clerk**