UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEW ENGLAND CENTRAL RAILROAD, INC.,
    Plaintiff,

v.                                              Civil Action No.: 04-30235-MAP

SPRINGFIELD TERMINAL RAILWAY COMPANY
and BOSTON AND MAINE CORPORATION,
    Defendants,

### NOTICE OF CHANGE OF ADDRESS

       Please enter my change of address as attorney for the Defendant, Boston and Maine Corporation, in the above-entitled action effective July 7, 2008.

        Robert B. Culliford
        Law Department
        Pan Am Systems, Inc.
        400 Amherst Street, Suite 405
        Nashua, NH 03063
        Tel: (603) 816-0042
        Fax: (603) 816-0043
        rculliford@flypanam.com

                                    Robert B. Culliford (BBO # 638468)
                                    Pan Am Systems, Inc.
                                    400 Amherst Street, Suite 405
                                    Nashua, NH 03063
                                    Tel: (603) 816-0042

                                    *Counsel for the Defendants*
                                    *Springfield Terminal Railway Company and*
                                    *Boston and Maine Corporation*